# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, TRACY T. BOMBERGER, PETER MORRISSEY, and JULIE PULATIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>HSBC CARD SERVICES INC. and HSBC TECHNOLOGY & SERVICES (USA) INC.,<br><br>Defendants. | CASE NO. 14-CV-1786 JLS (MDD)<br><br>**ORDER VACATING HEARINGS**<br><br>(ECF No. 20, 25) |

Presently before the Court is Proposed Intervenors Terry J. Fanning and Stefan O. Lindgren ("Proposed Intervenors") Motion for Leave to Intervene (ECF No. 25) and the parties unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 20). The Court **HEREBY VACATES** the hearing on the Motion to Intervene presently scheduled for August 13, 2015 and the hearing on the Motion for the Preliminary Approval of Class Action Settlement, and takes the matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). Prior to considering the Motion for Preliminary Approval of Class Action Settlement, the Court will address and rule on Proposed Intervenors Motion to Intervene.

DATED: August 7, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge