UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS; TRACY T. BOMBERGER; PETER MORRISSEY; and JULIE PULATIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSBC CARD SERVICES INC. and HSBC TECHNOLOGY AND SERVICES (USA) INC.,<br><br>Defendants. | Case No.: 14-CV-1786 JLS (MDD)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 20) |

Presently before the Court is Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. ("Motion," ECF No. 20.) Also pending before the Court is Terry J. Fanning and Stefan O. Lindgren's ("Intervenors") Motion to Transfer. (ECF No. 47.)

On August 7, 2015, the Court vacated the hearing on the Motion scheduled for August 20, 2015, and took the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). (ECF No. 42.) On October 9, 2015, the Court granted Intervenors leave to intervene. (ECF No. 45) On October 16, 2015, Intervenors filed an Opposition to the Motion (ECF No. 49).

/ / /

1       In light of these developments, any parties wishing to file a reply in support of the Motion **SHALL FILE** a reply <u>on or before December 31, 2015</u>. The hearing date and briefing schedule for Intervenors' Motion to Transfer shall remain unchanged.

      **IT IS SO ORDERED.**

Dated: November 10, 2015

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge