STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
SHANNON E. DUDIC (State Bar No. 261135)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendants
  HSBC CARD SERVICES INC. and
  HSBC TECHNOLOGY & SERVICES (USA) INC.

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN (SBN 249203)
JOSHUA B. SWIGART (SBN 225557)
DAVID J. MCGLOTHLIN (SBN 253265)
245 Fischer Avenue, Unit D1
Costa Mesa, Ca 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

Attorneys for Plaintiffs
  Gail Medeiros, et al.

ALTSHULER BERZON LLP
MICHAEL RUBIN (SBN 80618)
EVE H. CERVANTEZ (SBN 164709)
P. CASEY PITTS (SBN 262463)
177 Post Street, Suite 300
San Francisco, Ca 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: mrubin@altber.com
        ecervantez@altber.com
        cpitts@altber.com

Attorneys for Plaintiffs-Intervenors
  Terry J. Fanning and Stefan O. Lindgren
[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al., <br><br> Plaintiffs, <br><br> TERRY FANNING, *et al.*, <br><br> Plaintiffs-Intervenors, <br><br> vs. <br><br> HSBC CARD SERVICES INC., et al., <br><br> Defendants. | Case No. 2:15-cv-09093 JVS (AFMx) <br><br> **JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
No. 2:15-cv-09093 JVS (AFMx)

LA 51995731

WHEREAS, on April 8, 2016, the Court granted the Joint Stipulation to Set Briefing Schedule for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, ordering plaintiffs Gail Medeiros, Tracy T. Bomberger, Peter Morrissey and Julie Pulatie (collectively, the "*Medeiros* Plaintiffs") to withdraw their motion for Preliminary Approval of Class Action Settlement and setting June 28, 2016 as the deadline to file a new motion seeking preliminary approval of the new class action settlement (see Dkt. Nos. 76 & 77);

WHEREAS, on or about June 6, 2016, defendants HSBC Card Services Inc. and HSBC Technology & Services (USA) Inc. (collectively, the "HSBC Defendants"), the *Medeiros* Plaintiffs and intervenors Terry Fanning and Stefan Lindgren (the "Intervenors" and, collectively with the HSBC Defendants and *Medeiros* Plaintiffs, the "Parties") executed a Memorandum of Understanding for the new settlement, and, as a result, are in the process of drafting a formal settlement agreement;

WHEREAS, despite the Parties' diligence, the Parties are still in the process of finalizing the new class action settlement agreement;

WHEREAS, the Parties seek to continue the deadline to file a motion for preliminary approval by thirty (30) days, to and including July 28, 2016, so that they may finalize the settlement agreement;

- 1 -
JOINT STIPULATION TO CONTINUE DEADLINE TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
NO. 2:15-CV-09093 JVS (AFMX)

LA 51995731

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the *Medeiros* Plaintiffs, HSBC Defendants and Intervenors, by their undersigned counsel, that the deadline to file a motion for preliminary approval be continued by thirty (30) days, from June 28, 2016 to and including July 28, 2016.

Dated: June 16, 2016　　　　　Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
SHANNON E. PONEK
ARJUN P. RAO

By: */s/ Shannon Dudic*
　　　Shannon Duddic

Attorneys for Defendants
　　HSBC CARD SERVICES INC. and
　　HSBC TECHNOLOGY & SERVICES
　　(USA) INC.

Dated: June 16, 2016　　　　　ALTSHULER BERZON LLP
MICHAEL RUBIN
EVE CERVANTEZ
P. CASEY PITTS

By: */s/ Michael Rubin*
　　　Michael Rubin

ELIZABETH J. ARLEO
Arleo Law Firm, PLC
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
(858) 674-6912
(760) 789-8081 (fax)
elizabeth@arleolaw.com

AZRA Z. MEHDI (SBN 220406)
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293 8001 (fax)
azram@themehdifirm.com

Attorneys for Intervenors
TERRY J. FANNING and STEFAN O. LINDGREN

| | | |
|---|---|---|
| Dated: June 16, 2016 | | KAZEROUNI LAW GROUP, APC<br>ABBAS KAZEROUNIAN<br>JOSHUA B. SWIGART<br>DAVID J. MCGLOTHLIN |
| | By: | */s/ Abbas Kazerouni*<br>Abbas Kazerouni |
| | | Attorneys for Plaintiffs<br>GAIL MEDEIROS, TRACY T. BOMBERGER, PETER MORRISSEY and JULIE PULATIE |

- 3 -
JOINT STIPULATION TO CONTINUE DEADLINE TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
NO. 2:15-CV-09093 JVS (AFMX)

LA 51995731

## ECF SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that the content of this document is acceptable to Eve H. Cervantez, counsel for Intervenors and Abbas Kazerouni , counsel for the Medeiros Plaintiffs and that I have obtained Ms. Cervantez and Mr. Kazerouni's authorization to affix their respective electronic signatures to this document.

                                           */s/ Shannon Dudic*
                                           Shanon Dudic

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -
JOINT STIPULATION TO CONTINUE DEADLINE TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
NO. 2:15-CV-09093 JVS (AFMX)

LA 51995731

# CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2015, copies of the foregoing **JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                    */s/ Shannon Dudic*
                                                           Shanon Dudic

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086