1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| GAIL MEDEIROS, et al., | ) Case No. 2:15-cv-09093 JVS (AFMx) |
|---|---|
| Plaintiffs, | ) |
| TERRY FANNING, *et al.*, | ) **ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| Plaintiffs-Intervenors, | ) |
| vs. | ) |
| HSBC CARD SERVICES INC., et al., | ) |
| Defendants. | ) |

Good cause appearing therefore, it is hereby ordered that the deadline to file a motion for preliminary approval is continued by thirty (30) days, from June 28, 2016 to and including July 28, 2016.

IT IS SO ORDERED.

Dated: June 17, 2016

                                               Hon. James V. Selna
                                           United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086