1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al.,<br><br>    Plaintiffs,<br><br>TERRY FANNING, et al.,<br><br>    Plaintiffs-Intervenors,<br><br>    v.<br><br>HSBC CARD SERVICES INC., et al.,<br><br>    Defendants. | CASE NO.:  2:15-cv-09093 JVS (AFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1  Good cause appearing therefore, it is hereby ordered that the deadline to file a motion for preliminary approval is continued by twenty-nine (29) days, from July 28, 2016 to and including August 26, 2016.

IT IS SO ORDERED.

Dated:  July 27, 2016

                                        Hon. James V. Selna
                                        United States District Judge

---

1
ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE
No. 2:15-cv-09093 JVS (AFMx)