MICHAEL RUBIN (SBN 80618)
EVE CERVANTEZ (SBN 164709)
P. CASEY PITTS (SBN 262463)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: mrubin@altber.com
         ecervantez@altber.com
         cpitts@altber.com

ABBAS KAZEROUNIAN (SBN 249203)
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al.,<br>　　　Plaintiffs,<br>　v.<br>HSBC CARD SERVICES INC., et al.,<br>　　　Defendants. | Case No. 2:15-cv-09093 JVS (AFMx)<br><br>Case No. 12-CV-00885-JVS-RNB<br><br>Relates to: *Medeiros*, *Fanning*, and *Lindgren* |
| TERRY FANNING, et al.,<br>　　　Plaintiffs<br>　v.<br>HSBC CARD SERVICES INC., et al.,<br>　　　Defendants. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　　Oct. 17, 2016<br>Time:　　1:30 p.m.<br>Place:　　Santa Ana, 10C<br>Judge:　　Hon. James V. Selna |
| STEFAN O. LINDGREN,<br>　　　Plaintiff,<br>　vs.<br>HSBC CARD & RETAIL SERVICES, INC., et al.,<br>　　　Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, on October 17, 2016 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable James V. Selna, United States District Judge for the Central District of California, located in Department 10C of the United States District Court, Central District of California, 411 West Fourth Street, Santa Ana, California, named plaintiffs Terry Fanning, Tatiana Jabbar, Stefan Lindgren, Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie, will and do move the Court for entry of an order:

(1) granting preliminary approval of the Settlement Agreement (the "Settlement") reached by the Parties;

(2) approving the forms of Notice to the Settlement Class and methods for dissemination of Notice as set forth in the Settlement Agreement and outlined in Exhibits 3, 4, 5, and 6 to the Settlement Agreement;

(3) directing that notice be provided to the Settlement Class within ninety (90) days following entry of the Preliminary Approval Order;

(4) appointing KCC LLC as the Claims Administrator and A.B. Data, LTD as the Third Party Data Analyst;

(5) conditionally certifying the Settlement Class for settlement purposes only;

(6) appointing plaintiffs Terry Fanning, Tatiana Jabbar, Stefan Lindgren, Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie as Representative Plaintiffs;

(7) appointing Altshuler Berzon LLP, Kazerouni Law Group, APC, Arleo Law Firm PLC, The Mehdi Firm PC, Bailey & Galyen, Hyde & Swigart, and the Law Offices of Todd M. Friedman, P.C., as Settlement Class Counsel;

(8) approving the Claims Forms attached to the Settlement as Exhibits 1 and 2

and the claims process outlined in the Settlement Agreement;

(9) scheduling a Final Fairness Hearing to consider entry of a final order approving Settlement and the request for attorneys' fees, costs, and expenses; and

(10) granting any other or additional relief as the Court may deem just and appropriate.

This Motion is based upon this Notice, plaintiffs' Memorandum of Points and Authorities submitted herewith, the Declaration of Michael Rubin in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, all papers and pleadings on file herein, and such further evidence and argument as the Court may choose to entertain

Dated: August 26, 2016     Respectfully submitted,

By:   /s/ Michael Rubin
        Michael Rubin

MICHAEL RUBIN
EVE CERVANTEZ
P. CASEY PITTS
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
(415) 362-8064 (fax)
mrubin@altber.com
ecervantez@altber.com
cpitts@altber.com

ELIZABETH J. ARLEO
Arleo Law Firm, PLC
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
(858) 674-6912
(760) 789-8081 (fax)
elizabeth@arleolaw.com

AZRA Z. MEHDI
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293 8001 (fax)

azram@themehdifirm.com

STEPHEN C. MAXWELL (admitted phv)
RANDALL E. TURNER (admitted phv)
BAILEY & GALYEN
1300 Summit Avenue, Ste. 650
Fort Worth, Texas 76102
(817) 417-9660
(817) 719-9484 (fax)
smaxwell@maxlawyers.com
rturner@galyen.com

*Attorneys for Plaintiffs Terry J. Fanning, Tatiana Jabbar, and Stefan O. Lindgren*

JOSHUA B. SWIGART
DAVID J. MCGLOTHLIN
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
josh@westcoastlitigation.com
david@westcoastlitigation.com

ABBAS KAZEROUNIAN
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
324 South Beverly Blvd., Suite 725
Beverly Hills, CA 90211
Telephone: (877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiffs Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie*