# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al.,<br><br>            Plaintiffs,<br>   vs.<br><br>HSBC CARD SERVICES, INC. and HSBC TECHNOLOGY & SERVICES (USA), INC.,<br><br>            Defendants. | Case Nos. 2:15-cv-09093-JVS-AFM<br>                8:12-cv-00885-JVS-RNB<br>                2:14-cv-05615-JVS-RNBx<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CLASS NOTICE AND FINAL APPROVAL HEARING** |
| TERRY J. FANNING, et al.,<br>            Plaintiffs,<br>   vs.<br><br>HSBC CARD SERVICES INC. and HSBC TECHNOLOGY & SERVICES (USA), INC.,<br><br>            Defendants. | |
| STEFAN O. LINDGREN,<br><br>            Plaintiff,<br><br>   vs.<br><br>HSBC CARD SERVICES, INC. and HSBC TECHNOLOGY & SERVICES (USA), INC.,<br><br>            Defendants. | |

For good cause showing, THE COURT HEREBY FINDS AND ORDERS that the deadlines set forth in this Court's October 19, 2016 Order granting preliminary approval to the proposed class action settlement in this matter shall be extended by seventy-two (72) days, and the Final Approval Hearing shall be rescheduled to take place on Monday, September 11, 2017, at 1:30 p.m.  Accordingly, the deadlines set forth in the October 19, 2016 Order are modified as follows:

| | |
|---|---|
| **March 28, 2017** | Deadline for notice to be provided in accordance with the Agreement and the Order (Notice Deadline) |
| **April 27, 2017** | Deadline for filing of Plaintiffs' Motion for Attorneys' Fees and Costs and Service Awards |
| **June 26, 2017** | Deadline to file objections or submit requests for exclusion (Opt-Out and Objection Deadline) |
| **June 26, 2017** | Deadline for Settlement Class Members to Submit a Claim Form (Claim Period) |
| **July 26, 2017** | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper requests for exclusion (under seal);<br>(2) Proof of Class Notice; and<br>(3) Motion and memorandum in support of final approval, including responses to any objections. |
| **September 11, 2017, 1:30 p.m.** | Final Approval Hearing |

   **IT IS SO ORDERED.**

Dated:  January 17, 2017

By: _____
   Honorable James V. Selna
   United States District Judge

- 1 -
[PROPOSED] ORDER GRANTING JOINT MOTION
TO CONTINUE CLASS NOTICE AND FINAL APPROVAL HEARING