MICHAEL RUBIN (SBN 80618)
EVE CERVANTEZ (SBN 164709)
P. CASEY PITTS (SBN 262463)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: mrubin@altber.com
ecervantez@altber.com
cpitts@altber.com

ABBAS KAZEROUNIAN (SBN 249203)
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

*Attorneys for Plaintiffs*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al., Plaintiffs, v. HSBC CARD SERVICES INC., et al., Defendants. | Case No. 2:15-cv-09093 JVS (AFMx) |
| TERRY FANNING, et al., Plaintiffs v. HSBC CARD SERVICES INC., et al., Defendants. | Case No. 12-CV-00885-JVS-RNB |
| STEFAN O. LINDGREN, Plaintiff, vs. HSBC CARD & RETAIL SERVICES, INC., et al., Defendants. | Relates to: *Medeiros*, *Fanning*, and *Lindgren* |

**JOINT MOTION TO CONTINUE CLASS NOTICE AND FINAL APPROVAL HEARING**

WHEREAS, on October 19, 2016, this Court issued its Order granting preliminary approval to the proposed class action settlement in the above-captioned matters (hereinafter "Agreement"), approving the parties' proposed notice plan, and scheduling a final approval hearing [*Fanning*, ECF No. 364; *Medeiros*, ECF No. 88];

WHEREAS, on January 17, 2017, this Court issued its Order granting the parties' Joint Motion to Continue Class Notice and Final Approval Hearing, because the Third-Party Data Analyst needed longer than had originally been anticipated to review the data and formulate the Class Lists as called for in the Agreement (hereinafter "Order": *Fanning*, ECF No. 366; *Medeiros*, ECF No. 90);

WHEREAS, the Order provided that notice of the proposed class action settlement must be provided in accordance with the Agreement and the Order by no later than March 28, 2017;

WHEREAS, the Order established subsequent deadlines, including deadlines for the filing of objections and the submission of requests for exclusion or claim forms; and for the filing of a motion for final approval and a motion for attorneys' fees and service awards;

WHEREAS, the Order scheduled the final approval hearing for September 11, 2017, at 1:30 p.m.;

WHEREAS, after the Third-Party Data Analyst had identified settlement class members and prepared the Settlement Class List, the Third-Party Data Analyst transmitted the Settlement Class List to the parties;

WHEREAS, pursuant to the Agreement, HSBC requested that Capital One assist the parties by reviewing the Settlement Class List to provide updated email and U.S. mail addresses for account holders to facilitate provision of notice;

WHEREAS, upon review of the Settlement Class List, the parties discovered that in many instances a single telephone number identified in the autodialer logs was correlated with more than one account number (because, for example, the

telephone number was a work number), resulting in an over-inclusive class list;

WHEREAS, pursuant to the Agreement, HSBC requested that Capital One assist the parties by determining, for each telephone number/account number combination in the autodialer logs, the name and address of that account holder;

WHEREAS, Capital One has not yet completed the work requested of it by HSBC;

WHEREAS, the Claims Administrator has therefore not had an opportunity to use the final Settlement Class List, updated by Capital One with more current information, to prepare the Class Notice mailing; and

WHEREAS, for the reasons stated above, the Claims Administrator is not able to distribute the Class Notice to settlement class members on or before March 28, 2017, as required by the Order;

THEREFORE, the parties hereby stipulate to and jointly move this Court for an order extending the class notice deadline by 60 days, and subsequent deadlines in accordance with the deadlines set forth in the Agreement, an amount of time that the parties believe will be sufficient to permit them to prepare a final Settlement Class List that is as accurate as possible and to avoid any need to seek further extensions. A copy of the proposed schedule for class notice and subsequent events is set forth in the proposed order submitted herewith.

Dated: March 24, 2017

Respectfully submitted,

By: /s/ Eve H. Cervantez
Eve H. Cervantez

MICHAEL RUBIN
EVE CERVANTEZ
P. CASEY PITTS
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
(415) 362-8064 (fax)
mrubin@altber.com
ecervantez@altber.com
cpitts@altber.com

ELIZABETH J. ARLEO
Arleo Law Firm, PLC
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
(858) 674-6912
(760) 789-8081 (fax)
elizabeth@arleolaw.com

AZRA Z. MEHDI
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
(415) 293-8039
(415) 293 8001 (fax)
azram@themehdifirm.com

STEPHEN C. MAXWELL (admitted phv)
BAILEY & GALYEN
1300 Summit Avenue, Ste. 650
Fort Worth, Texas 76102
(817) 417-9660
(817) 719-9484 (fax)
smaxwell@maxlawyers.com
rturner@galyen.com

*Attorneys for Plaintiffs Terry J. Fanning, Tatiana Jabbar, and Stefan O. Lindgren*

By: /s/ David J. McGlothlin
David J. McGlothlin

JOSHUA B. SWIGART
DAVID J. MCGLOTHLIN
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
josh@westcoastlitigation.com
david@westcoastlitigation.com

ABBAS KAZEROUNIAN
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
324 South Beverly Blvd., Suite 725
Beverly Hills, CA 90211
Telephone: (877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiffs Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie*

By: /s/ Arjun P. Rao
Arjun P. Rao

JULIA B. STRICKLAND
SHANNON E. DUDIC
ARJUN P. RAO
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067-3086
(310) 556-5822
(310) 556-5959 (fax)
jstrickland@stroock.com
sdudic@stroock.com
arao@stroock.com

*Attorneys for Defendants HSBC Card Services Inc., and HSBC Technology & Services (USA) Inc.*

**ATTESTATION**

In accordance with Local Rule 5-4.3.4, I hereby attest that concurrence in and authorization of the filing of this JOINT MOTION TO CONTINUE CLASS NOTICE AND FINAL APPROVAL HEARING has been obtained from David J. McGlothlin, counsel for plaintiffs Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie, and from Arjun P. Rao, counsel for Defendants HSBC Card Services Inc. and HSBC Technology & Services (USA) Inc. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: March 24, 2017

By: /s/ Eve H. Cervantez
Eve H. Cervantez