# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al.,<br><br>            Plaintiffs,<br>vs.<br><br>HSBC CARD SERVICES, INC. and HSBC TECHNOLOGY & SERVICES (USA), INC.,<br><br>            Defendants. | Case Nos. 2:15-cv-09093-JVS-AFM<br>                8:12-cv-00885-JVS-RNB<br>                14-cv-05615-JVS-RNBx<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE CLASS NOTICE AND FINAL APPROVAL HEARING** |
| TERRY J. FANNING, et al.,<br>            Plaintiffs,<br>vs.<br><br>HSBC CARD SERVICES INC. and HSBC TECHNOLOGY & SERVICES (USA), INC.,<br><br>            Defendants. | |
| STEFAN O. LINDGREN,<br><br>            Plaintiff,<br><br>vs.<br><br>HSBC CARD SERVICES, INC. and HSBC TECHNOLOGY & SERVICES (USA), INC.,<br><br>            Defendants. | |

For good cause showing, THE COURT HEREBY FINDS AND ORDERS that the deadlines set forth in this Court's January 17, 2017 Order granting an extension of time for the deadlines set forth in the preliminary approval order shall be extended as set forth below, and the Final Approval Hearing shall be rescheduled to take place on Monday, October 16, 2017, at 1:30 p.m.  Accordingly, the deadlines set forth in the January 17, 2017 Order are modified as follows:

| | |
|---|---|
| **May 30, 2017** | Deadline for notice to be provided in accordance with the Agreement and the Order (Notice Deadline) |
| **June 29, 2017** | Deadline for filing of Plaintiffs' Motion for Attorneys' Fees and Costs and Service Awards |
| **August 28, 2017** | Deadline to file objections or submit requests for exclusion (Opt-Out and Objection Deadline) |
| **August 28, 2017** | Deadline for Settlement Class Members to Submit a Claim Form (Claim Period) |
| **September 18, 2017** | Deadline for memorandum in support of final approval, including responses to any objections |
| **September 27, 2017** | Deadline for Parties to file the following:<br>(1) List of persons who made timely and proper requests for exclusion (under seal);<br>(2) Proof of Class Notice. |
| **October 16, 2017, 1:30 p.m.** | Final Approval Hearing |

**IT IS SO ORDERED.**

Dated:

By: _____
Honorable James V. Selna
United States District Judge