MICHAEL RUBIN (SBN 80618)
EVE CERVANTEZ (SBN 164709)
P. CASEY PITTS (SBN 262463)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: mrubin@altber.com
        ecervantez@altber.com
        cpitts@altber.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HSBC CARD SERVICES INC., et al.,<br><br>        Defendants. | Case Nos.    2:15-cv-09093-JVS-AFM<br>             8:12-cv-00885-JVS-RNB<br>             2:14-cv-05615-JVS-RNBx<br><br>Relates to: *Medeiros*, *Fanning*, and *Lindgren* |
| TERRY FANNING, et al.,<br><br>        Plaintiffs<br><br>    v.<br><br>HSBC CARD SERVICES INC., et al.,<br><br>        Defendants. | **DECLARATION OF MICHAEL RUBIN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION COSTS AND EXPENSES AND SERVICE AWARDS TO NAMED PLAINTIFFS** |
| STEFAN O. LINDGREN,<br><br>        Plaintiff,<br><br>    vs.<br><br>HSBC CARD & RETAIL SERVICES, INC., et al.,<br><br>        Defendants. | Date:     Oct. 16, 2017<br>Time:     1:30 p.m.<br>Place:    Santa Ana, 10C<br>Judge:    Hon. James V. Selna |

DECLARATION OF MICHAEL RUBIN ISO MOTION FOR ATTORNEYS' FEES AND COSTS
CASE NOS. 2:15-cv-09093 JVS (AFMx), 12-CV-00885-JVS-RNB

I, Michael Rubin, declare as follows:

1.  I am a partner at Altshuler Berzon LLP, one of the law firms serving as counsel of record for plaintiffs Terry J. Fanning, Tatiana Jabbar, Stefan O. Lindgren, and the settlement class in *Fanning et al. v. HSBC Card Services Inc. et al.* (C.D. Cal. Case No. 12-cv-00885 JVS (RNBx)) ("*Fanning*"), *Lindgren v. HSBC Card Services Inc. et al.* (C.D. Cal. Case No. 14-cv-05615 JVS (RNBx)) ("*Lindgren*") (together the "*Fanning/Lindgren* cases"), and *Gail Medeiros et al. v. HSBC Card Services Inc., et al.* (C.D. Cal. Case No. 2:15-cv-09093-JVS-AFM) ("*Medeiros*").

2.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

3.  I have been counsel in the *Fanning/Lindgren* cases since July 2014, shortly after the filing of *Lindgren*.  Since then, I have been actively involved in the prosecution and settlement of plaintiffs' claims on behalf of the class.

4.  Before joining this litigation, I personally conducted an extensive investigation into the claims asserted in *Fanning* and *Lindgren*.  I am familiar with the proceedings, discovery, and court pleadings and orders in the *Fanning* matter prior to consolidation with the *Lindgren* matter, based on my review of the applicable documents and transcripts and my discussions with co-counsel in those cases.  Unless otherwise expressly stated herein as being upon information and belief, the statements I make in this declaration are made based on my personal knowledge, and if called to do so, I could competently testify to them.

5.  I make this declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Costs and Expenses and Service Awards to Named Plaintiffs.  I describe below some background of the litigation, a summary of the factual investigation and prosecution of the claims, the negotiations that led to the settlement, the results achieved on behalf of the Settlement Class, and the work conducted in this action by Altshuler Berzon, as well as the experience,

rates, and expenses of the Altshuler Berzon professionals in this action and the reasonableness of the rates and hours requested for other *Fanning/Lindgren* counsel.

### Counsel's Background and Experience

6.  I graduated in 1977 from the Georgetown University Law Center and clerked for Judge Charles B. Renfrew of the U.S. District Court for the Northern District of California (1978-79), Chief Judge James R. Browning of the U.S. Court of Appeals for the Ninth Circuit (1979-80), and Associate Justice William J. Brennan, Jr. of the U.S. Supreme Court (1980-81).  For many years I have specialized in complex civil litigation, class actions, and appeals.

7.  I have been awarded six "*California Lawyer* Attorney of the Year" awards by *California Lawyer* magazine: winning once in the Worker Health and Safety category (in 2017, for my work in a series of cases establishing the right of workers in California to "suitable seating" at their workstations), three times in the Employment Law Category (in 2016 for my trial and appellate work in the Walmart warehouse workers joint-employer class action litigation; in 2013 for my appellate work in *Brinker v. Superior Court* in the California Supreme Court; and in 2002 for my trial work in the Saipan sweatshop litigation), once for False Claims Act Litigation (in 2010 for my work leading to the $78 million settlement of government fraud claims against the for-profit University of Phoenix), and once for Criminal Law (also in 2010 for more than a quarter century of work on behalf of a condemned inmate that resulted in my client's unconditional release from prison in 2010 – a case that also resulted in my receiving the "Johnnie Cochran" award from the L.A. Criminal Courts Bar Association).  I am also a 2003 recipient of a "Trial Lawyer of the Year" Award from the Trial Lawyers for Public Justice for my work on the Saipan litigation and was American Lawyer magazine's "Litigator of the Week" in mid-May 2013 for my work on behalf of five professional sports unions in the *Hart v. Electronic Arts* right-of-publicity case in the Third Circuit.  I have been listed for many years in "The Best Lawyers in America" under labor and employment and

appellate law, and San Francisco magazine currently lists me among its Northern California "Super Lawyers" in the areas of appellate practice, class actions, and labor and employment litigation.  In 2012-13 and 2015-17, the Daily Journal named me one of the 75 top Labor and Employment Lawyers in California.  I am also an elected member of the College of Labor and Employment Lawyers, and a former member of the Board of Directors of the AFL-CIO's Lawyers Coordinating Committee.

8.  Of particular relevance here, I have litigated many consumer class action lawsuits, with a particular focus on protecting consumers' privacy.  Some of those cases include: *Hamilton v. Great Expectations Creative Management, Inc.*, Contra Costa County Superior Ct. No. C90-01079 (Contra Costa Coordination No. 2647, along with *Hamilton v. Ross/Treiger*, San Bernardino County Superior Ct. No. RCV060692); *Nobles v. MBNA Corporation*, N.D. Cal. No. C-06-3723 CRB; *Utility Consumers Action Network v. Bank of America, N.A.*, San Francisco Superior Court No. SACV 00-0726 GLT(ANx) *(part of Consumer Privacy Cases*, San Francisco Superior Court Judicial Council Coordination Proceeding No. 4211); *Utility Consumers Action Network v. Capitol One Financial Corp*., San Francisco Superior Court No. SACV 00-0726 GLT(ANx) (part of *Capitol One Cases*, San Francisco Superior Court Judicial Council Coordination Proceeding No. 4191); and *Utility Consumers Action Network v. Sears, Roebuck and Co*., San Francisco Superior Court No. 306232 (part of *Capitol One Cases*, San Francisco Superior Court Judicial Council Coordination Proceeding No. 4191).

9.  I am familiar with the qualifications and experience of the other Altshuler Berzon attorneys for whom plaintiffs seek compensation.  A true and correct copy of the firm's resume is attached as **Exhibit A.**  The resume lists the firm's major accomplishments and current docket.

10.  My colleague Eve Cervantez is a partner at Altshuler Berzon LLP.  Ms. Cervantez is a 1992 graduate of Harvard Law School, where she served as an editor

of the Harvard Law Review.  Ms. Cervantez received her Bachelor of Arts in 1985 with honors from Washington University in St. Louis, Missouri, where she was a member of Phi Beta Kappa.  She clerked for the Honorable Charles A. Legge, United States District Judge, Northern District of California and has been named a Northern California "Super Lawyer" in the area of plaintiff-side employment litigation every year since 2010.

11.  Ms. Cervantez has litigated numerous class action lawsuits, both as a partner at Altshuler Berzon and previously as a partner at Lieff, Cabraser, Heimann & Bernstein, LLP.  Representative cases in which Ms. Cervantez has served as class counsel or plaintiffs' counsel include *In re Anthem Inc. Data Breach Litigation* (N.D. Cal. Case No. 5:15-md-02617-LHK) (Court-appointed Co-Lead Plaintiffs' counsel in consumer privacy multi-district litigation that recently settled for $115 million); *Aguiar v. Cintas* (L.A. Superior Court, Case No. BC310696) ($6.5 million settlement of certified class action alleging violations of Living Wage Order); *Behaein v. Pizza Hut* (L.A. Superior Court, Case No. BC384563) ($6 million settlement of certified expense reimbursement and meal and rest break class action); *Brooks v. U.S. Bank* (N.D. Cal. Case No. C12-4935-EMC) ($1.9 million settlement of suitable seating and rest break claims); *Curtis-Bauer v. Morgan Stanley & Co., Inc.* (N.D. Cal. Case No. C 06-3903 TEH) (settlement including comprehensive injunctive relief and $16 million monetary relief in race discrimination class action); *Dolgin v. HealthNet of California* (L.A. Superior Court) (settlement of false advertising claim against insurance company); *Danieli v. International Business Machine Corporation* (S.D.N.Y. Case No. 08-cv-3688-SHS) ($7.5 million settlement of misclassification case); *Gonzalez v. Abercrombie & Fitch Stores, Inc.* (N.D. Cal. Case No. 03-2817-SI) (settlement of $40 million plus injunctive relief in case alleging race and gender discrimination); *Hines v. KFC* (S.D. Cal. Case No. 09-cv-2422-JM(POR)) ($3.55 million settlement of certified meal and rest break class); *In Re: Farmers Insurance Exchange Claims Representatives' Overtime Pay Litigation* (D. Or. MDL Case No.

1439) (trial of certified class action alleging misclassification); *Frank v. United Airlines* (N.D. Cal. Case No. C92 0692 MJJ) ($36.5 million gender discrimination settlement); *Holloway v. Best Buy* (N.D. Cal, Case No. 05-cv-05056-PJH) (settlement for comprehensive injunctive relief in race and gender discrimination class action); *MR v. Dreyfus*, 697 F.3d 706 (9th Cir. 2011); *Oster v. Lightbourne*, No. 09-cv-04668-CW, 2012 WL 691833 (N.D. Cal. Mar. 2, 2012) (court-ordered injunctive relief in certified class action involving Medicaid beneficiaries); *Pryor v. KBR* (arbitration trial of certified class action alleging off-the-clock work); *Rosenburg v. International Business Machines Corp.* (N.D. Cal. Case No. 06-cv-0430 PJH) ($65 million settlement of misclassification case); *Satchell v. Federal Express Corp.* (N.D. Cal. Case Nos. C03-2659 SI, C 03-2878-SI) (settlement of $55 million, plus comprehensive injunctive relief, of race and national origin discrimination claims); *Thomas v. California State Automobile Association* (Alameda County Superior Court Case No. CH217752-0) (misclassification); *Tokoshima v. Pep Boys* (N.D. Cal. Case No. 12-4810 CRB) ($3.6 million settlement of certified minimum wage class action); *Wynne v. McCormick & Schmick's Seafood Restaurants, Inc.* (N.D. Cal. Case No. C-06-3153 CW) (settlement included comprehensive injunctive relief and $2.1 million in monetary relief in race discrimination case on behalf of applicants and employees); and *Zuckman v. Allied Group, Inc.* (N.D. Cal. Case No. 02-cv-05800-SI) (misclassification).

12.   Ms. Cervantez frequently lectures about class action issues.  In the past several years, Ms. Cervantez  has spoken on such issues at the Consumer Attorneys of California annual convention in San Francisco; ABA Section of Labor and Employment Law Annual CLE Conferences in Denver, New Orleans, and Washington D.C.; the ACI Institute conference on wage and hour law in San Francisco; the California Employment Lawyers Association (CELA) annual wage and hour conferences in Los Angeles and Oakland; National Employment Lawyers Association (NELA) conferences in New Orleans, Chicago, and Washington D.C.;

the AFL-CIO LCC Union Lawyers Conferences in San Diego and Miami; the State Bar of California Labor and Employment Law Section in San Francisco; and the Bar Association of San Francisco Labor and Employment Section Conference in Yosemite.

13.  Ms. Cervantez's conference papers include "Structuring Class Settlements That Will Get Approved" (Bridgeport, 2014); "Recognizing and Handling Potential Conflicts of Interest in the Prosecution and Settlement of Employment Class Action Lawsuits" (NELA, June 2010); Co-author with L. Julius M. Turman, "Introduction to Class Actions and Collective Actions" (ABA Section of Labor and Employment Law, August 2008); and "Class Action Trial Plans" (CELA Advanced Wage and Hour Seminar, 2007).

14.  P. Casey Pitts is a partner at Altshuler Berzon and a 2008 graduate of Yale Law School, where he was a senior editor of the Yale Law Journal.  He served as a law clerk to Judge Stephen Reinhardt of the United States Court of Appeals for the Ninth Circuit.  He was named a "Rising Star" in the 2016 and 2017 Northern California Super Lawyers listings in San Francisco Magazine.

15.  Jeffrey B. Demain is a partner at Altshuler Berzon LLP. He is a graduate of Brandeis University (B.A.), where he was summa cum laude and a Louis D. Brandeis Scholar and the University of California, Irvine (M.A.), where he was a National Science Foundation Fellow.  He graduated from Boalt Hall School of Law at UC Berkeley in 1985, where he was a member of the Industrial Relations Law Journal.  He served as a law clerk to Chief Judge James R. Browning of the United States Court of Appeals for the Ninth Circuit.  He has been listed in "The Best Lawyers in America" since 2006, and in "Northern California Superlawyers" since 2009, for labor and employment law.  He also lectures regularly on developments in labor and employment law.

16. Danielle E. Leonard is a partner at Altshuler Berzon LLP. She is a graduate of Harvard and Radcliffe Colleges and a 2001 graduate of Harvard Law

School.  She served as a law clerk to Judge Emmet G. Sullivan of the United States District Court for the District of Columbia and was a trial attorney in the Honors Program of the United States Department of Justice, Civil Rights Division, Voting Rights Section prior to joining the firm.  In 2013, Danielle was awarded two "California Lawyer of the Year" (CLAY) awards from California Lawyer Magazine in two separate categories: in Voting Rights, for her work representing Ohio voters who successfully challenged the unconstitutional rejection of provisional ballots in *SEIU Local 1, et al., v. Husted* and *Northeast Ohio Coalition for the Homeless and SEIU District 1199 v. Husted*, and in Education Law, for representing a class of students who won a $39 million judgment challenging excessive fee charges by the University of California in *Luquetta v. Regents of the University of California*.

<u>**History of the Litigation**</u>

17.  On June 4, 2012, plaintiffs Terry Fanning and Tatiana Jabbar filed the first class action complaint in this consolidated litigation in the U.S. District Court for the Central District of California.  The *Fanning* case asserted claims on behalf of California HSBC credit card account holders, alleging that HSBC electronically recorded their telephone conversations without consent in violation of California's Invasion of Privacy Act, Cal. Penal Code §630 *et seq.*  HSBC answered the *Fanning* complaint on July 20, 2012.

18.  The *Fanning* plaintiffs promptly commenced substantive written discovery with respect to liability and class certification.  In late 2012, plaintiffs served notices of deposition and subsequently took several depositions of HSBC employees.  Between December 2012 and February 2015, Magistrate Judge Robert N. Block conducted fourteen (14) discovery conferences, requiring the attendance of counsel as well as information technology experts from plaintiffs and HSBC.  During these conferences, Judge Block established protocols for the exchange of information between the parties and Capital One, a non-party in the *Fanning* action, which had possession of HSBC's accounts and recording data as a result of its May 1, 2012

acquisition of assets of HSBC Card Services, Inc. (among other HSBC corporate entities).  Judge Block issued Minute Orders after each of the discovery conferences.  Some of the significant rulings by Judge Block include: (a) acknowledging and accepting HSBC's stipulation that "none of those recorded conversations would have included a warning that the call might be recorded" (December 19, 2012 discovery conference); (b) setting March 23, 2009 to May 1, 2012 as the relevant limitations period (when the HSBC Card Services, Inc. credit card accounts were sold to Capital One pursuant to the Purchase and Assumption Agreement dated August 10, 2011) (December 19, 2012 discovery conference); (c) stating that only recordings of conversations between representatives of HSBC Card Services, Inc. and putative class members during that time period were relevant (December 19, 2012 discovery conference); (d) allowing plaintiffs to serve a Fed. Rule Civ. Proc. Rule 45 subpoena on Capital One seeking three categories of data that had been transferred to Capital One (August 15, 2013 discovery conference); and (e) allowing Plaintiffs to obtain HSBC's auto dialer logs of calls and samples of monitoring reports reflecting actual recorded conversations (December 22, 2014 discovery conference).

19. As a result of the discovery conferences with Judge Block and the Rule 45 subpoenas served on Capital One, the *Fanning* plaintiffs were able to obtain millions of HSBC's records of call recordings and data on over half a million former California HSBC account holders.  The extensive, time-consuming, and rigorous analysis performed by the IT experts retained by the *Fanning/Lindgren* plaintiffs to analyze the data, coupled with counsel's own analysis, allowed my co-counsel and me to match millions of records of nationwide telephone recordings with the California account holder data by, for example, matching certain fields (e.g., telephone numbers) in what has been referred to as "Category 1" data (records of recordings) with "Category 2" data (California account holder information), which resulted in our identification of approximately 100,500 records of recordings for over 50,000 unique California account holders.  As described below, these individuals

comprise the "Direct Payment" subclass. "Category 3" of the subpoena (as listed in Judge Block's August 12, 2013 order) allowed the *Fanning* plaintiffs to obtain from Capital One a sampling of 300 actual recordings, one of which was a recording of a telephone conversation between HSBC Card Services and plaintiff Stefan Lindgren. In December 2014, Judge Block also allowed plaintiffs to serve a second subpoena on Capital One, by which plaintiffs received autodialer logs documenting additional outbound calls by HSBC, as well as result codes indicating which of those calls resulted in an actual telephone conversation that could have been recorded (as opposed to, for example, someone hanging up the telephone).

20. Plaintiff Lindgren filed a motion to intervene into the *Fanning* lawsuit on October 7, 2013, shortly after learning that he had been recorded by HSBC. HSBC opposed intervention on the grounds that plaintiffs in the *Fanning* case lacked Article III standing. After further briefing on the standing issue, on November 19, 2013, the Court dismissed Lindgren's motion to intervene without prejudice, pending resubmission after the standing of the representative plaintiffs in *Fanning* was determined. ECF No. 199.

21. There were several key, substantive factual and legal issues presented to the Court during the *Fanning* litigation. On May 6, 2013, the Court denied HSBC's motion for summary judgment, finding a material issue of disputed fact as to whether the privacy provision in HSBC Bank Nevada's card-member agreements provided adequate notice to putative class members that their calls would be recorded by HSBC. ECF No. 119. The Court also ruled that California's Invasion of Privacy Act, Cal. Penal Code §630 *et seq.*, was not preempted by the National Banking Act. *Id.* On May 5, 2014, the Court granted plaintiff Fanning's motion for sanctions for spoliation of evidence, finding that the circumstances underlying the April 2012 destruction of certain recordings constituted spoliation, and shifting the burden of proof regarding the disputed issue of whether Fanning's calls were recorded to HSBC. ECF No. 246. At the same time, the Court denied plaintiffs' motion for

partial summary judgment, finding a genuine dispute of material fact as to whether Fanning's call was recorded.  *Id.*  Subsequent discovery confirmed that HSBC could not prove that plaintiff Fanning's calls were *not* recorded.

22. Based partly on these rulings, plaintiff Lindgren filed his class action complaint on July 18, 2014.  On July 28, 2014, the *Lindgren* case was transferred to this Court.  *Lindgren* also asserted CIPA claims against HSBC and Capital One for recording telephone conversations of California HSBC credit card account holders without their consent.  Because HSBC had called Lindgren on his cell phone, the *Lindgren* complaint also asserted a claim under Penal Code §632.7 – a claim that does not require any proof that the recorded conversation was "confidential."  On November 10, 2014, the Court consolidated the *Fanning* and *Lindgren* cases along with the subpoena enforcement action against Capital One that had been transferred to this Court from the U.S. District Court for the Eastern District of Virginia, *Fanning v. HSBC Card Services, Inc. et al*., Case No. 14cv1300 JVS RNB.

23.  Additional targeted discovery was served in the *Lindgren* matter, including requests for production of documents, interrogatories, and notices of deposition for HSBC as well as Capital One.  Capital One propounded discovery on plaintiff Lindgren, including requests for production, interrogatories, and a notice for deposition.  On March 15, 2015, plaintiff Lindgren was deposed by Capital One on issues relating to standing.  After the production of voluminous documents relating to its purchase of assets from the HSBC Entities, a representative of Capital One was deposed on June 10, 2015. The *Fanning/Lindgren* plaintiffs subsequently dismissed the direct liability claims against Capital One on July 9, 2015, while preserving any successor liability claims arising out of the May 1, 2012 transaction.

24.  On July 29, 2014, the *Medeiros* plaintiffs filed a class action complaint in the Southern District of California entitled *Medeiros et al. v. HSBC Card & Retail Services, Inc. et al.* (C.D. Cal. Case No. 2:15-cv-09093-JVS-AFMx).  The *Medeiros* complaint alleged that HSBC violated CIPA by recording telephone conversations

with plaintiffs concerning their HSBC credit card accounts without consent.  An Early Neutral Evaluation Conference was held in the *Medeiros* case on March 19, 2015 before Magistrate Judge Mitchell D. Dembin, but the case did not settle.  The parties later reached a settlement after a May 15, 2015 mediation with Judge Pappas (Ret.).  The settlement provided that HSBC would pay a total of between $4.5 million and $6.5 million, depending upon the number of claims submitted by members of the settlement class.

25.  On May 13, 2015, HSBC filed a Notice of Pendency of Other Actions or Proceedings in the consolidated *Fanning/Lindgren* cases, identifying the *Medeiros et al. v. HSBC Card Services Inc. et al.* case that had been filed on July 29, 2014 in the Southern District of California, Case No., 3:14-cv-01786-JLS-MDD.  Plaintiffs in *Fanning/Lindgren* petitioned the Judicial Panel on Multidistrict Litigation on June 9, 2015 to transfer *Medeiros* to this Court.[1]  On July 7, 2015, the *Medeiros* plaintiffs filed their Motion for Preliminary Approval of the Settlement that resulted from their May 15, 2015 mediation.  On July 16, 2015, after the *Fanning/Lindgren* plaintiffs learned that the *Medeiros* plaintiffs had reached a settlement in the *Medeiros* case that directly affected the rights of the *Fanning/Lindgren* plaintiffs and putative class members, those *Fanning/Lindgren* plaintiffs moved to intervene in the *Medeiros* case.  On October 9, 2015, U.S. District Judge Sammartino, who was presiding over the *Medeiros* case, granted the *Fanning/Lindgren* plaintiffs' motion to intervene.  On October 14, 2015, the *Fanning/Lindgren* plaintiffs moved to transfer the *Medeiros* case to this Court, which order was granted on November 23, 2015.

---

[1] On October 13, 2015, the JPML denied the *Fanning/Lindgren* plaintiffs' request to consolidate and transfer the *Medeiros* case to this Court, stating that "[b]ecause the four actions are pending before only two judges in adjacent districts, informal coordination of the actions, if necessary following the review of the putative settlement in Medeiros, appears practicable."  That Order was subsequently revised on October 21, 2015 to correct a factual error regarding Capital One's acquisition of certain HSBC assets.

26. Once all three cases were before this Court, counsel in the *Fanning/Lindgren* cases and counsel in the *Medeiros* case determined that it was in the best interest of the class to combine their efforts and attempt to reach a more favorable result than the one previously negotiated by the *Medeiros* plaintiffs. Accordingly, counsel for all parties participated in formal mediations before the Honorable Edward J. Infante (Ret.) of JAMS on February 18, 2016 and again on March 24, 2016. As a result of these mediations and ongoing settlement discussions, the parties reached a new settlement in principle in the *Fanning/Lindgren* and *Medeiros* actions, and then negotiated the specific language memorializing that settlement in principle. A true and correct copy of the executed Settlement Agreement and Release is attached as Exhibit A to my declaration in support of preliminary approval, which was submitted to this Court on August 26, 2016. Dkt. No. 360-1.

27. This Court granted preliminary approval to the proposed settlement on October 19, 2016. Dkt. No. 364.

28. As will be explained in further detail in plaintiffs' upcoming Motion for Final Approval of Settlement, due to our efforts in subpoenaing telephone recording, autodialing, and customer records from Capital One, and our engagement of an independent data analyst, the court-appointed settlement administrator was able to identify and mail notice to 1,724,553 potential class members. Of these, records indicate that 54,247 were definitively recorded, and, upon final approval, the holders of each of those accounts will be mailed a check based on the number of actually recorded phone calls, without having to file a claim form. Other class members, who may have been recorded, will be required to file a claim form to receive a check; although I have been informed that even at this early stage in the notice process, more than 34,000 claims have been submitted. As of today's date, no objections have been received.

**Attorneys' Fees**

29. Plaintiffs seek attorneys' fees of $4,333,333.33, an amount equal to one third (33-1/3%) of the $13,000,000 common fund created by the Settlement Agreement.  The fairness of the requested amount is supported by the results achieved, the time and effort devoted, the quality of counsel's efforts, the risks of non-success, and the contingent nature of the representation.  The diligent prosecution of this action by class counsel enabled plaintiffs to obtain a substantial class settlement with HSBC with a total monetary value twice the maximum settlement value of the original settlement reached between HSBC and the *Medeiros* plaintiffs, and nearly three times the minimum value of that initial settlement.  The settlement we negotiated enables the class members to avoid the inevitable expense and risk of protracted litigation in this case where the law continues to be uncertain, particularly with respect to determining the scope of the right to privacy and what constitutes a reasonable expectation of privacy given the circumstances of this case.

30. *Fanning/Lindgren* counsel litigated this matter on an entirely contingent basis and advanced more than $300,000 in costs, principally to fund the data analysis experts needed to conduct a comprehensive review of the HSBC and Capital One records to determine which HSBC account holders were actually recorded or engaged in telephone conversations that might have been recorded.

31.  My co-counsel and I devoted substantial time and resources to this litigation during the many years it has taken to investigate, litigate, and resolve plaintiffs' claims against HSBC, during which time we were precluded from taking on other work.  We made every effort to litigate in an efficient and cost-effective manner by reducing duplication of effort and assigning work to the lowest billing timekeepers available for each task where feasible. Each firm has set forth in its own declaration and detailed time records the work that it performed.

32. Since Altshuler Berzon entered the *Fanning/Lindgren* cases in 2014, we have been primarily engaged in legal analysis and strategy, drafting the *Lindgren* complaint, and drafting the numerous motions that were filed with the Court since

that time, including Plaintiffs' Motion to Consolidate Related Cases Pursuant to Fed. R. Civ. Proc 42(a) (September 5, 2014), Plaintiffs' Motion for Partial Relief from Scheduling Order (September 5, 2014), Plaintiffs' Motion for Leave to Amend the Class Definition (February 23, 2015), Plaintiffs' Brief re: Meaning of "Confidential Communication" in California Penal Code §632 (May 15, 2015), and Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (August 26, 2016).  We also took the lead on several 30(b)(6) depositions of HSBC and Capital One. We were primarily responsible for negotiating the settlement agreement under the auspices of Judge Infante (Ret), including drafting the mediation brief, participating in two days of mediation, drafting the formal settlement and negotiating with defense counsel about its terms.  Finally, we have been responsible for overseeing the work of the third party data expert, AB Data, and the settlement administrator, KCC, in analyzing class member data and sending class notice.

33. Altshuler Berzon's regular and customary practice is to require all billers to keep contemporaneous time records, maintained on a daily basis, and describing tasks performed in 0.1 hour increments.  My colleagues and I followed that practice throughout this litigation.  During the time period covered by this case, my law firm used one of two remote time entry programs (called Distributed Time Entry ("DTE") and ProLaw, respectively) to record our billable time.  At or near the time the work was performed, the hours were input by the individual billers into DTE or ProLaw, which recorded and stored the time as individual electronic entries, along with detailed descriptions of the tasks performed.  Shortly after the end of each month, each biller electronically released his or her time entries to the accounting department.  The accounting department electronically imported all time entries for that month into the accounting system.

34. The time logs for this matter (including all individuals recording time for this case) were carefully reviewed by the partners responsible for the case, and any time that may have been duplicative or inefficient was deleted from the records.

While we exercised billing judgment after recording our time (thus eliminating some of the time that had been originally recorded as an exercise of reasonable billing judgment), I also exercised billing judgment before recording my time, because it is my practice not to enter time that I think might be duplicative, and to reduce time for work that may have been inefficient.

35. To calculate the lodestar for the time spent on this case, I obtained the computerized time records prepared by all Altshuler Berzon professionals in this matter.  My partner Eve Cervantez reviewed those records and eliminated additional time that might be considered unnecessary, duplicative or inefficient.  She also eliminated any time expended on litigating our entitlement to attorneys' fees.  We also eliminated time from billers with minimal involvement in this case.  Altogether, my colleagues and I reduced our time in this matter by a total of approximately 325 hours through the exercise of billing judgment.

36. Using the computerized time records maintained by my law firm, as reduced through the exercise of billing judgment, I prepared a detailed statement of daily time entries through May 2017 for work relating to this case, which is attached hereto as **Exhibit B**.  I have redacted the statement to avoid revealing any matters protected by attorney-client privilege or the attorney work product doctrine.

37. The following chart, derived from the computerized time records attached as Exhibit B, shows the hours sought for work on this case for each biller at Altshuler Berzon through May 2017:

| Biller | Hours Billed |
|---|---|
| Michael Rubin | 410.50 |
| Jeffrey Demain | 52.70 |
| Eve Cervantez | 734.70 |
| Danielle E. Leonard | 59.30 |
| P. Casey Pitts | 216.70 |
| Laura Trice | 13.60 |
| Law Clerk | 270.80 |

15

| Paralegal | 94.70 |
|-----------|-------|
| **Total** | **1,853.00** |

38.  As the preceding chart shows, Altshuler Berzon has expended over 1,853 hours on this litigation through May 2017.  The hours set forth above do not reflect the substantial additional work Altshuler Berzon will have performed by the time of the hearing on plaintiffs' motions for final settlement approval and attorney's fees and expenses, or the additional work we will be required to perform following final approval, such as overseeing the settlement distribution process.

39.  Altshuler Berzon frequently represents parties litigating court-awarded fee issues in state and federal courts.  I have been a panelist or principal speaker addressing attorneys' fee issues at many continuing education panels, including those sponsored by bar associations and other public entities, have testified about fees issues in court, and have been called upon as an expert in state and federal fees litigation to state my opinion as to the appropriateness of fees and/or hourly rates requested by counsel in cases under state and federal fee-shifting statutes.

40.  During my representation of my clients and other counsel in attorneys' fees litigation in state and federal court, I have had considerable opportunity to familiarize myself with the hourly rates charged by attorneys of varying degrees of experience.  In my fees practice, I have reviewed the hourly rates of dozens of law firms in California and elsewhere.  I am also familiar with the hourly rates awarded by state and federal courts in the cases in which my law firm has acted as fees counsel during the past 35 years, as well as the rates awarded in many other fees cases by state and federal courts in California and throughout the country.  In addition, I have reviewed many published surveys of attorneys' billing rates.

41.  The current (2017) commercial hourly rates for my colleagues at Altshuler Berzon who have spent time litigating this case are as follows:

| **Biller** | **Hourly Rate** |
|------------|-----------------|
| Michael Rubin | $930 |

| | |
|---|---|
| Jeffrey Demain | $910 |
| Eve Cervantez | $860 |
| Danielle E. Leonard | $690 |
| P. Casey Pitts | $510 |
| Laura Trice | $460 |
| Law Clerk | $285 |
| Paralegal | $250 |

42.   The rates sought for Altshuler Berzon attorneys, law clerks, and paralegals are the firm's current commercial billing rates and are supported by the extensive and specialized experience in these types of cases and recognized expertise described above.  Based on my substantial experience in attorneys' fees matters, I believe that Altshuler Berzon's current commercial rates are fully consistent with the market rate for attorneys with comparable expertise, experience and qualifications.

43.   The billing rates for commercial litigation clients are the hourly rates that Altshuler Berzon bills to its commercial clients and other full-rate clients who are billed, and pay, for legal services on a monthly basis.  Altshuler Berzon's commercial hourly rates (or their historical equivalents) have been repeatedly approved by numerous courts, including the United States District Court for the Central District of California.  *See, e.g.*, *Spicher v. Aidells Sausage Co., Inc.,* No. 3:15-cv-05012-WHO (N.D. Cal.) (May 31, 2017 order finding Altshuler Berzon's 2017 rates reasonable, including $930 rate for senior partner); *Ochoa v. McDonald's*, No. 3:14-cv-02098-JD (N.D. Cal.) (Nov. 14, 2016 order finding Altshuler Berzon's 2016 hourly rates reasonable, including my 2015 rate of $925 per hour and Mr. Pitts' 2015 rate of $485 per hour); *Cancilla v. Ecolab, Inc.*, CV 12-03001 JD (N.D. Cal) (using Altshuler Berzon's 2015 rates to calculate lodestar value of class counsel's work, including rate of $895 for senior partner and $795 for Ms. Cervantez); *Carrillo v. Schneider Logistics Transloading & Distribution, Inc., et al.*, No. CV 11-8557 CAS (DTBx) (C.D. Cal.) (September 24, 2015 order approving my 2015 rate of $895/hr, the 2015 rates of other Altshuler Berzon attorneys, including $775/hr for a 1994 law graduate, $650/hr for a 2000 law graduate, $630/hr for a 2001 law

graduate, $550/hr for a 2004 law graduate, and $450/hr for a 2008 law graduate, and Altshuler Berzon's 2015 rates for Law Clerks ($275/hr) and Paralegals ($250/hr)); *Brooks v. U.S. Bank, N.A.*, Case No. C12-4935-EMC (N.D. Cal) (June 16, 2014 order approving my 2014 rate of $895/hr, Eve Cervantez's 2014 rate of $775/hr, Ms. Leonard's rate of $610/hr, $540/hr for a 2004 law graduate, $275/hr for law clerks, and $250/hr for paralegals); *Tokoshima v. The Pep Boys*, Case No. C12-4810-CRB (N.D. Cal.) (Jan. 26, 2015 order approving Eve Cervantez's 2014 rate of $775 and rates of $895 per hour for 1983 law school graduate, $635 for 2000 law school graduate, and $435 for 2008 law school graduate; *Luquetta v. Regents of the University of California*, Case No. CGC-05-443007 (San Francisco County Superior Court) (October 31, 2012 Order approving my 2012 rate of $850/hr, and Altshuler Berzon's 2012 rates of $700/hr for a 1994 law graduate, Ms. Leonard's rate of $570/hr, $250/hr for law clerks, and $215/hr for paralegals); *Vasquez v. State of California*, Case No. GIC 740832 (San Diego County Superior Court) (October 1, 2012 Order approving my 2012 rate of $850/hr and P. Casey Pitts's 2012 rate of $375/hr for 2008 law school graduate); *Div 15 Tech v. Sheet Metal Workers' International Association, Local 104*, Case Nos. No. C 10-05309 JSW, C 10-05312 JSW (approving 2011 rates, including $545/hr for 2000 law school graduate and $215/hr for paralegals); *Air Line Pilots Ass'n Int'l v. United Airlines, Inc.*, CGC-07-468937 (JAMS Ref. No. 1100061566) (San Francisco County Super. Ct.) (2011 rates of $825/hr (partner), $595/hr (partner), $520/hr (partner), $355/hr (law fellow), and $330/hr (associate)); *Zalua v. Tempo Research Corp.*, BC319156 (Los Angeles County Super. Ct.) (2011 rates of $825/hr (partner), $595/hr (partner), $545/hr (partner), $520/hr (partner), and $355/hr (law fellow)); *Committee for Recognition of Nursing Achievement v. Lucile Salter Packard Children's Hospital*, Case No. 10-cv-1633 JF (N.D. Cal.) (approving 2010 hourly rates); *Swanson v. California Dept. of Transportation*, Case No. RG 09-476468 (Alameda County Superior Court) (approving 2010 rates); *Gardner v. Schwarzenegger*, Case No. RG06-278911

(Alameda County Superior Court) (approving 2008 rates); *Wynne v. McCormick & Schmick's*, 06-cv-3154 CW (N.D. Cal.) (2008 rates); *Satchell v. FedEx Express*, C. 03-2659 SI (N.D. Cal.) (2007 rates); *Adams v. Inter-Con Security Systems*, C-06-5428 MHP (N.D. Cal.) (2007 rates); and *Amaral v. City of Hayward*, A114510 and A114981 (Cal. Ct. App., 1st App. Dist.) (2007 rates).

44.  Applying Altshuler Berzon's current commercial hourly rates to the hours spent on this case (as reduced in the exercise of billing judgment) yields the following lodestar chart for Altshuler Berzon:

| Biller | Hours | Hourly Rate | Lodestar |
|--------|-------|-------------|----------|
| Michael Rubin | 410.50 | $930 | $381,765.00 |
| Jeffrey Demain | 52.70 | $910 | $47,957.00 |
| Eve Cervantez | 734.70 | $860 | $631,842.00 |
| Danielle E. Leonard | 59.30 | $690 | $40,917.00 |
| P. Casey Pitts | 216.70 | $510 | $110,517.00 |
| Laura Trice | 13.60 | $460 | $6,256.00 |
| Law Clerk | 270.80 | $285 | $77,178.00 |
| Paralegal | 94.70 | $250 | $23,675.00 |
| **Total** | **1,853.00** | **N/A** | **$1,320,107.00** |

45. As this chart shows, Altshuler Berzon's total lodestar through May 2017 was **$1,320,107.00**.

46. The market rates set forth in the declarations of the other counsel in the *Fanning* and *Lindgren* matters are at or below the rates that Altshuler Berzon would charge commercial clients for the services of similarly experienced attorneys.  For example, the commercial rate for an Altshuler Berzon partner who has been practicing since 1998 is $770 per hour.  Even before founding their own law firms, both Ms. Arleo and Ms. Mehdi practiced at well-established plaintiffs' class action firms where they litigated numerous class action lawsuits, including cases involving consumer privacy such as this one.  I have had an opportunity to observe their work, both on this case and in other cases in which we have served as co-counsel. Accordingly, based on their expertise and experience, the claimed rates of $725 per

hour for Ms. Arleo and $775 per hour for Ms. Mehdi are reasonable and in line with rates charged by attorneys of similar experience in California.

47.  As stated in the declarations of the other Class Counsel, the total lodestar for *Fanning/Lindgren* Counsel is as follows:

| Firm | Hours | Lodestar |
|------|-------|----------|
| Altshuler Berzon | 1,853.00 | $1,320,107.00 |
| Elizabeth Arleo | 1,795.20 | $1,301,520.00 |
| Mehdi Law Firm | 611.85 | $391,723.75 |
| Bailey & Galen | 1,573 | $590,775.00 |
| **Total** | 5,833.05 | **$3,604,125.75** |

48. That number does not include any of the time that the firms' attorneys will work after May 2017 in moving for final approval of the class action settlement.  It also does not include time that we will spend administering the settlement after final approval is granted, including work with the Claims Administrator to calculate and distribute class members' settlement payments.

**Counsel's Costs and Expenses**

49. Altshuler Berzon maintains all records regarding costs expended on each case.  Based on those records, our bookkeeper has compiled our expenses through May 2017, all of which were necessary to the prosecution of this litigation.  These are expenses that we would normally bill to fee-paying clients.  The following chart summarizes those expenses:

| Category | Amount |
|----------|--------|
| Court Electronic Records | $260.30 |
| Courier | $441.26 |
| Online Legal Research | $1,789.43 |
| Photocopy/Printing | $7,187.10 |
| Secretarial OT | $778.85 |
| Telephone | $132.49 |
| Postage | $89.29 |
| Travel | $7,652.50 |

| Misc. - TTI Technologies (re: deposition) | $5.00 |
|---|---|
| Filing Fees | $650.00 |
| **Total** | $18,986.22 |

50. As reflected in the chart of costs and expenses incurred by Altshuler Berzon in the paragraph above and the declarations of the other Class Counsel, Class Counsel incurred over $340,120.00 in costs and expenses litigating this matter through May 2017.

51. The amount is less than the costs that Class Counsel will actually incur before this case is concluded, including anticipated additional costs for photocopying, printing, Westlaw research, couriers, long-distance telephone charges, and travel expenses associated with filing the final approval motion, appearing at the final approval hearing, responding to class member inquiries, and monitoring implementation of the settlement.

### Plaintiffs' Service Fees

52. I am familiar with the efforts that plaintiffs Fanning, Jabbar and Lindgren have expended on behalf of the class. I understand that these named plaintiffs have been active in pre-lawsuit filing by being available for detailed discussions regarding their claims in this litigation and the investigation into those claims, and providing counsel with valuable information regarding their personal experiences relating to the allegations of the complaints. I am also aware that plaintiffs participated in settlement negotiations on behalf of the class and made themselves available regularly for updates on the progress of those negotiations. Plaintiff Lindgren responded to Capital One's discovery requests, including by producing documents, responding to interrogatories, and submitting to a March 16, 2015 deposition. Plaintiff Fanning submitted an important declaration in support of the motion for partial summary judgment filed in his case on March 3, 2014.

53. As permitted by the Settlement Agreement and subject to the Court's approval, Class Counsel seek $1,500 each as service payments for named plaintiffs Jabbar, Medeiros, Bomberger, Morrissey, and Pulatie, and $5000 each for named

plaintiffs Lindgren and Fanning.  SA ¶3.10.  I believe that this is a reasonable amount given their time and efforts.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct.  Executed this 29th day of June 2017, at San Francisco, California.

By: _____/s/ Michael Rubin_____
Michael Rubin

DECLARATION OF MICHAEL RUBIN ISO MOTION FOR ATTORNEYS' FEES AND COSTS
CASE NOS. 2:15-cv-09093 JVS (AFMx), 12-CV-00885-JVS-RNB

EXHIBIT A

## ALTSHULER BERZON LLP

### ATTORNEYS AT LAW

177 POST STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94108
(415) 421-7151
FAX (415) 362-8064
www.altshulerberzon.com

STEPHEN P. BERZON
ERIC P. BROWN
HAMILTON CANDEE
EVE H. CERVANTEZ
CONNIE K. CHAN
BARBARA J. CHISHOLM
JEFFREY B. DEMAIN
JAMES M. FINBERG
KRISTIN M. GARCÍA
EILEEN B. GOLDSMITH
MEREDITH A. JOHNSON
SCOTT A. KRONLAND
REBECCA C. LEE
DANIELLE E. LEONARD
STACEY M. LEYTON
TONY LOPRESTI
MATTHEW J. MURRAY
ZOE PALITZ
P. CASEY PITTS
DANIEL T. PURTELL
RAPHAEL N. RAJENDRA
MICHAEL RUBIN
PEDER J. THOREEN
JONATHAN WEISSGLASS

FRED H. ALTSHULER
FOUNDING PARTNER EMERITUS

PETER D. NUSSBAUM
PARTNER EMERITUS

CORINNE JOHNSON
FELLOW

December 2016

## FIRM RESUME

Altshuler Berzon LLP is a San Francisco law firm that specializes in labor and employment, environmental, constitutional, campaign and election, and civil rights law. Although most of our cases are in federal and state courts in California, we appear regularly in courts throughout the country and before the National Labor Relations Board.

In past years, the firm's attorneys have won major victories in the cases described below, following the description of the firm's current docket. Attorney biographies and citations to decisions follow at the end of this resume.

## <u>CURRENT CASES</u>

Altshuler Berzon LLP's current docket includes the following matters:

 * ***North Carolina State Conference of the NAACP v. The North Carolina State Bd. of Elections***: Federal law challenge to North Carolina state and county officials' removal of thousands of voters from the registration rolls in the weeks leading up to the November 2016 election based on mass challenges alleging that the voters had relocated their residences.

 * ***Sanchez/Hughes/Salazar/Ochoa v. McDonald's***: California state law class actions on behalf of restaurant crew members employed by corporate-owned and franchisee-owned McDonald's fast food outlets, alleging numerous violations of California employment law and seeking to establish McDonald's corporate liability on joint employer and other theories.

 * ***Gerawan Farms v. Agricultural Labor Relations Board***: Representation of the United Farm Workers before the California Supreme Court in defense of the constitutionality of a California law requiring binding interest arbitration to resolve agricultural labor disputes.



 * ***People v. Atlantic Richfield Co.***: The defense on appeal of California trial court order requiring paint manufacturers to contribute over $1 billion to abate hazards caused by deteriorating lead-based paint in private homes.

 * ***In re Anthem Inc. Data Breach***: Co-lead counsel in federal multi-district litigation involving hundreds of consumer class actions against Anthem, Inc. and its affiliated Blue Cross-Blue Shield companies for allegedly failing to maintain the confidentiality of the personal information of approximately 80 million Americans, in one of the largest data breaches in U.S. history.

 * ***Int'l Union of Operating Engineers Local 370 v. Wasden***: A federal court challenge to Idaho's "Right to Work" statute as preempted by the National Labor Relations Act and as a taking without due process under the Fifth and Fourteenth Amendments.

 * ***Dynamex Operations West, Inc. v. Superior Court***: An amicus brief in the California Supreme Court on behalf of three international unions to establish the proper definition of "employee" to be used in California Labor Code and Wage Order cases brought by workers alleging they were misclassified as independent contractors.

 * ***Patterson v. Raymour's Furniture Co./AT&T Mobility Svcs., LLC v. NLRB/Professional Janitorial Svc. v. NLRB/Price-Simms, Inc. v. NLRB//24 Hour Fitness v. NLRB/Everglades College, Inc. v. NLRB/The Rose Group v. NLRB/ Totten v. Kellogg Brown & Root, LLC***: Party and amicus briefing in challenges pending in the First, Second, Fourth, Sixth, Eleventh, and D.C. Circuits, and in the Supreme Court, to mandatory employment arbitration agreements that prohibit joint, class, and representative actions, as violating the right to engage in concerted protected activity guaranteed by the National Labor Relations Act and the Norris-LaGuardia Act.

 * ***Villarreal v. R.J. Reynolds Tobacco Company***: A collective action in federal court brought against R.J. Reynolds and its two hiring agencies alleging disparate impact under the Age Discrimination in Employment Act against job applicants 40 years of age or older.

 * ***Keller v. California State University***: A state court class action lawsuit against the California State University alleging the University breached its contracts with tens of thousands of students by imposing last-minute fee increases.

 * ***NRDC v. Jewell***: Following remand from an 11-0 *en banc* victory at the Ninth Circuit, continued litigation of an environmental challenge to long-term contracts for the delivery of more than 2.3 million acre-feet of California Central Valley Project water, which allegedly pose a severe risk to the survival and recovery of the threatened Delta smelt and salmon.

 * ***Fanning v. HSBC/Lindgren v. HSBC***: Privacy class actions in federal court on behalf of California credit card account holders alleging that their telephone conversations with bank's debt collection and financial fraud personnel were secretly recorded.

* ***Andino/Ahmad/Arenzana/Avila/Khan v. CEVA***: Multiple federal court lawsuits asserting wage and hour claims under the California Labor Code on behalf of delivery truck drivers who were allegedly misclassified as independent contractors rather than employees.

* ***Faulkner v. Dominguez***: The defense of a union representing airline ramp, operations, provisions and freight agents in a federal court action for breach of contract.

* ***Kilby v. CVS Pharmacy, Inc./Henderson v. J.P. Morgan Chase/Brown v. Walmart***: Federal court actions, on remand from the Ninth Circuit after California Supreme Court's ruling on certified questions, alleging that the defendant companies failed to provide their employees with suitable seating, as required by a century-old California Wage Order.

* ***Riffey v. Rauner/Winner v. Rauner/Bierman v. Dayton/Mentele v. Inslee/Centeno v. Quigley/Hill v. SEIU***: The defense, in courts of appeals and district courts, of state laws that permit childcare and homecare providers to have union representation and that permitted the unions to require all represented employees to pay their fair share of the costs of providing that representation.

* ***Hamidi v. SEIU Local 1000***: The defense in federal court of a California statute requiring state employees who choose not to become members of the union that represents them in collective bargaining to opt out of paying their pro rata portion of certain non-bargaining expenses if they do not wish to pay for such expenses.

* ***Int'l Bhd. of Teamsters v. United States Dep't of Transportation***: A petition in the Ninth Circuit challenging as arbitrary and capricious the conclusions of the Department of Transportation's report to Congress regarding the U.S.-Mexico Cross-Border Long-Haul Trucking Pilot Program, and arguing that the report cannot provide the basis for granting long-haul operating authority to Mexico-domiciled trucks.

* ***Warner v. Fry's Electronics***: A state court representative action for civil penalties brought on behalf of sales employees alleging systematic violations of California's minimum wage law.

* ***Unico v. Harris***: The defense on appeal of a federal district court decision upholding against a federal preemption and constitutional challenge a California law requiring contractors performing work at refineries to use a skilled and trained workforce.

* ***Alvarez v. Inslee***: The defense against a constitutional challenge to collectively bargained agreements that grant union representatives access to the public sector employees they represent.

* ***American Airlines Flow-Thru Pilots Coalition v. Allied Pilots Ass'n***: The defense of a labor union sued for the position it took in collective bargaining negotiations.

* ***Demetris v. Transport Workers Union/Letbetter v. Transport Workers Union***: The defense on appeal of a judgment of dismissal in favor of a labor union sued over its equity distribution plan in connection with American Airlines' bankruptcy proceedings.

 * ***Monsanto Co. v. Office of Environmental Health Hazard Assessment***: The representation of an intervenor to defend the constitutionality of Proposition 65's mechanism for listing known carcinogens against a challenge brought by Monsanto.

 * ***Spicher v. Aidells Sausage Co.***: A class action asserting wage and hour claims under the California Labor Code on behalf of food product demonstrators.

 * ***Quiles v. Koji's Restaurants***: An appeal from a state court ruling exempting owners of closely-held corporations from joint-employer liability under California law.

 * ***AFT Local 2121 v. Accrediting Commission for Community and Junior Colleges***: A challenge brought on behalf of labor organizations representing community college faculty and individual faculty members to the practices of an organization that accredits California community colleges and to that entity's threatened termination of the accreditation of City College of San Francisco.

 * ***Maloney v. T3Media, Inc.***: An amicus brief to the Ninth Circuit on behalf of five major professional sports unions supporting reversal of a district court ruling that the Copyright Act preempts college athletes' right-of-publicity challenge to a company's non-consensual marketing and sale of copyrighted photographs of those athletes.

 * ***Professional Janitorial Services, Inc. v. SEIU Local 5***: Representation on appeal of a union engaged in organizing janitorial workers seeking to overturn a $7.8 million Texas state court judgment for business disparagement.

 * ***Allied Concrete v. Baker***: The representation of labor union intervenors to defend against a constitutional challenge to a state law that requires suppliers of concrete to public works projects to pay prevailing wages to ready-mix delivery drivers.

 * ***Wise v. State of Missouri***: A challenge to a state law preempting local minimum wage ordinances, raising "single subject" rule and other state law grounds.

 * ***NRDC v. McCarthy***: A federal court action alleging that the Environmental Protection Agency failed to carry out its non-discretionary duty to review and take action in response to the California State Water Resources Control Board's orders revising water quality standards in the San Francisco Bay-Delta Estuary.

        We also represent many local unions and apprenticeship programs on general matters, including litigation, negotiations, arbitrations and advice. In addition, we represent many workers in individual employment matters, public agencies in selected constitutional cases, and law firms and public interest organizations on statutory and common fund attorneys' fees matters. We also defend labor unions and public interest groups against SLAPP suits, and regularly provide legal advice to both unions and public agencies on the drafting of legislation, ballot measures, and regulations.

## <u>VICTORIES</u>

## LABOR AND EMPLOYMENT

 * ***UAW v. Johnson Controls*** (Supreme Court): Prohibited employers from adopting "fetal protection" policies that discriminate against female workers in violation of Title VII.

 * ***UAW v. Brock*** (Supreme Court): Compelled the Department of Labor to restore $200 million in wrongfully withheld Trade Act benefits to thousands of unemployed autoworkers and steelworkers.

 * ***Bower v. Bunker Hill Co.***: Restored, after a six-week jury trial, tens of millions of dollars of retiree health insurance benefits that had been terminated following the shutdown of Idaho's largest private employer.

 * ***Golden Gate Restaurant Ass'n v. City and County of San Francisco***: Obtained a Ninth Circuit ruling upholding, against an ERISA preemption challenge, a San Francisco ordinance that requires employers either to provide health benefits to their employees or to pay into a City fund for the same purpose.

 * ***UAW v. Kiddoo***: Required California to resume paying unemployment compensation to almost 400,000 unemployed workers following a budgetary impasse between the Legislature and the Governor.

 * ***Bay Area Laundry Workers v. Ferbar*** (Supreme Court): Established longer statute of limitations for suits against employers who withdraw from multi-employer pension plans.

 * ***Burlington Northern Santa Fe Ry. Co. v. Int'l Bhd. of Teamsters Local 174***: Obtained a unanimous en banc court of appeals decision overturning decisions that had severely weakened the protection afforded by the Norris-LaGuardia Act to union economic action.

 * ***Armendariz v. Foundation Health Psychcare Svcs***.: Obtained a California Supreme Court ruling that employers cannot require their employees, as a condition of employment, to resolve employment claims through arbitration, where the arbitration agreement does not provide for specific procedural protections.

 * ***UFCW Local 751 v. Brown Shoe Group, Inc.*** (Supreme Court): Established union standing to sue employers that violate the Worker Adjustment and Retraining Notification Act's statutory notice requirements.

 * ***Vergara v. California***: Overturned on appeal trial court decision invalidating as unconstitutional California statutes governing public school teacher tenure and layoff.

 * ***Air Line Pilots Association, International, et al. v. United Airlines, Inc.***: Obtained declaratory and injunctive relief on behalf of United Airlines pilots requiring the airline to comply with California's Kin Care law, which requires employers that offer paid sick leave to allow employees to use up to half of that leave to care for ill relatives.

 * ***24 Hour Fitness USA, Inc./ Totten v. Kellogg Brown & Root, LLC***: Obtained rulings from the National Labor Relations Board and the Central District of California striking down mandatory employment arbitration agreements that prohibit class collective actions and representative actions as violations of the right to engage in concerted protected activity guaranteed by the National Labor Relations Act.

 * ***Greene v. Dayton***: Obtained Eighth Circuit decision affirming district court's dismissal of claims that a state law permitting homecare workers for Medicaid program participants to be represented by a union is preempted by the National Labor Relations Act, violates the Contract Clause, and tortiously interferes with the right to contract.

 * ***Chamber of Commerce v. City of Seattle***: Obtained dismissal of a business challenge to a Seattle ordinance establishing a process for collective organization of independent contractor drivers for taxi and for-hire companies.

 * ***Does I, et al. v. The Gap, Inc., et al.***: Negotiated a $20 million settlement and innovative workplace monitoring program in anti-sweatshop class action on behalf of 30,000 Chinese and other foreign workers against Saipan garment factories and retailers for alleged violations of the Racketeer Influenced and Corrupt Organizations Act, the Alien Tort Claims Act, the Fair Labor Standards Act, and federal common law.

 * ***Granite Rock Co. v. Int'l Bhd. of Teamsters*** (Supreme Court): Obtained a U.S. Supreme Court decision rejecting an employer's unprecedented attempt to expand Section 301 of the Labor Management Relations Act to include tort theories for interference with contract by international union.

 * ***Regents of the University of Wisconsin v. Adidas***: Successful intervention on behalf of an Indonesian labor union, followed by settlement in the Wisconsin state court, of an action brought to hold Adidas responsible under a University licensing agreement for unpaid wages and benefits owed to 2,700 Indonesian garment workers employed by a bankrupt factory that manufactured Adidas apparel.

 * ***Washington Service Contractors Coalition v. District of Columbia***: Successfully defended against a federal preemption challenge a local displaced worker ordinance that requires new service contractors to retain the employees of their predecessors.

 * ***NLRB v. Town & Country Electric, Inc.*** (Supreme Court): Protected paid union organizers from discriminatory discharge or refusal to hire under the National Labor Relations Act.

 * ***Carrillo v. Schneider Logistics, Inc.***: Federal district court class action resulting in $22.7 million settlement on behalf of low-wage immigrant warehouse workers who alleged that Walmart, its warehouse operator, and their labor services contractors were joint employers liable for a series of state and federal wage-and-hour violations, including for imposing unlawful group piece rate scheme, wage fraud, and wrongful mass retaliatory termination.

 * ***Does I Thru XXIII v. Advanced Textile Corp.***: Established the right of workers to sue under fictitious names and withhold their identities from their employers, where they reasonably fear that disclosure of their identities will result in severe retaliation.

 * ***Brinker Restaurant Corp. v. Superior Court***: Obtained a unanimous California Supreme Court decision, which ultimately resulted in a $56 million settlement, establishing standards governing meal period and rest break claims, and affirming in part and reversing in part trial court's certification of class of low-wage restaurant workers.

 * ***Veliz v. Cintas Corp.***: Obtained a $22.75 million settlement of class actions and individual cases pending in the Ninth Circuit, the Northern District of California, the Judicial Panel on Multidistrict Litigation, and AAA arbitration, each of which challenged a nationwide industrial laundry company's policy of classifying its drivers as exempt from overtime requirements of federal and state wage-and-hour laws.

 * ***AFL-CIO v. Employment Development Department***: Compelled California to continue to pay unemployment compensation benefits to hundreds of thousands of claimants per year pending evidentiary hearings on their continued eligibility.

 * ***Hawaii State Teachers Assn./United Public Workers v. Lingle***: Enjoined the Governor of Hawaii from unilaterally implementing unpaid furloughs for all state employees of three days per month on the ground that unilateral implementation violated the state constitutional right to collective bargaining.

 * ***Broussard v. First Tower Loan, LLC***: Obtained an arbitration decision holding that an employer violated Title VII's prohibition against sex discrimination when it constructively discharged a transgender male employee by requiring that he act and dress in conformity with traditional female gender stereotypes, and awarding economic and non-economic damages.

 * ***El Centro v. Lanier***: Defeated a state constitutional challenge to a California law that provides charter cities with a financial incentive to require contractors on municipal construction projects to pay prevailing wages to their employees and to hire apprentices.

 * ***SEIU-UHW v. Fresno County IHSS Public Authority***: Obtained an injunction requiring Fresno County to maintain the wage and benefit rates paid to providers of in-home support services pending arbitration of the union's grievance regarding the wage and benefit reduction.

\* ***D.R. Horton***: On behalf of amici SEIU and Change to Win, obtained a ruling from the National Labor Relations Board (later reversed by Fifth Circuit but still binding on Board administrative law judges) that employers commit an unfair labor practice by including prohibitions against joint, class, and collective actions in mandatory employment arbitration agreements.

\* ***Narayan v. EGL***: Obtained a Ninth Circuit reversal of a district court's grant of summary judgment to an employer of delivery truck drivers, on the grounds that the district court had improperly applied Texas law to California drivers' statutory wage and hour claims and incorrect concluded that the drivers were independent contractors rather than employees.

\* ***Satchell v. FedEx Express***: Obtained a consent decree providing $55 million in monetary relief to two classes of African American and Latino employees of FedEx Express, as well as comprehensive injunctive relief against discriminatory employment practices, including reducing managerial discretion in promotions, compensation and discipline, and prohibiting the use of a promotion test that had an adverse impact on minority employees.

\* ***Noe v. Superior Court***: Obtained a Court of Appeal decision holding that businesses that hire contractors can be held liable under California's Private Attorney General Act for their contractors' misclassification of the contractors' employees as independent contractors.

\* ***Bright v. 99 Cent Only Stores, Inc./Home Depot v. Superior Ct.***: Obtained Court of Appeal rulings that California workers have private right of action under the Labor Code for civil PAGA penalties against employers who violate minimum labor conditions standards guaranteed by Industrial Wage Commission wage orders.

\* ***Pulaski v. Calif. Occupational Safety and Health Standards Board***: Successfully defended the nation's first safety standard on ergonomics against an industry challenge, and invalidated exemptions that would have prevented that standard from applying to most California workplaces.

\* ***Passantino v. Johnson & Johnson Consumer Products, Inc.***: Successfully defended on appeal a multi-million dollar jury award in an employment discrimination action under federal and state law.

\* ***SkyWest Pilots ALPA Organizing Committee v. SkyWest Airlines, Inc.***: Obtained a temporary restraining order and a preliminary injunction prohibiting an airline from interfering with its pilots' rights to organize and to free expression under the Railway Labor Act.

\* ***California Teachers Ass'n v. Governing Bd. of Salinas City Elementary Sch. Dist.***: Obtained a California Supreme Court order vacating, and a subsequent Court of Appeal decision reversing, a court of appeal opinion that had required union to arbitrate non-waivable statutory claims brought on behalf of its members; on remand, obtained writ requiring school district to place teachers on the correct steps on the salary schedule and to provide more than $3 million in back pay and interest.

\* ***State Building & Constr. Trades v. Aubry***: Struck down, as a usurpation of legislative authority, administrative regulations that would have lowered by 20 percent the prevailing wage rate paid to construction workers on public projects.

\* ***Bell v. Farmers Ins. Exchange* (*Bell III*)**: Obtained an appellate decision upholding the largest overtime pay jury verdict in history, in class action on behalf of insurance company claims representatives who were misclassified as exempt under California's wage and hour law, and subsequently negotiated a settlement in excess of $200 million for class members.

\* ***The Hess Collection Winery v. California Agricultural Relations Bd.***: Successfully defended against a constitutional challenge a California statute providing for the binding resolution of disputes between agricultural employers and their union-represented employees arising from their failure to agree on an initial labor contract, thereby guaranteeing that agricultural workers will obtain an initial contract.

\* ***Employee Staffing Services, Inc. v. Aubry***: Defeated an employee-leasing company's ERISA preemption challenge to California's workers' compensation laws.

\* ***Long Beach City Employees v. City of Long Beach***: Overturned on state constitutional grounds a city policy requiring public employees to submit to polygraph examinations.

\* ***Kaiser Aluminum and Chemical Corp.***: Obtained a ruling that a national aluminum manufacturer violated the National Labor Relations Act by unlawfully locking out 3,000 of its employees and must pay them approximately $175 million in back wages, at that time the highest backpay award in the history of the Act.

\* ***Associated Builders and Contractors v. Nunn/ACTA v. Smith***: Defeated federal court preemption challenges to a regulation raising the minimum wage rates for California apprentices.

\* ***Duran v. U.S. Bank***: Obtained a unanimous California Supreme Court ruling, after briefing and oral argument on behalf of a coalition of amicus groups, allowing California employees to prove class-wide claims through surveys, and statistical and representative evidence, as long as trial plan provides their employer an adequate opportunity to prove individualized affirmative defenses.

\* ***Amaral v. Cintas Corp.***: Won a $1.6 million summary judgment in a class action challenging a nationwide laundry company's systematic underpayment of its workers, defeating state law preemption and federal due process challenges to a local living wage ordinance.

\* ***Ellis v. Costco Wholesale Corp.***: Obtained an $8 million settlement on behalf of a class of women employees who alleged gender discrimination in promotions in violation of Title VII of the 1964 Civil Rights Act, as well as wide-ranging programmatic relief modifying corporate policies to allow women a greater chance of promotions in the future.

9

 * ***AFL-CIO v. Marshall***: Obtained a ruling requiring payment of an additional 26 weeks of extended unemployment compensation benefits, worth billions of dollars, to unemployed workers nationwide.

 * ***Capers v. Nunn***: Obtained a decision upholding a California Apprenticeship Council ruling that precluded non-union apprenticeship program from operating outside its approved geographic area.

 * ***Rosenburg v. Int'l Business Machines Corp.***: Obtained a $65 million settlement in a class action brought on behalf of IBM information technology specialists for failure to pay overtime compensation.

 * ***Air Line Pilots Ass'n, Int'l v. Emery Worldwide Airlines, Inc.***: Obtained an eight-figure settlement of breach of contract claim on behalf of airline pilots who were permanently furloughed when their employer ceased flight operations.

 * ***Cremin v. Merrill Lynch***: Settled a nationwide sex discrimination class action on behalf of women brokers, resulting in establishment of novel claims procedure and agreement by brokerage firm no longer to compel any employees to arbitrate statutory discrimination claims.

 * ***Curtis-Bauer v. Morgan Stanley & Co., Inc.***: Obtained a $16 million class-action settlement for African-American and Latino financial advisors and financial advisor trainees requiring Morgan Stanley to change its account distribution procedures to de-emphasize historical factors that have an adverse impact on minorities, to engage in active recruitment of minority financial advisors, to tie manager compensation to diversification efforts, and to provide other non-monetary relief.

 * ***Akau v. Tel-A-Com Hawaii***: Upheld, against an employer's ERISA preemption challenge, Hawaii's Dislocated Workers Act, which provided supplemental unemployment compensation benefits to workers adversely affected by plant closings.

 * ***Reigh v. Calif. Unemployment Insurance Appeals Bd.***: Obtained the right to unemployment compensation for workers in non-safety-sensitive jobs who were discharged after refusing to take, or failing, a random drug test.

 * ***Martens v. Smith Barney***: Settled a nationwide sex discrimination class action on behalf of women brokerage employees, resulting in a novel claims procedure allowing for potentially tens of millions of dollars in damages.

 * ***California Hospital Ass'n v. Henning***: Overcame a federal statutory challenge to a California law requiring payment of accrued vacation pay to workers upon cessation of employment.

 * ***United Public Workers v. Yogi***: Invalidated a state public employee wage freeze that conflicted with the state constitutional right to organize for the purpose of collective bargaining.

\* ***St. Thomas - St. John Hotel & Tourism Ass'n v. Gov't of the U.S. Virgin Islands***: Defeated a federal preemption challenge to a Virgin Islands statute that protects employees from termination without cause.

\* ***Simo v. Union of Needletrades, Industrial & Textile Employees***: Successfully defended on federal appeal a labor union's use of the "garment industry proviso" to Section 8(e) of the National Labor Relations Act.

\* ***Adcock v. United Auto Workers; Patterson v. Heartland Industrial Partners, LLP***: Obtained decisions from the Fourth Circuit (Adcock) and the Northern District of Ohio (Patterson) holding that an agreement under which an employer agrees to remain neutral in union organizing campaigns in return for the union's agreement to limitations on such campaigns does not violate Section 302 of the Labor Management Relations Act or the Racketeer Influenced and Corrupt Organizations Act.

\* ***Heartland Industrial Partners, LLP and the United Steelworkers of America, AFL-CIO***: Obtained a decision from the National Labor Relations Board upholding a neutrality and card-check organizing agreement under Section 8(e) of the National Labor Relations Act.

\* ***Pearson Dental Supplies v. Superior Court***: Obtained a California Supreme Court ruling that requires heightened judicial review of an arbitration award, issued pursuant to a mandatory arbitration agreement, that is challenged on the ground that the arbitrator's legal error deprived the claimant of a hearing on the merits of a fundamental statutory or common law claim.

\* ***Danielli v. Int'l Business Machines Corp.***: Obtained a $7.5 million common-fund settlement in a class action brought on behalf of IBM employees for IBM's failure to pay overtime compensation.

\* ***Vendachalam v. Tata International***: Obtained a Ninth Circuit decision that Tata International, India's largest conglomerate, could not force its overseas workers to arbitrate employment disputes before Tata's hand-picked arbitrators in Mumbai.

\* ***SEIU Local 24/7 v. Professional Technical Security Services, Inc.***: Obtained a settlement under state wage and hour laws providing payments to hundreds of low-wage workers as reimbursement for uniform cleaning expenses.

\* ***Int'l Longshore & Warehouse Union, Local 142 v. Brewer***: Obtained a settlement on behalf of a class of retirees from sugar and pineapple plantations compensating them for the company's termination of their medical plans.

\* ***Vega v. Contract Cleaning Maintenance, Inc.***: Obtained class-action settlements on behalf of low-wage janitors and maintenance workers who were misclassified as independent contractors, providing double overtime, reimbursement of allegedly unlawful paycheck deductions, and statutory interest.

* ***Wynne v. McCormick & Schmick's Seafood Restaurants, Inc.***: Obtained a consent decree against a restaurant chain requiring it to implement a series of measures to increase the representation of African-American employees in "front of the house," i.e., server, bartender, and host/hostess, positions.

* ***Southern California Edison Co. v. Public Utilities Comm'n***: Obtained a decision upholding the authority of the Public Utilities Commission to order utilities to require the payment of prevailing wages to construction workers on energy utility construction projects.

* ***Adams v. Inter-Con Security Systems, Inc.***: Obtained a $4 million settlement compensating private security guards who were required to work "off the clock" without pay and requiring the company to pay its employees in the future for the time they spend in mandatory training sessions and pre-shift briefings.

* ***Martin v. New United Motor Mfg., Inc.***: Obtained a $4.65 million settlement from an automobile manufacturing plant for failure to compensate its employees for donning and doffing protective gear, in violation of federal and state law.

* ***IBEW v. Eichleay***: Enforced a multi-million dollar arbitration award against an employer that tried to evade its contract obligations through a non-union alter ego.

* ***Local 1564 v. City of Clovis***: Invalidated a local "right to work" law enacted by a New Mexico city.

* ***Patel v. Sugen***: Obtained a nearly $2 million settlement in a class action challenge to a pharmaceutical company's refusal to pay contractually-mandated severance pay and bonuses to employees upon sale of the company, representing complete recovery of all monies owed plus ten percent interest.

* ***EQR/Legacy Partners***: Obtained a settlement in administrative action of $1.6 million in back wages to construction workers who were not paid the prevailing wage required on public works projects.

* ***Californians for Safe and Competitive Dump Truck Transportation v. Mendonca***: Defeated an industry challenge to the application of California's prevailing wage law to motor carriers after the enactment of trucking deregulation.

* ***Fry v. Air Line Pilots Ass'n***: Defeated an attempt to hold a union liable under RICO and state tort law for ostracism allegedly directed against strikebreakers.

* ***IBEW Locals 595 and 6 v. LIS Electric***: Won a private attorney general action, after a multi-week trial, against a construction contractor and its president for failing to pay workers prevailing wages on public works projects.

\* ***International Longshore and Warehouse Union Local 142 v. Hawaiian Waikiki Beach Hotel***: Obtained an order requiring the corporate parent of a hotel in receivership to arbitrate claims for millions of dollars in accrued vacation and severance pay owed to the hotel's employees.

\* ***SEIU v. County of San Bernardino***: Obtained an injunction prohibiting one of the nation's largest counties from depriving its employees of their right to discuss union issues at work.

\* ***Retlaw Broadcasting Co. v. National Labor Relations Board***: Successfully defended on appeal the National Labor Relations Board's decision that an employer unlawfully implemented a contract proposal allowing it to bypass the union and negotiate directly with its individual employees.

\* ***San Joaquin Regional Transit Dist.***: Obtained an arbitration award that stopped a transit district from contracting out numerous jobs held by union-represented workers.

\* ***Driscoll v. Oracle***: Negotiated a $12.7 million settlement in nationwide overtime case under the Fair Labor Standards Act and state law on behalf of internet sales representatives.

\* ***UAW Local 2244 and New United Motor Manufacturing, Inc.***: Obtained an arbitration award in excess of a million dollars for violation of a contractual provision requiring an employer to pay wage premiums to employees who start their shifts before 6:00 a.m.

\* ***ATU Local 1292 and Alameda County Transit District***: Obtained an arbitration award prohibiting a public transit district from using a lease arrangement to evade contractual restrictions on outsourcing bargaining unit jobs.

\* ***California Federation of Interpreters v. Region 1 Court Interpreter Employment Relations Committee/California Federation of Interpreters v. Region 2 Court Interpreter Employment Relations Committee/California Federation of Interpreters v. Region 4 Court***: Obtained arbitration awards requiring Superior Courts to pay mileage compensation to court interpreters and holding that the courts acted illegally by giving interpreting assignments to independent contractors.

\* ***New United Motor Manufacturing, Inc. and United Auto Workers, Local 2244***: Successfully challenged in arbitration an employer's policy of terminating sick leave benefits for ill or injured employees, providing relief to nearly one hundred employees.

\* ***Int'l Bhd. of Electrical Workers Local 551 v. WSB Electric***: Enjoined a contractor and its officers from continuing to commit unfair business practices by underpaying workers on public works projects, leading to the debarment of the contractor from bidding on public works projects for three years.

* ***Associated Builders and Contractors***: Obtained a National Labor Relations Board decision that an association of non-union construction contractors violated the National Labor Relations Act by filing and prosecuting a lawsuit challenging a union program to recapture jobs for union workers.

* ***McCabe Hamilton & Renny Co., Ltd. v. Int'l Longshore & Warehouse Union, Local 142***: Obtained, and secured against federal court challenge, a $355,000 arbitration award for a longshore worker who was assaulted, permanently disabled, and forced to spend two years in a witness protection program due to the employer's breach of a contractual duty to provide a safe workplace.

* ***Advocate Health Care Network v. Service Employees Int'l Union***: Obtained dismissal of defamation, commercial disparagement, unfair trade practices, and maintenance claims arising from union's support for community campaign to change hospital chain's practice of overcharging uninsured patients.

* ***In re Opinion of Bill Lockyer, Attorney General*** (***State Allocation Board***): Obtained an interpretation from the California Attorney General requiring school districts to utilize competitive bidding laws to award public school construction projects, thereby insuring that union contractors have an opportunity to bid on such work.

* ***In re Santa Ana Transit Village***: Obtained a California administrative ruling that a transfer of property for a redevelopment project at so-called "fair reuse value" is not equivalent to a transfer at the "fair market price," thereby requiring the payment of prevailing wages to construction workers on those projects.

* ***Wagner v. Professional Engineers in California Gov't***: Established that the appropriate remedy for legal deficiencies in a union's annual fair share fee notice is for the union to correct and re-issue the notice, not to refund fees previously collected.

* ***Bricklayers and Allied Craftworkers Local 3 v. Northern California Mason Contractors Multiemployer Bargaining Ass'n***: Obtained an arbitration award upholding a union's right to allocate annual economic increases under a collective bargaining agreement between wages and fringe benefits.

* ***Contra Costa County and Contra Costa Public Defenders Ass'n***: Obtained an arbitration award against Contra Costa County for violating the "parity" clause of its collective bargaining agreement, which required the County to provide its public defenders with any new benefits provided to its district attorneys.

* ***Montoya v. Laborers International Union of North America***: Obtained the voluntary dismissal with prejudice, after filing a motion to dismiss on grounds of justiciability and preemption, of a challenge to an international labor union's procedures for transferring geographic jurisdiction between local union affiliates.

\* ***Southern Wine & Spirits v. Simpkins***: Defeated a motion for preliminary injunction in Florida state court seeking to prevent California-based employee of Florida company from working for company's California competitor.

\* ***SEIU Local 24/7 and Pacific Gas & Electric Company***: Obtained a seven-figure arbitration award for an employer's failure to pay its security guards for on-duty meal periods.

\* ***UGL-UNNICO Service Co.***: Helped obtain a National Labor Relations Board decision reinstating a bar to challenging a union's majority status after a new employer assumes control of an organized facility, thereby allowing the parties a reasonable period of time to negotiate a collective bargaining agreement.

\* ***S&F Market Street Health Care LLC and Windsor of North Long Beach***: Obtained victory before a National Labor Relations Board administrative law judge and an injunction in federal district court in a case alleging that a nursing home employer engaged in unlawful "surface bargaining" by insisting on a package of contract proposals that would have forced the union to surrender all representational authority for the duration of the collective bargaining agreement.

\* ***Sheen v. SAG***: Successfully defeated a motion for preliminary injunction under the Labor- Management Reporting and Disclosure Act seeking to stop the counting of votes in a union merger election, resulting in the merger passing by an overwhelming majority.

\* ***Holloway v. Best Buy Co., Inc.***: Obtained a consent decree, with a four-year duration, in a federal court class action requiring changes in Best Buy's personnel policies and procedures that will enhance the equal employment opportunities for the thousands of women, African Americans, and Latinos employed by Best Buy nationwide.

\* ***Reed v. Los Angeles Unified School District***: Overturned on appeal a California Superior Court decision approving a settlement agreement that impaired the statutory and contractual rights of public school teachers, over the objection of the teachers' union (which had not agreed to the settlement), on the grounds that the approval of the settlement violated the teachers' due process right to an adjudication of the merits of the underlying claim and the requirements of the California statute regarding judgments based on settlements.

\* ***Los Angeles Times Communications LLC v. Los Angeles Unified School District***: On behalf of an intervening labor union, obtained a Court of Appeal decision holding that public school teachers' performance evaluations, identified with particular teachers, are not subject to disclosure under the California Public Records Act.

\* ***Professional Engineers in California Government v. Brown***: Obtained, and successfully defended on appeal, a ruling that the California Governor and Department of Personnel Administration exceeded their authority by unilaterally imposing unpaid furloughs on public employees.

15

* ***CRONA and Stanford Hospital & Clinics***: Obtained an arbitration decision finding that an employer violated the recognition clause of a collective bargaining agreement by transferring represented nurses' duties to non-union nurses.

* ***CRONA and Stanford Hospital & Clinics and Lucile Packard Children's Hospital***: Obtained an arbitration decision that stopped hospitals from making unilateral changes to reduce nurses' health benefits.

* ***Turtle Bay Exploration Park, City of Redding***: Obtained a decision on administrative appeal that a hotel project was covered by the California's prevailing wage law because the developer was not paying fair-market rent for the use of public land, overturning the agency's original, contrary determination.

* ***Air Conditioning Trades Ass'n v. Baker***: Obtained the dismissal of a constitutional challenge to a California law that protects prospective apprentices from exploitation by requiring a showing of a training need before state approval will be granted to new apprenticeship programs.

* ***CRONA and Stanford Hospital & Clinics***: Obtained an arbitration decision finding that a union could grieve an employer's violations of procedural protections in the collective bargaining agreement related to termination of probationary employees.

* ***Kairy v. SuperShuttle Int'l, Inc.***: Successful Ninth Circuit appeal reinstating California employment law claims brought by misclassified airport drivers whose employer argued that allowing the claims to proceed in court would impermissibly interfere with the regulatory authority of the California Public Utilities Commission.

* ***Green v. Bank of America***: Two successful Ninth Circuit appeals in "suitable seating" case brought on behalf of bank tellers, overturning district court rulings that had construed the law as requiring each employee to specifically request seating, held the law preempted by the National Banking Act, and imposed excessive exhaustion requirements on employees seeking statutory relief.

* ***Garrett v. Bank of America***: Negotiated a $15 million civil penalty settlement, of which more than $7 million was paid to the California Labor and Workforce Development Agency for the enforcement of labor laws and the education of employers and employees about their rights and responsibilities, as well as injunctive relief requiring the defendant to comply with California's "suitable seating" laws, in an action brought under California's Private Attorney General Act.

* ***Brooks v. U.S. Bank***: Obtained a $1.9 million settlement of a federal court case brought on behalf of a class of 2,600 in-store bankers for violation of California's "suitable seating" law.

* ***Rite-Aid v. Superior Court***: In a case arising under California's "suitable seating" law, obtained an appellate reversal of the trial court's denial of class certification, finding that the trial court erred by deciding threshold merits issues at the class certification stage.

16

\* ***Alex Rodriguez v. Major League Baseball Players Association***: Defended Major League Baseball Players Association against duty of fair representation claims asserted by baseball player whose challenge to Major League Baseball drug testing suspension was resolved in a collectively bargained arbitration procedure, resulting in the player's voluntary dismissal of his lawsuit shortly after filing complaint.

\* ***Iskanian v. CLS Transportation***: Briefed and argued a California Supreme Court case prohibiting employers from requiring arbitration of representative action claims brought against California's Private Attorney General Act.

\* ***SEIU Healthcare Michigan v. Snyder***: Obtained an injunction under the Contract Clause of the U.S. Constitution against the implementation of a Michigan statute that would have nullified an existing collective bargaining agreement covering thousands of homecare workers.

\* ***Acquisto v. Sacramento City Unified School District***: Obtained a writ of mandate overturning a school district's mass layoff of public school teachers out of seniority order.

\* ***United Farmworkers of America, AFL-CIO v. Dutra Farms***: Obtained judgments against 18 growers and a growers' association prohibiting them from illegally financing an "employee committee" to defeat union organizing drives.

\* ***Steam Press Holdings, Inc. v. Hawaii Teamsters, Local 996***: Established that federal labor law precludes an employer from obtaining damages under state defamation law for economic losses resulting from a strike.

\* ***In re Gulf USA Corporation and Pintlar Corporation***: Preserved millions of dollars of retiree medical benefits in a major bankruptcy proceeding on behalf of thousands of retired Idaho mine and smelter workers.

\* ***IBEW Local 595 v. Aubry***: Enjoined the Department of Industrial Relations from spending taxpayer funds to implement a new methodology that would drastically cut prevailing wage rates, where the Legislature had refused to appropriate funds for that purpose.

\* ***California State Building and Construction Trades Council v. Duncan***: Enjoined the expenditure of state funds on administrative rulemaking proceedings that would have lowered the minimum wage for apprentices throughout California, on the ground that the Governor lacked the authority to item-veto the Legislature's decision not to fund such proceedings.

\* ***County of Alameda v. Aubry***: Enjoined California from reducing the prevailing wage in the construction industry by 20 percent, where the agency had failed to comply with the Administrative Procedure Act's rulemaking requirements.

\* ***United Steel Workers Local 12-369 v. United Steel Workers, Int'l***: Successfully defended at trial and on appeal an international union wrongfully accused of discrimination and violations of labor law.

17

\* ***Williamson v. Microsemi***: Obtained a $2.35 million settlement, amounting to 113% of targeted bonuses, on behalf of a class of employees and executives of a merged company who failed to receive change-in-ownership/retention bonuses to which they were entitled after the completion of the merger.

\* ***Salas/Pette/Slack v. Int'l Union of Operating Engineers***: In three separate cases, obtained dismissal with prejudice of meritless state and federal claims, including claims under the federal RICO statute, brought against an international union and its officials.

\* ***CRONA and Lucile Packard Children's Hospital***: Obtained an arbitration award ordering hospital to pay its nurses contractually-required weekend premium pay in excess of $100,000.

\* ***Bierman v. Dayton/D'Agostino v. Patrick***: Defeated constitutional challenges to state laws that permit childcare and homecare workers to have union representation.

\* ***Int'l Franchise Ass'n, Inc. v. City of Seattle***: Assisted, as amicus curiae, in defeating a motion for preliminary injunction that sought to stop Seattle's $15 minimum wage from going into effect, and subsequently in successfully defending the district court's denial of the preliminary injunction on appeal to the Ninth Circuit, after which the plaintiff voluntarily dismissed the case.

\* ***Nat'l Restaurant Ass'n v. Comm'n of Labor***: Secured dismissal on the merits of a fast food industry challenge to a New York state wage order requiring a $15 per hour minimum wage to be paid to workers in chain restaurants.

\* ***Demetris v. Transport Workers Union/Letbetter v. Transport Workers Union***: Obtained judgment of dismissal in favor of a labor union sued over its equity distribution plan in connection with American Airlines' bankruptcy proceedings.

\* ***Friedrichs v. California Teachers Ass'n***: Along with co-counsel, successfully defended against constitutional challenge California's "fair share fee" statute, which requires employees who share in the benefits of public sector collective bargaining, but who choose not to become members of the union that represents them, to pay a pro rata portion of the union's costs in obtaining those benefits.

\* ***Vaquero v. Ashley Furniture Industries, Inc.***: Successfully defended on appeal a federal court class certification order on behalf of commissioned furniture sales personnel who were not separately paid for non-sales activity, where employer failed to maintain records documenting the extent of that unpaid work.

\* ***United Public Workers, AFSCME, Local 646 v. Ige***: Obtained an injunction from the Ninth Circuit temporarily prohibiting the implementation of a Hawai'i state statute that would privatize public health care facilities during the term of a collective bargaining agreement covering those facilities, and subsequently obtained a settlement protecting the affected employees' jobs.

\* ***Mentele v. Inslee/Hill v. SEIU***: Obtained federal district court rulings upholding the constitutionality of state laws that permit childcare and homecare providers to have union representation.

\* ***Unico v. Harris***: Obtained a federal district court decision upholding against a federal preemption and constitutional challenge a California law requiring contractors performing work at refineries to use a skilled and trained workforce.

\* ***Aguiar v. Superior Court (Cintas Corp.)/In re Farmers Ins. Exchange Claims Representative's Overtime Pay Litigation/ Gerlach v. Wells Fargo & Co./ Higazi v. Cadence Design Systems, Inc./ Bell v. Farmers Svcs., LLC/ Gerke v. Waterhouse Securities/ Mendoza-Barrera v. San Andreas HVAC, Inc./ Acevedo v. SelectBuild/ Hines v. KFC/In re The Pep Boys Overtime Actions/Figueroa v. Guess?, Inc./Marchelos v. Reputation.com/Tokoshima v. The Pep Boys – Manny, Moe, & Jack/ Cancilla v. Ecolab, Inc./ Behaein v. Pizza Hut***: Obtained numerous awards and settlements, worth tens of millions of dollars, in employment misclassification and wage-and-hour class actions and individual cases.

## ENVIRONMENT AND PUBLIC HEALTH

\* ***NRDC v. Patterson*** (***Rodgers***): Obtained a court ruling that the U.S. Bureau of Reclamation illegally dried up California's second longest river by diverting excessive amounts of water for agricultural and other uses, and subsequently negotiated a comprehensive settlement providing for restoration of the river and reintroduction of native salmon population.

\* ***NRDC v. Kempthorne***: Working closely with the Natural Resources Defense Council and Earthjustice, overturned the U.S. Fish and Wildlife Service's biological opinion on the effect of the California Central Valley Project's operations on threatened Delta smelt and obtained protective interim remedies, including reduced water pumping from the Sacramento-San Joaquin River Delta and an order requiring the Service to issue a new biological opinion. Also obtained *en banc* decision from Ninth Circuit reversing district court and holding that the Bureau of Reclamation was obligated to consult with the U.S. Fish and Wildlife Service regarding the effect of renewing long-term water contracts on the threatened Delta smelt.

\* ***Les v. Reilly***: Required the Environmental Protection Agency to strictly apply the Delaney Clause's prohibition against cancer-causing substances in processed foods.

\* ***Public Citizen v. Dep't of Transportation***: Obtained a Ninth Circuit ruling (later overturned by the Supreme Court) blocking for several years the federal government's decision to allow Mexico-domiciled trucks to travel throughout the United States without an Environmental Impact Statement and a Clean Air Act conformity analysis.

\* ***California v. Browner***: In a challenge to the Environmental Protection Agency's systematic failure to enforce federal food safety laws, obtained a consent decree that required dozens of cancer-causing pesticides to be removed from the food supply.

19

 * ***Sierra Club v. Brown***: Obtained a settlement of a lawsuit against California's Governor and environmental agencies to prevent delays in adding substances to the list of chemicals that are known to the State of California to cause cancer and reproductive harm.

 * ***Pacific Coast Federation of Fishermen's Associations v. Gutierrez***: In association with the Natural Resources Defense Council and Earthjustice, overturned the National Marine Fisheries Service's biological opinion on the effect of the California Central Valley Project's operations on three species of threatened and endangered salmon and obtained protective interim remedies, including early opening of dam gates and shortening the periods in which the gates are closed, facilitating migration up and down the Sacramento River; also obtained an order requiring the Service to issue a new biological opinion.

 * ***United Steelworkers v. California Dep't of Forestry and Fire Protection***: Obtained a ruling that the California Department of Forestry's approval of a plan to log vast portions of California's redwood forests violated the California Forest Practice Act's requirements for a sustainable yield plan.

 * ***Orff v. United States*** (Supreme Court): Obtained a ruling (based on arguments in merits brief filed on behalf of environmental organizations) rejecting a challenge brought by agribusiness interests to the federal government's reduction of contractual water allocations to a local water district for the purpose of protecting threatened salmon and smelt.

 * ***PhRMA v. County of Alameda***: Defeated a certiorari petition filed by a national coalition of prescription drug manufacturers that challenged Alameda County's innovative Safe Drug Disposal Ordinance under the dormant Commerce Clause.

 * ***California Healthcare Ass'n v. California Dep't of Health Svcs.***: Defeated a hospital industry challenge to a California health regulation requiring minimum nurse-to-patient staffing ratios.

 * ***NRDC v. Price Pfister***: Compelled major faucet manufacturers to eliminate lead from drinking water faucets, pursuant to Proposition 65, the California Toxics Initiative.

 * ***NRDC v. The Reclamation Bd. of the Resources Agency of the State of California***: Obtained a writ of mandate overturning a state administrative agency's approval of an extensive development project on top of a major levee in the Sacramento River Delta, for violating regulations governing flood control levees.

 * ***Sunshine Canyon***: Successfully advocated in land use proceedings, on behalf of a coalition of environmental, labor, and community organizations, for stringent environmental conditions to be placed on a large solid waste landfill in Los Angeles County.

 * ***NRDC v. EPA***: Settled a Clean Air Act case requiring warning labels on processed foods manufactured with methyl bromide, an ozone-depleting substance.

20

\* ***NRDC v. Whitman***: Forced the Environmental Protection Agency to reassess the safety of some of the nation's most dangerous pesticides, to protect children, farmworkers, and consumers.

\* ***NRDC v. Smith Kline***: Required reductions in lead content of calcium dietary supplements.

\* ***EDF & NRDC v. Sta-Rite***: Successfully challenged the widespread use of lead in submersible water pumps, under the California Toxics Initiative.

\* ***Tosco Corp. v. Communities for a Better Environment***: Defeated a declaratory judgment action brought by an oil company to preclude environmental organizations from seeking penalties for its discharges of dioxin.

\* ***AFL-CIO v. Deukmejian***: Required the Governor of California to expand tenfold the list of carcinogenic chemicals subject to the California Toxics Initiative.

\* ***California Labor Federation v. Cal. OSHA***: Preserved the California Toxics Initiative against an OSHA preemption attack.

\* ***NRDC v. EPA***: Compelled the Environmental Protection Agency to stop holding "closed-door" meetings with industry representatives before setting pesticide health and safety standards.

\* ***AFL-CIO v. Deukmejian***: Overturned a regulation exempting food, drugs, and cosmetics from the California Toxics Initiative.

\* ***NRDC v. OEHHA***: Forced a state environmental agency to withdraw a "records retention" policy that had required agency scientists to destroy data and documents that were inconsistent with final agency position.

\* ***AFL-CIO v. Gorsuch***: Overturned the Environmental Protection Agency's moratorium on public disclosure of industry pesticide health and safety studies.

\* ***NRDC v. Wilson***: Required the Governor of California to timely determine whether to expand the list of reproductive toxicants subject to the California Toxics Initiative to include five dozen chemicals identified as reproductive toxicants by the Federal Environmental Protection Agency.

\* ***NRDC v. Badger Meters, Inc.***: Required manufacturers of water meters that leach lead into residential drinking water to shift to a low lead-emitting alloy.

\* ***NRDC v. Safeway, Inc.***: Required large grocery retailers to achieve a substantial reduction in diesel truck emissions around their grocery distribution centers, which are located primarily in low-income areas.

 * ***Environmental Law Foundation v. Crystal Geyser Water Co.***: Required manufacturers to eliminate unlawfully high levels of arsenic, trihalomethanes, and heterotrophic bacteria from bottled drinking water.

 * ***As You Sow v. Icrest International LLC***: Obtained a consent judgment in a Proposition 65 lawsuit against a manufacturer of a seaweed product that requires the company to provide warnings to consumers regarding cadmium contained in the product.

 * ***City and County of San Francisco v. United States Tobacco Co.***: Required warnings to be provided to consumers regarding the health dangers of smokeless tobacco products.

 * ***Environmental Law Foundation v. Ironite Products Co.***: Obtained a consent judgment banning the continued sale in California of a fertilizer manufactured from hazardous waste that contained excessive levels of arsenic and lead.

 * ***As You Sow v. Quikrete***: Obtained consent judgment under California's Proposition 65 requiring manufacturer to provide warnings regarding the presence of chemicals in its cement mixes and products that are known to the State of California to cause cancer and reproductive harm.

 * ***In re Vinegar Litigation***: Obtained settlements requiring food retailers to post consumer warnings regarding the presence of lead in balsamic vinegar.

 * ***In re St. Luke's Hospital Merger***: Persuaded the California Attorney General to conduct a review of the terms of a proposed merger of two hospitals, including the extent to which the merger would serve or disserve the needs of the affected communities.

 * ***Firebaugh Canal Water District v. U.S. Bureau of Reclamation***: Joined with U.S. Interior Department in defeating San Joaquin Valley water districts' attempts to compel the government to provide them low-cost drainage services, which would have kept more toxic-laden agricultural lands in production and required more water diversions.

 * ***NRDC v. Pritzker***: Obtained Ninth Circuit ruling that the National Marine Fisheries Service violated the Marine Mammal Protection Act by failing to consider whether mitigation measures in addition to those measures proposed by the U.S. Navy for its use of low-frequency sonar were necessary to achieve the least practicable adverse impact on marine mammals.

### FREE SPEECH

 * ***Conant v. McCaffrey***: Obtained a permanent injunction under the First Amendment prohibiting the federal government from revoking or threatening to revoke the prescription drug licenses of California physicians on the basis of their confidential communications with their seriously ill patients regarding medical marijuana.

22

 * ***Walker v. Air Line Pilots Ass'n***: Obtained a jury verdict following a ten-week trial upholding the right of the Air Line Pilots Association to engage in free speech activities promoting solidarity among strikers.

 * ***Eller Media Co. v. City of Oakland***: Defeated efforts by billboard and alcohol industry to overturn a City of Oakland ordinance prohibiting billboards advertising alcoholic beverages in residential neighborhoods and in proximity to schools and playgrounds.

 * ***Sutter Health v. UNITE HERE***: Obtained reversal on appeal of an employer's $17.3 million defamation verdict against a union based on a communication that was part of a labor dispute, on the ground that the trial court erred by failing to instruct the jury that the plaintiff was required to prove actual malice.

 * ***Auvil v. CBS 60 Minutes***: Obtained a dismissal of a class-action product-defamation suit brought by Washington apple growers against the Natural Resources Defense Council for having publicized the public health hazards of the growth regulator Alar.

 * ***SEIU v. City of Houston***: After obtaining a preliminary injunction under the First Amendment, obtained on appeal a ruling that three Houston ordinances that restrict the right to protest via parades and public gatherings in public parks, and that restrict the use of sound amplification equipment, violate the First Amendment.

 * ***Connelly v. No On 128, the Hayden Initiative***: Enforced a California law requiring state initiative campaign advertisements to identify industry campaign contributors.

 * ***Crawford v. Int'l Union of Rubber Workers Local 703***: Obtained appellate reversal of a six-figure jury verdict against a union and picketers who had exercised their free speech right to disparage strikebreakers.

 * ***Buyukmihci v. Regents***: Obtained a permanent injunction protecting the free speech rights of a tenured professor of veterinary medicine whom the University of California had tried to fire because of his animal rights views.

 * ***Carreira v. Trustees of the California State University***: Obtained the first order ever issued by a California court overturning the California State University's denial of a whistleblower retaliation complaint and ordering a jury trial on that claim; and subsequently negotiated a nearly $1.8 million settlement for the whistleblower, a tenured professor at Long Beach State University.

 * ***Furukawa Farms v. California Rural Legal Assistance***: Successfully defended a statewide poverty law office against a suit brought by agricultural growers to block its advocacy on behalf of farm workers.

 * ***Coors v. Wallace***: Defeated an antitrust suit brought by Adolph Coors Company against the organizers of a nationwide consumer boycott of Coors beer.

* ***Evergreen Oil Co. v. Communities for a Better Environment***: Obtained a dismissal under California's anti-SLAPP statute of an oil company's defamation action against a non-profit environmental advocacy group.

* ***Tosco Corp. v. Communities for a Better Environment***: Obtained a dismissal for lack of federal jurisdiction of an oil company's federal court defamation action against an environmental group that had engaged in free speech about air pollution issues.

* ***California Nurses Ass'n v. Stern***: Obtained a dismissal, under California's anti-SLAPP statute, of a lawsuit contending that peaceful home visits by representatives of a labor organization constituted "stalking."

* ***ABC Security Service, Inc. v. SEIU Local 24/7***: Successfully defended labor union against a SLAPP suit brought by an employer seeking damages against a union for its organizing campaign to obtain recognition as the representative of the employer's workers, and negotiated a stipulated dismissal under which the employer entered into a card-check and neutrality agreement with the union to govern the recognition process, resulting in recognition and a collective bargaining agreement.

* ***Singer v. American Psychological Ass'n***: Obtained a dismissal, under California's anti-SLAPP statute, of a lawsuit seeking to impose defamation liability on professional associations for statements made in amicus curiae briefs they had filed in court.

* ***POSCO v. Contra Costa Building & Construction Trades Council***: Defeated an antitrust suit brought against various labor unions for engaging in environmental lobbying and litigation.

* ***Recall Gray Davis Committee v. Regents of the University of California***: Obtained a dismissal, under California's anti-SLAPP statute, of a lawsuit seeking to hold the State Building and Construction Trades Council of California, which sponsored a political event, vicariously liable for spontaneous protests outside the event venue.

* ***Schavrien v. Lynch***: Obtained a dismissal, under California's anti-SLAPP law, of a lawsuit against the former President of the California Public Utilities Commission, brought by an executive of an energy company regulated by the Commission, for publicly exposing the executive's attendance at a campaign fundraising event in support of the spouse of a Commissioner.

* ***Knox v. Westly***: Defeated a preliminary injunction motion brought several days before a statewide election to prohibit a union from spending union dues and fees to oppose anti-worker ballot initiatives.

* ***Mosqueda v. CCPOA***: Defeated a libel action brought by a prison warden against a correctional officers union for statements made in support of litigation initiated by a union officer.

24

 * ***Western Growers Ass'n v. United Farm Workers***: Obtained a dismissal under California's
anti-SLAPP statute of an "unfair business practices" action brought by a growers' association
against a union for its free speech activities.

 * ***Allied Pilots Ass'n v. San Francisco***: Obtained an injunction allowing pilots to handbill and
picket at San Francisco International Airport.

 * ***Bruce Church, Inc. v. United Farm Workers***: Overturned on First Amendment and statutory
grounds a $10 million judgment against the United Farm Workers for engaging in allegedly
improper boycott activity.

 * ***Guess?, Inc. v. UNITE***: Obtained a dismissal, under California's anti-SLAPP statute, of a
complaint alleging that a union had unlawfully supported picketing and litigation activity
directed against the employer's workplace practices.

 * ***UFCW v. Brewer***: Obtained a permanent injunction under the First Amendment against
provisions of two Arizona statutes, SB 1363 and SB 1365, that limit unions' ability to collect
member dues, to participate in political advocacy, and to engage in protected speech activities.

 * ***D'Arrigo Bros. Co. of California v. United Farm Workers***: Obtained appellate reversal of
California Superior Court decision denying a motion under California's anti-SLAPP statute to
dismiss a civil lawsuit seeking money damages for a union's alleged conduct in assisting the
General Counsel of the Agricultural Labor Relations Board to prosecute the union's unfair labor
practice charge.

 * ***Global Community Monitor v. Lumber Liquidators, Inc.***: Obtained dismissal under
California's anti-SLAPP statute of defamation and business tort claims brought by retailer of
flooring products against environmental organization, arising from environmental organization's
press release announcing its lawsuit against the retailer for Proposition 65's environmental notice
and warning provisions in selling flooring products that emit excessive levels of formaldehyde.

### CAMPAIGN AND ELECTION

 * ***North Carolina State Conference of the NAACP v. The North Carolina State Bd. of
Elections***: Obtained preliminary injunction from federal district court ordering North Carolina
state and county officials to restore to the rolls thousands of voters whose registrations were
unlawfully cancelled in the weeks leading up to the November 2016 election.

 * ***Northeast Ohio Coalition for the Homeless v. Husted/SEIU Local 1 v. Husted***: Struck down
Ohio law that would have disqualified, prior to the November 2012 election, thousands of votes
cast by registered voters in the right polling location but the wrong precinct due to poll-worker
error.

\* ***Brunner v. Ohio Republican Party*** (Supreme Court): Helped to defeat the Republican Party's attempt, during the November 2008 election, to require Ohio election officials to turn over the records of newly registered voters whose voter registration and motor vehicle information did not match, which would have enabled the Party to seek disenfranchisement of up to 600,000 new voters.

\* ***Curley v. Lake County Bd. of Elections and Registration***: Obtained an injunction requiring election officials to permit early voting in the November 2008 election in predominantly African-American and Latino communities of Gary, Hammond, and East Chicago, Indiana.

\* ***Common Cause of Colorado v. Hoffman***: Obtained a stipulation and court order requiring Colorado's Secretary of State to stop the unlawful purging of registered voters prior to the November 2008 election and to count ballots cast by voters who had previously been improperly purged unless there was clear and convincing evidence that they were ineligible to vote.

\* ***State ex rel. Colvin v. Brunner/Project Vote v. Madison County Board of Elections***: Helped to defeat the Ohio Republican Party's efforts, during the November 2008 election, to require voters to wait 30 days after registering to vote before being able to cast an absentee ballot, which would have deprived thousands of voters of their right to vote absentee.

\* ***AFL-CIO v. Eu***: Invalidated a proposed initiative requiring a new federal constitutional convention to exact a "balanced budget" amendment, on the ground that the initiative violated Article V of the U.S. Constitution.

\* ***Common Cause v. Jones***: Obtained a court order requiring the replacement of pre-scored punch card voting machines in California prior to the 2004 Presidential election.

\* ***Fleischman v. Protect Our City***: Obtained, and successfully defended in the Arizona Supreme Court, an injunction removing an anti-immigrant initiative from the November 2006 Phoenix ballot on the ground that the city law granting initiative supporters the right to supplement signatures after the filing deadline was preempted by state law.

\* ***Hawaii State AFL-CIO v. Yoshina***: Overturned on state election law grounds Hawaii's decision to ignore abstentions in determining whether the required percentage of votes was cast in favor of a ballot measure calling for a new state constitutional convention.

\* ***Gomez v. City of Escondido***: Obtained a consent decree requiring the City of Escondido to convert to a district-based system for electing the City Council, in place of a longstanding at-large system that had diluted the voting strength of the Latino community and had prevented them from electing candidates of their choosing.

\* ***Bennett v. Yoshina***: Successfully defended against a federal court due process challenge the Hawaii electorate's vote to refuse to hold a new state constitutional convention.

 * ***Central California Farmers Ass'n v. Eu***: Defeated on state constitutional grounds an attempt by agribusiness to remove a comprehensive environmental protection initiative from the California ballot.

 * ***Kneebone v. Norris***: Successfully defended a local election official's decision to reject an initiative petition, which would have prohibited a city from entering into project labor agreements on any city-funded construction projects, on the ground that the initiative's proponents failed to comply with the publication requirements of the Election Code.

 * ***Cardona v. Oakland Unified School District***: Upheld the City of Oakland's right to delay redistricting on basis of the 1990 census until the census was adjusted to correct for the disproportionate undercount of minorities.

 * ***Barry v. Nishioka***: Obtained a writ of mandate ordering election officials to place candidates on the ballot despite apparent noncompliance with nomination petition formalities.

 * ***Edrington v. Floyd***: Successfully defended the City of Oakland's wording of the ballot question and analysis for a "just cause" eviction initiative against challenge by landlords.

 * ***Dallman v. Ritter***: Obtained, and successfully defended in the Colorado Supreme Court, a preliminary injunction against Colorado Amendment 54, a voter initiative that would have banned public employee unions from making political contributions in state and local elections, on the ground the initiative violated the First and Fourteenth Amendments.

## IMMIGRATION

 * ***AFL-CIO v. Chertoff***: Obtained a nation-wide injunction against a Department of Homeland Security regulation that would turn Social Security Administration "no-match" letters into an immigration-enforcement tool without authorization from Congress.

 * ***Catholic Social Services/Ayuda/Immigrant Assistance Project v. Reno***: Obtained the right to apply for legalization under the Immigration Reform and Control Act for hundreds of thousands of undocumented aliens who were prevented from applying because of unlawful federal regulations; and negotiated temporary work authorization for approximately three million aliens potentially eligible for legalization under the Act.

 * ***Calif. Rural Legal Assistance v. Legal Services Corp.***: Overturned a regulation prohibiting the provision of federally-funded legal services to a nationwide class of several million aliens who had been legalized through the amnesty process.

 * ***SEIU Local 535 v. Thornburgh***: Compelled the Immigration and Naturalization Service to rescind a regulation that deprived temporary nonimmigrant workers of the right to strike.

 * ***Patel v. Quality Inn South/EEOC v. Tortilleria "La Mejor"***: Through a series of cases, established the eligibility of undocumented immigrant workers for the full remedial protections of the Fair Labor Standards Act and Title VII of the 1964 Civil Rights Act.

\* ***Lopez-Alvarado v. Ashcroft***: Obtained a Ninth Circuit reversal of Board of Immigration Appeal's decision ordering deportation of an immigrant family that had lived in the United States for more than ten years.

\* ***Int'l Union of Bricklayers and Allied Craftsmen v. Meese***: Obtained a decision prohibiting the federal government and employers from using non-immigrant business (B-1) visas to circumvent the requirement that temporary, non-immigrant, foreign workers not undercut the prevailing wage.

## MISCELLANEOUS

\* ***Blessing v. Freestone*** (Supreme Court): Preserved the availability of a remedy under 42 U.S.C. 1983 in cases seeking enforcement of federal statutory rights.

\* ***Kashmiri v. Regents***: Won a $33.8 million class-action judgment against the University of California for improperly charging fee increases to tens of thousands of undergraduate, graduate and professional students, and obtained a preliminary injunction prohibiting the University from charging professional students an additional $15 million in fees.

\* ***Luquetta v. Regents***: Won more than $48 million in a class action against the University of California for improperly charging fee increases to almost 3,000 professional students.

\* ***People v. Horton***: Obtained a California Supreme Court death penalty reversal on the direct appeal of a capital case.

\* ***Horton v. Mayle***: Obtained a Ninth Circuit habeas corpus remand of a former death penalty defendant's murder conviction due to the prosecutor's failure to disclose potentially exculpatory evidence, and obtained reversal of the conviction after an evidentiary hearing in the federal district court, resulting in the client's freedom after 27 years in prison.

\* ***Jane Doe v. Reddy***: Obtained an $11 million settlement in a human trafficking case on behalf of young Indian women who were unlawfully brought into the United States and forced to provide sex and free labor.

\* ***Anderson v. Regents***: Obtained an $11 million recovery in a Contracts Clause class action challenging the University of California's refusal to fund thousands of university professors' merit salary increases.

\* ***Eklund v. Byron Union School District***: Established the right of public school teachers to use games, role-playing, and other methods considered to be best pedagogical practices to teach about the history, culture and religion of Islam as part of a secular program of education in a world history class.

\* ***United States ex rel. Hendow v. University of Phoenix***: Won a $78.5 million settlement in a
False Claims Act case against a for-profit university that allegedly defrauded the government by
falsely certifying its compliance with the Higher Education Act's prohibition against paying
commissions to recruiters of new students, which was the second-largest settlement ever of a
False Claims Act case in which the U.S. Government declined to intervene.

\* ***Oster v. Wagner***: Obtained an injunction to block implementation of a California statute that
would have severely reduced the eligibility of elderly and disabled Californians for in-home
support services that enable them to remain in their own homes.

\* ***Dominguez v. Schwarzenegger***: Obtained, and successfully defended on appeal, a preliminary
injunction against the implementation of a state statute that would have reduced the wages of
providers of in-home support services to elderly and disabled Californians, and blocked Fresno
County from reducing the wages of its providers to the minimum wage.

\* ***M.R. v. Dreyfus***: Obtained a Ninth Circuit ruling that plaintiffs challenging a ten percent
reduction in hours of Medicaid home care services are entitled to a preliminary injunction under
the Americans with Disabilities Act.

\* ***Hart v. Electronic Arts/Keller v. Electronic Arts***: Successfully briefed and argued a Third
Circuit appeal and briefed a Ninth Circuit appeal in cases establishing that NCAA student
athletes have a state law right-of-publicity in the commercial use of their likenesses that is
sufficient to overcome video game manufacturers' First Amendment defense, later resulting in
$40 million settlement.

\* ***Wells Fargo v. City of Richmond/Bank of New York v. City of Richmond***: Successful
defense of lawsuits filed against the city of Richmond that allege it would be illegal for the city
to exercise eminent domain authority to condemn residential mortgage loans.

\* ***Sharp v. Next Entertainment, Inc.***: Helped to a obtain decision holding that the California
Rules of Professional Responsibility do not preclude labor unions and other advocacy groups
from funding class-action litigation, by filing amicus curiae brief and presenting oral argument
on behalf of labor and public interest groups, including the ACLU of Southern California.

\* ***Utility Consumers' Action Network v. Sears/California Federal Bank/Household Credit
Service/Texaco Credit Card Services/Capital One/Bank of America***: Obtained settlements in a
series of consumer privacy class actions against financial institutions and credit card companies
prohibiting unauthorized dissemination of personal account information to third party
telemarketers.

\* ***California Labor Federation v. Cal. OSHA***: Invalidated, on state constitutional grounds,
California Budget Act restrictions on the state's payment of public interest attorneys' fees.

\* ***Gardner v. Schwarzenegger***: Obtained a restraining order, preliminary injunction, and permanent injunction, which was affirmed on appeal, against enforcement of a state statute that would have permitted incarceration of non-violent drug offenders contrary to California Proposition 36, which mandated probation and drug treatment.

\* ***Hamilton v. Great Expectations***: Obtained an $8.5 million settlement of a statewide class action against a video dating service that had electronically eavesdropped on confidential membership interviews.

\* ***Garvin v. Utility Consumers' Action Network/Savage v. Utility Consumers' Action Network***: Successful defense on appeal of a $14 million settlement of a state law privacy class action challenging a bank's practice of selling confidential consumer information to third-party marketing companies.

\* ***Ammari Electronics v. Pacific Bell Directory***: Successfully defended on appeal a $17.35 million jury verdict on behalf of small businesses that paid for, but did not receive, best-efforts distribution of Pacific Bell Yellow Page Directories.

\* ***Jensen v. Kaiser Permanente***: Obtained the rescission of a health maintenance organization's cost-cutting policy requiring staff psychiatrists to prescribe psychotropic medications for patients they have not examined.

\* ***Welfare Rights Org. v. Crisan***: Established an evidentiary privilege for communications between applicants for public benefits and their lay representatives, including union representatives.

\* ***Rogers v. Governing Bd. of the Sacramento City Unified Sch. Dist.***: Obtained a writ of mandate and a permanent injunction under the California Charter Schools Act prohibiting a school board from converting an existing public high school into a charter school without the approval of a majority of the school's teachers and requiring the school district to open a new non-charter public high school upon a showing of community support.

\* ***In re Sealed Case***: Obtained a $13.2 million settlement of a False Claims Act case and two related wrongful termination cases on behalf of a husband and wife who were terminated after disclosing extensive fraud committed by their government contractor employer.

\* ***NAACP v. Davis***: Reinstated a statutory requirement that the California Highway Patrol must collect racial profiling data, despite gubernatorial funding veto.

\* ***California Court Reporters Ass'n v. Judicial Council***: Struck down rules that would have allowed official court reporters to be replaced by audiotape recordings in California Superior Courts, and obtained an injunction against expenditures of taxpayer funds in furtherance of such rules.

\* ***In re Marriage Cases***: Helped obtain a California Supreme Court decision upholding the right to same-sex marriage under the California Constitution, by filing amicus curiae brief in conjunction with professors and students from Howard University Law School.

\* ***Davidson v. County of Sonoma***: Obtained a substantial settlement on behalf of a law enforcement officer injured as a result of his employer's mock hostage training exercise in which he was seized and threatened at gunpoint.

\* ***Vasquez v. State of California***: Obtained a unanimous California Supreme Court decision holding that prevailing plaintiffs who seek private attorney general fees are not required, as a condition of eligibility for a fee award, to demonstrate that they made efforts to settle their dispute before filing their civil complaint.

\* ***Olney v. Pringle***: Negotiated a settlement prohibiting state legislators from paying large retroactive salary increases to select staff in violation of the state Constitution.

\* ***Gary W. v. State of Louisiana/La Raza Unida v. Volpe***: Required Louisiana and California to pay federal court civil rights attorney's fee awards, despite the refusal of state legislatures to appropriate the necessary funds.

\* ***The Northeast Ohio Coalition for the Homeless v. Husted***: Overturned a long-standing Sixth Circuit rule capping the number of compensable hours incurred in public interest attorneys' fees litigation to three percent of the hours incurred in litigating the underlying case.

\* ***Laffitte v. Robert Half Int'l Inc.***: Obtained a unanimous California Supreme Court decision approving the use of percentage-based common fund attorneys' fees in public interest litigation.

\* ***Nobles v. MBNA Corp.***: Obtained a settlement of a California consumer class action against a bank that misleadingly offered consumer lines of credit without disclosing hidden costs and credit impacts, resulting in a payment to class members of more than 85% of the claimed losses, with interest.

\* ***Beaver v. Tarsadia Hotels***: Obtained an order on reconsideration, and then successfully defended it on appeal, resulting in a $130 million judgment for plaintiffs holding that the four-year limitations period of California's Unfair Competition Law applies to conduct that violates the federal Interstate Land Sales Transfer Act, despite the federal statute's shorter limitations period.

## CITATIONS TO PUBLISHED DECISIONS

The firm's attorneys have participated in the following U.S. Supreme Court cases, as counsel for either a party or an amicus: *Fisher v. University of Texas at Austin*, 136 S. Ct. 2198 (2016); *Armstrong v. Exceptional Child Ctr., Inc.*, 135 S. Ct. 1378 (2015); *Harris v. Quinn*, 134 S. Ct. 2618 (2014); *Arizona v. U.S.,* 132 S. Ct. 2492 (2012); *Nat' Fed'n of Indep. Business v. Sebelius*, 132 S. Ct. 2566 (2012); *Knox v. Svc. Employees Int'l Union, Local 1000*, 132 S. Ct. 2277 (2012); *Douglas v. Indep. Living Ctr. of So. California, Inc.,* 132 S. Ct. 1204 (2012); *Chamber of Commerce v. Whiting,* 131 S. Ct. 1968 (2011); *Granite Rock Co. v. Int'l Bhd. of Teamsters*, 561 U.S. 287 (2010); *Rent-A-Center, West, Inc. v. Jackson*, 561 U.S. 63 (2010); *Brunner v. Ohio Republican Party*, 555 U.S. 5 (2008); *Chamber of Commerce v. Brown*, 554 U.S. 60 (2008), rev'g *Chamber of Commerce v. Lockyer*, 463 F.3d 1076 (9th Cir. 2006) (en banc); *Long Island Care at Home, Ltd. v. Coke*, 551 U.S. 158 (2007); *Orff v. United States*, 545 U.S. 596 (2005); *Dep't of Transportation v. Public Citizen*, 541 U.S. 752 (2004); *BE&K Construction Co. v. NLRB*, 536 U.S. 516 (2002), on remand, 351 N.L.R.B. No. 29 (2007); *Hoffman Plastic Compounds v. NLRB,* 535 U.S. 137 (2002); *EEOC v. Waffle House*, 534 U.S. 279 (2001); *Lorillard Tobacco Co. v. Reilly*, 533 U.S. 525 (2001); *Lujan v. G&G Fire Sprinklers, Inc.*, 532 U.S. 189 (2001); *Circuit City Stores, Inc. v. Adams*, 532 U.S. 105 (2001); *Sutton v. United Air Lines, Inc.*, 527 U.S. 471 (1999); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999); *Nat'l Fed'n of Federal Employees, Local 1309 v. Dep't of the Interior*, 526 U.S. 86 (1999); *Wright v. Universal Maritime Svc. Corp.*, 525 U.S. 70 (1998); *Faragher v. City of Boca Raton*, 524 U.S. 775 (1998); *Burlington Indus. v. Ellerth*, 524 U.S. 742 (1998); *Textron Lycoming Reciprocating Engine Div., Avco Corp. v. UAW*, 523 U.S. 653 (1998); *Allentown Mack Sales and Svc., Inc. v. NLRB*, 522 U.S. 359 (1998); *Bay Area Laundry & Dry Cleaning Pension Trust Fund v. Ferbar Corp.*, 522 U.S. 192 (1997); *Blessing v. Freestone*, 520 U.S. 329 (1997); *California Dep't of Industrial Relations v. Dillingham Construction, Inc.*, 519 U.S. 316 (1997); *Walters v. Metropolitan Educ. Enterprises*, 519 U.S. 202 (1997); *Auciello Iron Works, Inc. v. NLRB*, 517 U.S. 781 (1996); *UFCW v. Brown Group*, 517 U.S. 544 (1996); *NLRB v. Town & Country Elec., Inc.*, 516 U.S. 85 (1995); *McKennon v. Nashville Banner*, 513 U.S. 352 (1995); *Hawaiian Airlines v. Norris*, 512 U.S. 246 (1994); *Livadas v. Bradshaw*, 512 U.S. 107 (1994); *NLRB v. Health Care & Retirement Corp.*, 511 U.S. 571 (1994); *ABF Freight System Inc. v. NLRB*, 510 U.S. 317 (1994); *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Reno v. Catholic Social Svcs.*, 509 U.S. 43 (1993); *Dist. of Columbia v. Greater Washington Bd. of Trade*, 506 U.S. 125 (1992); *Forsyth County v. Nationalist Movement*, 505 U.S. 123 (1992); *Gade v. Nat'l Solid Waste Mgt. Ass'n*, 505 U.S. 85 (1992); *INS v. Nat'l Ctr. for Immigrants' Rights*, 502 U.S. 183 (1991); *Gilmer v. Interstate/Johnson Lane Corp.*, 500 U.S. 20 (1991); *UAW v. Johnson Controls, Inc.*, 499 U.S. 187 (1991); *ALPA v. O'Neill*, 499 U.S. 65 (1991); *McNary v. Haitian Refugee Ctr., Inc.*, 498 U.S. 479 (1991); *United States v. Kokinda,* 497 U.S. 720 (1990); *Keller v. State Bar of California*, 496 U.S. 1 (1990); *NLRB v. Curtin Matheson Scientific, Inc.*, 494 U.S. 775 (1989); *Guidry v. Sheet Metal Workers Nat'l Pension Fund*, 493 U.S. 365 (1989); *Breininger v. Sheet Metal Workers Int'l Ass'n, Local Union No. 6*, 493 U.S. 67 (1989); *Webster v. Reproductive Health Svcs.*, 492 U.S. 490 (1989); *Bd. of Trustees of SUNY v. Fox*, 492 U.S. 469 (1989); *Price Waterhouse v. Hopkins*, 490 U.S. 228 (1989); *Frisby v. Schultz*, 487 U.S. 474 (1988); *Lingle v. Norge Div. of Magic Chef, Inc.*, 486 U.S. 399 (1988); *Edward J. DeBartolo Corp. v. Florida Gulf Coast Bldg. & Constr. Trades Council*, 485 U.S. 568 (1988); *Bd. of Airport*

*Commissioners v. Jews for Jesus, Inc.*, 482 U.S. 569 (1987); *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987); *Fall River Dying & Finishing Corp. v. NLRB*, 482 U.S. 27 (1987); *Fort Halifax Packing Co. v. Coyne*, 482 U.S. 1 (1987); *Atchison, Topeka & Santa Fe Ry. v. Buell*, 480 U.S. 557 (1987); *California Federal Savings & Loan Ass'n v. Guerra*, 479 U.S. 1312 (1987); *Baker v. General Motors Corp.*, 478 U.S. 21 (1986); *Int'l Union, UAW v. Brock*, 477 U.S. 274 (1986); *Meritor Savings Bank v. Vinson*, 477 U.S. 57 (1986); *NLRB v. Financial Institution Employees*, 475 U.S. 192 (1986); *Pacific Gas & Electric Co. v. Public Utilities Comm.*, 475 U.S. 1 (1986); *Pattern Makers' League v. NLRB*, 473 U.S. 95 (1985); *Ruckelshaus v. Monsanto Co.*, 467 U.S. 986 (1984); *Ellis v. Bh'd of Ry. Airline & S.S. Clerks*, 466 U.S. 435 (1984); *Arizona Governing Committee v. Norris*, 463 U.S. 1073 (1983); *Shaw v. Delta Airlines*, 463 U.S. 85 (1983); *Newport News Shipbuilding & Dry Dock Co. v. EEOC*, 462 U.S. 669 (1983); *Bush v. Lucas*, 462 U.S. 367 (1983); *Connick v. Myers*, 461 U.S. 138 (1983); *Knight v. Minnesota Community College Faculty Ass'n*, 460 U.S. 1048 (1983); *Bowen v. United States Postal Service*, 459 U.S. 212 (1983); *Bd. of Educ. v. Pico*, 457 U.S. 853 (1982); *Heffron v. ISKCON*, 452 U.S. 640 (1981); *Donovan v. Dewey*, 452 U.S. 594 (1981); *NLRB v. Retail Stores Employees Union*, 447 U.S. 607 (1980); *Pruneyard Shopping Center v. Robins*, 447 U.S. 74 (1980); *Whirlpool Corp. v. Marshall*, 445 U.S. 1 (1980); *Babbitt v. United Farm Workers Nat'l Union*, 442 U.S. 289 (1979); *Cannon v. Univ. of Chicago*, 441 U.S. 677 (1979); *New York Telephone Co. v. New York Labor Dep't*, 440 U.S. 519 (1979); *Hisquierdo v. Hisquierdo*, 439 U.S. 572 (1979); *City of Los Angeles v. Manhart*, 435 U.S. 702 (1978).

The firm's attorneys have also participated in the following cases in the federal courts of appeals: *Jarvis v. Cuomo*, ___ Fed. Appx. 2016 WL 4821029 (2d Cir. Sept. 12, 2016); *Natural Resources Defense Council v. Pritzker*, 828 F.3d 1125 (9th Cir. 2016); *Brown v. Wal-Mart Stores, Inc.*, 651 Fed. Appx. 672 (9th Cir. 2016); *Bierman v. Dayton*, 817 F.3d 1070 (8th Cir. 2016); *Beaver v. Tarsadia Hotels*, 816 F.3d 1170 (9th Cir. 2016); *D'Agostino v. Patrick*, 812 F.3d 240 (1st Cir. 2016); *Villarreal v. R.J. Reynolds Tobacco Co.*, 839 F.3d 958 (11th Cir. 2016) (en banc); *Green v. Bank of America, N.A.*, 634 Fed. Appx. 188 (9th Cir. 2015); *Int'l Franchise Ass'n v. City of Seattle*, 803 F.3d 389 (9th Cir. 2015); *Texas v. United States*, 787 F.3d 733 (5th Cir. 2015); *DeBoer v. Snyder*, 772 F.3d 388 (6th Cir. 2014); *Friedrichs v. California Teachers Ass'n*, 2014 WL 10076847 (9th Cir. Nov. 18, 2014), aff'd by an equally divided court, 136 S. Ct. 1083 (2016); *Natural Resources Defense Council v. Jewell*, 749 F.3d 776 (9th Cir. 2014); *Kilby v. CVS Pharmacy, Inc.*, 739 F.3d 1192 (9th Cir. 2013); *Valle del Sol Inc. v. Whiting*, 732 F.3d 1006 (9th Cir. 2013) and 709 F.3d 808 (9th Cir. 2013); *United Steel Workers Local 12-369 v. United Steel Workers, Int'l*, 728 F.3d 1107 (9th Cir. 2013); *In re NCAA Student-Athlete Name & Likeness Licensing Litig.*, 724 F.3d 1268 (9th Cir. 2013), cert. dismissed sub nom. *Elec. Arts Inc. v. Keller*, 135 S. Ct. 42 (2014); *Svc. Employees Int'l Union v. Nat'l Union of Healthcare Workers*, 718 F.3d 1036 (9th Cir. 2013); *Hart v. Elec. Arts, Inc.*, 717 F.3d 141 (3d Cir. 2013), cert. dismissed, 135 S. Ct. 43 (2014); *Int'l Bhd. of Teamsters v. United States Dep't of Transportation*, 714 F.3d 580 (2013); *Firebaugh Canal Water Dist. v. United States*, 712 F.3d 1296 (9th Cir. 2013), cert. denied, 134 S. Ct. 1300 (2014); *Carrillo v. Schneider Logistics, Inc.*, 501 Fed. Appx. 713 (9th Cir. 2012); *Gale v. First Franklin Loan Servs.*, 701 F.3d 1240 (9th Cir. 2012); *Northeast Ohio Coalition for the Homeless v. Husted*, 696 F.3d 580 (6th Cir. 2012), *later proceeding*, 831 F.3d 686 (2016); *Mulhall v. UNITE HERE Local 355*, 667 F.3d 1211 (11th Cir. 2012); *M.R. v. Dreyfus*, 663 F.3d 1100 (9th Cir. 2011), amended on denial of pet. for rehearing en banc, 697 F.3d 706 (9th Cir. 2012); *Kairy v.*

*SuperShuttle Int'l*, 660 F.3d 1146 (9th Cir. 2011); *Virginia ex rel. Cuccinelli v. Sebelius*, 656 F.3d 253 (4th Cir. 2011); *Harris v. Quinn*, 656 F.3d 692 (7th Cir. 2011), *rev'd*, 134 S. Ct. 2618 (2014); *Florida v. United States Dep't of Health and Human Svcs.*, 648 F.3d 1235 (11th Cir. 2011); *Knox v. Cal. State Employees Ass'n, Local 1000*, 628 F.3d 1115 (9th Cir. 2010), rev'd sub nom *Knox v. Svc. Employees Int'l Ass'n, Local 1000*, 132 S. Ct. 2277 (2012); *Narayan v. EGL, Inc.*, 616 F.3d 895 (9th Cir. 2010); *Dominguez v. Schwarzenegger*, 596 F.3d 1087 (9th Cir. 2010); *Svc. Employees Int'l. Union, Local 5 v. City of Houston*, 595 F.3d 588 (5th Cir. 2010); *Veldechalam v. Tata America Int'l Corp.*, 339 Fed. Appx. 761 (9th Cir. 2009); *Glass v. UBS Financial Svcs. Inc.*, 331 Fed. Appx. 452 (9th Cir. 2009); *The Sierra Club Foundation v. Dep't of Transportation*, 563 F.3d 897 (9th Cir. 2009); *Morgan v. Family Dollar Stores, Inc.*, 551 F.3d 1233 (11th Cir. 2008); *Adcock v. Freighliner, LLC*, 550 F.3d 369 (4th Cir. 2008); *Chicanos Por La Causa, Inc. v. Napolitano*, 544 F.3d 976 (9th Cir. 2008); *Ohio Republican Party v. Brunner*, 544 F.3d 711 (6th Cir. 2008) (en banc), rev'd, 555 U.S. 5 (2008); *Granite Rock Co. v. Int'l Bhd. of Teamsters*, 546 F.3d 1169 (9th Cir. 2008), aff'd in part and rev'd in part, 130 S. Ct. 2847 (2010); *Golden Gate Restaurant Ass'n v. City and County of San Francisco*, 546 F.3d 639 (9th Cir. 2008), and 512 F.3d 1112 (9th Cir. 2008); *In re Farmers Ins. Exchange Claims Representatives' Overtime Pay Litigation*, 481 F.3d 1119 (9th Cir. 2007); *In re Garabedd Melkonian Trust*, 235 Fed. Appx. 404 (9th Cir. 2007); *Chamber of Commerce v. Lockyer*, 463 F.3d 1076 (9th Cir. 2006) (en banc); rev'd sub nom *Chamber of Commerce v. Brown*, 554 U.S. 60 (2008); *United States v. Afshari*, 446 F.3d 915 (9th Cir. 2006), cert. denied sub nom *Rahmani v. United States*, 549 U.S. 1110 (2007); *Eklund v. Byron Union School Dist.*, 154 Fed. Appx. 648, 2005 WL 3086580 (9th Cir. 2005); *Recon Refractory & Constr. Inc. v. NLRB*, 424 F.3d 980 (9th Cir. 2005); *Horton v. Mayle*, 408 F.3d 570 (9th Cir. 2005); *Cummings v. Connell*, 402 F.3d 936 (9th Cir. 2005), and 316 F.3d 886 (9th Cir. 2003); *Lopez-Alvarado v. Ashcroft*, 381 F.3d 847 (9th Cir. 2004); *Associated Builders & Contractors v. Nunn*, 356 F.3d 979 (9th Cir. 2004); *Wagner v. Professional Engineers in California Gov't*, 354 F.3d 1036 (9th Cir. 2004); *Harik v. California Teachers Ass'n*, 326 F.3d 1042 (9th Cir. 2003); *Deutsch v. Turner Corp.*, 324 F.3d 692 (9th Cir. 2003); *Simo v. Union of Needletrades, Industrial & Textile Employees*, 322 F.3d 602 (9th Cir. 2003); *Public Citizen v. Dep't of Transportation*, 316 F.3d 1002 (9th Cir. 2003), rev'd, 541 U.S. 752 (2004); *Conant v. Walters*, 309 F.3d 629 (9th Cir. 2002), aff'g *Conant v. McCaffrey*, 2000 WL 1281174 (N.D. Cal. 2000), 172 F.R.D. 681 (N.D. Cal. 1997); *Immigrant Assistance Project v. INS*, 306 F.3d 842 (9th Cir. 2002); *Steam Press Holdings, Inc. v. Hawaii Teamsters and Allied Workers Union, Local 996*, 302 F.3d 998 (9th Cir. 2002); *Wininger v. Boyden*, 301 F.3d 1115 (9th Cir. 2002); *Prescott v. County of El Dorado*, 298 F.3d 844 (9th Cir. 2002); *Casumpang v. Int'l Longshoremen's Local 142*, 269 F.3d 1042 (9th Cir. 2001), later proceeding, 361 F. Supp. 2d 1195 (D. Hawaii 2005); *Foster v. Mahdesian*, 268 F.3d 689 (9th Cir. 2001); *BE&K Construction Co. v. NLRB*, 246 F.3d 619 (6th Cir. 2001), rev'd, 536 U.S. 516 (2002); *Petrochem Insulation v. NLRB*, 240 F.3d 26 (D.C. Cir. 2001); *Hoffman Plastic Compounds, Inc. v. NLRB*, 237 F.3d 639 (D.C. Cir. 2001) (en banc), rev'd, 535 U.S. 137 (2002); *Tosco Corp. v. Communities for a Better Environment*, 236 F.3d 495 (9th Cir. 2001); *Catholic Social Svcs. v. INS*, 232 F.3d 1139 (9th Cir. 2000) (en banc); *St. Thomas-St. John Hotel & Tourism Ass'n v. Gov't of the United States Virgin Islands*, 218 F.3d 232 (3rd Cir. 2000); *Does I through XXIII v. Advanced Textile Corp.*, 214 F.3d 1058 (9th Cir. 2000); *Passantino v. Johnson & Johnson Consumer Products, Inc.*, 212 F.3d 493 (9th Cir. 2000); *Burlington Northern Santa Fe Ry. Co. v. Int'l Bhd. of Teamsters Local 174*, 203 F.3d 703 (9th Cir. 2000) (en banc); *Aramark Corp. v. NLRB*, 179 F.3d 872 (10th

34

Cir. 1999) (en banc); *U.S. Airways, Inc. v. Nat'l Mediation Bd.*, 177 F.2d 985 (D.C. Cir. 1999); *Retlaw Broadcasting Co. v. NLRB*, 172 F.3d 660 (9th Cir. 1999); *Rosenberg v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, 170 F.3d 1 (1st Cir. 1999); *CPS Chem. Co. v. NLRB*, 160 F.3d 150 (3d Cir. 1998); *G&G Sprinklers, Inc. v. Bradshaw*, 156 F.3d 893 (9th Cir. 1998), vacated and remanded, 526 U.S. 1061 (1999), on remand, 204 F.3d 941 (9th Cir. 2000), rev'd, 532 U.S. 189 (2001); *Californians v. Mendonca*, 152 F.3d 1184 (9th Cir. 1998); *Tahara v. Matson Terminals, Inc.*, 152 F.3d 929, 1998 WL 405855, 1998 U.S. App. LEXIS 15412 (9th Cir. 1998) (mem. disp.); *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 1998); *Duffield v. Robertson Stephens & Co.*, 144 F.3d 1182 (9th Cir. 1998); *Bennett v. Yoshina*, 140 F.3d 1218 (9th Cir. 1998); *McNealy v. Caterpillar, Inc.*, 139 F.3d 1113 (7th Cir. 1998); *San Antonio Comm. Hosp. v. So. California Dist. Council of Carpenters*, 137 F.3d 1090 (9th Cir. 1997); *McClatchy Newspapers, Inc. v. NLRB*, 131 F.3d 1026 (D.C. Cir. 1998); *Montero v. INS*, 124 F.3d 381 (2d Cir. 1997); *ConAgra v. NLRB*, 117 F.3d 1435 (D.C. Cir. 1997); *Associated Builders & Contrs., Inc. v. Local 302, IBEW*, 109 F.3d 1353 (9th Cir. 1997); *Pryner v. Tractor Supply Co., Inc.*, 109 F.3d 354 (7th Cir. 1997); *Beverly Enterprises-Pennsylvania, Inc. v. Dist. 1199C*, 90 F.3d 93 (3rd Cir. 1996); *Fry v. ALPA*, 88 F.3d 831 (10th Cir. 1996); *WSB Electric, Inc. v. Curry*, 88 F.3d 788 (9th Cir. 1996); *United Ass'n of Journeymen & Apprentices v. Reno*, 73 F.3d 1134 (D.C. Cir. 1996); *Chamber of Commerce v. Bragdon*, 64 F.3d 497 (9th Cir. 1995); *Washington Svc. Contractors v. Dist. of Columbia*, 54 F.3d 811 (D.C. Cir. 1995); *Legalization Assistance Project v. INS*, 50 F.3d 789 (9th Cir.1995); *Maui Trucking v. Gen. Contractors Labor Ass'n*, 37 F.3d 436 (9th Cir. 1994); *Electromation, Inc. v. NLRB*, 35 F.3d 1148 (7th Cir. 1993); *Cannon v. Edgar*, 33 F.3d 880 (7th Cir. 1994); *USS-POSCO Industries v. Contra Costa Building & Construction Trades Council*, 31 F.3d 800 (9th Cir. 1994); *Wedges/Ledges, Inc. v. City of Phoenix*, 24 F.3d 56 (9th Cir. 1994); *Combined Mgt. Inc. v. Superintendent of Ins.*, 22 F.3d 1 (1st Cir. 1994); *Employee Staffing Svcs., Inc. v. Aubry*, 20 F.3d 1038 (9th Cir. 1994); *Perales v. Thornburgh*, 4 F.3d 99 (2d Cir. 1992); *American Dental Ass'n v. Martin*, 984 F.2d 823 (7th Cir. 1993); *United Ass'n of Journeymen v. Barr*, 981 F.2d 1269 (D.C. Cir. 1992), vacating 768 F. Supp. 375 (D.D.C. 1991); *Les v. Reilly*, 968 F.2d 985 (9th Cir. 1992); *Shelby County Health Care Corp. v. AFSCME Local 1733*, 967 F.2d 1091 (6th Cir. 1992); *Elecrical Jt. Apprenticeship Comm. v. MacDonald*, 949 F.2d 270 (9th Cir. 1991); *Kidwell v. Transportation Communication Int'l Union*, 946 F.2d 283 (4th Cir. 1991); *IBEW v. Eichleay Corp.*, 944 F.2d 1047 (3rd Cir. 1991); *Colorado-Ute Electrical Ass'n v. NLRB*, 939 F.2d 1392 (10th Cir. 1991); *California Rural Legal Assistance v. Legal Service Corp.*, 937 F.2d 465, 917 F.2d 1171 (9th Cir. 1991); *Toledo Typographical Union No. 63 v. NLRB*, 907 F.2d 1220 (D.C. Cir. 1990); *Indianapolis Power & Light Co. v. NLRB*, 898 F.2d 524 (7th Cir. 1990); *U.S. Postal Service v. APWU*, 893 F.2d 1117 (9th Cir. 1990); *Hydrostorage v. No. California Boilermakers*, 891 F.2d 719 (9th Cir. 1989); *News/Sun Sentinel Co. v. NLRB*, 890 F.2d 430 (D.C. Cir. 1989); *Nat'l Posters, Inc. v. NLRB*, 885 F.2d 175 (4th Cir. 1989); *NLRB v. Parents and Friends of the Specialized Living Ctr.*, 879 F.2d 1442 (7th Cir. 1989); *In re Thornburgh*, 869 F.2d 1503 (D.C. Cir. 1989); *Stache v. Int'l Union of Bricklayers*, 852 F.2d 1231 (9th Cir. 1988); *Patel v. Quality Inn South*, 846 F.2d 700 (11th Cir. 1988); *NLRB v. Ashkenazy Property Mgt. Corp.*, 817 F.2d 75 (9th Cir. 1987); *UAW v. Brock*, 816 F.2d 761 (D.C. Cir. 1987); *Local 512, Warehouse and Office Workers' Union v. NLRB* (*Felbro*), 795 F.2d 705 (9th Cir. 1986); *IBEW, Local 387 v. NLRB* (*Arizona Public Service Co.*), 788 F.2d 1412 (9th Cir. 1986); *AFSCME v. State of Washington*, 770 F.2d 1401 (9th Cir. 1985); *California Hosp. Ass'n v. Henning*, 770 F.2d 856 (9th Cir. 1985); *White v. City of Richmond*, 713 F.2d 458 (9th Cir. 1983); *Hawaiian Telephone*

*Co. v. Hawaii Dep't of Labor & Industrial Relations*, 691 F.2d 905 (9th Cir. 1982), earlier
proceeding, 614 F.2d 1197 (9th Cir. 1980); *Spain v. Mountanos*, 690 F.2d 742 (9th Cir. 1982);
*Gary W. v. State of Louisiana*, 622 F.2d 804 (5th Cir. 1980); *Gates v. Collier*, 616 F.2d 1268
(5th Cir. 1980).

    In the federal district courts, the firm's cases have included the following: *North
Carolina State Conference of the NAACP v. The North Carolina Bd. of Elections*, 2016 WL
6581284 (M.D.N.C. Nov. 4, 2016); *Hoffman v. Inslee*, 2016 WL 6126016 (W.D. Wash. Oct. 20,
2016); *Pette v. Int'l Union of Operating Engineers*, 2016 WL 4596338 (C.D. Cal. Sept. 2,
2016); *Ochoa v. McDonald's Corp.*, 133 F. Supp. 3d 1228, 1237 (N.D. Cal. 2015); *Salazar v.
McDonald's Corp.*, 2016 WL 4394165 (N.D. Cal. Aug. 16, 2016); *Ochoa v. McDonald's Corp.*,
2016 WL 3648550 (N.D. Cal. July 7, 2016); *Totten v. Kellogg Brown & Root, LLC*, 2016 WL
316019 (C.D. Cal. Jan. 22, 2016); *D'Agostino v. Patrick*, 98 F. Supp. 3d 109 (D. Mass. 2015),
aff'd, 812 F.3d 240 (1st Cir. 2016); *Greene v. Dayton*, 81 F. Supp. 3d 747 (D. Minn. 2015);
*Bierman v. Dayton*, 2014 WL 5438505 (D. Minn.  2014), appeal dismissed as moot, 817 F.3d
1070 (8th Cir.  2016); *Natural Resources Defense Council v. Pritzker*, 62 F. Supp. 3d 969 (N.D.
Cal. 2014); *Beaver v. Tarsadia Hotels*, 29 F. Supp. 3d 1294 (S.D. Cal. 2014), on
reconsideration, 29 F. Supp. 3d 1323 (S.D. Cal. 2014), aff'd, 816 F.3d 1170 (9th Cir. 2016); *Svc.
Employees Int'l Union, Local 1 v. Husted*, 887 F. Supp. 2d 761 (S.D. Ohio 2012), aff'd in part
and rev'd in part sub nom *Northeast Ohio Coalition for the Homeless v. Husted*, 696 F.3d 580
(6th Cir. 2012), and later proceeding, 906 F. Supp. 2d 745 (S.D. Ohio 2012); *Friendly House v.
Whiting*, 846 F. Supp. 2d 1053 (D. Ariz. 2012), aff'd, *Valle del Sol Inc. v. Whiting*, 709 F.3d
808 (9th Cir. 2013); *Narayan v. EGL, Inc.*, 285 F.R.D. 473 (N.D. Cal. 2012); *Oster v.
Lightbourne*, 2012 WL 685808 (N.D. Cal. March 2, 2012); *Carrillo v. Schneider Logistics,
Inc.*, 2012 WL 556309 (C.D. Cal. Jan. 31, 2012), 2011 WL 6104839 (C.D. Cal. Dec. 7, 2011),
and 823 F. Supp. 2d 1040 (C.D. Cal. 2011); *Ellis v. Costco Wholesale Corp.*, 285 F.R.D. 492
(N.D. Cal. 2012); *San Francisco Baykeeper v. West Bay Sanitary Dist.,* 2011 WL 6012936
(N.D. Cal. Dec. 1, 2011); *UFCW Local 99 v. Brewer*, 817 F. Supp. 2d 1118 (D. Ariz. 2011),
later proceeding, 934 F. Supp. 2d 1167 (D. Ariz. 2013); *Copello v. Boehringer Ingelheim*, 2011
WL 3325857 (N.D. Ill. Nov. 2, 2011); *M.R. v. Dreyfus*, 767 F. Supp. 2d 1149 (W.D. Wash.
2011); *Southern Wine + Spirits Co. v. Simpkins*, 2011 WL 124631 (S.D. Fla. Jan. 14, 2011);
*Dimenco v. Svc. Employees Int'l Union*, 2011 WL 89999 (N.D. Cal. Jan. 10, 2011); *M.R. v.
Dreyfus*, 2011 WL 31553 (W.D. Wash. Jan 05, 2011); *Common Cause of Colorado v.
Buescher*, 2010 WL 4537073 (D. Colo. Nov. 3, 2010), and 2010 WL 4156486 (D. Colo. Oct. 18,
2010); *Dominguez v. Schwarzenegger*, 2010 WL 3447691 (N.D. Cal. Aug. 30, 2010), 2010 WL
2673715 (N.D. Cal. July 2, 2010), and 2010 WL 2348659 (N.D. Cal. June 8, 2010); *Danieli v.
IBM*, 2010 WL 2399329 (S.D.N.Y. March 29, 2010); *V.L. v. Wagner*, 669 F. Supp. 2d 1106
(N.D. Cal. 2009); *Martinez v. Schwarzenegger*, 2009 WL 3353227 (N.D. Cal. Oct. 15, 2009),
and 2009 WL 1844989 (June 26, 2009); *The OSO Group v. Bullock & Associates*, 2009 WL
2422285 (N.D. Cal. Aug. 6, 2009); *NRDC v. Kempthorne*, 627 F. Supp. 2d 1212 (E.D. Cal.
2009), 2009 WL 1575208 (E.D. Cal. June 3, 2009), and 2008 WL 5054115 (E.D. Cal. Nov. 19,
2008); *Veliz v. Cintas Corp.*, 2009 WL 1107702 (N.D. Cal. 2009); *New United Motor Mfg., Inc.
v. UAW, Local 2244*, 184 L.R.R.M. 2539, 2008 WL 2540702 (N.D. Cal. June 19, 2008); *Pacific
Coast Fed'n of Fishermen's Ass'n v. Gutierrez*, 2008 WL 2223070 (E.D. Cal. May 20, 2008),
subsequent proceeding, 2008 WL 2851568 (E.D. Cal. July 18, 2008); *United States ex rel.
UNITE HERE v. Cintas Corp.*, 2008 WL 1767039 (N.D. Cal. April 16, 2008); *McCabe*

36

*Hamilton & Renny Co., Ltd. v. Int'l Longshore & Warehouse Union, Local 142*, 557 F. Supp. 2d 1171 (D. Haw. 2008); *AFL-CIO v. Chertoff*, 552 F. Supp. 2d 999 (N.D. Cal. 2007); *Svc. Employees Int'l Union v. City of Houston*, 542 F. Supp. 2d 617 (S.D. Tex. 2008); *Knox v. Westly,* 183 L.R.R.M. 3232, 2008 WL 850128 (E.D.Cal. March 28, 2008), rev'd sub nom *Knox v. Cal. State Employees Ass'n, Local 1000*, 628 F.3d 1115 (9th Cir. 2010), rev'd sub nom *Knox v. Svc. Employees Int'l Ass'n, Local 1000*, 132 S. Ct. 2277 (2012); *Arizona Contractors Ass'n, Inc. v. Candelaria*, 534 F. Supp.2d 1036 (D. Ariz. 2008), aff'd sub nom *Chicanos Por La Causa, Inc. v. Napolitano*, 544 F.3d 976 (9th Cir. 2008); *Golden Gate Restaurant Ass'n v. City and County of San Francisco*, 42 Employee Benefits Cases 2185, 2007 WL 4570521 (N.D. Cal. Dec. 26, 2007), rev'd, 546 F.3d 639 (9th Cir. 2008); *Arizona Contractors Ass'n, Inc. v. Napolitano*, 526 F. Supp. 2d 968 (D. Ariz. 2007), later proceeding *Arizona Contractors Ass'n, Inc. v. Candelaria*, 534 F. Supp. 2d 1036 (D. Ariz. 2008), aff'd sub nom *Chicanos Por La Causa, Inc. v. Napolitano*, 544 F.3d 976 (9th Cir. 2008); *Fusi v. Emery World Airlines, Inc.*, 183 L.R.R.M. 2225, 2007 WL 4207863 (S.D. Ohio 2007); *In re American Family Mut. Ins. Co. Overtime Pay Litigation*, 155 Labor Cases ¶ 35,353, 2007 WL 2936319 (D. Colo. 2007); *Int'l Longshore & Warehouse Union, Local 142 v. C. Brewer & Co.*, 496 F. Supp. 2d 1179 (D. Haw. 2007); *SkyWest Pilots ALPA Org. Comm. v. SkyWest Airlines, Inc.*, 2007 WL 1848678, 182 L.R.R.M. 2485 (N.D. Cal. 2007); *Adams v. Inter-Con Security Systems, Inc.*, 242 F.R.D. 530, 2007 WL 1089694 (N.D. Cal. 2007); *Chao v. Allied Pilots Ass'n*, 2007 WL 518586, 181 L.R.R.M. 2578 (N.D. Tex. 2007); *Adcock v. UAW*, 2006 WL 3257044, 180 L.R.R.M. 3291 (W.D.N.C. 2006); *Knox v. Westly*, 2006 WL 2374763, 180 L.R.R.M. 3170 (E.D. Cal. 2006), earlier proceeding, 2005 WL 3031622 (E.D. Cal. 2005), subsequent proceedings, 2007 WL 516263, 181 L.R.R.M. 2501 (E.D. Cal. 2007), 2006 WL 3147683 (E.D. Cal. 2006); *Vega v. Contract Cleaning Maintenance*, 2006 WL 1554383, 11 Wage & Hour Cas.2d 1121 (N.D. Ill. 2006); *Patterson v. Heartland Industrial Partners, LLP*, 428 F. Supp. 2d 714 (N.D. Ohio 2006), earlier proceeding, 225 F.R.D. 204 (N.D. Ohio 2004); *Darensburg v. Metropolitan Transportation Comm'n*, 2006 WL 167657 (N.D. Cal. 2006); *NRDC v. Rodgers*, 381 F. Supp. 2d 1212 (E.D. Cal. 2005), motion for reconsideration denied, 2005 WL 2466067 (E.D. Cal. 2005), earlier proceeding, 2005 WL 1388671 (E.D. Cal. 2005); *Rachford v. Air Line Pilots Ass'n, Int'l*, 375 F. Supp. 2d 908 (N.D. Cal. 2005), later proceeding, 2006 WL 927742 (N.D. Cal. 2006), aff'd mem., 284 Fed. Appx. 473 (9th Cir. 2008); *Casumpang v. Int'l Longshore & Warehouse Union, Local 142*, 361 F. Supp. 2d 1195 (D. Haw. 2005), subsequent proceeding, 411 F. Supp. 2d 1201 (D. Haw. 2005); *Patel v. Sugen, Inc.*, 354 F. Supp. 2d 1098 (N.D. Cal. 2005); *In re Farmers Ins. Exchange Claims Representatives' Overtime Pay Litigation*, 300 F. Supp. 2d 1020 (D. Ore. 2003), amended, 336 F. Supp. 2d 1077 (D. Ore. 2004), aff'd in part, rev'd in part, and remanded, 466 F.3d 853 (9th Cir. 2006), later proceeding, 14 Wage & Hour Cas.2d 356, 2008 WL 4763029 (D. Ore. Oct. 28, 2008); *Cummings v. Connell*, 281 F. Supp. 2d 1187 (E.D. Cal. 2003), rev'd, 402 F.3d 936 (9th Cir. 2005), later proceeding, 2006 WL 1716160, 180 L.R.R.M. 2159 (E.D. Cal. 2006); *SEIU Local 87 v. SEIU Local 1877*, 230 F. Supp. 2d 1099 (N.D. Cal. 2002); *Does I v. Gap, Inc.*, 2002 WL 1000068 (D.N.M.I. 2002), related proceeding, 2002 WL 1000073 (D.N.M.I. 2002); *Chamber of Commerce v. Lockyer*, 225 F. Supp. 2d 1199 (C.D. Cal. 2002), rev'd, 463 F.3d 1076 (9th Cir. 2006) (en banc); *Common Cause v. Jones*, 213 F. Supp. 2d 1110, 213 F. Supp. 2d 1116 (C.D. Cal. 2002); *Catholic Social Svcs. v. Ashcroft*, 206 F.R.D. 654 (E.D. Cal. 2002); *In re World War II Era Japanese Forced Labor Litigation*, 164 F. Supp. 2d 1153 (N.D. Cal. 2001), and 114 F.Supp. 939 (N.D. Cal. 2000); *Does I v. Advance Textile Corp.*, 2001 WL 1842389 (D.N.M.I. 2001); *NRDC v. Whitman*, 53 E.R.C. 1673, 2001

WL 1221774 (N.D. Cal.), later proceeding, 2001 WL 1456783 (N.D. Cal. 2001), appeal dism. sub nom ***NRDC v. EPA***, 35 Fed. Appx. 590, 2002 WL 1042092 (9th Cir. 2002); ***Eller Media Co. v. City of Oakland***, 2000 WL 33376585 (N.D. Cal. 2000), earlier proceedings, 1998 WL 827426 (N.D. Cal. 1998), and 1998 WL 549494 (N.D. Cal. 1998); ***CF&I Steel, L.P. v. Bay Area Rapid Transit District***, 2000 WL 1375277 (N.D. Cal. 2000); ***Chadwick v. IBEW***, 2000 WL 1006373 (N.D. Cal. 2000); ***Friedman v. Cal. State Employees Ass'n***, 2000 U.S. Dist. LEXIS 7049, 163 L.R.R.M. 2924 (E.D. Cal. 2000); ***Foster v. Garcy***, 1999 U.S. Dist. LEXIS 21876, 140 Lab. Cas. (CCH) ¶ 58,914 (N.D. Cal. 1999); ***Tosco v. Communities for a Better Environment***, 41 F. Supp. 2d 1061 (C.D. Cal. 1999); ***Bishop v. Air Line Pilots Ass'n***, 159 L.R.R.M. 2005, 1998 U.S. Dist. LEXIS 11948 (N.D. Cal. 1998), aff'd mem., 2000 U.S. App. LEXIS 3270 (9th Cir. March 1, 2000); ***Martens v. Smith Barney, Inc.***, 181 F.R.D. 243, 1998 U.S. Dist. LEXIS 9226, 77 FEP Cas. (BNA) 532 (S.D.N.Y. 1998); ***Catholic Social Svcs. v. Reno***, 1998 U.S. Dist. LEXIS 10429, 10430, 10431 (E.D. Cal. 1998); ***Sims v. Alameda-Contra Costa Transit Dist.***, 2 F. Supp. 2d 1253 (N.D. Cal. 1998); ***Cremin v. Merrill Lynch***, 957 F. Supp. 1460 (N.D. Ill. 1997); ***McLendon v. Continental Group, Inc.***, 872 F. Supp. 142 (D.N.J. 1994); ***Alameda Newspapers, Inc. v. City of Oakland***, 860 F. Supp. 1428 (N.D. Cal. 1994); ***Ford v. New United Motors Mfg., Inc.***, 857 F. Supp. 707 (N.D. Cal. 1994); ***Sneede v. Coye***, 856 F. Supp. 526 (N.D. Cal. 1994); ***In re Gulf USA Corp.***, 171 Bankr. 379 (D. Id. 1994); ***Auvil v. CBS, 60 Minutes***, 800 F. Supp. 928 (E.D. Wash. 1992); ***Cardona v. Oakland Unified School Dist.***, 785 F. Supp. 837 (N.D. Cal. 1992); ***Associated Builders & Contractors v. BACA***, 769 F. Supp. 1537 (N.D. Cal. 1991); ***EEOC v. Tortilleria "La Mejor,"*** 758 F. Supp. 585 (E.D. Cal. 1991); ***Akau v. Tel-A-Com Hawaii, Inc.***, 1990 Dist. LEXIS 4647 (D. Hawaii 1990); ***Puzz v. United States Dep't of the Interior***, 1989 Dist. LEXIS 16649 (N.D. Cal 1989); ***Bricklayers and Allied Craftsmen, Local Union No. 3 v. Masonry & Tile Contractors Ass'n of So. Nevada***, 136 L.R.R.M. 2319 (D. Nev. 1990); ***California ex rel. Van de Kamp v. Reilly***, 750 F. Supp. 433 (E.D. Cal. 1990); ***UFCW Local 1564 v. City of Clovis***, 735 F. Supp. 999 (D.N.M. 1990); ***Immigrant Assistance Project v. INS***, 709 F. Supp. 998 (W.D. Wash. 1989) aff'd, 976 F.2d 1198 (9th Cir. 1993), vacated and remanded, 510 U.S. 594 (1993); ***Ayuda, Inc. v. Barr***, 687 F. Supp. 650 (D.D.C. 1988), rev'd in part, 880 F.2d 1325 (D.C. Cir. 1989), vacated and remanded, 498 U.S. 1117 (1991), on remand, 948 F.2d 742 (D.D.C. 1991), 700 F. Supp 49 (D.D.C. 1988), 744 F. Supp. 21 (D.D.C. 1990), stayed, 919 F.2d 153 (D.C. Cir. 1990), rev'd, 948 F.2d 742 (D.C. Cir. 1991), vacated and remanded, 509 U.S. 916 (1993), on remand, 7 F.3d 246 (D.C. Cir. 1993), pet. for rehearing denied, 14 F.3d 61 (D.C. Cir.), cert. denied, 513 U.S. 815 (1994); ***Bower v. Bunker Hill Co.***, 675 F. Supp. 1263, 675 F. Supp. 1254, 114 F.R.D. 587 (E.D. Wash. 1986), and 689 F. Supp. 1032 (E.D. Wash. 1985); ***Int'l Union of Bricklayers and Allied Craftsmen v. Meese***, 616 F. Supp. 1387 (N.D. Cal. 1985); ***Adolph Coors Co. v. Sickler***, 608 F. Supp. 1417 (C.D. Cal. 1985); ***Int'l Union, UAW v. Donovan***, 570 F. Supp. 210 (D.D.C. 1983), rev'd, 746 F.2d 855 (D.C. Cir. 1984); ***Int'l Union, UAW v. Donovan***, 568 F. Supp. 1047 (D.D.C. 1983), rev'd, 746 F.2d 839 (D.C. Cir. 1984), rev'd sub nom Int'l Union, UAW v. Brock, 477 U.S. 274 (1986), on remand, 816 F.2d 761 (D.C. Cir. 1987); ***Int'l Union, UAW v. Donovan***, 554 F. Supp. 1172 (D.D.C. 1983); ***La Raza Unida v. Volpe***, 545 F. Supp. 36 (N.D. Cal. 1982); ***AFL-CIO v. Marshall***, 494 F. Supp. 971 (D.D.C. 1980).

The firm has also participated in the following state supreme court cases, among others: ***Laffitte v. Robert Half Int'l Inc.***, 1 Cal.5th 480 (2016); ***Kilby v. CVS Pharmacy, Inc.***, 63 Cal.4th 1 (2016); ***United Public Workers v. Abercrombie***, 133 Haw. 188 (2014); ***Paratransit,***

38

*Inc. v. Unemployment Ins. Appeals Bd.*, 59 Cal.4th 551 (2014); *Iskanian v. CLS Transp. Los Angeles, LLC*, 59 Cal.4th 348 (2014); *Duran v. U.S. Bank Nat'l Ass'n*, 59 Cal.4th 1 (2014); *American Nurses Ass'n v. Torlakson*, 57 Cal.4th 570 (2013); *County of Los Angeles v. Los Angeles County Employee Relations Comm'n*, 56 Cal.4th 905 (2013); *Ralphs Grocery Co. v. United Food & Commercial Workers Union Local 8*, 55 Cal.4th 1083 (2012); *State Bldg. & Construction Trades Council v. City of Vista*, 54 Cal.4th 547 (2012); *United Teachers of Los Angeles v. Los Angeles Unified School Dist.*, 54 Cal.4th 504 (2012); *Brinker Restaurant Corp. v. Superior Court*, 53 Cal.4th 1004 (2012); *Peterson v. State*, 280 P.3d 559 (Alaska 2012); *Hawaii State Teachers Ass'n v. Abercrombie*, 126 Haw. 318 (2012); *California Grocers Ass'n v. City of Los Angeles*, 52 Cal.4th 177 (2011); *Professional Engineers in California Gov't v. Schwarzenegger*, 50 Cal.4th 989 (2010); *St. John's Well Child and Family Center v. Schwarzenegger*, 50 Cal.4th 960 (2010); *Hawaii Gov't Employees Assn. v. Lingle*, 239 P.3d 1 (Haw. 2010); *City of San Jose v. Operating Engineers Local No. 3*, 49 Cal.4th 597 (2010); *Pearson Dental Supplies, Inc. v. Superior Court*, 48 Cal.4th 665 (2010); *Amalgamated Transit Union v. Superior Court*, 46 Cal.4th 993 (2009); *Sheehan v. The San Francisco 49ers, Ltd.*, 45 Cal.4th 992 (2009); *Vasquez v. State of California*, 45 Cal.4th 243 (2008); *State ex rel. Colvin v. Brunner*, 120 Ohio St.3d 110, 896 N.E.2d 979 (Ohio 2008); *EPIC v. California Dep't of Forestry & Fire Protection*, 44 Cal.4th 459 (2008); *In re Marriage Cases*, 43 Cal.4th 757 (2008); *Gentry v. Superior Court*, 42 Cal.4th 443 (2007); *Fleischman v. Protect Our City*, 214 Ariz. 406, 153 P.3d 1035 (2007); *Tahara v. Matson Terminals, Inc.*, 111 Hawaii 16, 136 P.3d 904 (2006); *Reynolds v. Bement*, 36 Cal.4th 1075 (2005); *City of Long Beach v. Dep't of Industrial Relations*, 34 Cal.4th 942 (2004), vacating 110 Cal.App.4th 636 (2003); *AFL-CIO v. Hood*, 885 So.2d 373 (Fla. 2004); *Intel Corp. v. Hamidi*, 30 Cal.4th 1342 (2003); *Viner v. Sweet*, 30 Cal.4th 1232 (2003); *Hamilton v. Maryland Casualty Co.*, 27 Cal.4th 718 (2002); *Golden Gateway Ctr. v. Golden Gateway Tenants Ass'n*, 26 Cal.4th 1013 (2001); *Gerawan Farming, Inc. v. Lyons*, 24 Cal.4th 468 (2000); *Armendariz v. Foundation Health Psychcare Svcs.*, 24 Cal.4th 83 (2000); *Morillion v. Royal Packing Co.*, 22 Cal.4th 575 (2000); *Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co.*, 20 Cal.4th 243 (1999); *Hawaii State AFL-CIO v. Yoshina*, 935 P.2d 89 (Haw. 1997); *Masonry & Tile Contractors Ass'n v. Jolley, Urga & Wirth*, 941 P.2d 486 (Nev. 1997); *People ex rel. Lundgren v. Superior Court (American Standard)*, 14 Cal.4th 294 (1996); *AFL-CIO v. Unemployment Ins. Appeals Bd.*, 13 Cal.4th 1017 (1996), rev'g 38 Cal.App.4th 1205 (1995); *People v. Horton*, 11 Cal.4th 1068 (1996); *So. California Chapter of Associated Builders & Contractors, Inc. v. California Apprenticeship Council*, 4 Cal.4th 422 (1992); *In re Horton*, 54 Cal.3d 82 (1991); *Cumero v. Public Employment Relations Bd.*, 49 Cal.3d 575 (1989); *Keller v. State Bar*, 47 Cal.3d 1152 (1989); *DeTomaso v. Pan American World Airways*, 43 Cal.3d 517 (1987); *County of Los Angeles v. State of California*, 43 Cal.3d 46 (1987); *Long Beach City Employees Ass'n v. City of Long Beach*, 41 Cal.3d 937 (1986); *Regents of the Univ. of California v. Public Employment Relations Bd.*, 41 Cal.3d 601 (1986); *San Jose Teachers Ass'n v. Superior Court*, 38 Cal.3d 839 (1985); *AFL-CIO v. Eu*, 36 Cal.3d 687 (1984); *Legislature of the State of California v. Deukmejian*, 34 Cal.3d 658 (1983); *San Mateo City School Dist. v. Public Employment Relations Bd.*, 33 Cal.3d 850 (1983); *Welfare Rights Org. v. Crisan*, 33 Cal.3d 766 (1983); *Serrano v. Unruh*, 32 Cal.3d 621 (1982); *Mandel v. Myers*, 29 Cal.3d 531 (1981); *Pacific Legal Foundation v. Unemployment Ins. Appeals Bd.*, 29 Cal.3d 101 (1981); *Sears Roebuck & Co. v. San Diego County Dist. Council of Carpenters*, 25 Cal.3d 317 (1979); *Robins v. Pruneyard Shopping Center*, 23 Cal.3d 899 (1979).

The firm has also participated in the following cases in the state courts of appeal, among others: ***Vergara v. California***, 246 Cal.App.4th 619 (2016); ***Nat'l Restaurant Ass'n v. Comm'n of Labor***, 141 A.D.3d 185, 34 N.Y.S.3d 232 (2016); ***El Centro v. Lanier***, 245 Cal.App.4th 1494 (2016); ***Jenks v. DLA Piper Rudnick Gray Cary US LLP***, 243 Cal.App.4th 1 (2015); ***Noe v. Superior Court***, 237 Cal.App.4th 316 (2015); ***Koval v. Pac. Bell Tel. Co.***, 232 Cal.App.4th 1050 (2014); ***Van Zant v. Apple, Inc.***, 229 Cal.App.4th 965 (2014); ***Professional Engineers in California Gov't v. Brown***, 229 Cal.App.4th 861 (2014); ***Sheet Metal Workers' Int'l Ass'n, Local 104 v. Duncan***, 229 Cal.App.4th 192 (2014); ***California High-Speed Rail Authority v. Superior Court***, 228 Cal.App.4th 676 (2014); ***Los Angeles Unified School Dist. v. Superior Court***, 228 Cal.App.4th 222 (2014); ***Hall v. Rite Aid Corp.***, 226 Cal.App.4th 278 (2014); ***D'Arrigo Bros. v. United Farmworkers***, 224 Cal.App.4th 790 (2014); ***ALPA Int'l v. United Airlines, Inc.***, 223 Cal.App.4th 706 (2014); ***Farmers Ins. Exch. v. Superior Court***, 218 Cal.App.4th 96 (2013); ***Gonzalez v. Downtown L.A. Motors LP***, 215 Cal.App.4th 36 (2013); ***California Redevelopment Ass'n v. Matosantos***, 212 Cal.App.4th 1457 (2013); ***Veronese v. Lucasfilm Ltd.***, 212 Cal.App.4th 1 (2012); ***Hernandez v. Chipotle Mexican Grill, Inc.***, 208 Cal.App.4th 1487 (2012); ***Reed v. United Teachers Los Angeles***, 208 Cal.App.4th 322 (2012); ***Hensel Phelps Construction Co. v. San Diego Unified Port Dist.***, 197 Cal.App.4th 1020 (2011); ***California Chamber of Commerce v. Brown***, 196 Cal.App.4th 233 (2011); ***County of Los Angeles v. Los Angeles County Employee Relations Comm'n***, 192 Cal.App.4th 1409 (2011); ***Ralph's Grocery Co. v. UFCW Local 8***, 192 Cal.App.4th 200 (2011); ***Home Depot v. Superior Court***, 191 Cal.App.4th 210 (2011); ***EPIC v. California Dep't of Forestry and Fire Protection***, 190 Cal.App.4th 217 (2010); ***Bright v. 99 Cents Only Stores***, 189 Cal.App.4th 1472 (2010); ***Lazarin v. Superior Court***, 188 Cal.App.4th 1560 (2010); ***Sutter Health v. UNITE-HERE***, 186 Cal.App.4th 1193 (2010); ***Gardner v. Schwarzenegger***, 178 Cal.App.4th 1366 (2009); ***In re Consumer Privacy Cases***, 175 Cal.App.4th 545 (2009); ***County of Sonoma v. Superior Court***, 173 Cal.App.4th 322 (2009); ***Aguiar v. Superior Court* (*Cintas Corp.*)**, 170 Cal.App.4th 313 (2009); ***Project Vote v. Madison County Bd. of Elections***, 2008 WL 4445176 (Ohio Sept. 29, 2008); ***Curley v. Lake County Bd. of Elections and Registration***, 896 N.E.2d 24 (Ind. App. 2008); ***Amaral v. Cintas Corp. No. 2***, 163 Cal.App.4th 1157 (2008); ***Sharp v. Next Entertainment, Inc.***, 163 Cal.App.4th 410 (2008); ***State Building and Construction Trades Council v. Duncan***, 162 Cal.App.4th 289 (2008); ***Kashmiri v. Regents of the University of California***, 156 Cal.App.4th 809 (2007); ***Sheet Metal Workers Int'l Ass'n, Local Union No. 104 v. Rea***, 153 Cal.App.4th 1071 (2007); ***Aguiar v. Cintas Corp. No. 2***, 144 Cal.App.4th 121 (2006); ***The Hess Collection Winery v. California Agricultural Relations Bd.***, 140 Cal.App.4th 1584 (2006); ***So. California Edison Co. v. Public Utilities Comm'n***, 140 Cal.App.4th 1085 (2006); ***Du Charme v. IBEW, Local 45***, 110 Cal.App.4th 107 (2003); ***Svc. Employees Int'l Union v. Superior Court***, 89 Cal.App.4th 1390 (2001); ***Bell v. Farmers Ins. Exch.***, 87 Cal.App.4th 805 (2001), later proceeding, 115 Cal.App.4th 715 (2004), later proceeding, 135 Cal.App.4th 1138 (2006), later proceeding, 137 Cal.App.4th 835 (2006); ***United Farm Workers v. Dutra Farms***, 83 Cal.App.4th 1146 (2000); ***Western Crop Protection Ass'n v. Davis***, 80 Cal.App.4th 741 (2000); ***Pulaski v. California Occupational Safety and Health Stds. Bd.***, 75 Cal.App.4th 1315 (1999); ***IBEW Local 595 v. Superior Court***, 54 Cal.App.4th 1291 (1997); ***IBEW v. Aubry***, 41 Cal.App.4th 1632 (1996); ***California Court Reporters Ass'n v. Judicial Council***, 39 Cal.App.4th 15 (1995), later proceeding, 59 Cal.App.4th 959 (1997); ***L.A. County Court Reporters Ass'n v. Superior Court***, 31 Cal.App.4th 403 (1995); ***Smith v. Superior Court***

(*Degnan*), 31 Cal.App.4th 205 (1994); *AFL-CIO v. Unemployment Ins. Appeals Bd.*, 23
Cal.App.4th 51 (1994); *California Labor Fed'n v. California Safety and Health Stds. Bd.*, 5
Cal.App.4th 985 (1991), later proceeding, 221 Cal.App.3d 1547 (1990); *Jerabek v. Public
Employment Relations Bd.*, 2 Cal.App.4th 1298 (1991); *Zambrano v. Oakland Unified School
Dist.*, 229 Cal.App.3d 802 (1991); *Rust v. Vallejo*, 215 Cal.App.3d 771 (1989); *AFL-CIO v.
Deukmejian*, 212 Cal.App.3d 425 (1989); *Wallace v. Consumers Cooperative, Inc.*, 170
Cal.App.3d 836 (1985); *Filipino Accountants Ass'n, Inc. v. State Bd. of Accountancy*, 155
Cal.App.3d 1023 (1984); *Brown v. Superior Court*, 137 Cal.App.3d 778 (1982); *Serrano v.
Priest*, 131 Cal.App.3d 188 (1982); *AFL-CIO v. Employment Development Dep't*, 88
Cal.App.3d 811 (1979).

EXHIBIT B

Lodestar thru 05.31.17

| Attorney | Hours | Rate | Lodestar |
|---|---|---|---|
| Michael Rubin | 410.50 | 930 | $381,765.00 |
| Jeff Demain | 52.70 | 910 | $47,957.00 |
| Eve Cervantez | 734.70 | 860 | $631,842.00 |
| Danielle E. Leonard | 59.30 | 690 | $40,917.00 |
| Casey Pitts | 216.70 | 510 | $110,517.00 |
| Laura Trice | 13.60 | 460 | $6,256.00 |
| Law Clerk | 270.80 | 285 | $77,178.00 |
| Paralegal | 94.70 | 250 | $23,675.00 |
| | 1,853.00 | | $1,320,107.00 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 07/15/14 | EC | 1.50 | Revise Lindgren complaint; | 1 |
| 07/15/14 | MR | 0.80 | Email from Mehdi; telephone conference with Mehdi; emails re issues with Leonard, Cervantez (.3); emails re proposed stipulation, edits to Lindgren complaint (.2); emails with Cervantez and Leonard re draft complaint, class definition (.3) | 19 |
| 07/16/14 | EC | 3.70 | Revise Lingren complaint; | 13 |
| 07/16/14 | MR | 1.50 | Emails re draft Lindgren complaint, edits, injunctive relief, relationships between defendants; emails re defendants' refusal to stipulate  (.3) (.2) (.3) (.1); edit complaint; emails with Cervantez (.2) (.4) | 20 |
| 07/17/14 | EC | 0.10 | Revise Lindgren complaint and send to co-counsel; | 14 |
| 07/17/14 | EC | 1.40 | Team meeting with Azra, Elizabeth (phone), John, Michael, Danielle re: case strategy and next steps; Lindgren complaint; discovery; | 15 |
| 07/17/14 | EC | 0.70 | Revise complaint; | 16 |
| 07/17/14 | DEL | 1.80 | Telephone conference re: privacy case strategy; | 24 |
| 07/17/14 | MR | 2.30 | Emails re draft complaint; prepare and conduct for conference with plaintiffs' counsel, Cervantez, and Leonard (.4) (1.5) (.1); emails re amended complaint, edits, filing issues (.3) | 46 |
| 07/18/14 | EC | 3.20 | Review and revise complaint and all supporting documents; exchange emails re: same; | 21 |
| 07/18/14 | MR | 1.00 | Revise and review edits to Complaint and related filings; emails re same; | 47 |
| 07/18/14 | MR | 1.60 | Review and revise complaint and related filings; e-mails re: same; review final filings (1.6) | 48 |
| 07/21/14 | DEL | 1.00 | Telephone conference re: discovery; | 25 |
| 07/21/14 | EC | 1.00 | Team conference call re: discovery update and strategy moving forward; | 26 |
| 07/21/14 | EC | 0.30 | Draft meet and confer re: amending complaint; | 27 |
| 07/21/14 | MR | 1.60 | Review email from defense counsel re new filing (.1); ; prepare for and conduct conference call with co-counsel (1.2); edit draft letter from Arleo to Capital One counsel; emails re same(.2); conference with Cervantez re meet and confer letter re amendment and consolidation (.1) | 49 |
| 07/21/14 | P/L | 1.00 | Conference call with co-counsel; | 73 |
| 07/22/14 | EC | 0.40 | Research ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; strategy conference with Rachel Foodman re: additional research needed re: same; | 31 |
| 07/22/14 | EC | 0.20 | Exchange email with co-counsel re: discovery, discovery rule, case organization and document retention; | 33 |
| 07/22/14 | L/C | 0.20 | Strategy conference re: burden shifting; | 78 |
| 07/22/14 | L/C | 2.90 | Research re: ▮▮▮▮▮▮▮; | 79 |
| 07/23/14 | EC | 0.20 | Prepare request for waiver of service; | 34 |
| 07/23/14 | EC | 0.10 | Revise meet and confer email to Capital One re: discovery; | 35 |
| 07/23/14 | MR | 1.30 | Review Capital One response, emails re waiver request; review and edit draft meet and confer letter to Capital One; emails re same (.4); review information on Judge Klausner; review Judge Klausner's standing orders (.3); review case files (.6) | 51 |
| 07/23/14 | L/C | 3.70 | Law Clerk: Research re: burden shifting; | 80 |
| 07/24/14 | EC | 0.20 | Strategy conference with Rachel Foodman re: legal research on burden shifting; | 37 |
| 07/24/14 | EC | 0.60 | Review research on ESI issues; telephone conference Elizabeth Arleo and Julie Veroff re: same; follow up conference with Julie re: same; legal research re: same; | 38 |
| 07/24/14 | L/C | 0.20 | Law Clerk: Review motion to compel research from co-counsel; | 40 |
| 07/24/14 | L/C | 0.40 | Strategy conference with Eve Cervantez and Elizabeth Arleo re: ESI research; | 41 |
| 07/24/14 | L/C | 1.70 | Research ▮▮▮▮▮▮▮▮▮▮; | 43 |
| 07/24/14 | MR | 0.30 | Review meet and confer letter; review stipulations and orders from Elizabeth Arleo; e-mails re: same (.3) | 52 |
| 07/24/14 | L/C | 4.90 | Law Clerk: Draft memo re: burden shifting; | 81 |
| 07/24/14 | L/C | 0.20 | Strategy conference re: same; | 82 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 07/25/14 | L/C | 3.20 | Law Clerk: Research re: ███████████████████; | 45 |
| 07/25/14 | MR | 0.10 | E-mails re: service of process and waivers (.1) | 53 |
| 07/25/14 | L/C | 1.20 | Law Clerk: Research re: burden shifting; | 83 |
| 07/28/14 | EC | 1.00 | Telephone conference with Azra and Elizabeth re: ██████ as named plaintiff and motion to amend or consolidate; strategy conference with Michael Rubin re: same; | 39 |
| 07/28/14 | MR | 1.10 | Emails re meet and confer (.2); review meet and confer correspondence re Capital One (.2); strategy conference with Cervantez re additional plaintiff, meet and confer obligations, motion to amend (.1) (.2); review order relating case; emails re same (.2); conference with summer associate re research assignment (.2) | 54 |
| 07/28/14 | L/C | 3.70 | Law Clerk: Research ███████████████████ ████; | 63 |
| 07/28/14 | L/C | 1.40 | Draft memo for Eve Cervantez and co-counsel re: ████████████████████; | 64 |
| 07/28/14 | L/C | 1.00 | Research ███████████; | 65 |
| 07/29/14 | L/C | 2.00 | Law Clerk: Research re: █████████████; | 66 |
| 07/29/14 | L/C | 2.20 | Draft memo for Eve Cervantez and co-counsel re: █████████████; | 67 |
| 07/29/14 | L/C | 0.20 | Finalize research for Eve Cervantez ███████████ and store on F:// drive; | 68 |
| 07/30/14 | EC | 0.30 | Exchange emails and draft memo re: status, notices of appearance, motion to compel, motion to consolidate; | 57 |
| 07/30/14 | EC | 1.30 | Review Court orders denying motion for leave to alter scheduling order and to amend; revise meet and confer letter re: consolidation; exchange email with Michael Rubin re: same and order in which to file motions; | 58 |
| 07/31/14 | EC | 0.20 | Strategy conference with Michael Rubin re: timing and substance of motion to consolidate/amend; | 59 |
| 07/31/14 | EC | 0.40 | Strategy conference with Julie Veroff re: legal research needed for motion to consolidate and amend; ██████████████; | 60 |
| 07/31/14 | EC | 0.30 | Revise meet and confer letter re: consolidation and exchange email with co-counsel re: same; | 61 |
| 07/31/14 | EC | 0.70 | Revise motion to compel or transfer; | 62 |
| 07/31/14 | L/C | 0.40 | Law Clerk: Strategy conference with Eve Cervantez re: amended complaint research; | 69 |
| 07/31/14 | MR | 0.20 | Strategy conference with Cervantez re amendment, consolidation, research, meet and confer (.2) | 76 |
| 08/03/14 | MR | 0.20 | Review joint supplemental memo re: Capital One discovery dispute (.2) | 126 |
| 08/04/14 | MR | 0.20 | Review drafts from Arleo, emails re meet and confer, scope of request (.2) | 127 |
| 08/05/14 | L/C | 2.30 | Law Clerk: Research re: ███████████; | 84 |
| 08/05/14 | L/C | 1.70 | Law Clerk: Draft memo re: burden shifting; | 89 |
| 08/05/14 | MR | 0.20 | Review draft meet and confer letter; emails re same (.2) | 128 |
| 08/06/14 | L/C | 2.10 | Law Clerk: Legal research re: R███████████; | 85 |
| 08/06/14 | L/C | 1.90 | Law Clerk: Draft memo re: burden shifting; | 90 |
| 08/06/14 | MR | 0.40 | Review proposed stipulation re transfer, email same and re definition of █████████ (.3); emails from Arleo re meet and confer with Capital One counsel, developments (.1) | 129 |
| 08/07/14 | L/C | 5.40 | Law Clerk: Research re: █████████████; | 86 |
| 08/07/14 | L/C | 3.60 | Law Clerk: Draft memo re: burden shifting; | 91 |
| 08/07/14 | MR | 0.20 | Review Arleo letter to Capital One counsel, email re same (.2) | 130 |
| 08/08/14 | L/C | 2.30 | Law Clerk: Draft memo re: ███████████; | 87 |
| 08/08/14 | L/C | 2.60 | Draft memo re: Rule 15 requirement that ██████████████████; | 88 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 08/08/14 | L/C | 0.50 | Law Clerk: Draft memo re: burden shifting; | 92 |
| 08/08/14 | MR | 0.30 | Review memo re burden-shifting (.3) | 131 |
| 08/11/14 | MR | 0.70 | Review proposed stipulation; review and edit proposed meet and confer letter; emails re same; review court orders (re Rule 26(f) conference and service of orders, emails re same; review Virginia order transferring subpoena; emails re status conference; emails re assignments (.7) | 132 |
| 08/12/14 | MR | 1.30 | Review recent emails; emails re current status, review drafts (.3); telephone conference with Elizabeth Arleo re Capital One, consolidation, amendment, meet and confer strategy; edit meet and confer letter; emails re same (.8); review final version of meet and confer letter (.2) | 133 |
| 08/15/14 | MR | 0.80 | Review and edit Notice of Related Case; emails re same (.4); emails re pro hac vice issues (.2); review transferred case filings (.2) | 134 |
| 08/18/14 | MR | 0.60 | Review meet and confer response letter from defendant (.1); emails re pro hac vice issues (.1); review attachment to court filing (.2); review and edit draft meet and confer letter; emails re same (.2) | 135 |
| 08/19/14 | EC | 0.10 | Revise meet and confer letter re: discovery issues; | 124 |
| 08/19/14 | EC | 0.30 | Review and analyze legal research memos re: burden shifting, ████████; standards for Rule 16 motion; | 125 |
| 08/19/14 | MR | 0.40 | Review final meet and confer letter (.2); emails re motion to consolidate (.2) | 136 |
| 08/20/14 | MR | 0.10 | Review order, emails, re relating Virginia subpoena case (.1) | 138 |
| 08/21/14 | MR | 0.40 | Review revised burden-shifting memo; research and telephone conference with Cervantez re same (.4) | 139 |
| 08/22/14 | EC | 0.20 | Strategy conference with Danielle Leonard re: motion to consolidate; | 137 |
| 08/22/14 | DEL | 0.20 | Strategy conference re: motion to consolidate and status of case; | 150 |
| 08/25/14 | MR | 0.40 | Review May transcript, emails re same (.2); review Arleo email, Capital One letter re data production (.2) | 141 |
| 08/25/14 | DEL | 2.30 | Review and revise draft procedural section, pleadings, prior court rulings, outline questions for motion to consolidate | 152 |
| 08/25/14 | DEL | 2.20 | Research motion to consolidate; | 153 |
| 08/26/14 | EC | 2.50 | Review case materials; strategy conference with Danielle Leonard re: motion to consolidate; telephone conference Elizabeth Arleo and Danielle Leonard re: motion to consolidate and discovery issues; exchange email re: pro hac vice, motion to consolidate, discovery, subpoena; | 140 |
| 08/26/14 | MR | 1.70 | Research re burden-shifting theories (.3); emails re motion for leave to consolidate (.1); emails re mediation, upcoming hearing, discovery issues (.2); review Arleo letter to defense counsel (.2); strategy conference re briefing with Leonard; review emails re status conference, discovery, etc. (.6); review subsequent email to defense counsel; emails re claims against Capital One for consolidation motion (.3) | 142 |
| 08/26/14 | DEL | 0.90 | Review procedural memo and case law for motion to consolidate; | 154 |
| 08/26/14 | DEL | 1.90 | Strategy conferences re: motion to consolidate; | 155 |
| 08/26/14 | DEL | 3.50 | Draft consolidated complaint; | 156 |
| 08/27/14 | MR | 0.90 | Emails re status conference (.1); review draft status conference statement; emails with Leonard; edit revised draft (.8) | 143 |
| 08/27/14 | DEL | 3.50 | Draft consolidated complaint; | 157 |
| 08/27/14 | DEL | 2.30 | Draft case management conference statement; | 158 |
| 08/28/14 | MR | 0.70 | Review May 5 transcript and emails re same; strategy conference re status conference and/or discovery conference; review edited draft CMC statement (.2); emails re edits to CMC and strategy re same (.2) (.3) | 144 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 08/28/14 | DEL | 0.50 | Edit CMC statement; | 159 |
| 08/28/14 | DEL | 3.80 | Draft consolidated complaint; | 160 |
| 08/29/14 | MR | 1.40 | Review letter from Arleo to defense counsel; review and edit proposed amended complaint; emails with Leonard re same (.4) (.2)(.4) (.4) | 145 |
| 08/29/14 | DEL | 1.50 | Draft consolidated complaint; | 161 |
| 08/29/14 | DEL | 3.80 | Draft motion to consolidate; | 162 |
| 08/31/14 | MR | 0.40 | Review Elizabeth Arleo letters and drafts re: discovery and status conference issues (.4) | 146 |
| 09/01/14 | DEL | 3.30 | Draft motion to consolidate; | 243 |
| 09/01/14 | DEL | 1.50 | Review edits to complaint, draft email, edit complaint; | 244 |
| 09/02/14 | MR | 1.00 | Emails with Leonard re motion to consolidate, amended complaint (.2); review email from defendants declining mediator Cahill's services (.2); conference with Leonard re motion and proposed complaint; review proposed complaint (.6) | 191 |
| 09/02/14 | MR | 0.30 | Review and revise draft consolidated complaint (.3) | 192 |
| 09/02/14 | DEL | 0.40 | strategy conference re: subclass names; | 245 |
| 09/02/14 | DEL | 0.70 | revise and circulate consolidated complaint; | 246 |
| 09/02/14 | DEL | 6.50 | Draft motion to consolidate three cases; | 247 |
| 09/03/14 | MR | 3.20 | Review and edit proposed motion to consolidate (1.4) (.3) (.5); review and respond to emails re joint status conference statement, prepare for joint status conference (.3); conference with Leonard re briefing (.4); review defendants' portion of joint report, emails re same (.3) | 193 |
| 09/03/14 | MR | 2.20 | E-mails with Azra Mehdi and Elizabeth Arleo re: stipulation, hearing date, briefing (.2); edit motion to consolidate; e-mails re: same (2.0) | 194 |
| 09/03/14 | DEL | 2.50 | Edit motion to consolidate, strategy conferences re: same; | 248 |
| 09/03/14 | DEL | 0.50 | Edit motion to consolidate and email circulating same; | 249 |
| 09/04/14 | MR | 1.60 | Review final filed version of CMC report (.2); further edits to motion to consolidate (.4); review Mehdi edits to Proposed Consolidated Complaint (.2); prepare for hearing; strategy conferences and emails re consolidation and related filings (.5); review and edit motion, emails re same (.3) | 195 |
| 09/04/14 | MR | 0.40 | Edit revised consolidation drafts; e-mails with Danielle Leonard re: same and re: motion for relief from scheduling order (.4) | 196 |
| 09/04/14 | DEL | 1.50 | Edit motion to consolidate and strategy conferences re: same; | 250 |
| 09/04/14 | DEL | 6.40 | Draft notice of motion and motion, proposed order, edit motion to consolidate and consolidated complaint and accompanying documents, draft motion for partial relief from scheduling order, strategy conferences re: filing in separate cases; | 251 |
| 09/04/14 | P/L | 3.60 | Paralegal: Cite-check motion to consolidate; | 260 |
| 09/05/14 | MR | 0.90 | Telephone conference with Leonard; edit motion for relief from deadlines; final review and edits (.6); review expert's damages summaries; emails re same (.3) | 197 |
| 09/05/14 | DEL | 5.80 | Edit consolidation documents for filing in three cases, edit motion for relief from scheduling order, strategy conferences re: same, proof all documents; | 252 |
| 09/06/14 | MR | 0.40 | Prepare for hearing (.4) | 198 |
| 09/07/14 | MR | 0.50 | Prepare for hearing; e-mails with co-counsel (.2); research and e-mails re: statute of limitations issues (.3) | 199 |
| 09/08/14 | MR | 9.00 | Travel to and from Santa Ana; prepare for and conduct status conference; strategy conferences with Elizabeth Arleo (8.8); e-mails with Azra Mehdi, Eve Cervantez, Danielle Leonard re: hearing (.2) | 200 |
| 09/09/14 | MR | 0.30 | Review and respond to emails from Arleo re discovery, consolidation, 90-day stipulation, status conference | 201 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 09/10/14 | EC | 1.00 | Revise meet and confer email to co-counsel re: Rule 26f conference and draft stipulation to extend class cert deadline; | 163 |
| 09/11/14 | EC | 1.80 | Review joint status conference statement and local rules; Draft stipulation to extend class certification deadline; research re: same; | 164 |
| 09/11/14 | EC | 0.20 | Draft proposed order continuing deadline for class cert; | 165 |
| 09/11/14 | EC | 0.30 | Telephone conference with Elizabeth Arleo re: stipulation to continue class cert deadline; leave messages for defense counsel re: same; | 166 |
| 09/11/14 | MR | 0.20 | Review proposed stipulation; emails re same (.2) | 202 |
| 09/11/14 | DEL | 1.00 | Strategy conference with Eve Cervantez re: motion to consolidate, consolidated complaint, etc. | 253 |
| 09/12/14 | EC | 0.20 | Exchange email with co-counsel and opposing counsel re: scheduling call for 26f and motion to consolidate; | 167 |
| 09/13/14 | MR | 0.40 | Research new 9th Circuit decision re: ███████; e-mails re: same (.4) | 203 |
| 09/16/14 | EC | 1.70 | Review discovery hearing transcripts and emails, motion to consolidate and consolidated complaint; draft list of issues to discuss with Walter Monk and with defendants; | 168 |
| 09/16/14 | EC | 1.00 | Review documents from settlement of TPA case; draft email to co-counsel re: same and potential problem of release of claims re: cell phone calls; | 169 |
| 09/16/14 | MR | 0.10 | Review email re potential release issues (.1) | 204 |
| 09/16/14 | MR | 0.30 | Review Capital One email re Lindgren; emails re same (.3) | 205 |
| 09/17/14 | EC | 0.20 | Review protective order and exchange email with co-counsel re: need for consulting expert Bill Nash to sign Exhibit A; | 170 |
| 09/17/14 | EC | 0.50 | Prepare for call with co-counsel; draft to-do list and discovery list; | 171 |
| 09/17/14 | EC | 0.70 | Telephone conference with Elizabeth, Azra, Michael re: preparing for call with opposing counsel, motion to consolidate, discovery; | 172 |
| 09/17/14 | EC | 0.70 | Review and analyze Omni class certification decision; | 173 |
| 09/17/14 | EC | 1.30 | Conference call with William Monk, Bill Nash, and co-counsel re: IT issues in discovery of recordings and matching recordings with class members; | 175 |
| 09/17/14 | EC | 1.00 | Draft email to opposing counsel re: Capital One data issues; review and analyze further discovery correspondence and draft plan for data issues and class certification issues; | 176 |
| 09/17/14 | EC | 0.20 | Exchange email with Wilkins counsel re: Wilkins v. HSBC case and settlement; | 177 |
| 09/17/14 | EC | 0.80 | Draft memo re: to do and preparation for opposing counsel call; | 178 |
| 09/17/14 | MR | 2.00 | Conference call with co-counsel re meet and confer, preparation for meetings with defense counsel and experts; status of motions, scheduling, anticipated motions (.7); conference call with experts (1.3) | 206 |
| 09/17/14 | PCP | 1.30 | Telephone conference with co-counsel re: status of discovery in Fanning; | 263 |
| 09/17/14 | PCP | 0.20 | Research re: legal and discovery issues in case; | 264 |
| 09/18/14 | EC | 0.50 | Telephone conference with Daniel Hutchinson (LCHB) re: release of claims in Wilkins v. HSBC settled class action; | 179 |
| 09/18/14 | EC | 0.30 | Prepare for call with opposing counsel; | 180 |
| 09/18/14 | EC | 0.50 | Meet and confer call with opposing counsel re: continue class cert deadline, Rule 26f, discovery, coordination schedule; | 181 |
| 09/18/14 | EC | 0.20 | Strategy conference with Casey Pitts re: follow up tasks after call with opposing counsel; | 182 |
| 09/18/14 | EC | 0.80 | Draft memos to co-counsel re: meet and confer call, Rule 26f, Wilkins v. HSBC release issue; | 183 |
| 09/18/14 | EC | 0.40 | Draft stipulation and proposed order continuing class cert deadline; | 184 |
| 09/18/14 | MR | 0.60 | Emails re meet and confer; conference with Pitts re meet and confer; emails re scope of release and status of pending settlement (.6) | 207 |
| 09/18/14 | PCP | 0.50 | Telephone conference with opposing counsel re: outstanding discovery requests; | 265 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 09/19/14 | EC | 0.70 | Revise stipulation re: class certification deadline; draft email to Hunter Ely re: deadlines in Fanning; exchange emails re: use of HSBC defendants in stipulation; research same; | 185 |
| 09/19/14 | EC | 0.20 | Research and exchange emails re: use of codes; | 186 |
| 09/19/14 | EC | 0.10 | Revise email to opposing counsel re: discovery issues; | 187 |
| 09/19/14 | MR | 0.60 | Review draft stipulation, emails re same (.3); emails re class action carve-out (.1); strategy conference re developments with Cervantez (.2) | 208 |
| 09/19/14 | P/L | 0.50 | Litigation Assistant: HSBC e-filing organization and correspondence; | 240 |
| 09/19/14 | PCP | 0.10 | File notices of appearance; | 266 |
| 09/22/14 | EC | 0.20 | Draft email to counsel in Wilkins v. HSBC re: broad release; | 188 |
| 09/22/14 | EC | 0.30 | Review and exchange emails with co-counsel and opposing counsel re: Wilkins v. HSBC; third party codes in data; other IT discovery issues; | 189 |
| 09/23/14 | EC | 0.20 | Review Capital One answer; | 190 |
| 09/23/14 | MR | 0.80 | Review notice of interested parties (.1); review HSBC Answer to Complaint, email re same (.4); review Capital One Answer, emails re same (.3) | 229 |
| 09/23/14 | PCP | 1.60 | Research re: legal and discovery issues in case; | 267 |
| 09/23/14 | PCP | 2.40 | Draft 26(f) statement; | 268 |
| 09/24/14 | EC | 0.20 | Exchange email with co-counsel re: ████████████████; | 211 |
| 09/24/14 | EC | 0.80 | Review draft Rule 26f report and strategy conference with Casey Pitts re: revisions to same; | 212 |
| 09/24/14 | EC | 0.70 | Further revisions to Rule 26(f) report and further strategy conference with Casey Pitts re: further revisions necessary; | 213 |
| 09/24/14 | EC | 0.20 | Further revisions to Rule 26(f) Report and exchange email re: same; | 214 |
| 09/24/14 | EC | 0.20 | Review and analyze opposing counsel's revisions to proposed stipulation continuing class certification deadline; | 215 |
| 09/24/14 | MR | 0.40 | Emails re objecting to competing class action settlement (.2); emails with Arleo re motion to strike affirmative defenses, standing defense (.2) | 230 |
| 09/24/14 | PCP | 2.00 | Draft 26(f) statement; | 269 |
| 09/24/14 | PCP | 0.50 | Strategy conference re: 26(f) statement; | 270 |
| 09/25/14 | P/L | 1.10 | Paralegal: Call putative class members re: ████████; | 209 |
| 09/25/14 | EC | 3.60 | Revise stipulation re: continuance of class certification briefing schedule and exchange email with opposing counsel re: same; revise Rule 26(f) report; exchange email re: same; strategy conference with Casey Pitts re: same; telephone conference with Elizabeth, Azra, Casey Pitts re: Rule 26(f), discovery, and Wilkens objections; strategy conference with Ann Niehaus re: Wilkens objections; research Wilkins class action website; draft email to plaintiffs' counsel in Wilkins; | 216 |
| 09/25/14 | MR | 0.50 | Review draft Rule 30(b)(6) notice; emails and review draft Rule 26(f) statement; prepare for meet and confer | 231 |
| 09/25/14 | PCP | 0.80 | Draft 26(f) report; | 271 |
| 09/25/14 | PCP | 0.90 | Telephone conference with co-counsel re: 26(f) report; | 272 |
| 09/25/14 | PCP | 0.20 | Strategy conference re: same; | 273 |
| 09/26/14 | P/L | 0.10 | Paralegal: Call putative class members re: Wilkins class action settlement notice; | 210 |
| 09/26/14 | EC | 0.20 | Prepare for Rule 26f meet and confer call; | 217 |
| 09/26/14 | EC | 0.30 | Revise stipulation re: class certification and prepare for filing; exchange email with opposing counsel and co-counsel re: same; | 218 |
| 09/26/14 | EC | 1.30 | Rule 26f conference call with opposing counsel (Arjun, Hunter, Christine, Elizabeth, Casey, Eve); follow up telephone conference with Elizabeth re: next steps and needed discovery re: Lindgren standing; follow up strategy conference with Casey Pitts re: same; | 219 |
| 09/26/14 | EC | 0.50 | Draft declaration in support of stipulation for continuance and finalize stipulation and all supporting documents; | 220 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 09/26/14 | EC | 0.30 | Strategy conference with Michael Rubin re: Lindgren standing and Wilken objections; | 221 |
| 09/26/14 | EC | 0.20 | Draft email updates re: Lindgren standing and Wilkens release issues; | 222 |
| 09/26/14 | MR | 0.60 | Emails re objecting to scope of Wilkins settlement (.1); strategy conference with Cervantez re standing, Wilkins settlement (.5) | 232 |
| 09/26/14 | PCP | 0.10 | Prepare for meet and confer; | 274 |
| 09/26/14 | PCP | 0.90 | 26(f) meet and confer with opposing counsel; | 275 |
| 09/26/14 | PCP | 0.40 | Telephone conference with co-counsel re: meet and confer; | 276 |
| 09/29/14 | EC | 0.20 | Draft email to opposing counsel following up on deadline for exchange of initial disclosure and filing of Rule 26f report; | 224 |
| 09/29/14 | EC | 2.60 | Review and revise draft discovery (RFPs and deposition notices); research class certification issues to better revise draft discovery; | 225 |
| 09/29/14 | MR | 0.10 | Review order granting stipulation re class certification timing (.1) | 233 |
| 09/30/14 | EC | 0.70 | Research class certification issues and discovery for class certification; | 226 |
| 09/30/14 | EC | 1.30 | Telephone conference with Wilkins counsel re: Wilkins case; research Wilkins case; prepare objection; | 227 |
| 09/30/14 | EC | 2.00 | Draft objection; | 228 |
| 10/01/14 | P/L | 2.00 | Paralegal: Call putative class members re: ████████████████████; | 235 |
| 10/01/14 | EC | 0.20 | Strategy conference with Michael Rubin re: Wilkins letter and objection; | 236 |
| 10/01/14 | EC | 1.10 | Prepare letter re: release in Wilkins and exchange emails re: same; research same; | 237 |
| 10/01/14 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: potential objector; | 238 |
| 10/01/14 | EC | 1.90 | Draft objection in Wilkins; | 239 |
| 10/01/14 | MR | 1.30 | Emails re competing cases (.2); review files in other cases (.6); strategy conference with Cervantez re same (.2); edit letter to defense counsel; emails re same (.3) | 328 |
| 10/02/14 | P/L | 0.30 | Paralegal: Call putative class members re: ████████████████████; | 241 |
| 10/02/14 | EC | 0.50 | Revise retainer agreement for objector and exchange email re: same; | 254 |
| 10/02/14 | EC | 2.00 | Draft objection to Wilkins settlement; | 255 |
| 10/03/14 | P/L | 0.20 | Paralegal: Call putative class members re: ████████████████████; | 242 |
| 10/03/14 | EC | 1.00 | Draft stipulation re: Wilkins; exchange email re: same and strategy conference with Michael Rubin re: same; | 256 |
| 10/03/14 | MR | 0.40 | Emails re scope of release in Wilkins litigation, stipulation (.2) (.2) | 329 |
| 10/04/14 | MR | 0.20 | Review letters re: settlement carve-out (.2) | 330 |
| 10/06/14 | EC | 1.40 | Review and analyze answers filed by defendants; revise meet and confer letter re: affirmative defenses; | 257 |
| 10/06/14 | EC | 0.90 | Telephone conference with Arjun Rao re: Wilkins settlement issues; revise stipulation; exchange emails re: same; | 258 |
| 10/06/14 | EC | 1.70 | Analyze class certification requirements; review Selna class certification opinions; revise discovery re: class certification issues; | 259 |
| 10/06/14 | MR | 0.40 | Correspondence re: carve-out (.2); review meet and confer letters (.2) | 331 |
| 10/07/14 | P/L | 0.20 | Paralegal: Correspond with putative class members re: ████████████████████ | 277 |
| 10/07/14 | EC | 0.40 | Research class certification issues; | 278 |
| 10/07/14 | EC | 1.50 | Telephone conference with Elizabeth Arleo re: strategy for data, discovery, class certification; | 279 |
| 10/07/14 | EC | 0.50 | Draft memo re: class certification and data issues; | 280 |
| 10/08/14 | EC | 0.20 | Investigate data issues and exchange email re: same; | 281 |
| 10/08/14 | EC | 0.20 | Telephone conference with Elizabeth Arleo trying to reach opposing counsel; | 282 |
| 10/08/14 | EC | 0.70 | Telephone conference with Hunter Eley and draft email memo summarizing call; | 283 |
| 10/08/14 | EC | 0.30 | Respond to email from Hunter Eley re: standing issues and potential release in TCPA case; | 284 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 10/08/14 | EC | 0.30 | Draft stipulation agreeing that release of claims in TCPA case does not release claims in Lindgren; | 285 |
| 10/08/14 | EC | 1.80 | Revise discovery; | 286 |
| 10/08/14 | EC | 0.20 | Exchange email re: data issues for class; | 287 |
| 10/08/14 | EC | 0.90 | Telephone conference with Walter Monk, his assistant Michael, and Elizabeth Arleo re: recent data and selection of sample data; | 288 |
| 10/08/14 | EC | 0.20 | Follow up with opposing counsel by voicemail and email re: outstanding discovery issues, motion to strike, Rule 26f; | 289 |
| 10/08/14 | MR | 0.60 | Review Eve Cervantez memo re: meet and confer, e-mails re: same (.3); review plaintiffs' meet and confer letters (.3) | 332 |
| 10/09/14 | EC | 0.70 | Revise discovery and draft email to co-counsel re: revisions needed; | 290 |
| 10/09/14 | PCP | 0.60 | Review draft discovery requests; | 357 |
| 10/10/14 | EC | 0.30 | Telephone conference with Elizabeth Arleo re: response to defense counsel re: meet and confer; exchange email with HSBC counsel; | 291 |
| 10/10/14 | EC | 0.20 | Revise stipulation re: strike affirmative defenses and send with cover email to opposing counsel; | 292 |
| 10/13/14 | EC | 2.20 | Prepare for phone call with opposing counsel; preparation call with Elizabeth Arleo; meet and confer call with HSBC opposing counsel re: motion to strike, mixed use servers, Rule 26f and consolidation; telephone conference with Elizabeth Arleo re: reaction; strategy conference with Michael Rubin re: same; revise emails to HSBC counsel re: mixed use servers and to Capital One counsel re: standing issues; | 293 |
| 10/13/14 | MR | 0.90 | Strategy conference with Cervantez re Capital One, motion to strike (.2); research and analyze issues (.7) | 333 |
| 10/14/14 | EC | 0.50 | Review Asset Purchase Agreement between Capital One and HSBC; research successor in interest issues; | 295 |
| 10/14/14 | EC | 0.50 | Exchange email with opposing counsel and co-counsel re: motion to strike and resolution thereof; arrange to file stipulation re: same; | 296 |
| 10/14/14 | EC | 0.50 | Telephone conference with Azra Mehdi re: Capital One liability as successor in interest; | 297 |
| 10/14/14 | EC | 0.60 | Prepare and revise discovery and exchange email re: same; | 298 |
| 10/14/14 | EC | 0.30 | Revise stipulation re: affirmative defenses and exchange email re: same with opposing counsel; | 299 |
| 10/14/14 | EC | 0.40 | Revise initial disclosures and exchange email re: same; | 300 |
| 10/14/14 | EC | 0.30 | Legal research re: class certification issues; | 301 |
| 10/15/14 | EC | 0.20 | Finalize stipulation striking affirmative defenses for filing; | 302 |
| 10/15/14 | EC | 0.70 | Draft and revise discovery and exchange email with co-counsel re: same; | 303 |
| 10/15/14 | MR | 0.30 | Review joint motion striking affirmative defenses (.3) | 334 |
| 10/16/14 | EC | 2.90 | Revise discovery; | 304 |
| 10/16/14 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: scope of Lindgren complaint: ███████ | 305 |
| 10/16/14 | EC | 0.70 | Revise draft motion to consolidate subpoena action with Fanning; | 306 |
| 10/16/14 | EC | 0.10 | Exchange email with opposing counsel re: Rule 26(f) report; | 307 |
| 10/16/14 | EC | 0.30 | Revise initial disclosures and exchange email with co-counsel re: same; | 308 |
| 10/17/14 | EC | 0.20 | Strategy conference with Michael Rubin re: initial disclosures and scope of class in Lindgren; | 309 |
| 10/17/14 | EC | 0.30 | Revise discovery and exchange email with co-counsel re: same; | 310 |
| 10/17/14 | EC | 0.50 | Research re: use of monitoring reports to ascertain class members; | 311 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 10/17/14 | EC | 1.00 | Review defendants' changes to 26f Report and exchange email with opposing counsel re: same and service of initial disclosures; revise and serve initial disclosures; further revise discovery; | 312 |
| 10/17/14 | EC | 0.30 | Review and analyze defendants' initial disclosures; exchange email with co-counsel re: same; | 313 |
| 10/17/14 | MR | 0.30 | Conference with Cervantez re pleadings, discovery, disclosures, etc.; emails re same (.3) | 335 |
| 10/20/14 | EC | 1.20 | Revise status report following defendants' comments and changes; draft email to opposing counsel re: same; | 314 |
| 10/20/14 | EC | 0.20 | Revise discovery; | 315 |
| 10/21/14 | EC | 3.30 | Review and analyze defendants' opposition to motion to consolidate and draft memo re same; research and draft reply brief in support of motion to consolidate; exchange email with co-counsel re: same; | 316 |
| 10/21/14 | EC | 2.10 | Revise and prepare discovery; | 317 |
| 10/21/14 | P/L | 1.70 | Litigation Assistant: Pulling cases from Westlaw from HSBC brief; | 350 |
| 10/22/14 | EC | 3.20 | Draft cover letter to Hunter Eley re: discovery; revise discovery to Capital One and Tech Services; exchange email with co-counsel re: tasks remaining for discovery including Fanning discovery and revisions needed to discovery; | 318 |
| 10/22/14 | EC | 0.20 | Review and finalize stipulation re: TCPA class action release in N.D. Illinois case does not release claims here; | 319 |
| 10/22/14 | EC | 3.70 | Research and draft reply brief iso motion to consolidate; | 320 |
| 10/22/14 | MR | 1.50 | Review and annotate oppositions to motion to consolidate; emails re same (.4) (.3); review and respond to Cervantez, Mehdi, and Arleo emails re consolidation motion, discovery, etc. (.3); emails re standing-related discovery, opposition to consolidation, facts (.1) (.2); emails with Cervantez re standing, jurisdiction, consolidation (.2) | 336 |
| 10/23/14 | EC | 0.20 | Strategy conference with Michael Rubin re: reply brief iso motion to consolidate; | 321 |
| 10/23/14 | EC | 9.00 | Research and draft reply brief iso motion to consolidate; | 322 |
| 10/23/14 | MR | 0.30 | Review discovery served on Capital One (.3) | 342 |
| 10/23/14 | MR | 0.40 | Conferences re strategies with Cervantez; edit letter to defense counsel; review Rule 26(f) draft (.4) | 343 |
| 10/24/14 | EC | 6.10 | Research and draft reply brief iso motion to consolidate; | 323 |
| 10/24/14 | EC | 0.20 | Exchange email with opposing counsel re: consolidation meet and confer; | 324 |
| 10/24/14 | EC | 0.20 | Finalize Rule 26f report for filing; | 325 |
| 10/25/14 | EC | 0.80 | Revise reply brief iso consolidation and exchange email with Michael Rubin re: same; | 326 |
| 10/25/14 | MR | 2.60 | Research and edit consolidation reply; e-mails to Eve Cervantez re: same; review Elizabeth Arleo declaration, e-mails re: discovery and consolidation (2.3) (.3) | 344 |
| 10/26/14 | EC | 1.00 | Revise reply brief in support of motion to consolidate and exchange email with co-counsel re: revisions and declaration in support; | 327 |
| 10/27/14 | EC | 6.10 | Revise and finalize reply brief iso motion to consolidate and Arleo declaration in support; draft reply brief iso motion for relief from scheduling order; | 337 |
| 10/27/14 | P/L | 1.80 | Litigation Assistant: Cite check reply brief; | 351 |
| 10/27/14 | PCP | 6.50 | Finalize and file reply in support of motion to consolidate; | 358 |
| 10/27/14 | PCP | 0.20 | Draft discovery requests; | 359 |
| 10/28/14 | EC | 1.20 | Revise discovery re: Fanning recordings; prepare additional discovery and exchange email with co-counsel re: same; | 339 |
| 10/28/14 | MR | 0.40 | Review reply brief; emails re same (.4) | 345 |
| 10/30/14 | EC | 1.00 | Revise draft joint status report; draft email to opposing counsel re: same; | 341 |
| 10/30/14 | MR | 0.40 | Edit status conference statement; emails re same (.4) | 347 |
| 10/31/14 | MR | 0.20 | Review status conference draft, Capital One's meet and confer letter (.2) | 348 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 10/31/14 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: conversation with class member; | 361 |
| 10/31/14 | EC | 1.00 | Draft and revise discovery; | 362 |
| 10/31/14 | EC | 1.00 | Review letter from Capital One counsel re: meet and confer on scope of discovery; draft memo re: discovery needed; exchange email with opposing counsel and co-counsel re: same; | 363 |
| 11/03/14 | EC | 1.90 | Revise and finalize Fanning discovery (RFPs and 30b6 depo notices to Card Services and Tech Services); draft accompanying cover letter; exchange email with co-counsel re: same; | 352 |
| 11/03/14 | EC | 0.20 | Assist Michael Rubin prepare for hearing on motion to consolidate; | 353 |
| 11/03/14 | MR | 0.20 | Prepare for hearing; emails with Cervantez (.2) | 366 |
| 11/04/14 | EC | 4.70 | Revise discovery and exchange email with co-counsel re: same; | 364 |
| 11/05/14 | EC | 0.20 | Revise discovery and exchange email re: same; | 365 |
| 11/05/14 | MR | 0.40 | Review new Cashcall decision re class certification (.4) | 367 |
| 11/05/14 | PCP | 3.90 | Revise and serve discovery requests; | 428 |
| 11/06/14 | EC | 0.40 | Prepare for call with Hunter Eley re: discovery related to standing; | 370 |
| 11/06/14 | EC | 0.70 | Telephone conference with Hunter Eley and Elizabeth Arleo re: meet and confer re: discovery to Capital One and follow up call with Elizabeth Arleo re: same; | 371 |
| 11/06/14 | EC | 1.20 | Legal research: review new case denying class certification and draft memo re: same; review memo re: ███████████████████; strategy conference with Casey Pitts re: same and review additional memo re: same; | 372 |
| 11/06/14 | EC | 0.30 | Exchange email with opposing counsel and co-counsel re: final changes to Joint Status Report; | 373 |
| 11/06/14 | EC | 0.40 | Assist Michael Rubin with hearing preparation: draft memo and provide materials needed; | 374 |
| 11/06/14 | MR | 0.40 | Review memo re i████████████; review revised draft status conference draft (.2); prepare for hearing (.2) | 412 |
| 11/06/14 | PCP | 0.50 | Research re: recent class cert. decisions; | 429 |
| 11/06/14 | PCP | 0.20 | Strategy conference re: discovery and class certification; | 430 |
| 11/06/14 | PCP | 2.00 | Research re: Cal. Penal Code    632 & 632.7; | 431 |
| 11/06/14 | PCP | 0.30 | Review status report; | 432 |
| 11/07/14 | P/L | 0.10 | Paralegal: Receive call from putative class member seeking status update and email Elizabeth Arleo re same; | 368 |
| 11/07/14 | MR | 0.20 | Prepare for hearing (.2) | 413 |
| 11/07/14 | PCP | 0.60 | Research re: Cal. Penal Code    632 & 632.7; | 433 |
| 11/07/14 | PCP | 0.30 | Review tentative decision re: consolidation; | 434 |
| 11/07/14 | PCP | 0.10 | Strategy conference re: same; | 435 |
| 11/08/14 | EC | 1.20 | Review tentative ruling on consolidation and draft memo to Michael Rubin re: hearing preparation, arguments on consolidated complaint, discovery issues; | 375 |
| 11/09/14 | EC | 0.30 | Strategy conference (by telephone) with Michael Rubin re: hearing preparation; | 376 |
| 11/09/14 | MR | 4.20 | E-mails from Eve Cervantez; prepare for hearing; review discovery, status conference report, tentative, briefing (.3) (3.9) | 414 |
| 11/10/14 | EC | 0.80 | Research issues re: consolidated complaint and class definition and draft email to Michael Rubin re: same in preparation for hearing; | 377 |
| 11/10/14 | MR | 11.00 | Review appellate decision; prepare for hearing; travel to and from Santa Ana; conferences with co-counsel and e-mails with same re issues and hearing preparation; attend and argue at hearing (11.0) | 415 |
| 11/10/14 | PCP | 0.10 | Strategy conference via email re: hearing on motion to consolidate; | 436 |
| 11/11/14 | EC | 3.70 | Draft new proposed amended consolidated complaint and exchange email with co-counsel re: same; | 378 |
| 11/11/14 | EC | 0.20 | Legal research re: objective expectation of privacy; | 379 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 11/11/14 | EC | 0.80 | Strategy conference with Michael Rubin and Casey Pitts re: legal issues surrounding elements of claim and class certification, consolidated complaint, discovery, potential experts; | 380 |
| 11/11/14 | EC | 0.70 | Draft memo re: outstanding tasks and issues; | 382 |
| 11/11/14 | MR | 0.80 | Strategy conference with Pitts, Cervantez; review and respond to emails re hearing and drafting (.8) | 416 |
| 11/11/14 | PCP | 0.60 | Research re: consolidated complaint; | 437 |
| 11/11/14 | PCP | 0.90 | Strategy conference re: consolidation; | 438 |
| 11/11/14 | PCP | 3.10 | Research re: successor liability; | 439 |
| 11/12/14 | EC | 0.20 | Follow up on outstanding discovery; | 383 |
| 11/12/14 | EC | 1.00 | Team conference call re: consolidation, discovery, legal research, tasks; | 384 |
| 11/12/14 | EC | 0.80 | Review and respond to Hunter Eley email re: discovery meet and confer; | 385 |
| 11/12/14 | MR | 1.20 | Conference call re discovery, consolidation, procedures, amendments, research, etc. (1.0); follow-up emails (.3) | 417 |
| 11/12/14 | MR | 0.30 | E-mails re: expert witnesses (.3) | 418 |
| 11/12/14 | PCP | 1.50 | Draft discovery requests; | 440 |
| 11/12/14 | PCP | 1.00 | Telephone conference with co-counsel re: discovery; | 441 |
| 11/12/14 | PCP | 0.20 | Research re: ███████; | 442 |
| 11/12/14 | PCP | 0.10 | Strategy conference via email re: Capital One discovery; | 443 |
| 11/13/14 | EC | 0.20 | Draft email to Hunter Eley re: agreement on standing discovery; | 386 |
| 11/13/14 | EC | 0.30 | Review Court Order consolidating cases and draft email memo re: analysis and next steps; | 387 |
| 11/13/14 | EC | 1.00 | Revise amended discovery to Tech Services; | 388 |
| 11/13/14 | MR | 0.20 | Review order re: consolidation; e-mails re: same (.2) | 419 |
| 11/13/14 | PCP | 0.30 | Research re: confidentiality requirement; | 444 |
| 11/13/14 | PCP | 3.60 | Draft discovery requests; | 445 |
| 11/14/14 | EC | 2.00 | Revise Lindgren discovery responses and exchange email with co-counsel re: same; revise proposed consolidated complaint; | 389 |
| 11/14/14 | PCP | 2.20 | Draft discovery responses; | 446 |
| 11/14/14 | PCP | 3.40 | Research re: confidentiality requirement under   632; | 447 |
| 11/14/14 | PCP | 0.30 | Strategy conference re: discovery responses; | 448 |
| 11/17/14 | EC | 0.30 | Prepare Lindgren documents to produce; exchange email re: instructions re: same; | 391 |
| 11/17/14 | EC | 0.50 | Review Capital One document production re: Lindgren and draft memo re: same; exchange email re: further meet and confer needed; | 392 |
| 11/17/14 | EC | 0.50 | Review proposed revisions to consolidated complaint from co-counsel; revise consolidated complaint; exchange email with co-counsel re: same; | 393 |
| 11/17/14 | EC | 0.20 | Exchange email re: outstanding discovery; | 394 |
| 11/17/14 | MR | 0.40 | Review minute orders (.2); emails re facts and discovery (.2) | 420 |
| 11/17/14 | MR | 0.40 | Review e-mails and documents re: document production (.4) | 421 |
| 11/17/14 | PCP | 2.70 | Draft discovery responses; | 449 |
| 11/17/14 | PCP | 1.30 | Draft discovery requests; | 450 |
| 11/17/14 | P/L | 1.00 | Litigation Assistant: Bates Stamping and organizing documents to produce; | 451 |
| 11/18/14 | EC | 1.20 | Review Lindgren document production; revise meet and confer letter to Hunter Eley; strategy conference with Casey Pitts re: same; exchange email with co-counsel re: same; | 395 |
| 11/18/14 | EC | 0.80 | Revise discovery to serve on Tech Services and Card Services re: Lindgren; strategy conference with Casey Pitts re: same and additional discovery to draft; | 396 |
| 11/18/14 | EC | 2.50 | Revise proposed amended consolidated complaint; telephone conference with Azra re: same; telephone conference with Elizabeth Arleo re: same and expert issues; contact new IT experts; | 397 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 11/18/14 | MR | 0.20 | Review discovery letter to Hunter Ely (.2) | 422 |
| 11/18/14 | PCP | 0.70 | Draft discovery responses; | 452 |
| 11/18/14 | PCP | 0.20 | Draft cover letter re: new discovery requests; | 453 |
| 11/18/14 | PCP | 0.20 | Strategy conference re: discovery responses and requests; | 454 |
| 11/18/14 | PCP | 1.90 | Draft requests; | 455 |
| 11/19/14 | EC | 0.50 | Telephone conference with Elizabeth Arleo, strategy conference with Casey Pitts, and exchange emails re: revisions needed to Tech Services discovery; | 398 |
| 11/19/14 | EC | 5.50 | Draft memo re: data issues and class certification; | 399 |
| 11/19/14 | EC | 1.00 | Telephone conference with Walter Monk and Elizabeth Arleo re: data issues and ███████████; follow up phone call with Elizabeth re: same and use of monitoring reports; | 400 |
| 11/19/14 | EC | 0.30 | Revise email to Walter Monk instructing him on pulling recordings; | 401 |
| 11/19/14 | EC | 2.00 | Revise proposed consolidated complaint and draft accompanying cover letter to opposing counsel; revise discovery to serve in Lindgren on Tech Services and Card Services and draft accompanying cover letter to opposing counsel; | 402 |
| 11/19/14 | MR | 0.30 | Review emails re discovery issues, status (.3) | 423 |
| 11/19/14 | MR | 0.70 | Review Consolidated Complaint and e-mails re: same (.7) | 424 |
| 11/19/14 | PCP | 0.20 | Strategy conference re: discovery requests and consolidated complaint; | 456 |
| 11/19/14 | PCP | 1.70 | Draft discovery requests; | 457 |
| 11/19/14 | PCP | 1.40 | Draft consolidated complaint; | 458 |
| 11/20/14 | EC | 0.20 | Review and revise cover letter and discovery; exchange email re: same; | 403 |
| 11/20/14 | EC | 1.60 | Follow up on data issues re: recordings and records of recordings; exchange email re: same and discovery; | 404 |
| 11/20/14 | EC | 0.20 | Finalize and send proposed amended complaint and accompanying cover letter; | 405 |
| 11/20/14 | MR | 0.30 | Review draft discovery, edit proposed cover letter; e-mails re: same (.3) | 425 |
| 11/20/14 | PCP | 0.90 | Draft discovery requests; | 459 |
| 11/20/14 | PCP | 0.50 | Draft discovery responses; | 460 |
| 11/21/14 | EC | 0.70 | Telephone conference with potential data expert and Elizabeth Arleo; follow up call with Elizabeth Arleo; | 406 |
| 11/21/14 | EC | 1.00 | Telephone conference with Elizabeth Arleo and phone data expert; telephone conference with Elizabeth re: data thereafter; | 407 |
| 11/24/14 | EC | 0.80 | Review documents being produced by Lindgren and strategy conference with Casey Pitts re: same; | 408 |
| 11/24/14 | EC | 0.30 | Review data analysis from Walter Monk; exchange email with Elizabeth Arleo re: same; | 409 |
| 11/24/14 | PCP | 0.20 | Strategy conference re: service of discovery responses; | 461 |
| 11/24/14 | PCP | 0.30 | Draft discovery responses; | 462 |
| 11/24/14 | PCP | 0.30 | Review document production; | 463 |
| 11/24/14 | PCP | 0.10 | Strategy conference re: scheduling; | 464 |
| 11/25/14 | MR | 0.10 | Emails re scheduling discovery hearing before MJ Block (.1) | 426 |
| 11/26/14 | EC | 0.80 | Prepare for call with Walter Monk; telephone conference with Elizabeth Arleo, Walter Monk, Michael Cook re: data issues; follow up telephone conference with Elizabeth Arleo; | 410 |
| 11/26/14 | EC | 1.10 | Revise letter re: monitoring reports (include review December 2013 hearing and minutes re: same and copies of monitoring reports); telephone conference with Elizabeth Arleo re: same and email to opposing counsel re: need for discovery conference with Judge Block; | 411 |
| 11/28/14 | MR | 0.20 | Review correspondence from Elizabeth Arleo to Capital One (.2) | 427 |
| 12/02/14 | EC | 0.80 | Prepare for call with potential expert ████████; draft email re: expert needs; strategy conference with Michael Rubin re: same; | 465 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 12/02/14 | EC | 0.70 | Prepare for and participate in meet and confer call with Hunter Eley and Elizabeth Arleo; | 466 |
| 12/02/14 | EC | 0.20 | Review and revise cover letter for discovery; | 467 |
| 12/02/14 | EC | 0.20 | Review and revise email to opposing counsel re: meet and confer on monitoring reports; | 468 |
| 12/02/14 | EC | 0.50 | Research re: ███████████████████████; strategy conference with paralegal re: research needed re: same; | 469 |
| 12/02/14 | MR | 1.40 | Prepare for call with potential expert; review resume and materials provided (.3); research re potential experts (.4); emails with potential ███████████ experts (.5); emails with ███ ██ re experts (.2) | 487 |
| 12/02/14 | PCP | 0.10 | Review documents produced in discovery; | 551 |
| 12/02/14 | PCP | 0.20 | Review letter regarding new discovery; | 552 |
| 12/03/14 | MR | 0.30 | Review revised discovery requests (.3) | 488 |
| 12/03/14 | PCP | 0.90 | Finalize and serve new discovery requests; | 553 |
| 12/03/14 | PCP | 0.10 | Research re: successor liability; | 554 |
| 12/04/14 | MR | 0.20 | Review emails re discovery issues (.2) | 489 |
| 12/04/14 | L/C | 3.20 | Law Clerk: Research re: confidentiality under California Eavesdropping law; | 526 |
| 12/04/14 | L/C | 0.50 | Meeting with Casey Pitts re: research on confidentiality; | 527 |
| 12/04/14 | P/L | 1.30 | Litigation Assistant: Research for HSBC privacy memo; | 539 |
| 12/04/14 | PCP | 0.20 | Draft email memorandum re: discovery; | 555 |
| 12/04/14 | PCP | 0.40 | Strategy conference re: same; | 556 |
| 12/05/14 | EC | 0.20 | Revise email to opposing counsel re: discovery; | 470 |
| 12/05/14 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: information needed from HSBC and responding to defense counsel re: same; | 471 |
| 12/05/14 | MR | 0.30 | Review and respond to emails re refusal to stipulate to consolidated complaint, discovery; research upcoming issues (.3) | 490 |
| 12/05/14 | L/C | 1.20 | Law Clerk: Research re: ████████████████████████; | 528 |
| 12/05/14 | PCP | 0.10 | Strategy conference re: discovery and litigation strategy; | 557 |
| 12/05/14 | PCP | 0.20 | Strategy conference via email re: discovery; | 558 |
| 12/05/14 | PCP | 0.40 | Draft response to opposing counsel re: discovery requests; | 559 |
| 12/08/14 | EC | 1.00 | Review memoranda and emails re: data issues and discovery disputes; telephone conference with Elizabeth Arleo re: same and next steps; | 472 |
| 12/08/14 | EC | 5.40 | Draft proposed amended class definition; draft joint status report; revise discovery letter to HSBC; review Capital One production and responses; exchange email re: same; | 473 |
| 12/08/14 | MR | 0.20 | Strategy conference with Cervantez re Capital One's response to request for consolidated complaint, stipulation (.2) | 491 |
| 12/08/14 | MR | 0.70 | Review new state court of appeal case; e-mails re: same (.4); e-mails re: extension, documents and objections, proposed strategy for dealing with defendant's delays (.3) | 492 |
| 12/08/14 | L/C | 0.30 | Law Clerk: Meeting with Casey re: privacy research; | 529 |
| 12/08/14 | L/C | 2.10 | Research re: confidentiality element in California eavesdropping statute; | 530 |
| 12/08/14 | PCP | 0.10 | Strategy conference re: ██████████████████████; | 560 |
| 12/09/14 | EC | 2.10 | Revise draft status conference statement (several times); exchange email re: same; telephone conference with Casey Pitts re: same; | 474 |
| 12/09/14 | EC | 0.20 | Exchange email re: discovery and request for extension; | 475 |
| 12/09/14 | MR | 0.90 | Review prior orders, draft section of joint CMC statement; review and edit proposed revisions to class and subclass definitions (.9) | 493 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 12/09/14 | MR | 0.50 | E-mails re status conference statement, listing of orders, strategies going forward (.2); edit CMC report, and review revisions (.3) | 494 |
| 12/09/14 | L/C | 1.10 | Law Clerk: Research re: ███████████████; | 531 |
| 12/09/14 | P/L | 1.00 | Litigation Assistant: Research Memo for EC; | 540 |
| 12/09/14 | PCP | 0.40 | Review proposed class definitions; | 561 |
| 12/09/14 | PCP | 2.50 | Draft status report; | 562 |
| 12/09/14 | PCP | 0.10 | Draft email to opposing counsel re: extension of deadline to respond to discovery requests; | 563 |
| 12/09/14 | PCP | 0.10 | Telephone conference with Arjun Rao re: discovery responses; | 564 |
| 12/09/14 | PCP | 0.40 | Draft Plaintiffs' discovery responses; | 565 |
| 12/10/14 | EC | 0.50 | Revise status conference statement and exchange email re: same; | 476 |
| 12/10/14 | MR | 0.40 | Review transcript of consolidation hearing; review revised draft of CMC statement (.4) | 495 |
| 12/10/14 | P/L | 1.00 | Litigation Assistant: HSBC Privacy Research Memo; | 541 |
| 12/10/14 | PCP | 1.20 | Draft status report; | 566 |
| 12/12/14 | MR | 0.20 | Review HSBC counsel's letter, Arleo's proposed response (.2) | 496 |
| 12/12/14 | L/C | 8.50 | Law Clerk: Research re: confidentiality in section 632 claims; | 532 |
| 12/12/14 | P/L | 0.40 | Litigation Assistant: HSBC research memo; | 542 |
| 12/12/14 | PCP | 0.30 | Review correspondence re: discovery; | 567 |
| 12/15/14 | EC | 0.30 | Strategy conference with Michael Rubin re: potential problems with data; discovery conference; | 477 |
| 12/15/14 | EC | 1.00 | Review defendants' status conference inserts and revise status conference statement; exchange email re: same; | 478 |
| 12/15/14 | EC | 0.30 | Review and exchange email re: discovery responses; | 479 |
| 12/15/14 | EC | 5.20 | Draft consolidated joint status report including comments from all parties; revise email to opposing counsel re: discovery hearing; revise discovery hearing document; | 480 |
| 12/15/14 | MR | 0.80 | Conference with Cervantez re status of discovery disputes, Walter Monk issues, upcoming hearing; consolidation issues, burden of proof and ascertainability issues; review emails re same (.3); review Capital One's proposed inserts, Cervantez email re same (.3); review HSBC's proposed inserts (.2) | 497 |
| 12/15/14 | PCP | 0.10 | Strategy conference re: status report; | 568 |
| 12/16/14 | EC | 0.20 | Exchange email with opposing counsel re: discovery conference; | 481 |
| 12/16/14 | EC | 5.50 | Revise Joint Status Report and exchange email with co-counsel and opposing counsel re: same; revise discovery brief and exchange email with co-counsel re: revisions needed to same; revise request for discovery hearing; | 482 |
| 12/16/14 | MR | 1.50 | Emails re contents of joint status conference statement; revise statement, review revisions from co-counsel (.7); edit discovery brief; edit notice of hearing; emails re same; review emails with defense counsel (.6) (.2) | 514 |
| 12/16/14 | MR | 0.40 | Emails with defense counsel and co-counsel re revisions to CMC statement and remaining issues of dispute, proposed resolution (.4) | 515 |
| 12/16/14 | PCP | 0.20 | Revise status report; | 569 |
| 12/17/14 | EC | 1.80 | Revise Discovery Conference Brief for filing; | 483 |
| 12/17/14 | EC | 1.50 | Revise Joint Status Report and exchange email with co-counsel and opposing counsel re: same; | 484 |
| 12/17/14 | EC | 0.20 | Draft email to Michael re: hearing preparation; | 485 |
| 12/17/14 | MR | 0.70 | Review filing; review and edit draft; emails re same (.5); review revised draft, emails re revised CMC statement (.2) | 516 |
| 12/17/14 | P/L | 2.70 | Litigation Assistant: research memo on ████████████████████████; | 543 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 12/18/14 | EC | 0.80 | Exchange emails re: revisions to status conference, review and approve changes; telephone conference with Casey Pitts re: same; | 486 |
| 12/18/14 | MR | 0.40 | Review transcripts and briefs in preparation for hearing (.4) | 517 |
| 12/18/14 | PCP | 1.80 | Draft status report; | 570 |
| 12/19/14 | EC | 0.40 | Supervise filing of status conference statement; exchange emails re: last minute changes and process; | 498 |
| 12/19/14 | EC | 0.40 | Review and analyze defendants' opposition to discovery request; | 500 |
| 12/19/14 | EC | 0.50 | Strategy conference with Michael Rubin re: prepare for status conference and discovery conference; | 501 |
| 12/19/14 | MR | 3.10 | Review emails with defense counsel re upcoming hearing, further edits; review final CMC statement (.3); prepare for hearing; review additional materials, including hearing transcripts, prior orders, depositions (.8) (.8); review HSBC's responsive brief, declaration; conference with Cervantez re facts and issues for upcoming hearing (.9) (.3) | 518 |
| 12/19/14 | PCP | 0.30 | Draft and file status report; | 571 |
| 12/19/14 | PCP | 0.40 | Review documents produced by defendants; | 572 |
| 12/21/14 | EC | 3.50 | Draft memo re: hearing preparation, discovery, and status of case; exchange email re: same; | 502 |
| 12/21/14 | MR | 3.70 | Prepare for status conference and discovery hearing (3.7) | 519 |
| 12/22/14 | EC | 0.40 | Exchange emails for hearing preparation and post-hearing follow up on data and discovery; | 503 |
| 12/22/14 | MR | 11.90 | Prepare for Judge Selna and MJ Block hearings; emails  and conferences with Arleo re same; conduct hearings; emails to co-counsel re same and next steps; travel for and from Santa Ana (11.9) | 520 |
| 12/22/14 | PCP | 0.50 | Exchange email re: status conference and discovery requests; | 574 |
| 12/23/14 | EC | 0.40 | Revise subpoena to Capital One; exchange email re: discovery issues; | 504 |
| 12/23/14 | MR | 0.60 | Emails re yesterday's hearing; review and edit draft subpoena, emails re same (.6) | 521 |
| 12/23/14 | P/L | 1.30 | Litigation Assistant: Creating document index of the discovery documents produced by Capital One; | 544 |
| 12/24/14 | EC | 0.90 | Prepare for phone call with HSBC counsel; telephone conference with Elizabeth Arleo to prep; telephone conference Arjun Rao re: discovery, class certification; exchange email re: same; revise email to opposing counsel re: same; | 505 |
| 12/24/14 | MR | 1.10 | E-mails re: discovery disputes, scope of class, deadlines with defense counsel and co-counsel (.4); further e-mails re: class definition, strategy for revising definition (.3); review Elizabeth Arleo e-mail to Arjun Rao; e-mails re: standing issues (.2); review and edit subpoena language; e-mails re: same (.2) | 522 |
| 12/26/14 | PCP | 0.60 | Research re: further discovery needed from defendants; | 575 |
| 12/28/14 | MR | 0.40 | Review meet and confer e-mails, e-mails re: mixed use server; review minutes from Judge Selna and MJ Block hearings (.4) | 523 |
| 12/29/14 | EC | 0.30 | Revise standing discovery; | 506 |
| 12/29/14 | EC | 0.80 | Revise standing discovery and cover letter; | 507 |
| 12/29/14 | MR | 0.70 | Emails with Arleo and Cervantez re class definition, meet and confer issues (.2); review discovery, emails re same (.5) | 524 |
| 12/29/14 | P/L | 1.60 | Litigation Assistant: Finalizing and turning in HSBC research memo; | 545 |
| 12/30/14 | EC | 1.10 | Draft discovery and cover letter; exchange email with co-counsel re: revisions needed to same; | 508 |
| 12/30/14 | EC | 0.20 | Strategy conference with Casey Pitts re: case status, tasks, and document review; | 509 |
| 12/30/14 | MR | 0.60 | Review new discovery requests; emails re same (.3); review research memo re ███████; emails re same (.3) | 525 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 12/30/14 | P/L | 0.50 | Litigation Assistant: Comparing asset purchase agreement produced by HSBC with asset purchase agreement produced by Capital One to see if HSBC produced more schedules or attachments; | 546 |
| 12/30/14 | PCP | 0.20 | Strategy conference re: discovery; | 576 |
| 12/31/14 | EC | 0.70 | Review Capital One documents re: consent; draft email memo re: consent and standing issues; exchange email re: same and HSBC discovery documents; | 510 |
| 12/31/14 | MR | 0.70 | Review Capital One document production, emails and memos analyzing same (.4); emails with Cervantez re Capital One issues (.3) | 537 |
| 01/03/15 | EC | 0.40 | Review research on privacy issues; | 511 |
| 01/03/15 | EC | 1.50 | Review HSBC discovery responses; revise meet and confer letter; | 512 |
| 01/03/15 | MR | 0.20 | E-mails re: standing, discovery (.2) | 577 |
| 01/04/15 | EC | 2.50 | Revise meet and confer letter re: HSBC defendants discovery responses; | 513 |
| 01/04/15 | PCP | 0.30 | Research re: discovery, class certification, and standing; | 640 |
| 01/05/15 | EC | 1.00 | Revise and finalize meet and confer letter to HSBC defendants re: RFP responses; exchange email with co-counsel re: same; | 533 |
| 01/05/15 | EC | 2.40 | Review Capital One RFP responses; revise meet and confer letter to Capital One re: discovery responses and document production; exchange email with co-counsel re: same; | 534 |
| 01/05/15 | MR | 0.40 | Emails re meet and confer topics (.2); conference with Cervantez re upcoming issues, class definition (.1); email from defense counsel re not pursuing stay of discovery (.1) | 578 |
| 01/05/15 | L/C | 0.20 | Law Clerk: Meeting with Casey re: class certification in 632 claim; | 623 |
| 01/05/15 | L/C | 2.30 | Case law research re: confidentiality prong of CIPA claims; | 624 |
| 01/05/15 | L/C | 4.30 | Research re: ████████████████████████████████; | 625 |
| 01/05/15 | PCP | 0.10 | Strategy conference re: discovery status; | 641 |
| 01/06/15 | EC | 0.50 | Review email from Hunter Eley re: depositions; draft memo to team re: issues re: same and decisions to make, to do list; | 535 |
| 01/06/15 | EC | 0.30 | Review briefing and Block transcripts on deposition location and exchange email with co-counsel re: same; | 536 |
| 01/06/15 | MR | 0.20 | Review Cervantez meet and confer email to Hunter Ely (.2) | 580 |
| 01/06/15 | L/C | 8.10 | Law Clerk: Research re: Objective reasonable person standard of liability; | 626 |
| 01/07/15 | EC | 0.40 | Telephone conference with Elizabeth Arleo and exchange email with cocounsel re: Capital One 30b6 depositions and discovery; | 547 |
| 01/07/15 | EC | 0.40 | Draft email to opposing counsel re: depositions; | 548 |
| 01/07/15 | MR | 0.40 | Emails re discovery disputes with Capital One (.2); review letter to Capital One re deposition scope, location, timing (.2) | 581 |
| 01/08/15 | EC | 0.30 | Review email from Hunter Eley re: Capital One depositions and draft memo to co-counsel re: same; | 549 |
| 01/08/15 | EC | 0.30 | Draft list of ██████████████████████████ and exchange email with co-counsel re: same; | 550 |
| 01/09/15 | EC | 0.50 | Draft email to opposing counsel re: depositions; exchange email with co-counsel re: discovery; | 582 |
| 01/09/15 | MR | 0.20 | Review Arleo memo re discovery/Capital One issues (.2) | 586 |
| 01/11/15 | MR | 0.60 | E-mails re: deposition schedule, topic, witnesses (.2); review hearing transcript (.4) | 587 |
| 01/12/15 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: depositions; | 583 |
| 01/12/15 | EC | 0.20 | Exchange email with co-counsel re: successor in interest liability and standing; | 584 |
| 01/12/15 | EC | 1.20 | Review and respond to emails and letters from opposing counsel re: deposition scheduling, document responses; | 585 |
| 01/12/15 | MR | 0.20 | Review correspondence from Capital One re discovery request (.2) | 588 |

12.1.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 01/13/15 | EC | 0.70 | Review defendant discovery responses; exchange email with co-counsel re: responses needed to same; | 589 |
| 01/13/15 | EC | 0.30 | Draft revised deposition notice and email with opposing counsel and co-counsel re: deposition; | 590 |
| 01/13/15 | EC | 0.80 | Draft letter to HSBC counsel re: class definition; | 591 |
| 01/13/15 | P/L | 3.00 | Litigation Assistant: Comparing requests for productions of documents | 631 |
| 01/14/15 | EC | 0.30 | Exchange email re: discovery and deposition issues; | 592 |
| 01/15/15 | EC | 0.50 | Draft emails to opposing counsel re: protective order and subpoena; exchange email with co-counsel re: discovery issues; | 593 |
| 01/16/15 | EC | 0.70 | Prepare for Capital One 30b6 depo; revise outline; telephone conference with Elizabeth Arleo re: same; | 594 |
| 01/16/15 | EC | 2.20 | Travel to and attend Capital One 30b6 deposition; | 595 |
| 01/16/15 | EC | 0.30 | Exchange email with opposing counsel and co-counsel re: discovery disputes, deposition logistics; to do list; | 596 |
| 01/17/15 | MR | 0.80 | Review memos re: discovery, class certification, and merits issues; review HSBC letter to Eve Cervantez; review Elizabeth Arleo meet and confer draft; review transcripts; memos re: assignments (.8) | 601 |
| 01/18/15 | EC | 2.00 | Revise meet and confer letter to Capital One re: document responses and production; draft email to HSBC defendants re: consolidation of discovery; draft letter to HSBC defendants re: Fanning class definition; exchange email with co-counsel re: same; | 597 |
| 01/19/15 | EC | 0.70 | Revise, finalize, and send letter to HSBC re: revised class definition in Fanning; | 598 |
| 01/19/15 | EC | 0.50 | Revise and finalize and send meet and confer letter to Capital One re: document production and email to HSBC re: consolidation of discovery; | 599 |
| 01/19/15 | MR | 0.90 | Review summary of deposition; edits to draft Capital One letter; e-mails re: same (.2) (.1); e-mails re: Capital One's purge and retention policies (.1); edit draft meet and confer letter re: confidentiality, class definition (.2); edit letter to HSBC re: class definition (.3) | 602 |
| 01/20/15 | MR | 0.10 | Review correspondence to defense counsel (.1) | 603 |
| 01/20/15 | P/L | 0.60 | Litigation Assistant: HSBC Research Project; | 632 |
| 01/21/15 | EC | 0.80 | Review and revise letter to Capital One re: objections to subpoena; | 600 |
| 01/21/15 | MR | 0.20 | Emails re MJ Block's rulings, scope of discovery, meet and confer issues (.2) | 616 |
| 01/21/15 | P/L | 3.80 | Litigation Assistant: HSBC Research project; | 633 |
| 01/22/15 | EC | 0.20 | Revise and send letter re: Capital One subpoena response; | 604 |
| 01/22/15 | EC | 0.20 | Strategy conference with Casey Pitts re: tasks and strategy; | 605 |
| 01/22/15 | MR | 0.40 | Emails re withdrawing counsel, continuance (.2); review Cervantez letter to Capital One (.2) | 617 |
| 01/22/15 | PCP | 0.20 | Strategy conference re: case status; | 642 |
| 01/23/15 | EC | 0.20 | Review proposed stipulation continuing status conference; exchange emails with opposing counsel and co-counsel re: same; | 606 |
| 01/23/15 | EC | 0.50 | Draft email to opposing counsel re: Capital One depositions; | 607 |
| 01/24/15 | EC | 2.50 | Draft joint status report; | 608 |
| 01/24/15 | EC | 3.20 | Review discovery responses and draft meet and confer letter to HSBC Defendants; | 609 |
| 01/25/15 | EC | 0.60 | Exchange email with co-counsel re: to do, revisions to meet and confer and joint status report, discovery issues, data issues; | 610 |
| 01/26/15 | EC | 1.10 | Revise Joint Status Report and exchange email with co-counsel re: revisions needed to same; | 611 |
| 01/26/15 | EC | 1.50 | Revise letter to Capital One re: depositions and telephone conference with Elizabeth Arleo re: revisions needed to same and discovery needed from Capital One; | 612 |

12.11.001 Fee Detail through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 01/26/15 | EC | 0.40 | Telephone conference with Elizabeth Arleo re: revisions needed to Joint Status Report, letter to Capital One re: depositions, letter to HSBC re: documents; | 613 |
| 01/26/15 | EC | 0.70 | Revise letter to HSBC defendants re: document production; | 614 |
| 01/26/15 | MR | 0.60 | Edit draft joint status conference statement; emails with Cervantez re same (.6) | 618 |
| 01/26/15 | PCP | 0.30 | Review draft status report; | 643 |
| 01/26/15 | PCP | 0.40 | Research re: class certification; | 644 |
| 01/26/15 | PCP | 0.40 | Research re: successor liability; | 645 |
| 01/27/15 | EC | 0.20 | Review and respond to email from Capital One counsel re: inadequate RFP responses and document production; exchange email with co-counsel re: documents necessary to prove successor liability; | 615 |
| 01/27/15 | MR | 0.70 | Emails re discovery, joint status conference statement, successor liability, review successor liability memo; emails re discovery into same (.3) (.2); review meet and confer letters (.2) | 619 |
| 01/29/15 | EC | 1.80 | Draft meet and confer letter to Capital One re: deficient document responses; exchange email with co-counsel re: revisions needed to same; | 620 |
| 01/29/15 | MR | 0.20 | Review and edit draft meet and confer letter, e-mails re: same (.2) | 621 |
| 01/30/15 | MR | 0.40 | Review Ramsay deposition transcript (.4) | 622 |
| 02/02/15 | EC | 0.40 | Revise letter to opposing counsel re: Capital One depositions and exchange email with cocounsel re: depositions; | 627 |
| 02/02/15 | EC | 0.10 | Follow up with opposing counsel re: Joint Status Report; | 628 |
| 02/02/15 | EC | 0.40 | Review email from Capital One counsel re: monitoring reports and exchange email with co-counsel re: next steps; | 629 |
| 02/02/15 | MR | 0.30 | Correspondence with Ely re monitoring reports; emails re upcoming status conference, current issues (.3) | 659 |
| 02/03/15 | MR | 0.80 | Emails re discovery protocol (.2); review and edit draft joint status conference statement (.3); emails re discovery, auto-dialer reports, etc. (.1); emails re expert witness (.2) | 660 |
| 02/04/15 | EC | 4.20 | Prepare for 30(b)(6) depositions of Capital One; | 636 |
| 02/04/15 | EC | 2.50 | Revise joint status report, discovery report, email to opposing counsel; exchange emails with co-counsel re: same; | 637 |
| 02/04/15 | EC | 0.50 | Review correspondence from HSBC re: discovery; exchange email re: response to same; | 638 |
| 02/04/15 | EC | 0.40 | Review and suggest revisions to discovery status report; | 639 |
| 02/04/15 | MR | 1.20 | Review and edit joint status conference statement; review emails re same; emails re discovery, meet and confer, upcoming motions (.3) (.3) (.2); emails re recordings, privacy warnings, document production (.2); review revised draft discovery protocol (.2) | 661 |
| 02/05/15 | EC | 5.00 | Prepare for and conduct 30b6 deposition of Capital One; | 646 |
| 02/05/15 | EC | 0.20 | Finalize letter to Capital One re: additional Purchase Agreement documents needed; | 647 |
| 02/05/15 | EC | 0.20 | Revise email to Capital One re: monitoring reports and dialer logs; | 648 |
| 02/05/15 | EC | 0.20 | Strategy conference with Casey Pitts and exchange email with co-counsel re: discovery protocol; | 649 |
| 02/05/15 | EC | 3.30 | Prepare for 30b6 deposition; | 650 |
| 02/05/15 | EC | 1.30 | Revise discovery report; | 651 |
| 02/05/15 | MR | 0.50 | Review final version of joint status conference statement; review email to Capital One re discovery issues (.3); emails re stipulation and joint statement (.2) | 662 |
| 02/05/15 | MR | 1.60 | Prepare for hearing; review revised versions of joint status conference statement, discovery protocol, review new correspondence; e-mails with Eve Cervantez re: hearing (.6) (1.0) | 663 |
| 02/05/15 | PCP | 0.70 | Revise and file joint status conference report; | 722 |
| 02/05/15 | PCP | 2.20 | Draft discovery protocol and joint motion to consolidate discovery; | 723 |
| 02/05/15 | PCP | 0.50 | Draft letter to Hunter Ely re: needed schedules from purchase agreement; | 724 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 02/06/15 | EC | 3.20 | Take 30b6 deposition of Capital One and return to office; | 652 |
| 02/06/15 | EC | 1.20 | Revise discovery conference brief and finalize brief and Notice of Lodgment for filing; | 653 |
| 02/06/15 | EC | 0.80 | Draft memo re: Capital One depositions and update on cases generally; | 654 |
| 02/06/15 | MR | 0.30 | Review revised discovery status report (.3) | 664 |
| 02/06/15 | MR | 0.60 | Prepare for hearing (.2); review HSBC responses to interrogatories, RFA, e-mails re: same (.2) (.2) | 667 |
| 02/06/15 | PCP | 0.40 | Draft joint motion to consolidate discovery; | 725 |
| 02/06/15 | PCP | 0.30 | Draft discovery report; | 726 |
| 02/06/15 | P/L | 0.80 | Litigation Assistant: cite check brief; | 732 |
| 02/07/15 | EC | 1.10 | Strategy conference with Michael Rubin re: prepare for hearing; | 655 |
| 02/07/15 | EC | 0.90 | Draft memo to Michael Rubin and files re: update on case and tasks; | 656 |
| 02/07/15 | MR | 1.80 | Prepare for hearings; review filings and recent correspondence; e-mails re: same with co-counsel (.7); conference with Eve Cervantez re: issues to address in hearing, status of depositions, new developments (1.1) | 668 |
| 02/08/15 | EC | 0.20 | Review email from opposing counsel and draft email to co-counsel re: same; | 657 |
| 02/08/15 | EC | 0.20 | Exchange email with co-counsel re: potential need to file certificate of service; (NC) | 658 |
| 02/08/15 | MR | 0.70 | Prepare for hearing; review recent correspondence and filings, Dec. 22 transcript; review memo from Eve Cervantez re: recent depositions (.7) | 669 |
| 02/09/15 | MR | 11.60 | Prepare for and conduct status conference, discovery hearing; strategy conferences with Elizabeth Arleo; meet and confer with defense counsel; travel to and from Santa Ana (11.6) | 670 |
| 02/10/15 | EC | 0.20 | Review memo re: status conference; | 665 |
| 02/10/15 | EC | 0.70 | Telephone conference with potential ███████ expert and exchange email re: same; | 666 |
| 02/10/15 | MR | 0.80 | Edit memo summarizing yesterday's hearings and steps going forward (.5); review emails re expert witness interview; emails re ████████████████ (.3) | 679 |
| 02/11/15 | MR | 0.10 | Review minute order (.1) | 680 |
| 02/12/15 | EC | 0.50 | Revise email to opposing counsel and exchange email with co-counsel re: discovery matters; | 671 |
| 02/12/15 | MR | 0.20 | Emails re Lindgren deposition, Capital One discovery (.2) | 681 |
| 02/12/15 | MR | 0.30 | E-mails re: discovery, Lindgren deposition, scheduling (.3) | 682 |
| 02/13/15 | MR | 0.20 | Review draft and final letters to plaintiffs re developments, discovery | 683 |
| 02/13/15 | PCP | 0.20 | Research re: confidentiality requirement of CIPA; | 728 |
| 02/14/15 | MR | 0.20 | Emails re deposition preparation issues (.2) | 684 |
| 02/15/15 | MR | 0.20 | Emails re deposition scheduling, plaintiff Lindgren (.2) | 685 |
| 02/16/15 | MR | 0.40 | Review transcript of discovery hearing | 686 |
| 02/16/15 | MR | 0.30 | Review transcript of recent hearing (.3) | 687 |
| 02/17/15 | EC | 0.20 | Exchange emails with co-counsel re: strategy, tasks, next steps; | 672 |
| 02/17/15 | MR | 0.40 | Emails re motion to amend class definition (.2); review draft response re Lindgren (.2) | 688 |
| 02/18/15 | EC | 3.50 | Draft motion to amend class definition; strategy conference with Michael Rubin re: same; strategy conference with Simon Fischer re: research needed for same; | 674 |
| 02/18/15 | EC | 0.30 | Review defendants' proposed changes to consolidated discovery protocol; exchange email with co-counsel re: same; | 675 |
| 02/18/15 | MR | 0.20 | Strategy conference with Cervantez re motion to amend class definition (.2) | 689 |
| 02/18/15 | L/C | 0.40 | Law Clerk: Meeting with Eve re: timing for amending class definition; | 704 |
| 02/18/15 | L/C | 2.50 | Research re: amending class definition; | 705 |
| 02/19/15 | EC | 0.60 | Telephone conference with Azra Mehdi re: Lindgren deposition and successor in interest issues; | 676 |
| 02/19/15 | EC | 0.70 | Revise discovery protocol and draft email to opposing counsel re: same; exchange email re: same; | 677 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 02/19/15 | EC | 3.70 | Draft motion to amend class definition; | 678 |
| 02/19/15 | EC | 0.70 | Revise discovery protocol and draft email to opposing counsel re: same; exchange email re: same; | 691 |
| 02/19/15 | EC | 3.70 | Draft motion to amend class definition; | 692 |
| 02/19/15 | MR | 0.30 | Review draft revised discovery protocol; emails re same | 697 |
| 02/19/15 | L/C | 5.80 | Law Clerk: Research re: amending class definition; | 706 |
| 02/19/15 | PCP | 1.30 | Draft discovery protocol; | 729 |
| 02/19/15 | P/L | 1.00 | Litigation Assistant: HSBC document indexing. | 733 |
| 02/20/15 | EC | 0.50 | Telephone conference with data expert re: scope of work; | 693 |
| 02/20/15 | EC | 8.00 | Draft motion for leave to amend class definition and supporting documents; | 694 |
| 02/20/15 | MR | 0.40 | Review emails re status, next steps; respond to same (.2); review Capital One letter and emails with co-counsel re dispute over Lindgren deposition status (.2) | 698 |
| 02/20/15 | PCP | 0.30 | Draft discovery protocol; | 730 |
| 02/20/15 | P/L | 1.00 | Litigation Assistant: Document Index for 2.18.2015 production | 734 |
| 02/21/15 | MR | 4.20 | Review Eve Cervantez e-mail re: draft motion; edit motion to amend class definition; e-mails with co-counsel (.4) (2.3) (1.5) | 699 |
| 02/22/15 | EC | 0.50 | Exchange email with co-counsel re: revisions needed to motion for leave to amend class definition; | 695 |
| 02/22/15 | EC | 4.00 | Revise motion to amend class definition and draft Cervantez declaration; | 696 |
| 02/22/15 | MR | 1.20 | Edit brief re: amending class definition; e-mails re: same; review co-counsel edits; e-mails re: scope of discovery, Lindgren deposition (.9) (.3) | 700 |
| 02/22/15 | PCP | 1.20 | Draft motion to amend class definition; | 731 |
| 02/23/15 | MR | 0.60 | Further edits to brief, notice, declaration; conferences re same with Cervantez (.3) (.2); edit proposed order (.1) | 701 |
| 02/23/15 | EC | 5.20 | Revise and finalize motion to amend class definition and all supporting documents; strategy conference with Michael Rubin re: same; exchange email with co-counsel re: same; | 707 |
| 02/23/15 | P/L | 3.30 | Litigation Assistant: Cite check motion to amend class definition; | 735 |
| 02/24/15 | MR | 0.10 | Emails re plaintiffs (.1) | 702 |
| 02/24/15 | MR | 0.20 | Review final version of motion for leave to amend (.2) | 703 |
| 02/26/15 | MR | 0.20 | E-mails re: drug protocol (.2) | 713 |
| 03/02/15 | EC | 1.60 | Review list of outstanding discovery and correspondence from opposing counsel and co-counsel; strategy conference with Michael re: Lindgren deposition; strategy conference with Elizabeth Arleo and Azra Medhi re: all outstanding discovery; | 708 |
| 03/02/15 | EC | 0.20 | Follow up on documents produced by Capital One and stipulations of HSBC; assign and explain tasks to paralegal; | 709 |
| 03/02/15 | EC | 0.40 | Telephone conference with Shannon Ponek re: stipulation to consolidate discovery; revise discovery consolidation stipulation; exchange email with co-counsel re: same; | 710 |
| 03/02/15 | EC | 0.40 | Draft email to Hunter re: Lindgren deposition; | 711 |
| 03/02/15 | EC | 0.60 | Draft and revise emails to Hunter Eley re: production of autodialer logs and Lindgren deposition; | 712 |
| 03/02/15 | MR | 0.20 | Strategy conference with Cervantez re discovery protocol, Lindgren deposition, confidentiality, etc. (.2) | 755 |
| 03/03/15 | EC | 0.40 | Exchange emails re: Lindgren deposition, discovery protocol, Capital One document production; | 714 |
| 03/03/15 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: Lindgren deposition; | 715 |
| 03/03/15 | P/L | 2.00 | Paralegal: Search discovery hearing transcripts re: stipulations and agreements; | 717 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 03/03/15 | MR | 0.30 | Review emails with Capital One re depositions, discovery; emails re scope of discovery protocol with HSBC (.3) | 756 |
| 03/04/15 | P/L | 2.60 | Paralegal: Search discovery hearing transcripts re: stipulations and agreements; | 718 |
| 03/04/15 | EC | 0.40 | Telephone conference with Azra Medhi re: Lindgren deposition and successor in interest liability for Capital One; | 719 |
| 03/04/15 | EC | 0.20 | Review document re: stipulations on record for discovery protocol; | 720 |
| 03/04/15 | EC | 0.20 | Draft email to opposing counsel re: discovery protocol revisions; | 721 |
| 03/05/15 | EC | 0.20 | Exchange email re: named plaintiff deposition; | 736 |
| 03/05/15 | MR | 0.20 | Review current status of discovery protocol dispute, review emails and drafts (.2) | 757 |
| 03/09/15 | EC | 0.20 | Draft follow up emails to opposing counsel re: Lindgren deposition and autodialer logs; | 739 |
| 03/10/15 | EC | 1.30 | Exchange email with opposing counsel and co-counsel re: autodialer log fields, Lindgren deposition; outstanding discovery; and expert retention; revise expert engagement letter; | 740 |
| 03/10/15 | EC | 0.50 | Draft email to Hunter Eley re: autodialer logs; | 741 |
| 03/10/15 | EC | 0.40 | Revise letter to HSBC counsel re: outstanding document production; | 743 |
| 03/10/15 | MR | 0.20 | Emails re depositions and discovery (.2) | 758 |
| 03/11/15 | EC | 0.30 | Telephone conference with Azra Mehdi re: Lingren deposition preparation; | 744 |
| 03/11/15 | EC | 0.20 | Review stipulations for joint discovery protocol; | 745 |
| 03/11/15 | EC | 0.30 | Revise stipulation list; review transcripts re: stipulation; exchange email re: same; | 746 |
| 03/12/15 | EC | 0.30 | Exchange email with co-counsel re: stipulations to send to defendants; | 748 |
| 03/12/15 | MR | 0.30 | Emails re stipulations and protocol; review notice of deposition (.3) | 759 |
| 03/13/15 | EC | 0.20 | Prepare for Capital One call re: autodialer logs and exchange email with opposing counsel and co-counsel re: same; | 749 |
| 03/13/15 | EC | 0.90 | Prepare for and participate in telephone conference with Hunter Eley, Christine Reynaert, Elizabeth Arleo re: autodialer logs; | 750 |
| 03/13/15 | EC | 0.80 | Telephone conference with Azra Medhi, then with Azra and Stefan Lindgren, re: deposition preparation; | 751 |
| 03/13/15 | EC | 0.20 | Listen to Lindgren recording; | 752 |
| 03/16/15 | EC | 0.50 | Telephone conference with Azra Mehdi re: Lindgren deposition; review document responses and exchange email with co-counsel re: same in context of deposition; | 753 |
| 03/16/15 | EC | 0.40 | Review opposition to motion to amend class definition; exchange email re: same with co-counsel; | 754 |
| 03/16/15 | MR | 0.30 | Review e-mails re: Lindgren deposition and discovery (.3) | 763 |
| 03/17/15 | MR | 0.40 | Review HSBC's opposition to motion to amend; emails re same (.3) (.1) | 764 |
| 03/27/15 | EC | 7.20 | Draft reply brief in support of motion to amend class definition; | 761 |
| 03/27/15 | MR | 1.70 | Edit reply in support of motion to amend class definition (1.7) | 765 |
| 03/28/15 | MR | 0.20 | Review edits to reply brief (.2) | 766 |
| 03/30/15 | P/L | 1.10 | Paralegal: Complete cite check of Pls' Reply ISO Motion for Leave to Amend the Class Definition; | 760 |
| 03/30/15 | EC | 1.00 | Finalize reply brief in support of motion to amend class definition; | 762 |
| 03/30/15 | MR | 0.40 | Review Arleo edits; further edits to reply brief; email to Cervantez re same (.4) | 767 |
| 04/01/15 | EC | 0.20 | Exchange emails re: experts, tasks, hearing preparation; | 769 |
| 04/01/15 | EC | 0.10 | Exchange email with expert re: retention; | 770 |
| 04/01/15 | EC | 0.40 | Analyze and revise task list; | 771 |
| 04/01/15 | EC | 1.10 | Telephone conference with Elizabeth Arleo re: all outstanding tasks; | 772 |
| 04/02/15 | EC | 1.00 | Telephone conference with AB data experts and Elizabeth Arleo re: data interpretation; | 773 |
| 04/02/15 | EC | 0.30 | Exchange email with Elizabeth and Azra re: correspondence with Capital One re: Lindgren phone records, monitoring reports, data, autodialer logs; | 774 |
| 04/07/15 | EC | 0.10 | Exchange email re: data; | 775 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 04/08/15 | EC | 0.80 | Review correspondence from Capital One and exchange email with co-counsel re: responses to same; | 776 |
| 04/09/15 | EC | 0.20 | Exchange emails re: data transfer; | 777 |
| 04/09/15 | EC | 0.20 | Revise email to Hunter re: Lindgren's phone records; | 778 |
| 04/09/15 | MR | 0.40 | Prepare for oral argument | 807 |
| 04/10/15 | EC | 0.80 | Review and analyze tentative order denying motion to amend class definition; strategy conference with Michael Rubin re: same; draft memo re: potential points to make at oral argument; | 779 |
| 04/10/15 | MR | 0.40 | Review tentative ruling; review transcript; prepare for argument (.4) | 808 |
| 04/12/15 | MR | 1.90 | Prepare for oral argument (.2) (1.2) (.5) | 809 |
| 04/13/15 | EC | 0.40 | Review Rule 7-3 meet and confer letter from Capital One re: summary judgment; draft response to same; exchange email with co-counsel re: same; | 780 |
| 04/13/15 | EC | 1.10 | Legal research re: ████████████████████████ | 782 |
| 04/13/15 | EC | 0.20 | Telephone conference with Elizabeth re: discovery needed re: Capital One and Lindgren standing; | 783 |
| 04/13/15 | EC | 0.50 | Telephone conference with Michael Rubin re: court ruling on motion to amend and draft email memo to co-counsel re: same; | 784 |
| 04/13/15 | EC | 1.20 | Review Lindgren and Ramsay deposition transcripts re: standing and additional discovery needed; | 785 |
| 04/13/15 | MR | 10.40 | Travel to and from Santa Ana; prepare for and conduct oral argument re motion for leave to amend class definition; conference with defense counsel; telephone conference with and emails with co-counsel re hearing (10.4) | 810 |
| 04/14/15 | EC | 0.20 | Review original deposition notice and exchange email with co-counsel re: additional standing depositions needed; | 786 |
| 04/14/15 | EC | 0.20 | Strategy conference with Casey Pitts re: confidentiality briefing and research needed; | 787 |
| 04/14/15 | EC | 0.70 | Telephone conference with Michael Rubin, Elizabeth Arleo, Azra Medhi, Casey Pitts, John Brannon re: strategy on confidentiality motion; | 788 |
| 04/14/15 | EC | 1.10 | Research confidentiality under Cal Penal Code 632 and draft letter to opposing counsel re: issue to brief re: confidentiality; | 789 |
| 04/14/15 | EC | 1.00 | Revise discovery protocol and research and revise proposed list of stipulations; exchange email with co-counsel re: same; | 790 |
| 04/14/15 | EC | 0.20 | Exchange email with Azra and conduct research re: further discovery needed; agreements re: deposition topics; | 791 |
| 04/14/15 | MR | 1.10 | Emails re hearing and proposed meet and confer; review order; emails re same (.4); conference call with co-counsel re hearing, meet and confer, future briefing (.7) | 811 |
| 04/14/15 | PCP | 0.70 | Strategy conference re: briefing on confidentiality; | 829 |
| 04/15/15 | EC | 0.70 | Strategy conference with Michael Rubin and telephone conference with Elizabeth Arleo re: data transfer from Walter Monk; (N/C) | 792 |
| 04/15/15 | EC | 0.30 | Review and revise draft letter re: confidentiality brief; | 793 |
| 04/15/15 | EC | 0.80 | Strategy conference with Michael Rubin and telephone conference with Elizabeth Arleo re: confidentiality briefing, discovery protocol; | 794 |
| 04/15/15 | EC | 0.10 | Strategy conference with Casey Pitts re: confidentiality briefing; | 795 |
| 04/15/15 | MR | 2.10 | Conference with Cervantez re expert witness, data analysis, emails re same; review Judge Selna order; edit draft meet and confer letter; strategy conference re same (1.3); conference with Cervantez; conference call re confidentiality, prior briefing etc. with Cervantez and Arleo (.8) | 812 |

12.1.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 04/16/15 | EC | 1.00 | Review hearing transcript on motion to amend; draft email to opposing counsel re: court ordered briefing schedule; follow up on joint discovery protocol; revise joint discovery protocol; | 798 |
| 04/16/15 | EC | 4.00 | Review deposition transcripts for Ramsay and Ivey; draft meet and confer letter re: summary judgment and additional discovery needed; | 799 |
| 04/16/15 | MR | 1.30 | Conferences with Cervantez re issues, experts, briefing; strategy conference re briefing with co-counsel (.6); review and edit proposed discovery protocol and stipulations; email re same; emails re proposed briefing schedule; review transcript re class definition hearing (.7) | 813 |
| 04/17/15 | EC | 0.50 | Review 30b6 depo transcript to finalize letter re: missing discovery from Capital One re: recordings of Lindgren; | 800 |
| 04/17/15 | EC | 0.20 | Finalize and send joint discovery protocol to opposing counsel; | 801 |
| 04/17/15 | EC | 0.30 | Research and draft letter to Capital One re: Lindgren summary judgment motion and additional discovery needed; exchange email re: same; | 802 |
| 04/17/15 | EC | 1.60 | Review email from Hunter Eley; .strategy conference with Michael Rubin re: same; respond to same; revise and finalize letter re: same and Rule 7-3 summary judgment meet and confer and discovery needed; | 803 |
| 04/17/15 | MR | 0.60 | Edit letter to Capital One; conference with Cervantez re same (.3); research re briefing (.3) | 814 |
| 04/17/15 | PCP | 0.20 | Research re: confidentiality requirement; | 830 |
| 04/20/15 | EC | 0.40 | Revise stipulation re: briefing schedule; exchange email re: same; exchange email with opposing counsel re: same; | 806 |
| 04/20/15 | MR | 0.50 | Emails re briefing and hearing schedule, expert witnesses; conferences with Cervantez re same (.3); review stipulation (.2) | 815 |
| 04/20/15 | PCP | 1.60 | Draft stipulation re: confidentiality briefing; | 831 |
| 04/22/15 | MR | 0.10 | Emails re experts, data (.1) | 816 |
| 04/22/15 | EC | 0.10 | Follow up on stipulated briefing schedule with opposing counsel; | 817 |
| 04/23/15 | PCP | 0.40 | Draft and file stipulation re: confidentiality briefing; | 832 |
| 04/23/15 | PCP | 0.20 | Strategy conference re: same; | 833 |
| 04/24/15 | MR | 0.10 | Review order re scheduling | 819 |
| 04/24/15 | MR | 0.20 | E-mail re: summary judgment and discovery from Capital One (.2) | 820 |
| 04/27/15 | EC | 2.20 | Review letter from Capital One and background materials; phone call with Elizabeth Arleo; phone call with Hunter Eley, Christine Reynaert, Elizabeth Arleo re: summary judgment and outstanding discovery; draft follow up memo re: same; | 818 |
| 04/27/15 | MR | 0.40 | Emails re discovery (.2); review memo re meet and confer (.2) | 821 |
| 04/28/15 | MR | 0.20 | Emails re scheduling, status of pending motions (.2) | 822 |
| 04/30/15 | MR | 0.20 | Emails re upcoming briefing and issues (.2) | 823 |
| 05/02/15 | EC | 0.70 | Research and draft brief re: confidentiality; | 824 |
| 05/03/15 | EC | 1.10 | Revise meet and confer letter to Capital One re: outstanding discovery and summary judgment; | 825 |
| 05/04/15 | EC | 0.40 | Revise and finalize letter to Capital One re: outstanding discovery; exchange email with co-counsel re: same; | 826 |
| 05/04/15 | EC | 0.50 | Strategy conference with Laura Trice re: research needed on financial privacy and objectively reasonable; | 827 |
| 05/04/15 | EC | 5.20 | Research and draft motion re: meaning of 'confidential'; | 828 |
| 05/04/15 | LT | 0.40 | Strategy conference with Eve Cervantez re: research for class cert; | 846 |
| 05/04/15 | MR | 0.10 | Emails re briefing schedule (.1) | 851 |
| 05/05/15 | EC | 0.30 | Strategy conference with Michael Rubin re: confidentiality brief; | 834 |
| 05/05/15 | EC | 6.70 | Research and draft brief re: confidentiality; exchange emails re: same; | 835 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 05/05/15 | EC | 0.20 | Strategy conference with Rachel Busch re: document review; | 836 |
| 05/05/15 | EC | 0.30 | Strategy conference with Michael Rubin re: use of existing summary judgment briefing and order re: confidentiality; | 837 |
| 05/05/15 | LT | 6.80 | Legal research re: right to privacy in financial matters; | 848 |
| 05/05/15 | MR | 1.90 | Conference with Cervantez re confidentiality briefing and issues (.3); research confidentiality cases and rulings (1.6) | 852 |
| 05/05/15 | P/L | 3.70 | Litigation Assistant: Creating a detailed document index and comparing it to requests for production for docs from 3.18.2015 | 894 |
| 05/06/15 | EC | 3.50 | Research and draft motion re: meaning of confidential; | 838 |
| 05/06/15 | LT | 5.50 | Legal research re: objectively reasonable expectations; | 849 |
| 05/06/15 | P/L | 2.60 | Litigation Assistant: Document indexing documents produced by defendants on 3.18 | 895 |
| 05/07/15 | EC | 7.30 | Research and draft brief re: confidentiality; | 839 |
| 05/07/15 | EC | 0.50 | Review index of documents produced and documents not produced and exchange email with co-counsel re: next steps; | 840 |
| 05/07/15 | LT | 0.90 | Legal research re: objectively reasonable expectations; | 850 |
| 05/07/15 | P/L | 3.30 | Litigation Assistant: Analyzing which discovery requests for production HSBC complied with in their 3.18.2015 document production | 896 |
| 05/08/15 | EC | 4.50 | Research and draft brief re: confidentiality; | 841 |
| 05/08/15 | MR | 3.50 | Review draft confidentiality brief; e-mails re: same; research; telephone conference with Eve Cervantez re: same (.5) (2.7) (.3) | 853 |
| 05/09/15 | EC | 0.20 | Strategy conference with Michael Rubin re: confidentiality brief and revisions needed; | 842 |
| 05/09/15 | EC | 2.70 | Research and draft confidentiality brief; | 843 |
| 05/09/15 | MR | 4.10 | Research and edit brief re: confidentiality; e-mails with Eve Cervantez re: same (1.9) (2.2) | 854 |
| 05/10/15 | EC | 2.80 | Research and draft opening brief re: confidentiality; | 844 |
| 05/11/15 | EC | 1.50 | Research and draft opening brief re: confidentiality; | 845 |
| 05/11/15 | MR | 0.20 | Emails re confidentiality briefing with Cervantez (.2) | 859 |
| 05/11/15 | P/L | 2.00 | Litigation Assistant: completing document index for HSBC | 897 |
| 05/12/15 | EC | 0.40 | Telephone conference with Azra Medhi re: responding to Capital One letter re: discovery and summary judgment; | 855 |
| 05/12/15 | EC | 3.80 | Research and draft brief re: confidentiality; | 856 |
| 05/12/15 | P/L | 0.90 | Litigation Assistant: Analyzing whether any of the phone numbers identified by HSBC ███████ ██████████ | 898 |
| 05/13/15 | EC | 3.30 | Research and draft opening brief re: confidentiality; | 857 |
| 05/13/15 | MR | 2.00 | Research and edit brief re confidential communications (2.0) | 860 |
| 05/13/15 | MR | 2.10 | Research and edit brief (2.1) | 861 |
| 05/14/15 | EC | 5.40 | Draft opening brief on confidentiality; strategy conferences with Michael Rubin re: same; exchange emails with co-counsel re: revisions needed to same; | 858 |
| 05/14/15 | MR | 3.20 | Research and edit confidentiality brief; conferences with Cervantez; further edits to brief (1.8) (.7) (.7) | 865 |
| 05/14/15 | PCP | 0.50 | Draft brief re: meaning of confidentiality; | 899 |
| 05/15/15 | P/L | 4.70 | Paralegal: Cite check Plaintiffs' Opening Brief Re Meaning Of 'Confidential Communication' In California Penal Code   632 and locate document for RJN re: same; | 862 |
| 05/15/15 | EC | 3.90 | Draft, revise, and finalize for filing opening brief in support of confidentiality and all supporting documents; | 863 |
| 05/15/15 | EC | 0.50 | Telephone conference with AB data re: data issues; | 864 |
| 05/15/15 | MR | 1.20 | Emails with Cervantez, Arleo re brief; further edits to brief (.8); emails re notice of related case (.1); final edit (.3) | 890 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 05/19/15 | EC | 0.40 | Telephone conference with Azra Medhi re: successor in interest liability and deposition with Capital One; | 866 |
| 05/19/15 | EC | 1.00 | Telephone conference with Elizabeth Arleo re: strategy and to do list; | 867 |
| 05/19/15 | EC | 0.10 | Exchange email re: Supreme Court granted cert in new TCPA case; | 868 |
| 05/20/15 | EC | 0.10 | Research MDL petition requirements; | 869 |
| 05/21/15 | EC | 0.20 | Draft email to Capital One counsel re: deposition scheduling; | 870 |
| 05/21/15 | EC | 0.10 | Email and leave voice mail for Arjun Rao re: depositions and related case; | 871 |
| 05/21/15 | EC | 0.30 | Follow up on outstanding discovery and document production; | 872 |
| 05/21/15 | EC | 0.20 | Exchange email with opposing counsel re: joint discovery protocol for consolidated cases; | 873 |
| 05/21/15 | EC | 0.60 | Prepare deposition notices; | 874 |
| 05/22/15 | EC | 0.30 | Telephone conference with Arjun Rao re: depositions, related case in Southern District, timing of discovery and depositions; | 875 |
| 05/22/15 | EC | 0.50 | Draft memo re: status update on case, to do, telephone conference with Arjun Rao; | 876 |
| 05/22/15 | EC | 1.00 | Revise deposition notices and exchange email with co-counsel re: same; | 877 |
| 05/22/15 | EC | 0.40 | Research and draft MDL petition; | 878 |
| 05/22/15 | EC | 0.30 | Telephone conference with Azra Medhi re: deposition notices; | 879 |
| 05/22/15 | EC | 0.40 | Revise 30b6 deposition notice to Capital One re successor in interest standing and draft letter to opposing counsel re: same; | 880 |
| 05/22/15 | EC | 0.30 | Exchange email with opposing counsel and co-counsel re: depositions; | 881 |
| 05/22/15 | MR | 0.20 | Review Cervantez memo re status update, upcoming issues (.2) | 891 |
| 05/23/15 | EC | 0.70 | Review Foulkes deposition transcript; | 882 |
| 05/26/15 | EC | 0.50 | Revise and finalize 30b6 deposition notice and letter to Capital One in Lindren re: successor in interest and exchange email with co-counsel re:same; | 883 |
| 05/26/15 | EC | 2.70 | Revise deposition notices for Lindgren to Tech Services and Card Services; draft cover letter; | 884 |
| 05/26/15 | EC | 3.20 | Revise Joint Discovery Conference Request and draft accompanying cover letter; | 885 |
| 05/26/15 | MR | 0.30 | Review deposition notice, cover letter; emails re same (.3) | 892 |
| 05/27/15 | EC | 0.10 | Exchange email with co-counsel re: logistics and timing; | 886 |
| 05/27/15 | EC | 1.50 | Revise and finalize Joint Discovery Conference Request and accompanying cover letter; | 887 |
| 05/27/15 | EC | 0.30 | Finalize and serve 30b6 deposition notices on HSBC re: successor in interest and draft accompanying cover letter; | 888 |
| 05/27/15 | MR | 0.50 | Edit joint request for discovery conference; review and respond to Cervantez emails re discovery, summary judgment (.5) | 893 |
| 05/31/15 | EC | 0.20 | Revise supplemental rfp responses for Lindgren; | 889 |
| 06/02/15 | EC | 0.20 | Review email from Capital One re:discovery impasse; | 900 |
| 06/02/15 | MR | 0.20 | Review Cervantez and Ely emails re discovery disputes, meet and confer process (.2) | 963 |
| 06/03/15 | EC | 0.30 | Strategy conference with Michael Rubin re: MDL petition, discovery status; | 901 |
| 06/03/15 | EC | 0.30 | Review and analyze meet and confer correspondence from Capital One; exchange email re: same; | 902 |
| 06/03/15 | EC | 0.70 | Telephone conference with Azra Medhi re: deposition preparation and response to Capital One meet and confer; | 903 |
| 06/03/15 | EC | 0.30 | Prepare for Capital One successor in interest liability deposition; | 904 |
| 06/03/15 | MR | 0.30 | Strategy conference with Cervantez re status of discovery, upcoming hearings, etc. | 964 |
| 06/04/15 | EC | 1.60 | Revise joint case management statement; exchange email re: same with co-counsel and opposing counsel; strategy conference re: same with Michael Rubin; | 905 |
| 06/04/15 | EC | 0.40 | Strategy conference with law clerk re: legal research needed for MDL petition; | 907 |
| 06/04/15 | EC | 0.30 | Prepare for meet and confer call with Capital One counsel; | 908 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 06/04/15 | EC | 0.70 | Telephone conference with Capital One counsel re: meet and confer on outstanding discovery and draft email to co-counsel re: same; | 909 |
| 06/04/15 | EC | 4.00 | Review Asset Purchase Agreement and relevant exhibits and schedules and prepare for 30b6 deposition; | 910 |
| 06/04/15 | EC | 1.20 | Telephone conference with Azra Medhi re: deposition preparation; | 911 |
| 06/04/15 | EC | 1.20 | Draft MDL petition; | 912 |
| 06/04/15 | EC | 0.20 | Draft email response to Capital One re: request to not file status conference statement, just stipulation to continue; | 913 |
| 06/04/15 | MR | 0.90 | Review and edit joint status conference statement; strategy conference with Cervantez re same (.4); emails re Capital One, call monitoring, verbal advisories, notes from meet and confer, etc. (.3); further edits to joint status conference statement (.2) | 965 |
| 06/04/15 | L/C | 0.40 | Law Clerk: Meet with Eve Cervantez to discuss assignment re: MDL consolidation; | 1007 |
| 06/04/15 | L/C | 3.10 | Research re: MDL consolidation; | 1008 |
| 06/05/15 | EC | 0.40 | Exchange several emails with Capital One re: proposed stipulation continuing status conference, outstanding discovery issues; review draft discovery protocol revisions; | 914 |
| 06/05/15 | EC | 0.20 | Prepare for 30b6 deposition of Capital One; | 915 |
| 06/05/15 | EC | 0.20 | Review discovery responses to determine what more needs to be produced; | 916 |
| 06/05/15 | EC | 0.20 | Draft stipulation for Capital One's approval re: voluminous documents; | 917 |
| 06/05/15 | EC | 5.30 | Prepare for 30b6 deposition of Capital One re: Asset Purchase Agreement; | 918 |
| 06/05/15 | EC | 0.20 | Strategy conference with Casey Pitts re: MDL filing; | 919 |
| 06/05/15 | MR | 0.60 | Review and respond to emails re status conference statement, outstanding discovery (.2); review MDL draft (.1); emails re MDL filing (.1); review Lindgren discovery responses (.2) | 966 |
| 06/05/15 | PCP | 0.20 | Strategy conference re: litigation; | 978 |
| 06/07/15 | EC | 0.20 | Research ▮▮▮▮▮▮▮ and exchange email re: competing case and first to file; | 920 |
| 06/07/15 | EC | 2.90 | Prepare for 30b6 deposition of Capital One re: successor in interest; | 921 |
| 06/07/15 | EC | 2.20 | Revise MDL motion and brief; | 922 |
| 06/07/15 | MR | 0.40 | Research; memo to Eve Cervantez re: first-to-file rule; e-mails re: same (.4) | 967 |
| 06/08/15 | EC | 1.70 | Revise MDL brief; | 923 |
| 06/08/15 | EC | 3.50 | Meet with Azra Medhi to prepare for deposition; | 924 |
| 06/08/15 | EC | 3.20 | Prepare for 30b6 deposition of Capital One; | 925 |
| 06/08/15 | MR | 0.70 | E-mails re: Capital One, upcoming depositions (.2); review new documents (1.) (.2); e-mail re: revising joint case management conference statement (.1); review order continuing case management conference (.1) | 968 |
| 06/08/15 | PCP | 3.00 | Draft MDL motion to transfer proceedings; | 979 |
| 06/09/15 | EC | 6.30 | Travel to Virginia for Capital One deposition; prepare for deposition en route; | 926 |
| 06/09/15 | EC | 0.30 | Review new documents from Capital One; prepare deposition questions re: same; | 927 |
| 06/09/15 | MR | 0.30 | Review MDL filings (.3) | 969 |
| 06/09/15 | PCP | 3.50 | Revise and file MDL motion to transfer; | 980 |
| 06/09/15 | PCP | 0.10 | Strategy conference re: same; | 981 |
| 06/10/15 | EC | 10.50 | Take Capital One 30b6 deposition and return to SF (no charge for time en route working on other cases); | 928 |
| 06/10/15 | MR | 0.10 | E-mails re: data (.1) | 970 |
| 06/10/15 | PCP | 0.30 | Serve MDL motion to transfer; | 982 |
| 06/11/15 | EC | 0.30 | Draft response to Capital One counsel's email re: motion for summary judgment; | 929 |
| 06/11/15 | MR | 0.20 | Review correspondence with Capital One re: discovery, summary judgment issues (.2) | 971 |
| 06/12/15 | EC | 0.50 | Review and analyze defendants' opposition brief re: confidentiality; | 930 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 06/12/15 | MR | 1.50 | Review deposition transcript; e-mails re: Capital One; review Capital One 's summary judgment meet and confer letter (.9); review HSBC brief re: confidentiality (.4); review Capital One outbound call policy (.2) | 972 |
| 06/13/15 | MR | 0.20 | E-mail from Capital One re: summary judgment, discovery (.2) | 973 |
| 06/14/15 | EC | 0.20 | Review email from Hunter Eley and exchange email with co-counsel re: same; | 931 |
| 06/14/15 | MR | 0.80 | E-mails re: Capital One (.1); annotate HSBC confidentially brief (.7) | 974 |
| 06/15/15 | EC | 0.20 | Strategy conference with law clerk re: successor in interest legal research needed; | 932 |
| 06/15/15 | EC | 0.40 | Research successor in interest issues and exchange email with Azra Medhi re: same; | 933 |
| 06/15/15 | EC | 0.40 | Strategy conference with Michael Rubin and Casey Pitts re: Capital One liability for call recording, reply brief re: confidentiality; | 934 |
| 06/15/15 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: new consent for recording document; | 935 |
| 06/15/15 | EC | 0.50 | Telephone conference with Elizabeth Arleo re: call recording document from Capital One, strategy for Capital One, discovery issues; | 936 |
| 06/15/15 | EC | 0.20 | Follow up with Hunter Eley re: summary judgment; | 937 |
| 06/15/15 | EC | 0.50 | Telephone conference with Hunter Eley re: potential dismissal of direct liability claims based on call recording documentation; | 938 |
| 06/15/15 | EC | 0.30 | Review and analyze memo re: ██████████; | 939 |
| 06/15/15 | EC | 0.30 | Review and analyze call recording disclosure documents; | 940 |
| 06/15/15 | EC | 0.80 | Draft response to Hunter Eley re: dismissal of claims and memo to co-counsel re: same and telephone conference with Hunter; | 941 |
| 06/15/15 | MR | 0.60 | Conference with Cervantez, Pitts, re Capital One summary judgment, discovery, and negotiations, HSBC briefing re confidentiality (.4); review discovery responses, emails re auto-dialer logs (.2) | 975 |
| 06/15/15 | PCP | 0.40 | Strategy conference re: potential summary judgment motion by Capital One; | 983 |
| 06/15/15 | L/C | 0.20 | Law Clerk: Strategy session with Eve Cervantez re: case background and assignment; | 1010 |
| 06/15/15 | L/C | 2.80 | Conduct legal research re: d██████████; | 1011 |
| 06/15/15 | L/C | 2.00 | Draft memorandum re: ██████████; | 1012 |
| 06/16/15 | EC | 0.20 | Exchange email with opposing counsel and co-counsel re: dismissal of Lindgren direct liability claims against Capital One; | 942 |
| 06/16/15 | MR | 0.40 | Review chart re discovery responses (.2); emails re communications with Capital One attorney (.2) | 976 |
| 06/17/15 | MR | 0.10 | Emails re Capital One (.1) | 977 |
| 06/18/15 | EC | 0.60 | Telephone conference with AB Data and Elizabeth Arleo re: data in document from Capital One and data matching to find recordings; review monitoring report chart; | 943 |
| 06/18/15 | EC | 0.20 | Telephone conference with MDL clerk and oversee preparation and filing of courtesy copies; | 944 |
| 06/19/15 | EC | 0.20 | Exchange email with co-counsel and opposing counsel re: HSBC deposition dates; | 945 |
| 06/21/15 | PCP | 0.80 | Draft reply in support of motion re confidentiality; | 984 |
| 06/22/15 | EC | 1.70 | Research and draft reply brief re: confidentiality; | 946 |
| 06/22/15 | L/C | 1.80 | Law Clerk: Legal research re: reply brief re confidentiality; | 960 |
| 06/22/15 | L/C | 0.20 | Draft email re: reply brief; | 961 |
| 06/23/15 | EC | 0.20 | Strategy conference with Michael Rubin re: reply brief re: confidentiality; | 947 |
| 06/23/15 | EC | 8.00 | Draft reply brief re: confidentiality; | 948 |
| 06/23/15 | L/C | 0.10 | Law Clerk: Legal research re: reply brief; | 962 |
| 06/23/15 | MR | 0.70 | Emails and conference with Cervantez re Confidentiality briefing, structure and issues; research re same; review briefs (.4) (.2); review MDL notice (.1) | 997 |
| 06/24/15 | EC | 3.40 | Draft reply brief re: confidentiality; | 949 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 06/24/15 | MR | 4.60 | Conferences with Cervantez; edit reply brief re confidentiality; review prior briefs (.5) (.3) (3.6); review Capital One declaration and request for dismissal (.2) | 998 |
| 06/25/15 | EC | 2.70 | Draft reply brief re: confidentiality; | 950 |
| 06/25/15 | MR | 1.20 | Edit reply brief re confidentiality; conference with Cervantez re same (.3) (.9) | 999 |
| 06/25/15 | P/L | 2.30 | Litigation Assistant: Cite check confidentiality reply brief; | 1009 |
| 06/26/15 | EC | 0.20 | Strategy conference with Casey Pitts re: confidentiality brief and timing on discovery and depositions; | 951 |
| 06/26/15 | EC | 1.00 | Revise and finalize reply brief re: confidentiality; oversee filing; | 952 |
| 06/26/15 | EC | 0.30 | Review declaration from Capital One re: recording disclosure after May 1 2012 and exchange email with co-counsel re: dismissal pursuant to FRCP 41; | 953 |
| 06/26/15 | EC | 0.30 | Revise joint discovery protocol and exchange email with co-counsel re: same; | 954 |
| 06/26/15 | EC | 0.20 | Exchange email with co-counsel re: data analysis and exposure; | 955 |
| 06/26/15 | PCP | 0.50 | Draft reply brief re: confidentiality element of claim; | 986 |
| 06/26/15 | PCP | 0.20 | Strategy conference re: same; | 987 |
| 06/26/15 | PCP | 0.10 | Draft stipulation re: coordination of discovery; | 988 |
| 06/26/15 | MR | 1.10 | Review final edits, final draft (.4); review e-mails re: dismissal (.3); e-mails re: discovery stipulation; review drafts (.2) (.2) | 1000 |
| 06/29/15 | EC | 0.20 | Telephone conference with Azra Medhi re: dismissal of Capital One and Successor In Interest Depositions; | 956 |
| 06/29/15 | EC | 0.40 | Exchange emails re: depositions and deposition dates; review deposition notices; | 957 |
| 06/30/15 | EC | 0.20 | Exchange email with co-counsel re: deposition scheduling; | 958 |
| 06/30/15 | EC | 0.60 | Telephone conference with Elizabeth Arleo re: discovery strategy and tasks for moving cases forward; | 959 |
| 07/01/15 | EC | 0.20 | Draft response to Capital One counsel re: dismissal of Capital One; | 989 |
| 07/01/15 | EC | 0.40 | Telephone conference with Elizabeth Arleo re: missing documents and deposition scheduling; assist with joint discovery draft; | 990 |
| 07/01/15 | EC | 0.20 | Exchange email with cocounsel re: dismissal of Capital One direct claims; | 991 |
| 07/01/15 | EC | 1.80 | Review opposition briefs re: MDL transfer; research re: same and settlement of competing class action; telephone conference with Elizabeth Arleo re: same; exchange email with co-counsel re: strategy re: same; | 992 |
| 07/01/15 | EC | 0.40 | Draft email to opposing counsel re: deposition scheduling and document production; | 993 |
| 07/01/15 | MR | 0.70 | E-mails with Eve Cervantez, Elizabeth Arleo re: Medeiros settlement, MDL issues, Lindgren dismissal (.7) | 1097 |
| 07/02/15 | JD | 1.50 | Strategy conferences re: situation with S.D. Cal. case/settlement and re: legal research to respond to same; | 994 |
| 07/02/15 | JD | 0.40 | Legal research re: intervening in S.D. Cal. to oppose preliminary approval of settlement; | 996 |
| 07/02/15 | L/C | 1.00 | Law Clerk: Strategy conference re: motion to intervene; | 1001 |
| 07/02/15 | EC | 0.50 | Strategy conference with Michael Rubin re: settlement in Medeiros and next steps; | 1025 |
| 07/02/15 | EC | 0.30 | Telephone conference with Azra Medhi re: next steps; | 1026 |
| 07/02/15 | EC | 0.70 | Telephone conference with Elizabeth Arleo re: next steps, discovery, MDL; | 1027 |
| 07/02/15 | EC | 0.30 | Strategy conferences with Joe Landry re: MDL research needed and MDL research found by Joe; | 1028 |
| 07/02/15 | EC | 1.10 | Draft memos re: next steps and strategy re: Medeiros settlement; | 1029 |
| 07/02/15 | EC | 0.10 | Revise and send email to HSBC counsel re: deposition scheduling; | 1030 |
| 07/02/15 | EC | 1.00 | Strategy conference with Jeff Demain, Zarah, Harold re: motion to intervene, opposition to motion to stay, and research needed; | 1031 |
| 07/02/15 | EC | 0.30 | Revise joint discovery report re: Capital One; | 1032 |
| 07/02/15 | EC | 0.20 | Draft task list; | 1033 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 07/02/15 | EC | 0.30 | Revise joint motion and stipulation to dismiss Capital One direct liability claims; | 1034 |
| 07/02/15 | EC | 2.20 | Draft MDL reply brief; | 1035 |
| 07/02/15 | MR | 2.50 | Review and edit draft discovery letter (.2); review MDL filings; review stay email; research and conduct strategy conference re Medeiros settlement; voice mails with Rao, Strickland; emails with Strickland, co-counsel (1.6) (.7) | 1098 |
| 07/02/15 | L/C | 1.00 | Law Clerk: Strategy conference re: Motion to Intervene and Opposition to Proposed Settlement; | 1170 |
| 07/02/15 | L/C | 0.30 | Law Clerk: Meet with Eve to discuss research on MDL transfers where there is a pending settlement; | 1238 |
| 07/02/15 | L/C | 5.40 | Research re: MDL Transfer Despite Pending Settlement; | 1239 |
| 07/03/15 | EC | 0.50 | Revise Joint Discovery Conference Statement with HSBC Defendants; | 1036 |
| 07/06/15 | JD | 0.50 | Review briefs on MDL motion; | 1002 |
| 07/06/15 | JD | 0.80 | Review, analyze, and edit reply brief in support of same; | 1003 |
| 07/06/15 | JD | 0.20 | Strategy conferences re: same; (cp) | 1004 |
| 07/06/15 | JD | 0.20 | Exchange e-mail re: legal research assignment re: motion to intervene in Southern District case; | 1005 |
| 07/06/15 | JD | 0.70 | Draft declaration in support of MDL motion; | 1006 |
| 07/06/15 | L/C | 0.20 | Law Clerk: Review oppositions to motion for transfer; | 1013 |
| 07/06/15 | L/C | 0.80 | Legal research re: motion to intervene; | 1014 |
| 07/06/15 | MR | 1.00 | E-mails re: MDL, notice of MDL etc. (.3); edit reply in support of MDL; e-mails re: same and re: Elizabeth Arleo's suggestions (.7) | 1099 |
| 07/06/15 | L/C | 1.50 | Law Clerk: Research re: MDL Transfer Despite Pending Settlement; | 1240 |
| 07/06/15 | L/C | 1.50 | Review MDL transfer motion draft and suggest edits; | 1241 |
| 07/06/15 | PCP | 3.30 | Draft reply in support of MDL motion to transfer; | 1243 |
| 07/06/15 | PCP | 0.20 | Strategy conference re: MDL reply brief; | 1244 |
| 07/06/15 | PCP | 0.50 | Draft notice of related action; | 1245 |
| 07/06/15 | PCP | 0.40 | Draft declaration in support of notice of related action; | 1246 |
| 07/07/15 | L/C | 0.80 | Law Clerk: Strategy conference re: motion to intervene; | 1015 |
| 07/07/15 | L/C | 0.30 | Telephone conference re: motion to intervene; | 1016 |
| 07/07/15 | L/C | 6.30 | Legal research re: motion to intervene; | 1017 |
| 07/07/15 | JD | 0.50 | Review and edit reply brief in support of MDL transfer; | 1057 |
| 07/07/15 | JD | 0.10 | Strategy conference re: same; (cp) | 1058 |
| 07/07/15 | JD | 0.20 | Strategy conferences re: legal research for intervention motion; (hl) | 1059 |
| 07/07/15 | JD | 0.20 | Exchange e-mail re: exemplars for motion to intervene and motion to transfer venue; | 1060 |
| 07/07/15 | JD | 0.20 | Strategy conference re: motion to transfer venue; (hl = 0.1; hl, cp & mr = 0.1) | 1061 |
| 07/07/15 | L/C | 0.30 | Law Clerk: Review notes in preparation for legal research; | 1171 |
| 07/07/15 | L/C | 0.30 | Law Clerk: Strategy conference re: motion to intervene; | 1172 |
| 07/07/15 | L/C | 1.60 | Legal research re: intervention to oppose preliminary settlement in a class action; | 1173 |
| 07/07/15 | PCP | 0.20 | Telephone conference with Azra re: MDL reply brief; | 1247 |
| 07/07/15 | PCP | 0.10 | Strategy conference re: same; | 1248 |
| 07/07/15 | PCP | 0.50 | Draft notice of related case; | 1249 |
| 07/07/15 | PCP | 2.60 | Draft MDL reply brief; | 1250 |
| 07/07/15 | PCP | 0.10 | Strategy conference re: motion to transfer; | 1251 |
| 07/08/15 | L/C | 0.90 | Law Clerk: Review pleadings; | 1018 |
| 07/08/15 | L/C | 2.10 | Draft motion to intervene and transfer; | 1019 |
| 07/08/15 | L/C | 1.10 | Legal research re: motion to intervene and transfer; | 1020 |
| 07/08/15 | JD | 0.30 | Strategy conferences re: revising MDL reply brief and supporting declaration to reflect disclosure of Medeiros settlement agreement; (cp) | 1062 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 07/08/15 | JD | 0.50 | Revise same; | 1063 |
| 07/08/15 | JD | 0.10 | Draft e-mail re: motion to intervene in Medeiros; | 1064 |
| 07/08/15 | MR | 1.40 | Review drafts; review settlement agreement; emails re strategy (.6) (.3); review consent to dismiss (.1); memo to co-counsel re settlement and intervention issues and considerations (.4) | 1100 |
| 07/08/15 | L/C | 0.60 | Law Clerk: HSBC legal research intervention to oppose preliminary injunction; | 1174 |
| 07/08/15 | P/L | 0.80 | Paralegal: Cite Check for HSBC Multi District Litigation Motion | 1219 |
| 07/08/15 | PCP | 2.30 | Revise and file MDL reply brief; | 1252 |
| 07/09/15 | L/C | 1.00 | Law Clerk: Strategy conference re: motion to intervene; | 1021 |
| 07/09/15 | L/C | 0.50 | Telephone conference with Elizabeth Arleo re: motion to intervene; | 1022 |
| 07/09/15 | L/C | 2.30 | Legal research re: motion to intervene; | 1023 |
| 07/09/15 | L/C | 3.30 | Draft motion to intervene; | 1024 |
| 07/09/15 | EC | 0.40 | Exchange email with co-counsel re: Medeiros settlement, motion to intervene, opposing preliminary approval of settlement; | 1037 |
| 07/09/15 | JD | 0.70 | Strategy conference re: intervention in Medeiros; (mr, cp, hl, & zr) | 1065 |
| 07/09/15 | JD | 0.70 | Legal research re: Southern District of California motion procedures; | 1066 |
| 07/09/15 | JD | 0.50 | Telephone conference with Elizabeth Arleo re: same; | 1067 |
| 07/09/15 | JD | 0.10 | Review e-mail re: same; | 1068 |
| 07/09/15 | MR | 2.00 | Prepare for and conduct conferences re intervention and related issues; research and emails re same (1.0) (.3) (.5) (.2) | 1101 |
| 07/09/15 | L/C | 1.50 | Law Clerk: Strategy conference re: motion to intervene in S.D. cal; | 1175 |
| 07/09/15 | L/C | 4.20 | Legal Research for Motion to Intervene re: intervention to oppose preliminary settlement; | 1176 |
| 07/09/15 | L/C | 0.70 | Telephone conference with Elizabeth Arleo re: Motion to Intervene; | 1177 |
| 07/09/15 | L/C | 1.20 | Draft motion to intervene section re: impairment of interest; | 1178 |
| 07/09/15 | PCP | 1.00 | Strategy conference re: Medeiros settlement; | 1253 |
| 07/09/15 | PCP | 0.20 | Draft email to Arjun Rao; | 1254 |
| 07/09/15 | PCP | 0.50 | Telephone conference with Elizabeth Arleo re: status conference statement; | 1255 |
| 07/10/15 | EC | 0.30 | Review and revise draft joint status conference report; | 1038 |
| 07/10/15 | L/C | 0.20 | Law Clerk: Strategy conference re: motion to intervene; | 1049 |
| 07/10/15 | L/C | 7.00 | Draft motion to intervene; | 1050 |
| 07/10/15 | L/C | 0.80 | Legal research re: motion to intervene; | 1051 |
| 07/10/15 | MR | 3.60 | Review Medeiros settlement agreement, attachments, motion for preliminary approval; prepare memo re same; review Arleo's procedural insert; emails re same; conference with Demain re drafting, intervention issues (2.1) (1.0) (.5) | 1102 |
| 07/10/15 | MR | 2.40 | Prepare memo re: settlement agreement (2.4) | 1103 |
| 07/10/15 | L/C | 0.50 | Law Clerk: Strategy conference re: Motion to Intervene and impairment of interest case law; | 1179 |
| 07/10/15 | L/C | 3.10 | Legal research re: timeliness and impairment of interest for motion to intervene; | 1180 |
| 07/10/15 | L/C | 4.40 | Draft Motion to Intervene sections on timeliness and impairment of interest sections; | 1181 |
| 07/10/15 | PCP | 0.20 | Strategy conference re: intervention; | 1256 |
| 07/10/15 | PCP | 0.70 | Draft status conference statement; | 1257 |
| 07/11/15 | MR | 1.50 | Research and draft memo re: flaws in Medeiros settlement; e-mails with Eve Cervantez (1.2); review and edit draft joint status conference statement (.3) | 1104 |
| 07/12/15 | EC | 1.50 | Review and analyze Medeiros settlement documents and Michael Rubin memo re: same; | 1039 |
| 07/12/15 | EC | 0.70 | Revise Joint Case Management Conference Statement; | 1040 |
| 07/12/15 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: class member identification; | 1041 |
| 07/12/15 | MR | 0.80 | Edit joint status conference statement; e-mails re: same (.2) (.6) | 1105 |
| 07/12/15 | PCP | 0.40 | Draft status conference statement; | 1258 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 07/12/15 | PCP | 1.20 | Draft proposed complaint in intervention; | 1259 |
| 07/12/15 | PCP | 0.20 | Research re: proposed settlement; | 1260 |
| 07/13/15 | EC | 0.30 | Strategy conference with Michael Rubin re: Medeiros settlement problems, meet and confer; | 1042 |
| 07/13/15 | EC | 0.20 | Telephone conference with Elizabeth Arleo and Michael Rubin re: preparation for call with HSBC counsel; | 1043 |
| 07/13/15 | EC | 0.80 | Revise draft joint report and exchange email with Michael Rubin re: revisions needed to same; | 1044 |
| 07/13/15 | EC | 0.40 | Telephone conference with Julia Strickland, Arjun Rao, Hunter Eley, Michael Rubin, Elizabeth Arleo re: stay and settlement possibility; | 1045 |
| 07/13/15 | EC | 0.10 | Call Medeiros plaintiffs' counsel; | 1046 |
| 07/13/15 | EC | 0.20 | Review motion for stay; | 1047 |
| 07/13/15 | EC | 1.20 | Review motion to intervene and draft memo re: revisions needed; | 1048 |
| 07/13/15 | L/C | 0.20 | Law Clerk: Telephone conference re: motion to intervene; | 1052 |
| 07/13/15 | L/C | 3.70 | Draft motion to intervene; | 1053 |
| 07/13/15 | L/C | 3.10 | Legal research re: motion to intervene; | 1054 |
| 07/13/15 | JD | 0.20 | Review e-mail re: status conference statement and re: addressing Medeiros settlement; | 1069 |
| 07/13/15 | JD | 0.40 | Review Michael Rubin's summary of defects in Medeiros settlement; | 1070 |
| 07/13/15 | JD | 0.10 | Draft e-mail to co-counsel re: same; | 1071 |
| 07/13/15 | JD | 0.10 | Exchange e-mail re: draft of motion to intervene in Medeiros; | 1072 |
| 07/13/15 | MR | 2.90 | Edit Joint Status Conference Statement; emails with defense counsel re stay, related issues; strategy conference with Cervantez; revise memo and respond to emails re Medeiros settlement memo; prepare for and conduct conference call with defense counsel; strategy conferences and emails with co-counsel re intervention and next steps (1.6) (.7) (.3); voice mails and emails with Medeiros counsel (.3) | 1106 |
| 07/13/15 | L/C | 6.30 | Law Clerk: Draft motion to intervene; | 1182 |
| 07/13/15 | L/C | 0.50 | Strategy conference re: motion to intervene; | 1183 |
| 07/13/15 | PCP | 0.30 | Strategy conference re: Medeiros; | 1261 |
| 07/14/15 | EC | 0.20 | Strategy conference with Jeff Demain re: motion to intervene; | 1073 |
| 07/14/15 | EC | 1.00 | Review motion to stay, draft motion to intervene, revise memo re: deficiencies in settlement; | 1074 |
| 07/14/15 | EC | 0.50 | Team meeting re: motion to intervene and opposition to motion to stay; | 1075 |
| 07/14/15 | EC | 0.30 | Exchange email with team re: strategy and motions going forward; logistics; | 1076 |
| 07/14/15 | EC | 0.90 | Telephone conference with Michael Rubin, Josh Swygart, Abbas; pre-call with Michael; post call with Elizabeth Arleo; | 1077 |
| 07/14/15 | EC | 0.30 | Telephone conference with Abbas and Michael Rubin and exchange email with co-counsel re: same; | 1078 |
| 07/14/15 | L/C | 0.20 | Law Clerk: Legal research re: motion to intervene; | 1084 |
| 07/14/15 | L/C | 0.60 | Strategy conference re: motion to intervene; | 1085 |
| 07/14/15 | L/C | 0.20 | Draft motion to intervene; | 1086 |
| 07/14/15 | L/C | 4.20 | Legal research re: opposition to stay; | 1087 |
| 07/14/15 | L/C | 0.30 | Review defendants' motion to stay; | 1088 |
| 07/14/15 | JD | 0.10 | Review e-mail re: pending motions; | 1089 |
| 07/14/15 | JD | 0.60 | Strategy conferences re: motion to intervene and opposition to motion to stay Central District cases; (ec = 0.1) (ec, mr, cp, hl, & zr = 0.6) (0.2 = hl) | 1090 |
| 07/14/15 | JD | 3.40 | Review, analyze, and edit intervention motion and supporting papers; | 1091 |
| 07/14/15 | JD | 0.20 | Review motion to stay Central District cases; | 1092 |
| 07/14/15 | JD | 3.10 | Draft ex parte application to shorten time and supporting papers; | 1093 |

12.11.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 07/14/15 | MR | 9.10 | Review stay motion and related pleadings; review draft intervention motion; emails re same (.8); conference with co-counsel, edit briefs; research re opposition to stay (.7); edit intervention and stay opposition drafts; telephone conferences and emails with Medeiros counsel; further edits and emails re filings (2.5) (1.8) (.8) (.3) (2.2) | 1107 |
| 07/14/15 | L/C | 0.70 | Law Clerk: Strategy conference re: Motion to Intervene and Opposition to Motion to Stay; | 1184 |
| 07/14/15 | L/C | 0.40 | HSBC legal research intervention to oppose preliminary injunction; | 1185 |
| 07/14/15 | PCP | 0.60 | Strategy conference re: Medeiros; | 1262 |
| 07/15/15 | EC | 0.50 | Review information on Medeiros counsel's other settlements; | 1079 |
| 07/15/15 | EC | 0.50 | Revise joint case management conference statement; strategy conference with Casey Pitts re: same; exchange email with opposing counsel re: same; | 1080 |
| 07/15/15 | EC | 2.50 | Revise motion to intervene; | 1081 |
| 07/15/15 | EC | 0.20 | Review and Revise NOL to accompany Joint Case Management Conference Statement; | 1082 |
| 07/15/15 | EC | 2.20 | Revise motion to intervene and opposition to motion to stay; | 1083 |
| 07/15/15 | JD | 0.50 | Review and edit draft of intervention brief; | 1094 |
| 07/15/15 | JD | 0.40 | Review, analyze, and edit opposition to motion to stay in Central District cases; | 1096 |
| 07/15/15 | MR | 6.20 | Research and draft opposition to stay; conferences with summer associate re same and re research; edit ex parte filing, edit intervention filings; emails and conferences with co-counsel re same; voice mail for defense counsel (.2) (2.0) (1.1) (.9) (.8); review edits to opposition to stay, edits to Joint Status Conference Statement; revise opposition to stay in light of defense counsel's position; emails to co-counsel re same (.7); review edits and further revisions to Joint Status Conference Statement; emails re same (.4) | 1108 |
| 07/15/15 | L/C | 0.60 | Law Clerk: Review draft of motion to intervene; | 1121 |
| 07/15/15 | L/C | 2.80 | Legal research re: opposition to stay; | 1122 |
| 07/15/15 | L/C | 0.60 | Review draft of opposition to stay; | 1123 |
| 07/15/15 | PCP | 2.20 | Draft joint status conference statement; | 1264 |
| 07/15/15 | PCP | 0.10 | Strategy conference re: same; | 1265 |
| 07/15/15 | PCP | 0.30 | Draft notice of lodging; | 1266 |
| 07/15/15 | P/L | 2.80 | Paralegal: Performed cite check on Notice of Lodging and corresponded and coordinated with Elizabeth Arleo re exhibits for Notice of Lodging | 1273 |
| 07/16/15 | EC | 8.20 | Revise and finalize complaint in intervention, ex parte motion to shorten time and all supporting documents, motion to intervene and all supporting documents; strategy conferences with Casey Pitts and Michael Rubin re: same; | 1109 |
| 07/16/15 | L/C | 0.30 | Law Clerk: Legal research re: opposition to stay; | 1124 |
| 07/16/15 | JD | 0.20 | Strategy conferences re: opposition to motion to stay; (cp = 0.1) (mr = 0.1) | 1128 |
| 07/16/15 | JD | 0.50 | Final proofread of opposition to motion to stay; | 1129 |
| 07/16/15 | MR | 2.50 | Review final version of joint status conference statement; edit stay papers, intervention and ex parte papers; review court order; conferences with co-counsel; emails with co-counsel re arguments and filings; review and edit draft complaint in intervention (.2) (.7) (.1) (1.0) (.5) | 1160 |
| 07/16/15 | P/L | 2.20 | Litigation Assistant: Cite check ex parte application to shorten time and Arleo declaration; | 1218 |
| 07/16/15 | PCP | 0.30 | Strategy conference re: joint status conference statement; | 1267 |
| 07/16/15 | PCP | 0.20 | Draft and file notice of lodging; | 1268 |
| 07/16/15 | PCP | 0.20 | Strategy conference re: motion to intervene in Medeiros; | 1269 |
| 07/16/15 | PCP | 1.10 | Draft and file motion to intervene in Medeiros; | 1270 |
| 07/16/15 | PCP | 0.50 | Draft proposed order granting motion to intervene; | 1271 |
| 07/16/15 | P/L | 4.30 | Paralegal: Performed cite check and created exhibits for MPA ISO Motion to Intervene and Declaration of Elizabeth Arleo ISO of Motion to Intervene | 1274 |
| 07/19/15 | EC | 0.10 | Revise motion to stay; | 1110 |

1211.001 Fee Detail Through 05.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 07/19/15 | EC | 0.10 | Follow up on motion to transfer; | 1111 |
| 07/20/15 | EC | 4.00 | Revise and finalize for filing opposition to motion to stay and Cervantez declaration in support; | 1112 |
| 07/20/15 | L/C | 0.30 | Law Clerk: Draft motion to transfer; | 1125 |
| 07/20/15 | MR | 1.90 | Review Friday filings; edit opposition to motion for stay (.6) (.6) (.3); strategy conferences and emails with co-counsel re next steps (.4) | 1161 |
| 07/20/15 | L/C | 0.30 | Law Clerk: Strategy conference re: assignment re: legal research for opposition to settlement; | 1186 |
| 07/20/15 | L/C | 0.50 | Legal research re: standard for disapproving proposed settlements; | 1187 |
| 07/20/15 | P/L | 0.40 | Paralegal: Completed HSBC cite check and editing declaration of Eve Cervantez ISO Motion for Opposition to Motion to Stay | 1276 |
| 07/21/15 | L/C | 0.40 | Law Clerk: Draft motion to transfer; | 1126 |
| 07/21/15 | MR | 0.60 | Review MDL filing; emails re same; review final version of opposition to stay (.6) | 1162 |
| 07/22/15 | EC | 0.50 | Review and analyze Medeiros plaintiffs' opposition to ex parte motion for order shortening time; | 1113 |
| 07/22/15 | EC | 0.90 | Review and analyze ███████████████████████████ | 1114 |
| 07/22/15 | MR | 0.90 | Telephone conference with counsel re HSBC settlement of one of several pending cases; draft and review emails re same (.5); review Medeiros plaintiffs' opposition to motion to shorten time; research and emails re same (.4) | 1163 |
| 07/22/15 | L/C | 2.00 | Law Clerk: Legal research re: case law standard for disapproving settlements; | 1188 |
| 07/23/15 | EC | 0.70 | Legal research re: cases cited by Medeiros plaintiffs in opposition to ex parte motion for order shortening time; | 1115 |
| 07/23/15 | EC | 0.40 | Draft email memo re: next steps and research/writing needed; | 1116 |
| 07/23/15 | EC | 0.20 | Strategy conference with Harold Lee re: motion to transfer venue; | 1117 |
| 07/23/15 | EC | 0.10 | Strategy conference with team re: scheduling; | 1118 |
| 07/23/15 | EC | 0.30 | Telephone conference with Elizabeth Arleo re: AB data work in support of opposition to settlement; settlement prospects; | 1119 |
| 07/23/15 | EC | 0.80 | Revise motion to transfer; | 1120 |
| 07/23/15 | JD | 0.30 | Strategy conference re: pending motions; (mr, ec, & cp) | 1130 |
| 07/23/15 | L/C | 0.10 | Law Clerk: Strategy conference re: motion to transfer; | 1144 |
| 07/23/15 | L/C | 2.00 | Legal research re: motion to transfer; | 1145 |
| 07/23/15 | L/C | 3.60 | Draft motion to transfer; | 1146 |
| 07/23/15 | MR | 0.70 | Review NY case; emails re same; strategy conferences with Cervantez and co-counsel re intervention, timing, transfer, opposition (.4); strategy conferences re cases, upcoming briefs; research projects; review documents (.4) (.3) | 1164 |
| 07/23/15 | L/C | 2.20 | Law Clerk: Research re: case law cited in Opposition to Ex Parte Application; | 1189 |
| 07/23/15 | L/C | 3.50 | Draft section distinguishing case law of Reply to Opposition to Motion to Intervene; | 1190 |
| 07/23/15 | L/C | 0.60 | Legal research re: standard for disapproving proposed settlements; | 1191 |
| 07/23/15 | PCP | 0.30 | Strategy conference re: filing of reply in support of motion to intervene; | 1272 |
| 07/24/15 | EC | 0.40 | Conference call with AB Data and Elizabeth re: possible declaration and examination of autodialer logs; | 1131 |
| 07/24/15 | EC | 0.20 | Strategy conference with Michael Rubin re: AB data declaration; | 1132 |
| 07/24/15 | EC | 0.20 | Draft update memo; | 1133 |
| 07/24/15 | EC | 1.50 | Review HSBC defendants opposition to ex parte motion to shorten time; draft reply brief; exchange email with Michael Rubin re: same; | 1134 |
| 07/24/15 | L/C | 0.80 | Law Clerk: Legal research re: motion to transfer; | 1147 |
| 07/24/15 | L/C | 3.60 | Draft motion to transfer; | 1148 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 07/24/15 | MR | 0.40 | Conference with Cervantez re AB Data, potential declaration, status of research and briefing; review article re challenges to class action settlements (.4) | 1318 |
| 07/24/15 | MR | 0.60 | Review Cervantez memo to co-counsel re developments and potential AB Data declaration (.2); review HSBC opposition; email re same and re contents of proposed reply (.4) | 1165 |
| 07/24/15 | L/C | 2.20 | Law Clerk: Legal research re: opposition to settlement; | 1192 |
| 07/25/15 | EC | 2.00 | Research, review, and revise motion to transfer; | 1135 |
| 07/26/15 | EC | 1.30 | Revise motion to transfer; | 1136 |
| 07/27/15 | EC | 0.30 | Review reply brief iso stay and exchange email with Michael Rubin re: responses to same; | 1137 |
| 07/27/15 | L/C | 3.80 | Law Clerk: Revise motion to transfer; | 1149 |
| 07/27/15 | JD | 0.10 | Review e-mail; | 1154 |
| 07/27/15 | MR | 1.60 | Review law clerk memo re cases cited by Medeiros plaintiffs (.2); review and edit draft motion and brief in support of motion to transfer; email to co-counsel re same and re timing of submission (1.4) | 1166 |
| 07/28/15 | EC | 0.30 | Review Medeiros court order denying ex parte motion; review proposed notice of same to Judge Selna; exchange email re: same; | 1138 |
| 07/28/15 | MR | 1.10 | Review reply in support of stay; emails with co-counsel re research tasks, strategy; review Judge Sammartino's order; emails re same (.4); emails re lodging, oral argument (.3); edit and file Notice of Ruling; emails re same (.4) | 1167 |
| 07/28/15 | L/C | 2.90 | Law Clerk: Draft Opposition to Settlement; | 1193 |
| 07/28/15 | L/C | 3.50 | Legal research for opposition to settlement; | 1194 |
| 07/29/15 | L/C | 0.30 | Law Clerk: Legal research re: opposition to stay; | 1150 |
| 07/29/15 | MR | 0.80 | Review emails re data fields, experts (.2); emails re opposition to preliminary settlement approval (.3); emails re cases cited by plaintiffs (.2); emails re declaration from AB Data (.1) | 1168 |
| 07/29/15 | L/C | 4.50 | Draft Opposition to Settlement; | 1196 |
| 07/29/15 | L/C | 3.10 | Legal research for Opposition to Settlement; | 1197 |
| 07/30/15 | L/C | 4.10 | Law Clerk: Legal research re: opposition to stay; | 1151 |
| 07/30/15 | L/C | 0.40 | Review plaintiffs' opposition to motion to intervene; | 1152 |
| 07/30/15 | L/C | 4.50 | Law Clerk: Draft Opposition to Settlement; | 1198 |
| 07/30/15 | L/C | 0.70 | Review documents in preparation for Draft Opposition to Settlement; | 1199 |
| 07/30/15 | L/C | 1.40 | Legal Research for Opposition to Proposed Settlement; | 1200 |
| 07/31/15 | EC | 1.00 | Review oppositions to motion to intervene filed by Medeiros plaintiffs and HSBC and our draft replies; | 1139 |
| 07/31/15 | JD | 1.00 | Review briefs on motion to intervene, for drafting reply brief; | 1155 |
| 07/31/15 | JD | 1.20 | Strategy conference re: same and re: reply brief; (mr & zr = 0.9; ec & zr = 0.3) | 1156 |
| 07/31/15 | JD | 1.90 | Draft reply in support of motion to intervene; | 1157 |
| 07/31/15 | MR | 2.40 | Review two opposition briefs; research, prepare memo re reply in support of intervention; emails re same; review draft (.3) (.8) (.5); conferences with co-counsel re reply in support of intervention (.8) | 1169 |
| 07/31/15 | L/C | 1.40 | Law Clerk: Draft Reply to Opposition to Intervention; | 1201 |
| 07/31/15 | L/C | 1.00 | Strategy conference re: Reply to Opposition to Intervention; | 1202 |
| 07/31/15 | L/C | 2.90 | Draft Opposition to Settlement; | 1204 |
| 08/02/15 | EC | 0.40 | Strategy conferences with Jeff Demain re: reply brief iso motion to intervene; | 1140 |
| 08/02/15 | EC | 3.50 | Draft reply brief iso motion to intervene; | 1141 |
| 08/02/15 | EC | 0.50 | Draft opposition to motion for preliminary settlement approval; | 1142 |
| 08/02/15 | EC | 0.30 | Draft email memo to co-counsel re: status and next steps; | 1143 |
| 08/02/15 | JD | 3.50 | Draft reply brief in support of motion to intervene; | 1158 |
| 08/02/15 | JD | 0.40 | Strategy conference re: same; (ec) | 1159 |
| 08/02/15 | L/C | 0.30 | Law Clerk: Review defendants' opposition to motion to intervene; | 1217 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 08/02/15 | MR | 1.00 | Emails re draft pleadings and contents of arguments; propose edits to opposition to preliminary approval (.6) (.4) | 1325 |
| 08/03/15 | EC | 0.50 | Strategy conference with Jeff Demain re: reply brief iso motion to intervene and supporting documents; | 1205 |
| 08/03/15 | EC | 0.20 | Exchange email re: work needed on opposition to settlement; | 1206 |
| 08/03/15 | EC | 0.20 | Exchange email re: work needed on motion to transfer under 1404; | 1207 |
| 08/03/15 | EC | 0.50 | Revise opposition to preliminary settlement approval; | 1208 |
| 08/03/15 | EC | 0.70 | Strategy conference with Zarah re: revisions needed to opposition to preliminary settlement approval; | 1209 |
| 08/03/15 | EC | 0.20 | Strategy conference with Jeff Demain re: reply brief iso motion to intervene; | 1210 |
| 08/03/15 | EC | 0.20 | Review memo on cases filed in support of stay motion; | 1211 |
| 08/03/15 | EC | 4.50 | Revise reply brief iso motion to intervene; | 1212 |
| 08/03/15 | EC | 0.50 | Edit expert declaration; | 1213 |
| 08/03/15 | EC | 0.20 | Exchange email with co-counsel re: reply brief iso motion to intervene and expert declaration; | 1214 |
| 08/03/15 | EC | 1.10 | Revise motion to transfer and exchange email with co-counsel re: same and logistics of Thursday filing; | 1215 |
| 08/03/15 | EC | 0.50 | Exchange email with co-counsel re: revisions needed to opposition to settlement and reply iso motion to intervene; | 1216 |
| 08/03/15 | L/C | 2.30 | Law Clerk: Legal research re: opposition to stay; | 1225 |
| 08/03/15 | L/C | 3.10 | Draft memo re: opposition to stay; | 1226 |
| 08/03/15 | L/C | 1.60 | Draft excerpts of reply to opposition to motion to intervene; | 1227 |
| 08/03/15 | L/C | 0.20 | Review co-counsel's edits to motion to transfer; | 1228 |
| 08/03/15 | L/C | 0.30 | Revise motion to transfer; | 1229 |
| 08/03/15 | JD | 4.00 | Research and draft reply in support of motion to intervene in Medeiros case; | 1233 |
| 08/03/15 | JD | 0.50 | Strategy conferences re: same; (ec = 0.6; ec + zr = 0.1) | 1234 |
| 08/03/15 | L/C | 3.50 | Law Clerk: Draft section distinguishing case law for Reply ISO Motion to Intervene; | 1307 |
| 08/03/15 | L/C | 4.60 | Draft Opposition to Settlement; | 1308 |
| 08/03/15 | L/C | 0.70 | Strategy conference re: revisions to Opposition to Motion for Preliminary Approval of Settlement; | 1309 |
| 08/03/15 | MR | 0.30 | Emails re upcoming filings (.3) | 1326 |
| 08/03/15 | P/L | 2.80 | Paralegal: Pulled dockets of settlement cases referenced in Medeiros Opposition to Intervenor's Motion (Docket 38) | 1336 |
| 08/04/15 | EC | 0.30 | Strategy conference with Jeff Demain re: revisions needed to motion to intervene; | 1220 |
| 08/04/15 | EC | 0.30 | Telephone conference with Elizabeth Arleo re: revisions needed to expert declaration; | 1393 |
| 08/04/15 | EC | 0.20 | Revise expert declaration and exchange email with Elizabeth Arleo re: same; | 1221 |
| 08/04/15 | EC | 0.20 | Revise opposition to motion to settle; | 1394 |
| 08/04/15 | EC | 1.20 | Revise reply brief iso motion to intervene; | 1222 |
| 08/04/15 | EC | 1.00 | Revise opposition to motion for preliminary approval; | 1223 |
| 08/04/15 | EC | 0.20 | Revise motion to transfer; | 1224 |
| 08/04/15 | L/C | 0.40 | Law Clerk: Legal research re: opposition to stay; | 1230 |
| 08/04/15 | L/C | 0.10 | Review opposition to preliminary approval; | 1231 |
| 08/04/15 | L/C | 0.80 | Strategy conference re: opposition to preliminary settlement approval; | 1232 |
| 08/04/15 | JD | 0.30 | Review e-mail re: reply in support of motion to intervene; | 1235 |
| 08/04/15 | JD | 1.90 | Edit same; | 1236 |
| 08/04/15 | JD | 0.30 | Strategy conference re: same; (ec) | 1237 |
| 08/04/15 | P/L | 1.00 | Litigation Assistant: Perform Cite Check; | 1242 |
| 08/04/15 | L/C | 2.40 | Law Clerk: Legal research re: CIPA settlements cited by Medeiros plaintiffs and defendants; | 1310 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 08/04/15 | L/C | 2.30 | Draft Opposition to Settlement; | 1311 |
| 08/04/15 | L/C | 1.90 | Legal research for Opposition to Settlement; | 1312 |
| 08/04/15 | MR | 0.40 | Emails re facts and legal arguments for upcoming briefing (.4) | 1327 |
| 08/04/15 | P/L | 1.90 | Paralegal: Performed cite check for intervenors Memorandum of Points and Authorities ISO Motion for Leave to Transfer | 1337 |
| 08/05/15 | L/C | 0.20 | Law Clerk: Telephone conference re: opposition to preliminary settlement; | 1277 |
| 08/05/15 | L/C | 0.20 | Telephone conference re: motion to transfer; | 1278 |
| 08/05/15 | JD | 2.60 | Edit reply in support of motion to intervene; | 1279 |
| 08/05/15 | JD | 0.30 | Strategy conference re: same; (ec) | 1280 |
| 08/05/15 | JD | 0.10 | Exchange e-mail with co-counsel re: same; | 1281 |
| 08/05/15 | JD | 0.30 | Review factual materials supporting same and exchange e-mail with co-counsel re: factual materials; | 1282 |
| 08/05/15 | JD | 3.80 | Review and edit opposition to motion for preliminary settlement approval; | 1283 |
| 08/05/15 | JD | 0.20 | Strategy conferences re: same; (ec = 0.1) (zr = 0.1) | 1284 |
| 08/05/15 | JD | 0.10 | Voice-mail message to, and exchange e-mail with, Elizabeth Arleo re: Verkhovskaya Declaration; | 1285 |
| 08/05/15 | JD | 0.40 | Review and edit Arleo reply declaration; | 1286 |
| 08/05/15 | JD | 0.20 | Telephone conferences with Elizabeth Arleo re: her declaration; | 1287 |
| 08/05/15 | JD | 0.10 | Draft e-mail to Elizabeth Arleo re: same; | 1288 |
| 08/05/15 | JD | 0.60 | Review and edit Verkhovskaya Declaration; | 1289 |
| 08/05/15 | EC | 0.30 | Strategy conference with Jeff Demain re: revisions needed to reply brief iso motion to intervene and supporting proposed motions; | 1290 |
| 08/05/15 | EC | 4.00 | Review, revise, and finalize reply brief iso motion to intervene and proposed motions to transfer and opposition to settlement approval and all supporting documents; | 1291 |
| 08/05/15 | EC | 0.70 | Revise reply brief in support of motion to intervene and supporting documents; | 1292 |
| 08/05/15 | L/C | 4.20 | Law Clerk: Revise Opposition to Settlement; | 1313 |
| 08/05/15 | MR | 1.30 | Review and edit drafts; emails re same (1.3) | 1328 |
| 08/05/15 | P/L | 2.70 | Paralegal: Cite check for Reply Memorandum of Points and Authorities in Support of Motion for Leave to Intervene | 1338 |
| 08/06/15 | EC | 1.70 | Revise proposed motion in opposition to settlement; telephone conference with Michael Rubin re: revisions needed to same; exchange email re: same; | 1293 |
| 08/06/15 | JD | 0.60 | Strategy conferences re: today's filings; (mr = 0.5) (ec = 0.1) | 1297 |
| 08/06/15 | JD | 0.30 | Exchange e-mail with co-counsel re: same; | 1298 |
| 08/06/15 | JD | 0.80 | Review and edit Arleo Reply Declaration; | 1299 |
| 08/06/15 | JD | 0.20 | Prepare declaration exhibits; | 1300 |
| 08/06/15 | JD | 0.30 | Review and analyze Verkhovskaya Declaration; | 1301 |
| 08/06/15 | JD | 0.10 | Telephone conference with Elizabeth Arleo re: same; | 1302 |
| 08/06/15 | JD | 1.90 | Finalize reply in support of motion for leave to intervene; | 1303 |
| 08/06/15 | JD | 3.90 | Review and edit opposition to motion for preliminary settlement approval; | 1304 |
| 08/06/15 | L/C | 0.20 | Law Clerk: Review Documents for Draft Opposition to Settlement; | 1314 |
| 08/06/15 | MR | 5.70 | Review drafts; emails re same; edit drafts (1.4); conferences with Demain re arguments, edits, filing (.2) (.4); edit opposition to preliminary approval; conferences with co-counsel re same (2.3) (.5); review and edit declarations (.4); edit reply in support of intervention; conferences re same (.5) | 1329 |
| 08/06/15 | P/L | 1.30 | Paralegal: Cite check for Reply Memorandum of Points and Authorities in Support of Motion for Leave to Intervene | 1339 |
| 08/06/15 | PCP | 0.30 | Revise and file reply in support of motion to intervene; | 1340 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 08/07/15 | EC | 0.50 | Review tentative re: same and court order vacating hearings; exchange email re: strategy re: same; | 1294 |
| 08/07/15 | JD | 1.00 | Draft notices of ruling on motion to stay Fanning and Lindgren cases and ruling submitting Medeiros motions without oral argument; | 1306 |
| 08/07/15 | MR | 2.90 | Review and edit notice of lodging (.2); prepare for Monday argument (.2) (.5); review tentative ruling; emails re same (.4) (.2) (.3); draft notice of lodging; prepare notice of acceptance of tentative; review Medeiros order taking hearings off calendar; emails re same (.7) (.4) | 1330 |
| 08/10/15 | EC | 0.30 | Revise notices of ruling re: motion to stay and motion to intervene; exchange email re: same; | 1295 |
| 08/10/15 | EC | 0.30 | Review new Court order re stay and update notice of ruling re: same for filing in Medeiros; | 1296 |
| 08/10/15 | JD | 0.90 | Draft notice of orders; | 1317 |
| 08/10/15 | MR | 1.00 | Review and respond to emails from court clerk, defense counsel (.2); edit notices of rulings; emails re same (.3) (.2); review Judge Selna's order adopting tentative; emails re same (.3) | 1331 |
| 08/11/15 | EC | 0.20 | Review and revise notice of ruling to Medeiros court re: stay in Central district; | 1315 |
| 08/11/15 | EC | 0.30 | Telephone conference with John Brannon re: next steps; | 1316 |
| 08/14/15 | EC | 0.90 | Review MDL panel order re: oral argument; research re: same; exchange email with co-counsel re: same; strategy conference with Michael Rubin re: same;  revise and supervise filing of notices of lodgment re: same; | 1319 |
| 08/14/15 | EC | 0.30 | Review HSBC pleading with MDL on reasons why there should be no oral argument; draft email to co-counsel re: potential response to same; | 1320 |
| 08/14/15 | MR | 0.50 | Review JPML orders; emails re same and re notice of orders (.3); review notices (.2) | 1332 |
| 08/17/15 | JD | 0.20 | Exchange e-mail with co-counsel re: responding to HSBC's request to vacate MDL argument; | 1321 |
| 08/17/15 | MR | 0.40 | Review HSBC supplemental MDL filing; emails with co-counsel re response (.4) | 1333 |
| 08/25/15 | EC | 2.30 | Draft brief on 'reasons why oral argument should be had' | 1322 |
| 08/25/15 | MR | 0.60 | Edit reply to MDL panel (.6) | 1334 |
| 08/27/15 | EC | 0.60 | Research and revise MDL brief re: why oral argument should be held and exchange email with co-counsel re: same; | 1323 |
| 08/27/15 | MR | 0.30 | Emails re MDL briefs, hearing, status (.1) (.2) | 1335 |
| 08/28/15 | EC | 0.20 | Finalize for filing MDL brief re: oral argument; | 1324 |
| 09/02/15 | EC | 0.20 | Telephone conference with Elizabeth Arleo re: recordings produced in companion case; | 1341 |
| 09/10/15 | MR | 0.20 | Review notice of oral argument; emails re same (.2) | 1346 |
| 09/11/15 | EC | 0.30 | Strategy conferences with Azra Medhi and Michael Rubin re: MDL argument; | 1342 |
| 09/11/15 | EC | 0.10 | Review and revise notice of presentment of oral argument; | 1343 |
| 09/11/15 | EC | 0.30 | Telephone conference with John Brannon re: settlement prospects of case to communicate to lender; (N/C) | 1344 |
| 09/11/15 | MR | 0.20 | Conferences re MDL hearing (.2) | 1347 |
| 09/14/15 | MR | 0.50 | Review filings from Capital One, HSBC (.3); prepare for hearing (.2) | 1348 |
| 09/25/15 | MR | 0.60 | Prepare for MDL hearing; review memo re developments (.6) | 1349 |
| 09/29/15 | MR | 7.60 | Travel to New York City for JPML hearing; prepare for hearing (7.6) | 1350 |
| 09/30/15 | EC | 0.20 | Strategy conference with M.Rubin re: preparation for MDL hearing; exchange email re: same; | 1345 |
| 09/30/15 | MR | 1.10 | Prepare for JPML hearing (1.1) | 1351 |
| 10/01/15 | JD | 0.10 | Review e-mail report of MDL panel argument; | 1352 |
| 10/01/15 | MR | 10.20 | Prepare for and conduct oral argument re MDL hearing; travel to San Francisco (10.2) | 1353 |
| 10/07/15 | MR | 0.30 | Review settlement papers in ███████████████ (.3) | 1355 |
| 10/09/15 | JD | 0.10 | Review order granting leave to intervene in Medeiros; | 1354 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 10/09/15 | EC | 0.40 | Review Court order granting motion to intervene; exchange emails re: same and next steps; | 1356 |
| 10/09/15 | MR | 1.10 | Review order granting intervention; conferences with Cervantez and emails with co-counsel re strategies going forward  (.4) (.7) | 1371 |
| 10/10/15 | MR | 0.30 | E-mails re: strategy going forward (.3) | 1372 |
| 10/13/15 | EC | 0.20 | Strategy conference with C. Pitts re: revising motion to transfer; | 1357 |
| 10/13/15 | EC | 0.20 | Review order from JPML denying coordination and exchange email re: same; | 1358 |
| 10/13/15 | EC | 0.30 | Strategy conference with C. Pitts re: revisions needed to motion to transfer and opposition to settlement approval; | 1359 |
| 10/13/15 | EC | 1.40 | Revise motion to transfer; | 1360 |
| 10/13/15 | EC | 1.20 | Revise opposition to motion for preliminary settlement approval; | 1361 |
| 10/13/15 | MR | 1.90 | Review JPML ruling; emails and conferences re same, re motion to transfer, and re opposition to motion for preliminary settlement approval (.3) (.4) (.2) (.2); edit motion to transfer and supporting brief; conferences with Casey Pitts re same (.7) (.1) | 1373 |
| 10/13/15 | PCP | 2.00 | Draft motion to transfer; | 1382 |
| 10/13/15 | PCP | 0.20 | Strategy conference re: same; | 1383 |
| 10/14/15 | EC | 0.20 | Exchange emails re: finalizing motion to transfer for filing; | 1362 |
| 10/14/15 | EC | 0.80 | Finalize for filing motion to transfer; | 1363 |
| 10/14/15 | EC | 0.30 | Strategy conference with Casey Pitts re: revisions needed to opposition to settlement approval; | 1364 |
| 10/14/15 | EC | 0.20 | Review court order setting schedule for motion to transfer briefing and exchange email re: filing opposition to settlement approval; | 1365 |
| 10/14/15 | EC | 1.30 | Revise opposition to preliminary settlement approval and draft email to M.Rubin and C. Pitts re: next steps; | 1366 |
| 10/14/15 | MR | 2.00 | Edit motion to transfer and supporting brief; emails re same (1.2); emails re opposition to motion for preliminary approval (.2) (.3); review order setting briefing schedule; emails re same (.2); emails re timing (.1) | 1374 |
| 10/14/15 | PCP | 0.40 | Revise and file motion to transfer; | 1384 |
| 10/14/15 | PCP | 2.90 | Draft opposition to motion for preliminary approval; | 1385 |
| 10/14/15 | PCP | 0.30 | Strategy conference re: same; | 1386 |
| 10/15/15 | EC | 1.30 | Revise opposition to preliminary settlement approval and supporting documents; exchange email re: same; | 1367 |
| 10/15/15 | MR | 1.60 | Edit opposition to motion for preliminary approval; emails re settlement prospects (1.1); review further edits to opposition from co-counsel (.5) | 1377 |
| 10/15/15 | PCP | 2.90 | Draft opposition to motion for preliminary approval; | 1387 |
| 10/15/15 | PCP | 0.10 | Strategy conference re: expert declaration in opposition to motion for preliminary approval; | 1388 |
| 10/15/15 | PCP | 0.50 | Draft expert declaration in opposition to motion for preliminary approval; | 1389 |
| 10/16/15 | EC | 0.30 | Strategy conference with M.Rubin re: steps going forward on settlement or opposing approval; | 1368 |
| 10/16/15 | EC | 0.50 | Strategy conference with Jim Finberg re: settlement strategy going forward; | 1369 |
| 10/16/15 | EC | 0.20 | Exchange email with co-counsel re: next steps; | 1370 |
| 10/16/15 | MR | 1.00 | Review final version of opposition and declaration to be filed (.4); conference with Cervantez re settlement issues (.3) (.3) | 1378 |
| 10/16/15 | MR | 0.20 | Memo re: settlement from Eve Cervantez (.2) | 1379 |
| 10/16/15 | PCP | 0.20 | File opposition to motion for preliminary approval; | 1390 |
| 10/17/15 | PCP | 0.10 | Review memorandum re: next steps; | 1391 |
| 10/20/15 | EC | 0.20 | Review Capital One motion to amend MDL Panel Order and exchange email re: same; | 1375 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 10/21/15 | MR | 0.60 | Review JPML order and revised ruling (.2); email to plaintiffs' counsel in three Penal Code Section 632 cases re settlement terms and related issues (.4) | 1380 |
| 10/22/15 | EC | 0.40 | Review ███████████████████████ and exchange email with co-counsel re: using in our negotiations; | 1376 |
| 10/22/15 | MR | 0.70 | Review settlements in ███████████; conferences and emails with co-counsel re same; emails with plaintiffs' counsel in other cases (.7) | 1381 |
| 11/02/15 | EC | 0.30 | Telephone conference with Elizabeth Arleo re: deposition notice in individual plaintiff cases; | 1392 |
| 11/03/15 | PCP | 0.20 | Strategy conference re: motion to transfer; | 1416 |
| 11/05/15 | MR | 0.50 | Review defendant's and plaintiff's statements of non-opposition to transfer; emails re same; research and emails with co-counsel re same (.5) | 1406 |
| 11/05/15 | PCP | 0.20 | Strategy conference re: litigation status; | 1417 |
| 11/06/15 | MR | 0.60 | Emails with co-counsel re developments, settlement prospects (.2); review charts, cases, and materials from Arleo; memo to co-counsel re settlement strategies (.4) | 1407 |
| 11/10/15 | MR | 0.50 | Emails re strategy (.2); review court order re briefing (.1); strategy conferences re same (.2) | 1408 |
| 11/11/15 | EC | 0.80 | Strategy call with M.Rubin, C. Pitts, A.Mehdi, E.Arleo, J.Brannon re: steps going forward in Medeiros/Fanning re: discovery, settlement overtures; | 1395 |
| 11/11/15 | MR | 0.90 | Prepare for and conduct conference call with co-counsel (.9) | 1409 |
| 11/11/15 | PCP | 0.80 | Telephone conference with co-counsel re: litigation strategy; | 1418 |
| 11/11/15 | PCP | 0.10 | Strategy conference re: same; | 1419 |
| 11/12/15 | EC | 0.80 | Revise reply brief iso motion to transfer and exchange email with M.Rubin re: same; double check MDL order re: same; | 1396 |
| 11/12/15 | EC | 0.30 | Telephone conference with E.Arleo re: revisions needed to reply brief iso transfer; | 1397 |
| 11/13/15 | EC | 0.20 | Finalize for filing reply brief iso motion to transfer; exchange email with M.Rubin re: same; | 1398 |
| 11/13/15 | MR | 0.40 | Edit reply in support of transfer; emails with Cervantez re same (.4) | 1410 |
| 11/18/15 | EC | 0.20 | Review sample objector discovery; | 1399 |
| 11/23/15 | EC | 0.40 | Review Court Order granting motion to intervene and strategy conference with M.Rubin re: next steps; | 1400 |
| 11/23/15 | MR | 0.30 | Review transfer order; emails re same and re next steps (.3) | 1411 |
| 11/24/15 | EC | 0.20 | Draft notices of related case; | 1401 |
| 11/24/15 | EC | 1.20 | Draft notices of related cases in Medeiros and Fanning; draft meet and confer letter to HSBC re: lifting stay; draft email to co-counsel re: upcoming tasks; | 1402 |
| 11/24/15 | MR | 0.30 | Email and attachments for Arleo (.2); review notices of case assignment, case files and docket transfer (.1) | 1412 |
| 11/25/15 | EC | 0.40 | Edit and finalize related case notices; | 1403 |
| 11/25/15 | MR | 0.40 | E-mails re: strategy; review notices of related cases (.4) | 1413 |
| 11/25/15 | PCP | 0.20 | Strategy conference via email re: post-transfer strategy; | 1420 |
| 11/27/15 | MR | 0.20 | E-mails re: meet and confer, settlement strategies (.2) | 1414 |
| 11/30/15 | EC | 0.30 | Telephone conference with Arjun Rao re: meet and confer re: lifting stay; draft email memo to co-counsel re: same; | 1404 |
| 11/30/15 | EC | 0.20 | Strategy conference with M.Rubin and C.Pitts re: next steps; | 1405 |
| 11/30/15 | MR | 0.60 | Emails re meet and confer, settlement strategies, related case filing (.2); conferences with Cervantez and Pitts (.1) (.1); review court orders re related cases; emails re same (.2) | 1415 |
| 11/30/15 | PCP | 0.20 | Strategy conference re: post-transfer strategy; | 1421 |
| 12/01/15 | MR | 0.20 | Emails with Julia Strickland (.2) | 1430 |
| 12/03/15 | MR | 0.80 | Prepare for and conduct settlement call with Arjun and Julia (.4); memo re same (.2) (.2) | 1431 |
| 12/03/15 | MR | 0.30 | Memo to co-counsel re: discovery and settlement discussions (.3) | 1432 |
| 12/04/15 | EC | 0.30 | Research issues on which we need discovery and exchange email with co-counsel re: same; | 1423 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|
| 12/04/15 | EC | 0.50 | Telephone conference with E.Arleo re: discovery needed for appropriate settlement; | 1424 |
| 12/04/15 | MR | 0.40 | Emails re discovery and settlement (.2) (.1); review court orders (.1) | 1433 |
| 12/04/15 | PCP | 0.10 | Strategy conference re: mediation; | 1468 |
| 12/06/15 | PCP | 0.90 | Draft discovery requests; | 1469 |
| 12/07/15 | EC | 0.70 | Draft letter to opposing counsel re: discovery needed for settlement and strategy conference with Michael Rubin re: same; | 1425 |
| 12/07/15 | EC | 0.30 | Revise discovery re: Medeiros settlement; | 1426 |
| 12/07/15 | EC | 0.20 | Research availability of discovery to oppose class settlement; | 1427 |
| 12/07/15 | PCP | 0.30 | Draft discovery requests; | 1470 |
| 12/08/15 | PCP | 0.10 | Draft discovery requests of Medeiros plaintiffs; | 1471 |
| 12/08/15 | PCP | 0.20 | Review draft letter to Julia Strickland re: discovery needed; | 1472 |
| 12/09/15 | EC | 0.20 | Finalize settlement letter re: discovery needed and exchange email with co-counsel re: same; | 1428 |
| 12/09/15 | EC | 0.20 | Exchange email with co-counsel re: Medeiros settlement discovery; | 1429 |
| 12/09/15 | MR | 1.30 | Edit settlement letter to defense counsel; edit discovery requests to Medeiros plaintiffs; emails re same (1.1) (.2) | 1443 |
| 12/09/15 | PCP | 0.80 | Draft discovery requests; | 1473 |
| 12/14/15 | PCP | 1.30 | Draft and serve discovery requests; | 1474 |
| 12/15/15 | MR | 0.30 | Review Medeiros discovery requests; emails re same (.3) | 1444 |
| 12/15/15 | PCP | 0.10 | Review new discovery requests; | 1475 |
| 12/21/15 | EC | 0.20 | Review email re: meet and confer request from Medeiros counsel and brief telephone conference with M.Rubin re: same; review meet and confer rules; | 1435 |
| 12/21/15 | MR | 0.80 | telephone conference with defense counsel re mediation, discovery; strategy emails with co-counsel re same (.8) | 1445 |
| 12/22/15 | EC | 0.70 | Telephone conference with E.Arleo re: settlement prospects and strategy; | 1436 |
| 12/22/15 | EC | 0.30 | Exchange email with M.Rubin and co-counsel re: responses to Medeiros plaintiffs' counsel on meet and confer to file motion for preliminary settlement approval; | 1437 |
| 12/22/15 | MR | 2.00 | Review confirming email from Rao (.1); emails with co-counsels re settlement strategy (.2) (.2) (.1); telephone conference with counsel for Medeiros plaintiffs; review counsel's email to Cervantez re same (.3); telephone conference with Cervantez re settlement issues; draft letter to defense counsel; emails re same (.8); finalize letter (.8); emails with HSBC, Medeiros plaintiffs, co-counsel (.3) | 1446 |
| 12/22/15 | PCP | 0.60 | Exchange email re: potential mediation; | 1476 |
| 12/28/15 | EC | 0.20 | Review research on lead counsel as intervenor, and exchange email with co-counsel re: strategy going forward; | 1438 |
| 12/28/15 | MR | 1.60 | Review and respond to email from Medeiros counsel (.2); conference with Pitts re meet and confer issues; prepare for and conduct meet and confer with Medeiros counsel; memo to co-counsel re same (.3) (.3) (.8) | 1447 |
| 12/28/15 | PCP | 0.30 | Strategy conference re: meet and confer with Medeiros plaintiffs; | 1477 |
| 12/28/15 | PCP | 0.20 | Research re: discovery response deadlines; | 1478 |
| 12/28/15 | PCP | 1.20 | Research re: potential motion for appointment as lead counsel; | 1479 |
| 12/29/15 | MR | 1.20 | Email from Rao re mediation; draft confirming email re meet and confer to David McGlothlin; emails re same with co-counsel (.5); conference with Pitts re emails; revise emails to Rao, McGlothlin (.5); emails with Abbas re mediation and discovery (.2) | 1448 |
| 12/31/15 | MR | 0.30 | E-mails re: mediation terms and proposal (.3) | 1449 |
| 01/02/16 | EC | 0.20 | Draft response email to send to opposing counsel re: mediation and filing of brief; | 1439 |
| 01/02/16 | MR | 0.40 | E-mails re: mediation with Eve Cervantez; edit draft letter to Medeiros and HSBC counsel (.4) | 1497 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 01/03/16 | EC | 0.20 | Exchange email with co-counsel re: mediation strategy and email to opposing counsel; | 1440 |
| 01/03/16 | MR | 0.30 | E-mails with Elizabeth Arleo, Eve Cervantez re: mediation and discovery strategies (.3) | 1498 |
| 01/04/16 | EC | 0.40 | Telephone conference with Elizabeth Arleo re: mediation strategy; | 1441 |
| 01/04/16 | MR | 0.20 | E-mails re: mediation procedures and agreements (.2) | 1499 |
| 01/05/16 | EC | 0.20 | Telephone conference with Judge Infante clerk and follow up email exchange with co-counsel re: mediation dates; | 1450 |
| 01/05/16 | EC | 0.30 | Draft email to opposing counsel re: mediation dates and discovery needed and exchange emails re: same; | 1451 |
| 01/05/16 | EC | 0.20 | Telephone conference with absent class member who called for case update; | 1452 |
| 01/05/16 | EC | 0.20 | Draft stipulation re: postponing hearing on motion for preliminary approval pending mediation; | 1453 |
| 01/06/16 | EC | 0.30 | Follow up emails with JAMS and co-counsel re: Judge Infante availability for mediation; | 1454 |
| 01/06/16 | EC | 0.10 | Draft email and leave voicemail for Arjun Rao re: discovery needed before mediation; | 1455 |
| 01/06/16 | EC | 0.20 | Telephone conference with A.Rao re: discovery and mediation; | 1456 |
| 01/06/16 | EC | 0.10 | Telephone conference with Abbas re: mediation date; | 1457 |
| 01/06/16 | EC | 0.20 | Strategy conference with Michael Rubin re: mediation and discovery strategy; | 1458 |
| 01/06/16 | EC | 1.20 | Draft stipulation re: hearing date for plaintiffs' motion for preliminary approval; | 1459 |
| 01/06/16 | EC | 0.20 | Draft email to all counsel confirming mediation date; | 1460 |
| 01/06/16 | EC | 0.30 | Telephone conference with Hunter Eley re: Capital One document production, use of such discovery, no need to attend mediation; | 1461 |
| 01/06/16 | EC | 0.50 | Draft email to Hunter Eley re: production of data and attendance at mediation; | 1462 |
| 01/06/16 | MR | 0.70 | Emails with co-counsel and defense counsel re mediation and discovery (.3); conference with Cervantez re mediation and discovery issues (.2); emails re same (.2) | 1500 |
| 01/06/16 | PCP | 0.10 | Strategy conference re: discovery; | 1543 |
| 01/07/16 | EC | 0.80 | Revise email to Hunter Eley re: Capital One data production and exchange email re revisions needed to same with Elizabeth Arleo and Michael Rubin; | 1463 |
| 01/07/16 | EC | 0.10 | Follow up with Judge Infante re: mediation date; | 1464 |
| 01/07/16 | EC | 0.50 | Draft analysis of information needed for mediation; | 1465 |
| 01/07/16 | EC | 0.70 | Draft stipulation re: continuation of settlement agreement; | 1466 |
| 01/07/16 | EC | 0.30 | Exchange email with JAMS, co-counsel, and opposing counsel re: mediation agreement and fee schedule; | 1467 |
| 01/07/16 | MR | 1.50 | Review and edit draft e-mail to Hunter Ely; e-mails re: same and re: discovery; further e-mails re: stipulation, mediation, discovery (.3) (.2) (.4) (.2) (.1); edit draft stipulation (.3) | 1501 |
| 01/08/16 | EC | 0.30 | Revise stipulation re: hearing and briefing schedule for preliminary approval motion in Medeiros and draft email to opposing counsel re: same; | 1481 |
| 01/08/16 | MR | 0.40 | Review proposed stipulation; e-mails re: same; review mediation e-mails (.4) | 1502 |
| 01/10/16 | MR | 0.20 | Review Eve Cervantez memo re: data (.2) | 1503 |
| 01/11/16 | EC | 0.20 | Strategy conference with Casey Pitts re: mediation brief and damages exposure analysis; | 1482 |
| 01/11/16 | PCP | 0.20 | Strategy conference re: mediation; | 1544 |
| 01/12/16 | EC | 0.10 | Review and respond to email from H.Eley re: data production; exchange email with co-counsel re: same; | 1483 |
| 01/12/16 | EC | 0.30 | Telephone conference with E.Arleo and AB Data expert re: data needs; | 1484 |
| 01/12/16 | EC | 0.20 | Telephone conference with E.Arleo re: analysis needed for mediation; | 1485 |
| 01/12/16 | EC | 0.30 | Draft email to plaintiff Lindgren explaining mediation process; | 1486 |
| 01/12/16 | EC | 1.70 | Review HSBC suggested revisions to stipulation re: filing of preliminary approval motion and exchange email with co-counsel re: revisions needed to same; revise stipulation; draft proposed order; draft email to opposing counsel re: same; | 1487 |
| 01/12/16 | MR | 0.40 | Review emails re stipulation; edit stipulation and cover email (.4) | 1508 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 01/12/16 | PCP | 0.10 | Review proposed stipulation re: mediation; | 1545 |
| 01/13/16 | EC | 0.30 | Telephone conference with Arjun Rao re: stipulation on mediation dates, continue status conference, and continue briefing on motion for preliminary approval; draft email memo to co-counsel re: same; | 1488 |
| 01/13/16 | EC | 0.20 | Review data sent by Capital One; | 1489 |
| 01/13/16 | EC | 0.30 | Review and analyze HSBC proposed changes to stipulation and exchange email with co-counsel re: same; | 1490 |
| 01/13/16 | MR | 0.20 | Emails and conferences with Cervantez re dispute over stipulation (.2) | 1509 |
| 01/13/16 | MR | 0.30 | Review HSBC edits to stipulation; e-mails re: same; draft revisions to proposed stipulation (.3) | 1510 |
| 01/14/16 | EC | 1.30 | Telephone conference with AB data re: data analysis and follow up call with E.Arleo re: same; | 1491 |
| 01/14/16 | EC | 0.50 | Draft email to AB Data re: data analysis needed for mediation brief; | 1492 |
| 01/15/16 | EC | 0.40 | Telephone conference with E.Arleo re: data analysis; revise email to AB data re: data analysis needed; | 1493 |
| 01/15/16 | EC | 0.40 | Telephone conference with AB Data and E.Arleo re: data analysis and draft follow up memo re: same; | 1494 |
| 01/19/16 | EC | 0.30 | Strategy conference with Michael Rubin re: mediation preparation; | 1495 |
| 01/19/16 | EC | 0.20 | Draft email memo to co-counsel re: what we need in mediation brief; | 1496 |
| 01/19/16 | MR | 0.80 | Analyze issues for mediation; review emails re data analysis (.2); review correspondence with HSBC (.2); strategy conference re data, mediation with Cervantez (.3); review emails re mediation strategies (.1) | 1511 |
| 01/20/16 | EC | 0.20 | Review changes proposed to stipulation and exchange email with opposing counsel  accepting same; | 1504 |
| 01/20/16 | EC | 0.30 | Exchange email with Medeiros plaintiffs' counsel and co-counsel re: due date for discovery responses; | 1505 |
| 01/20/16 | EC | 0.20 | Exchange email with co-counsel re: mediation brief; | 1506 |
| 01/20/16 | MR | 0.30 | Emails re mediation, discovery, revisions to draft stipulation, etc. (.3) | 1512 |
| 01/21/16 | EC | 0.20 | Exchange email with co-counsel re: substantive points for mediation brief; | 1507 |
| 01/21/16 | MR | 0.20 | Emails re mediation strategies, drafting mediation brief (.2) | 1513 |
| 01/22/16 | EC | 0.20 | Exchange email with Medeiros counsel re: filing preliminary approval motion and with co-counsel re: mediation statement and data analysis; | 1514 |
| 01/22/16 | EC | 0.50 | Review data from AB data; exchange email with AB data re: same; telephone conference with E.Arleo re: same; | 1515 |
| 01/22/16 | EC | 0.20 | Strategy conference with M. Broad re: review of briefs to discern differences; | 1516 |
| 01/22/16 | EC | 0.30 | Draft memo analyzing issues with data and revise draft email to Capital One re: same; | 1517 |
| 01/22/16 | MR | 0.50 | Review proposed stipulation; review Medeiros plaintiffs' filing; emails re same (.5) | 1527 |
| 01/22/16 | MR | 0.20 | E-mails re: data production, mediation position (.2) | 1528 |
| 01/23/16 | MR | 0.30 | Revise e-mail re: autodialer log codes to Capital One; e-mails re: same (.3) | 1529 |
| 01/25/16 | EC | 0.30 | Strategy conference with C.Pitts re: mediation brief and exposure analysis; | 1518 |
| 01/25/16 | EC | 0.30 | Review and analyze paralegal memo re: changes from original motion for settlement approval to new motion for settlement approval; | 1519 |
| 01/25/16 | EC | 0.30 | Strategy conference with Michael Rubin re: data anomalies and settlement calculations; | 1520 |
| 01/25/16 | EC | 0.50 | Review and analyze data analysis from AB Data and review evidence from settlement agreement for comparison; exchange email with co-counsel re: same; | 1521 |
| 01/25/16 | EC | 0.40 | Telephone conferences with E.Arleo re: data analysis and anomalies; | 1522 |
| 01/25/16 | MR | 0.40 | Conference with Cervantez re data discrepancies; emails re same (.3) (.1) | 1530 |
| 01/25/16 | P/L | 0.50 | Litigation Assistant: Compare exhibits in two different filed briefs | 1532 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 01/25/16 | P/L | 2.80 | Litigation Assistant: Compare MPA of Settlements in Medeiros; | 1533 |
| 01/25/16 | PCP | 0.30 | Strategy conference re: mediation brief; | 1546 |
| 01/26/16 | EC | 0.40 | Review new data from AB data and exchange email with co-counsel re: same and next steps in data analysis; | 1523 |
| 01/26/16 | EC | 0.10 | Research other larger settlements for mediation brief inclusion; | 1524 |
| 01/26/16 | EC | 0.10 | Follow up on missing result code key with Capital One via voice mail and email; | 1525 |
| 01/26/16 | EC | 0.30 | Telephone conference with E.Arleo and Cristina from AB Data re: data analysis; | 1526 |
| 01/26/16 | MR | 0.30 | Emails re AB data analysis and next steps (.3) | 1531 |
| 01/26/16 | PCP | 0.10 | Research re: mediation brief; | 1547 |
| 01/27/16 | MR | 0.20 | Review court order; review stipulation (.2) | 1534 |
| 01/28/16 | PCP | 0.20 | Draft mediation brief; | 1548 |
| 01/30/16 | PCP | 3.20 | Draft mediation brief; | 1549 |
| 02/02/16 | MR | 0.70 | Review draft of mediation brief sections; emails re data analysis; strategy conference re mediation (.7) | 1576 |
| 02/02/16 | PCP | 0.50 | Draft mediation brief; | 1594 |
| 02/03/16 | EC | 0.20 | Telephone conference with J.Brannon re: mediation approach; | 1535 |
| 02/03/16 | EC | 0.30 | Review new data from Capital One and exchange email with E.Arleo re: analysis of same; | 1536 |
| 02/05/16 | EC | 0.40 | Draft mediation brief and exchange email with co-counsel re: information needed for same; | 1537 |
| 02/05/16 | MR | 0.30 | Emails re costs, fees, mediation brief; strategies (.3) | 1577 |
| 02/08/16 | EC | 0.20 | Exchange email with J.Brannon re: fees for mediation brief; | 1538 |
| 02/08/16 | EC | 0.70 | Telephone conference with AB Data re: analysis thus far; follow up call with E.Arleo re: data analysis, mediation brief, attorneys' fees and expenses; | 1539 |
| 02/08/16 | EC | 0.20 | Strategy conference with C.Pitts re: mediation brief; | 1540 |
| 02/08/16 | EC | 1.00 | Revise mediation statement; | 1542 |
| 02/08/16 | PCP | 0.20 | Strategy conference re: mediation; | 1595 |
| 02/09/16 | EC | 1.50 | Draft mediation brief; | 1550 |
| 02/09/16 | EC | 0.30 | Review AB Data analysis and exchange email with AB data and E.Arleo re: same; | 1551 |
| 02/09/16 | EC | 0.20 | Strategy conference with M.Rubin re: mediation and brief; | 1552 |
| 02/09/16 | MR | 0.20 | Conference with Cervantez re mediation issues (.2) | 1578 |
| 02/09/16 | PCP | 0.50 | Draft CMC statement; | 1596 |
| 02/10/16 | EC | 1.00 | Review emails from AB data re: analysis; telephone conference AB data re: same; exchange email with co-counsel and AB data re: same; | 1554 |
| 02/10/16 | EC | 4.20 | Draft mediation brief and analyze data; | 1555 |
| 02/11/16 | EC | 0.40 | Exchange email and telephone conference with E.Arleo re: revisions needed to data analysis; | 1556 |
| 02/11/16 | EC | 2.80 | Revise mediation brief and letter; exchange email with M.Rubin and co-counsel re: same and data/exposure analysis; | 1557 |
| 02/11/16 | MR | 4.50 | Review and edit mediation brief; emails re data, facts (.8) (2.1) (1.0) (.6) | 1579 |
| 02/12/16 | EC | 5.80 | Revise mediation brief and mediation letter to include new data and finalize and prepare for filing; exchange email with co-counsel re: revisions needed to same; exchange email with AB data re:same; | 1558 |
| 02/12/16 | EC | 0.30 | Exchange Emails with claims administrators re: notice and claims administration cost; | 1559 |
| 02/12/16 | MR | 2.50 | Review proposed edits to mediation brief from co-counsel (.1) (.2); further edits to mediation brief, Infante letter; review and edit exposure analysis (1.8) (.4) | 1580 |
| 02/15/16 | EC | 1.20 | Telephone conference with M.Rubin, E.Arleo, A.Mehdi re: mediation preparation and class discussion; | 1560 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 02/15/16 | EC | 0.40 | Review new opinion affirming CIPA settlement and various materials re: arguments on cell phone claims in preparation for mediation; exchange email with co-counsel re: same; | 1561 |
| 02/15/16 | MR | 2.00 | Review final mediation brief; prepare for mediation; emails re same and re proposed settlement allocations (.8); conference call with co-counsel re mediation planning (1.2) | 1581 |
| 02/15/16 | PCP | 0.10 | Prepare for mediation; | 1597 |
| 02/16/16 | EC | 0.80 | Exchange email with Judge Infante clerk and opposing counsel re: mediation logistics; draft to do list for mediation preparation and exchange emails re: same; exchange emails with AB Data re: costs and data; | 1562 |
| 02/16/16 | EC | 0.30 | Telephone conference with E.Arleo re: mediation preparation and class member identification; | 1563 |
| 02/16/16 | EC | 0.20 | Review cost estimate for notice and claims processing and exchange email re: same; | 1564 |
| 02/16/16 | EC | 2.00 | Review and analyze HSBC mediation statement and draft memo re: same; | 1565 |
| 02/16/16 | MR | 0.60 | Prepare for mediation; emails re same (.4) (.2) | 1582 |
| 02/17/16 | EC | 0.20 | Exchange email with opposing counsel re: information needed for mediation; exchange email with co-counsel re: logistics; | 1566 |
| 02/17/16 | EC | 3.80 | Prepare for mediation; review data analysis, and exchange emails with AB Data and E.Arleo re: same; draft Settlement Term Sheet; | 1568 |
| 02/17/16 | MR | 1.30 | Review HSBC's mediation brief; e-mails re: same; prepare for mediation (.7) (.6) | 1583 |
| 02/17/16 | PCP | 0.70 | Prepare for mediation; | 1598 |
| 02/17/16 | PCP | 0.50 | Strategy conference re: mediation; | 1599 |
| 02/18/16 | EC | 7.30 | Pre-mediation meeting with co-counsel; participate in mediation; return to office; | 1569 |
| 02/18/16 | MR | 8.10 | Prepare for and conduct mediation (8.1) | 1584 |
| 02/18/16 | PCP | 0.10 | Strategy conference re: mediation; | 1601 |
| 02/18/16 | PCP | 0.10 | Draft stipulation re: CMC; | 1602 |
| 02/19/16 | PCP | 0.70 | Draft stipulation re: CMC; | 1603 |
| 02/19/16 | PCP | 0.50 | Draft questions for Judge Infante to pose to Medeiros counsel; | 1604 |
| 02/21/16 | EC | 0.30 | Review and revise stipulation to continue CMC; review and revise questions to Medeiros counsel and exchange email re: same; | 1570 |
| 02/21/16 | MR | 0.40 | Review and edit draft questions for Medeiros plaintiffs; strategy emails with co-counsel re mediation positions (.4) | 1585 |
| 02/21/16 | PCP | 0.50 | Draft stipulation re: CMC; | 1605 |
| 02/22/16 | EC | 0.40 | Review/revise stip and order for continuance and exchange email with co-counsel and opposing counsel re: same; strategy conference with C.Pitts re: same; | 1571 |
| 02/22/16 | MR | 0.20 | Review Arleo edits, final review of stipulation (.2) | 1586 |
| 02/22/16 | PCP | 0.50 | Draft email memorandum to counsel re: discovery response deadline; | 1606 |
| 02/23/16 | EC | 0.40 | Telephone conference with E.Arleo re: data issues for mediation and settlement; | 1572 |
| 02/23/16 | PCP | 0.40 | Draft and file stipulation re: CMC; | 1607 |
| 02/23/16 | PCP | 0.20 | Strategy conference re: mediation; | 1608 |
| 02/24/16 | EC | 0.20 | Review information about good Hyundai settlement of CIPA claims; | 1573 |
| 02/25/16 | MR | 0.10 | Review stipulation | 1587 |
| 02/26/16 | EC | 0.20 | Review new opinion ███████████████████████████; exchange email with co-counsel re: same; | 1574 |
| 02/28/16 | MR | 0.20 | Emails re Medeiros questions and settlement structure (.2) | 1588 |
| 02/29/16 | MR | 0.20 | Review memo re new cases (.2) | 1589 |
| 03/01/16 | EC | 0.20 | Strategy conference with C.Pitts and exchange email with co-counsel re: next steps; | 1575 |
| 03/01/16 | MR | 0.30 | Emails re mediation issues (.3) | 1644 |
| 03/02/16 | EC | 0.20 | Strategy conference with M.Rubin re: questions for Infante; | 1590 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 03/02/16 | EC | 0.50 | Telephone conference with E.Arleo, A.Mehdi, J.Brannon, C.Pitts, M.Rubin re: preparation for next mediation; | 1591 |
| 03/02/16 | EC | 0.20 | Exchange email with E.Arleo and A.Rao re: time to discuss data issues; | 1592 |
| 03/02/16 | EC | 0.40 | Revise questions to Medeiros plaintiffs for Infante and exchange email with co-counsel re: same; | 1593 |
| 03/02/16 | MR | 2.30 | Revise questions for Medeiros counsel; emails and conference with Cervantez re same and re structure of settlement (.2) (.4); prepare for and conduct conference call with co-counsel; revise materials for Judge Infante (.6) (.8) (.3) | 1645 |
| 03/02/16 | PCP | 0.70 | Telephone conference with co-counsel re: upcoming mediation; | 1661 |
| 03/02/16 | PCP | 0.40 | Draft questions for Judge Infante to ask Medeiros counsel; | 1662 |
| 03/07/16 | EC | 0.40 | Telephone conference with A.Rao and E.Arleo re: data issues for mediation; | 1609 |
| 03/16/16 | EC | 0.30 | Review email from E.Arleo re: data questions for mediation and telephone conference with E.Arleo re: same; | 1610 |
| 03/16/16 | EC | 0.40 | Revise email to opposing counsel re: data needed for settlement; | 1611 |
| 03/18/16 | EC | 0.30 | Exchange email with E.Arleo and A.Rao re: data issues; | 1613 |
| 03/18/16 | EC | 0.30 | Review HSBC summary judgment motion in individual case and exchange email re: effect of same on settlement in our case; | 1614 |
| 03/18/16 | EC | 0.60 | Draft MOU; | 1615 |
| 03/20/16 | EC | 3.70 | Analyze Medeiros settlement agreement and draft MOU incorporating settlement agreement to extent possible; exchange email with co-counsel re: same; | 1616 |
| 03/21/16 | EC | 0.40 | Strategy conference with M.Rubin re: revisions needed to MOU; | 1617 |
| 03/21/16 | EC | 1.00 | Revise MOU in preparation for mediation; | 1618 |
| 03/21/16 | MR | 1.10 | Review and edit proposed agenda, proposed MOU; conference with Cervantez re same (1.1) | 1646 |
| 03/21/16 | PCP | 0.10 | Draft proposed MOU; | 1663 |
| 03/22/16 | EC | 0.20 | Review E.Arleo proposed edits to MOU; | 1619 |
| 03/22/16 | EC | 0.50 | Telephone conference with E.Arleo, M.Rubin, C.Pitts re:MOU, class definition, mediation preparation; | 1620 |
| 03/22/16 | EC | 0.80 | Revise MOU; | 1621 |
| 03/22/16 | EC | 0.20 | Review email from A.Rao and exchange email with co-counsel re: same; | 1622 |
| 03/22/16 | MR | 1.50 | Review Arleo comments and revisions to proposed agenda and MOU; edit draft MOU (.2) (.4); conference call re mediation with Arleo, Cervantez (.5); further edits to revised draft MOU (.4) | 1647 |
| 03/22/16 | PCP | 0.50 | Telephone conference with co-counsel re: upcoming mediation; | 1664 |
| 03/23/16 | EC | 0.30 | Respond to A.Rao email re: mediation logistics and data issues; exchange email with co-counsel re: same; strategy conference with M.Rubin re: same; | 1623 |
| 03/23/16 | EC | 0.50 | Revise MOU; | 1624 |
| 03/23/16 | EC | 0.20 | Send agenda to Judge Infante; | 1625 |
| 03/23/16 | EC | 0.70 | Prepare for mediation: review Tyson memo, gather materials, analyze A.Rao data emails and charts; | 1626 |
| 03/23/16 | EC | 1.50 | Review and analyze Tyson decision and newest statistics and responses from A.Rao in preparation for mediation; | 1627 |
| 03/23/16 | MR | 1.20 | Review emails re data and mediation with defense counsel (.2); telephone conference with Cervantez re mediation issues, agenda, draft MOU (.1); review emails with defense counsel (.1); review memo re impact of Tyson Foods (.2); prepare for mediation; emails re mediation preparation (.3) (.3) | 1648 |
| 03/24/16 | EC | 6.50 | Participate in mediation and return to office; | 1628 |

1211.001 Fee Detail Through 03.31.16

| Date | Attorney | Hours | Description | Ref. No. |
|------|----------|-------|-------------|----------|
| 03/24/16 | EC | 0.30 | Telephone conference with E.Arleo re: mediation and need to determine standing for Medeiros plaintiffs; | 1629 |
| 03/24/16 | EC | 0.20 | Revise email message to named plaintiffs re: ████████████; | 1630 |
| 03/24/16 | MR | 7.10 | Prepare for and conduct mediation; post-mediation strategy conference (7.1) | 1649 |
| 03/25/16 | EC | 1.50 | Revise MOU; | 1631 |
| 03/28/16 | EC | 0.40 | Exchange email with E.Arleo re: data issues and ████████████████████; | 1632 |
| 03/28/16 | EC | 0.20 | Draft email to Judge Infante clerk enclosing Judge Selna scheduling order and inquiring about setting up status call; | 1633 |
| 03/28/16 | EC | 0.80 | Revise MOU; | 1634 |
| 03/28/16 | MR | 1.00 | Review and edit draft MOU; emails re further conference with mediator; emails re exchange of discovery with Medeiros plaintiffs (.6) (.4) | 1650 |
| 03/29/16 | EC | 1.70 | Revise MOU; | 1635 |
| 03/29/16 | EC | 0.20 | Exchange email with co-counsel re: risk of not settling; ████████████████████; | 1636 |
| 03/30/16 | EC | 0.40 | Review information re: state settlement with Wells Fargo re: phone recording and potential release of claims by Medeiros named plaintiff Tracy Bomberger; | 1637 |
| 03/30/16 | EC | 0.60 | Review E.Arleo proposed changes and questions about draft MOU; telephone conference with E.Arleo, then with E.Arleo and M.Rubin, re revisions needed to same and additional data issues from mixed use servers; | 1638 |
| 03/30/16 | EC | 0.90 | Revise MOU and draft email to Judge Infante re: same; | 1639 |
| 03/30/16 | MR | 1.30 | Emails re Medeiros plaintiff standing, settlement, proposed MOU revisions (.3); conference call with Cervantez, Arleo re settlement (.2); edit MOU and email to Infante; emails re same with co-counsel (.7) (.1) | 1651 |
| 03/30/16 | PCP | 0.10 | Research re: 26(f) conference; | 1667 |
| 03/31/16 | EC | 0.20 | Telephone conference with Judge Infante and M.Rubin re: proposed settlement and mediators' proposal; | 1640 |
| 03/31/16 | EC | 0.20 | Telephone conference with E.Arleo re: mediators' proposal and communication with named plaintiffs; | 1641 |
| 03/31/16 | EC | 0.20 | Revise email to named plaintiffs re: mediators' proposal; | 1642 |
| 03/31/16 | MR | 1.60 | Prepare for continued mediation; conference call with mediator (.3); strategy conference with Cervantez (.5); review mediator's proposal; emails and phone calls with co-counsel re same (.3) (.3) (.2) | 1652 |

1,658.00

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 4/1/2016 | EC | 0.20 | Exchange email re: mediator's ███████████████; | 1643 |
| 1211.001 | 4/1/2016 | MR | 1.10 | Emails with co-counsel, Judge Infante's assistant, re ████████████ (.3); conference call with all parties re ██████████████; emails with co-counsel re settlement and next steps (.8) | 1683 |
| 1211.001 | 4/2/2016 | MR | 0.80 | E-mails re: Medeiros discovery; draft memo to co-counsel re: next steps, strategies going forward (.7) (.1) | 1684 |
| 1211.001 | 4/3/2016 | MR | 0.20 | E-mails re: status, drafting, next steps (.2) | 1685 |
| 1211.001 | 4/4/2016 | EC | 0.20 | Strategy conference with C.Pitts re: tasks to continue CMC and finalize settlement agreement; | 1653 |
| 1211.001 | 4/4/2016 | EC | 0.20 | Strategy conference with M.Rubin re: changes to MOU and email to HSBC re: same; | 1654 |
| 1211.001 | 4/4/2016 | EC | 0.10 | Exchange email with S.Chan re: further mediation date with Judge Infante; | 1655 |
| 1211.001 | 4/4/2016 | EC | 0.50 | Telephone conference with E.Arleo re: revisions in MOU, attorney fee issues, stipulation to continue status conference; | 1657 |
| 1211.001 | 4/4/2016 | EC | 0.30 | Revise joint stipulation to continue hearing; | 1658 |
| 1211.001 | 4/4/2016 | EC | 1.20 | Revise Settlement Term sheet and draft email to opposing counsel and Medeiros counsel re: same; | 1659 |
| 1211.001 | 4/4/2016 | EC | 0.20 | Exchange email with M.Rubin re: HSBC and Medeiros delay; | 1660 |
| 1211.001 | 4/4/2016 | MR | 1.10 | Edit cover letters to defense counsel, Medeiros counsel; edit revised draft MOU; draft stipulation; conferences re same with Cervantez (.4) (.2); emails with Medeiros counsel, Cervantez, re MOU, procedures (.2); emails with Julia Strickland re MOU, fees, mediation scheduling, stipulation (.3) | 1686 |
| 1211.001 | 4/4/2016 | PCP | 0.10 | Strategy conference via email re: discovery; | 1697 |
| 1211.001 | 4/5/2016 | EC | 0.20 | Strategy conference with M.Rubin and telephone conference with Sandra Chan (Judge Infante assistant) re: scheduling further mediation; | 1668 |
| 1211.001 | 4/5/2016 | EC | 0.20 | Exchange email with opposing counsel and Medeiros counsel re: mediation date and filing of statement with Judge Selna; | 1669 |
| 1211.001 | 4/5/2016 | MR | 0.20 | Emails re mediation and drafting (.2) | 1687 |
| 1211.001 | 4/6/2016 | EC | 0.30 | Review order from Court vacating scheduling conference and strategy conference with C.Pitts re: same; | 1670 |
| 1211.001 | 4/6/2016 | EC | 0.30 | Revise proposed stipulation re: scheduling of hearing on preliminary settlement approval and exchange email with C.Pitts and M.Rubin re: same; | 1671 |
| 1211.001 | 4/6/2016 | MR | 0.40 | Email re status (.1); review court order vacating status conference; conference with Pitts and voice mail with Cervantez re same (.3) | 1688 |
| 1211.001 | 4/6/2016 | MR | 0.60 | Review and edit stipulation and cover e-mail to defense counsel and Medeiros counsel; e-mails with Eve Cervantez re: same (.6) | 1689 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 4/6/2016 | PCP | 0.10 | Strategy conference re: court order on motion for preliminary approval; | 1698 |
| 1211.001 | 4/6/2016 | PCP | 0.20 | Telephone conference with court clerk re: same; | 1699 |
| 1211.001 | 4/6/2016 | PCP | 0.30 | Draft stipulation re: CMC and motion for preliminary approval; | 1700 |
| 1211.001 | 4/7/2016 | EC | 0.50 | Revise Stipulation for filing Preliminary Approval Motion; telephone conference with M.Rubin re: same; exchange email with opposing counsel re: same; | 1672 |
| 1211.001 | 4/7/2016 | EC | 0.20 | Strategy conference with C.Pitts re: calling court re: schedule for preliminary approval; | 1673 |
| 1211.001 | 4/7/2016 | EC | 0.20 | Telephone conference with E.Arleo re: strategy in light of court order; | 1674 |
| 1211.001 | 4/7/2016 | EC | 0.30 | Leave voice mails with A.Rao and J.Swigert and drat email to all counsel re: importance of getting stipualtion on file; | 1675 |
| 1211.001 | 4/7/2016 | EC | 0.50 | Revise Joint Stipulation and Order and exchange email with HSBC and Medeiros counsel re: changes to same and finalize for filing; | 1676 |
| 1211.001 | 4/7/2016 | EC | 0.40 | Telephone conference with A.Rao re: settlement term sheet; draft email to co-counsel memorializing conversation; | 1677 |
| 1211.001 | 4/7/2016 | MR | 0.50 | E-mail from Eve Cervantez re: status of MOU negotiations (.2); review and edit joint stipulation; e-mails re: same (.3) | 1690 |
| 1211.001 | 4/7/2016 | PCP | 0.10 | Strategy conference re: settlement; | 1701 |
| 1211.001 | 4/8/2016 | MR | 0.20 | Emails re MOU, settlement issues, etc. (.2) | 1691 |
| 1211.001 | 4/11/2016 | EC | 0.20 | Strategy conference with M.Rubin re: progress on MOU; | 1678 |
| 1211.001 | 4/11/2016 | MR | 0.30 | Review court order re stipulation (.1); telephone conference with Cervantez re developments, edits to MOU, drafting and timing issues, court's order (.2) | 1692 |
| 1211.001 | 4/13/2016 | MR | 0.20 | Review notices of withdrawal of motion (.2) | 1693 |
| 1211.001 | 4/14/2016 | EC | 0.10 | Review Medeiros plaintiff motion to withdraw motion for preliminary settlement approval and exchange email re: same; | 1679 |
| 1211.001 | 4/14/2016 | MR | 0.30 | Review notice of withdrawal, emails re same; emails re next steps with co-counsel and opposing counsel (.3) | 1694 |
| 1211.001 | 4/15/2016 | EC | 0.10 | Leave voice mail for A.Rao to follow up on Settlement Term Sheet; | 1681 |
| 1211.001 | 4/27/2016 | MR | 0.10 | Email re status of negotiations (.1) | 1696 |
| 1211.001 | 5/2/2016 | MR | 0.10 | Emails re settlement status | 1717 |
| 1211.001 | 5/3/2016 | EC | 0.20 | Leave voicemail for A.Rao and draft email to J.Strickland and A.Rao re: follow up on draft MOU; | 1702 |
| 1211.001 | 5/3/2016 | MR | 0.20 | Review Cervantez email to HSBC; strategy conference with Cervantez re next steps (.1) (.1) | 1718 |
| 1211.001 | 5/4/2016 | EC | 0.10 | Follow up with A.Rao re: draft MOU: | 1703 |
| 1211.001 | 5/5/2016 | EC | 0.20 | Exchange email with A.Rao and co-counsel re: next steps in revising MOU; | 1705 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 5/5/2016 | MR | 0.10 | Email from Arjun Rao (.1) | 1719 |
| 1211.001 | 5/12/2016 | EC | 0.30 | Review and analyze HSBC proposed revisions to MOU; draft memo to co-counsel re: revisions needed and next steps; | 1706 |
| 1211.001 | 5/12/2016 | EC | 0.70 | Review M.Rubin comments to MOU; strategy conference with M.Rubin re: same; | 1707 |
| 1211.001 | 5/12/2016 | EC | 2.80 | Revise MOU, draft email to opposing counsel, and exchange email with co-counsel re: same; | 1708 |
| 1211.001 | 5/12/2016 | MR | 2.20 | Review revisions to MOU; emails with Cervantez re same; review and comment on Cervantez analysis; prepare for and conduct meeting re proposed revisions (.8) (.6) (.6) (.2) | 1720 |
| 1211.001 | 5/12/2016 | MR | 0.50 | Review revised MOU; e-mails with Eve Cervantez re: same (.5) | 1721 |
| 1211.001 | 5/13/2016 | EC | 0.70 | Telephone conference with E.Arleo re: changes needed to MOU; strategy conference with C.Pitts re: same; exchange email with M.Rubin re: same; | 1709 |
| 1211.001 | 5/13/2016 | EC | 2.00 | Analyze Medeiros settlement agreement to make sure there is nothing else that needs to be changed in new MOU and draft email memo re: same; | 1710 |
| 1211.001 | 5/13/2016 | MR | 0.40 | Review revisions to draft MOU; review Eve Cervantez memo re: Medeiros settlement terms, conversations with co-counsel, remaining unresolved issues (.3) (.1) | 1722 |
| 1211.001 | 5/16/2016 | MR | 0.20 | Review revised draft MOU and cover memo to HSBC; e-mails re: same (.2) | 1723 |
| 1211.001 | 5/19/2016 | EC | 0.20 | Leave voicemail message and send email to A.Rao and J.Strickland following up on draft MOU; | 1713 |
| 1211.001 | 5/19/2016 | EC | 0.20 | Exchange email with A.Rao re: meet and confer call re: revisions to MOU; | 1716 |
| 1211.001 | 5/19/2016 | MR | 0.40 | E-mails with Eve Cervantez; review e-mails with defense counsel; review Medeiros settlement filings (.2) (.2) | 1756 |
| 1211.001 | 5/23/2016 | L/C - ZM | 0.20 | Strategy Conference with Eve Cervantez | 1773 |
| 1211.001 | 5/24/2016 | MR | 0.20 | Review email re mediation, time records, MOU, strategies (.2) | 1758 |
| 1211.001 | 5/25/2016 | EC | 0.50 | Prepare for (.2) and telephone conference with Arjun Rao and M.Rubin re: changes needed to MOU: | 1737 |
| 1211.001 | 5/25/2016 | MR | 0.40 | Strategy conference with Arjun Rao, Eve Cervantez re revisions to MOU, remaining drafting issues; memo to file re same (.4) | 1759 |
| 1211.001 | 5/31/2016 | EC | 0.70 | Review draft MOU from HSBC, compare to prior version; | 1745 |
| 1211.001 | 5/31/2016 | EC | 0.40 | Telephone conference with A.Rao re: revisions needed to MOU and exchange email with A.Rao re: same; | 1748 |
| 1211.001 | 5/31/2016 | EC | 0.20 | Strategy conference with M.Rubin re: call with A.Rao and changes to MOU; | 1749 |
| 1211.001 | 6/2/2016 | EC | 0.30 | Exchange email with A.Rao and separately with Medeiros plaintiffs' counsel, and telephone conference with D.McGolith (Medeiros counsel) re: finalizing MOU; | 1768 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 6/2/2016 | EC | 0.10 | Review redline of MOU to make sure all necessary changes were made by HSBC; | 1769 |
| 1211.001 | 6/3/2016 | EC | 0.10 | Exchange email with A.Rao re: Term Sheet; | 1779 |
| 1211.001 | 6/6/2016 | EC | 0.30 | Telephone conference with A.Rao re: settlement agreement and address verification for class members not required to file claim form; exchange email with co-counsel re: same; | 1782 |
| 1211.001 | 6/6/2016 | EC | 0.20 | Revise joint stipulation to lift stay; | 1783 |
| 1211.001 | 6/6/2016 | EC | 0.10 | Send signed Term Sheet to HSBC; | 1784 |
| 1211.001 | 6/6/2016 | MR | 0.20 | Emails with HSBC re MOU (.1) (.1) | 1802 |
| 1211.001 | 6/7/2016 | EC | 0.30 | Telephone conference with E.Arleo re: address verification for individuals who do not need to file claims forms and claims administration issues; | 1785 |
| 1211.001 | 6/7/2016 | EC | 0.20 | Review research from E.Arleo re: best practices for notice; | 1786 |
| 1211.001 | 6/7/2016 | EC | 0.40 | Revise and finalize joint motion to lift stay and proposed order; | 1787 |
| 1211.001 | 6/8/2016 | EC | 0.40 | Revise proposed order and motion to lift stay and draft email to opposing counsel re: same; | 1788 |
| 1211.001 | 6/8/2016 | MR | 0.20 | E-mails re: lifting stay (.2) | 1803 |
| 1211.001 | 6/9/2016 | EC | 0.20 | Exchange email with HSBC counsel re: timing of motion for preliminary approval; | 1789 |
| 1211.001 | 6/9/2016 | EC | 0.40 | Telephone conference with Shannon Dudic (HSBC counsel); | 1790 |
| 1211.001 | 6/9/2016 | EC | 0.50 | Draft memo to team re: conversation with S.Dudic and options on consolidation of cases, filing motions, timing; | 1791 |
| 1211.001 | 6/10/2016 | EC | 0.20 | Strategy conference wtih M.Rubin re: HSBC counsel's requests on timing and drafting; | 1792 |
| 1211.001 | 6/10/2016 | EC | 0.80 | Draft email to S.Dudic re: issues on timing and substance of formal settlement agreement; telephone conference with S.Dudic re: same; exchange email with co-counsel re: same; | 1793 |
| 1211.001 | 6/10/2016 | MR | 0.60 | Emails with defense counsel, co-counsel, and strategy conference with Cervantez re settlement, claims administrator, consolidation, and procedural issues (.6) | 1804 |
| 1211.001 | 6/14/2016 | EC | 0.30 | Telephone conference with J.Swigert re: claims administrators and consolidation; | 1794 |
| 1211.001 | 6/14/2016 | EC | 0.20 | Revise motion to contiue deadline for filing motion for preliminary approval and forward to HSBC and Medeiros counsel; | 1795 |
| 1211.001 | 6/14/2016 | EC | 0.30 | Revise motion to consolidate and lift stay and exchange email with E.Arleo re: same; | 1797 |
| 1211.001 | 6/14/2016 | MR | 0.30 | Review proposed stipulation and suggested revisions; emails re same and re consolidation of cases (.3) | 1817 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 6/15/2016 | EC | 0.80 | Revise and finalize motions to consolidate and lift stay in Fanning, Lindgren, and Medeiros; exchange email re: same with opposing counsel, Medeiros counsel, and co-counsel; follow up with HSBC re: stipulation for continuance; | 1805 |
| 1211.001 | 6/16/2016 | EC | 0.90 | Revise letter to claims administrator and review E.Arleo proposed revisions; exchange email re: same; | 1807 |
| 1211.001 | 6/16/2016 | MR | 0.30 | Review stipulation (.1); e-mails re: claims administrator (.2) | 1818 |
| 1211.001 | 6/17/2016 | EC | 1.10 | Review and revise claims administrator bid letter; | 1808 |
| 1211.001 | 6/17/2016 | EC | 0.50 | Telephone conference with E.Arleo re: claims administrator bid letter; | 1809 |
| 1211.001 | 6/17/2016 | EC | 0.40 | Review Medeiros edits to motion to consolidate; exchange email with E.Arleo re: same; draft email to HSBC counsel with Medeiros motion to consolidate and separate email to HSBC and Capital One re: Fanning/Lindgren motion to consolidate; | 1810 |
| 1211.001 | 6/22/2016 | PCP | 0.30 | Research re: settlement; | 1812 |
| 1211.001 | 6/24/2016 | MR | 0.20 | E-mails re: AB Data (.2) | 1819 |
| 1211.001 | 6/28/2016 | EC | 0.30 | Draft email to HSBC counsel re: outstanding items; | 1811 |
| 1211.001 | 6/28/2016 | PCP | 0.20 | Strategy conference re: settlement; | 1820 |
| 1211.001 | 7/5/2016 | EC | 0.20 | Draft email to S.Dudic and A.Rao and leave voice mail messages for both re: outstanding documents needed for settlement; | 1813 |
| 1211.001 | 7/6/2016 | MR | 0.10 | Emails with defense counsel re status of settlement documents (.1) | 1844 |
| 1211.001 | 7/7/2016 | EC | 0.30 | Exchange email with Medeiros counsel and claims administrators re: bids; exchange email with co-counsel re: responding to HSBC on settlement agreement and stipulation; | 1821 |
| 1211.001 | 7/7/2016 | EC | 0.40 | Telephone conference with E.Arleo re: responding to HSBC counsel on stipulation, data, agreement; draft email to HSBC counsel re: same; | 1822 |
| 1211.001 | 7/7/2016 | MR | 0.20 | Emails re stipulation, motion to consolidate (.2) | 1845 |
| 1211.001 | 7/8/2016 | EC | 0.40 | Telephone conference with A.Rao, J.Strickland, E.Arleo re: data, stipulation, settlement agreement; | 1823 |
| 1211.001 | 7/8/2016 | EC | 0.20 | Telephone conference with E.Arleo re: stipulation to consolidate and lift stay; | 1824 |
| 1211.001 | 7/8/2016 | EC | 0.20 | Exchange email with M.Rubin re: case update and approach by Abbas; | 1825 |
| 1211.001 | 7/8/2016 | EC | 0.30 | Revise draft stipulations to consolidate the cases and to lift the stay in Fanning; | 1826 |
| 1211.001 | 7/8/2016 | MR | 0.20 | Review revised stipulation (.2) | 1846 |
| 1211.001 | 7/8/2016 | MR | 0.80 | E-mails with Abbas Kazerounian, Eve Cervantez re: settlement meeting (.3); review draft stipulation and motion to consolidate; e-mails re: edits (.3); review Eve Cervantez memo re: developments (.2) | 1847 |
| 1211.001 | 7/9/2016 | MR | 0.40 | Review Elizabeth Arleo edits to draft settlement agreement; e-mails re: same (.4) | 1848 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|---|
| 1211.001 | 7/11/2016 | EC | 0.80 | Review and revise settlement agreement; | 1827 |
| 1211.001 | 7/12/2016 | EC | 0.20 | Exchange email with HSBC counsel following up on stipulations to continue and with E.Arleo re: preliminary approval; | 1829 |
| 1211.001 | 7/12/2016 | MR | 1.10 | Strategy conference re settlement agreement, notices, etc. with Cervantez (.3); review current drafts; emails re meeting with Medeiros counsel (.8) | 1849 |
| 1211.001 | 7/13/2016 | EC | 0.10 | Exchange email with HSBC counsel re: stipulation to consolidate; | 1830 |
| 1211.001 | 7/19/2016 | EC | 0.30 | Exchange emails re: stipulation to lift stay and consolidate and preliminary approval brief; | 1835 |
| 1211.001 | 7/20/2016 | EC | 0.50 | Telephone conference with A.Medhi re: preliminary approval brief, notice, and supporitng documents; follow up email to M.Rubin re: same; | 1836 |
| 1211.001 | 7/20/2016 | MR | 1.50 | Review Capital One emails; emails with Cervantez re same; respond to Capital One (.4); emails re settlement, settlement approval, mediation; prepare for and conduct telephone conference with Judge Infante (.4) (.5); emails with co-counsel re same (.2); | 1854 |
| 1211.001 | 7/20/2016 | PCP | 0.50 | Draft declaration in support of preliminary approval; | 1868 |
| 1211.001 | 7/20/2016 | PCP | 0.50 | Draft motion for preliminary approval; | 1869 |
| 1211.001 | 7/21/2016 | EC | 0.50 | Exchange email with M.Rubin re: claims administrator issues for settlement agreement; | 1837 |
| 1211.001 | 7/21/2016 | MR | 0.30 | Emails from Capital One counsel; voice mail and telephone conference with Eley re stipulation, dismissal with prejudice, discovery (.3); | 1855 |
| 1211.001 | 7/21/2016 | PCP | 0.30 | Draft motion for preliminary approval; | 1870 |
| 1211.001 | 7/22/2016 | EC | 0.20 | Review proposed changes to stipulation to lift stay and consolidate and exchange email with M.Rubin re: same; | 1838 |
| 1211.001 | 7/22/2016 | MR | 0.60 | Emails with Abbas re claims administrators; review claims administrator bids; emails with Cervantez re same (.6) | 1856 |
| 1211.001 | 7/22/2016 | MR | 0.30 | Review Capital One proposed revisions; emails re same (.3) | 1857 |
| 1211.001 | 7/23/2016 | EC | 3.00 | Revise settlement agreement; | 1839 |
| 1211.001 | 7/23/2016 | MR | 0.80 | Review and edit settlement agreement (.8) | 1858 |
| 1211.001 | 7/24/2016 | EC | 0.20 | Review suggested changes to settlement agreement and exchange email with C.Pitts re: same; | 1840 |
| 1211.001 | 7/24/2016 | MR | 0.30 | E-mails re: edits to settlement agreement (.3) | 1859 |
| 1211.001 | 7/25/2016 | EC | 0.20 | Exchange email with C.Pitts re: stipulation to consolidate in Medeiros and stipulation to continue filing date for preliminary approval; | 1841 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|---|
| 1211.001 | 7/25/2016 | EC | 0.50 | Review and further revise settlement agreement; exchange email with C.Pitts and M.Rubin re: same; | 1842 |
| 1211.001 | 7/25/2016 | MR | 0.90 | Review and edit stipulations, emails re same and re status of settlement approval; review revised versions of stipulations and settlement; emails re same (.6) (.3) | 1860 |
| 1211.001 | 7/25/2016 | P/L - LRT | 0.20 | Paralegal: Meet Casey Pitts re: cleaning up settlement agreement; | 1866 |
| 1211.001 | 7/25/2016 | P/L - LRT | 2.40 | Clean up settlement agreement; | 1867 |
| 1211.001 | 7/25/2016 | PCP | 3.20 | Draft final settlement agreement; | 1871 |
| 1211.001 | 7/25/2016 | PCP | 1.40 | Draft stipulation to lift stay, consolidate, and extend deadline for motion for preliminary approval; | 1872 |
| 1211.001 | 7/26/2016 | MR | 0.60 | Revise drafts; emails re draft and final stipulations and proposed orders (.4) (.2) | 1861 |
| 1211.001 | 7/26/2016 | PCP | 0.20 | Draft settlement agreement; | 1873 |
| 1211.001 | 7/26/2016 | PCP | 2.10 | Draft and file stipulations to consolidate, lift stay, and extend deadline; | 1874 |
| 1211.001 | 7/29/2016 | MR | 0.30 | Review court orders lifting stays and consolidating cases, extending time for filing (.3) | 1862 |
| 1211.001 | 8/1/2016 | EC | 0.10 | Exchange email with Medeiros counsel re: claims administrator bids; | 1843 |
| 1211.001 | 8/2/2016 | EC | 0.60 | Review claims administrator bids; telephone conference Abbas re: same; exchange email with Medeiros counsel re: same; | 1863 |
| 1211.001 | 8/3/2016 | EC | 0.20 | Exchange email with Abbas re: use of KCC as claims administrator; exchange email with A.Rao and A.Mehdi re: same and exhibits to settlement agreement; | 1864 |
| 1211.001 | 8/3/2016 | MR | 0.60 | E-mails re: status of settlement; review new drafts (.4) (.2) | 1891 |
| 1211.001 | 8/4/2016 | EC | 0.50 | Review and comment on changes to notice and claims forms; exchange email re: claims administrator; | 1865 |
| 1211.001 | 8/4/2016 | MR | 0.40 | Review e-mails re: claims administrator, edits to proposed notice, settlement (.4) | 1892 |
| 1211.001 | 8/7/2016 | MR | 0.60 | Review edits to draft publication notice (.2); review Eve Cervantez analysis of claims administrator bids (.2); review Azra Mehdi's proposed edits (.2) | 1893 |
| 1211.001 | 8/8/2016 | PCP | 1.10 | Draft exhibits to settlement agreement; | 1918 |
| 1211.001 | 8/9/2016 | EC | 0.20 | Draft email to HSBC counsel re: KCC as claims administrator; | 1875 |
| 1211.001 | 8/9/2016 | EC | 0.20 | Review and revise exhibits to settlement agreement and Cervantez declaration in support of preliminary approval; exchange email with A.Medhi and C.Pitts re: same; | 1876 |
| 1211.001 | 8/9/2016 | EC | 2.60 | Review and revise all exhibits to settlement agreement and proposed declaration in support of preliminary approval; exchange email with C.Pitts and A.Medhi re: same; | 1877 |
| 1211.001 | 8/9/2016 | MR | 0.20 | E-mails re: status of preliminary approval filings (.2) | 1894 |
| 1211.001 | 8/10/2016 | PCP | 0.10 | Draft exhibits to settlement agreement; | 1919 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 8/11/2016 | PCP | 0.10 | Draft exhibits to settlement agreement; | 1920 |
| 1211.001 | 8/15/2016 | EC | 0.40 | Strategy conference with C.Pitts re: tasks to complete to finalize settlement agreement, exhibits, and motion for preliminary approval; | 1878 |
| 1211.001 | 8/15/2016 | EC | 0.30 | Telephone conference with A.Mehdi and follow up email exchange with M.Rubin and C.Pitts re: declaration in support of preliminary approval; | 1879 |
| 1211.001 | 8/15/2016 | MR | 0.20 | Emails with co-counsel re edits to settlement documents (.2) | 1895 |
| 1211.001 | 8/15/2016 | PCP | 0.50 | Strategy conference re: motion for preliminary approval; | 1921 |
| 1211.001 | 8/15/2016 | PCP | 0.20 | Draft exhibits to settlement agreement; | 1922 |
| 1211.001 | 8/16/2016 | MR | 0.30 | Telephone conference with Mehdi re preliminary approval, declarations; emails re same with Cervantez (.3) | 1896 |
| 1211.001 | 8/16/2016 | PCP | 1.60 | Prepare exhibits to settlement agreement; | 1923 |
| 1211.001 | 8/17/2016 | EC | 0.70 | Review HSBC proposed edits to settlement agreement and exchange email with co-counsel re: response to same; | 1880 |
| 1211.001 | 8/18/2016 | EC | 0.50 | Revise settlement agreement and cover letter to opposing counsel re: revisions needed to same; | 1881 |
| 1211.001 | 8/18/2016 | MR | 0.40 | E-mails re: ███████, claims administrator bids, publication notice (.2) (.2) | 1897 |
| 1211.001 | 8/18/2016 | PCP | 2.00 | Draft settlement agreement; | 1924 |
| 1211.001 | 8/19/2016 | EC | 0.30 | Telephone conference with A.Medhi re: Rubin declaration and other documents in support of preliminary approval; | 1882 |
| 1211.001 | 8/19/2016 | EC | 0.70 | Review email from A.Rao re: 1542 waiver and exchange email with co-counsel re: same; strategy conferences with C.Pitts and M.Rubin re: same; | 1883 |
| 1211.001 | 8/19/2016 | EC | 0.20 | Revise email to Judge Infante ██████████████████; | 1884 |
| 1211.001 | 8/19/2016 | MR | 0.40 | E-mails re: remaining disputes, upcoming mediation re: scope of release (.2); review e-mail to mediator (.2) | 1898 |
| 1211.001 | 8/19/2016 | PCP | 1.50 | Draft settlement agreement; | 1925 |
| 1211.001 | 8/19/2016 | PCP | 0.90 | Research re: ████████████; | 1926 |
| 1211.001 | 8/20/2016 | MR | 0.20 | Review draft settlement agreement and cover e-mail to Medeiros counsel (.2) | 1899 |
| 1211.001 | 8/21/2016 | EC | 2.60 | Revise Rubin declaration in support of preliminary approval; | 1885 |
| 1211.001 | 8/21/2016 | MR | 0.60 | E-mails re: preliminary approval, draft declarations, release dispute; review and edit draft Rubin declaration (.2) (.2) (.2) | 1900 |
| 1211.001 | 8/22/2016 | EC | 0.50 | Review B&G expenses, calculate expenses for preliminary approval papers, and exchange email with co-counsel re: same; | 1886 |
| 1211.001 | 8/22/2016 | EC | 0.70 | Revise Rubin declaration in support of preliminary approval; | 1887 |
| 1211.001 | 8/22/2016 | MR | 2.10 | Edit Rubin declaration; research re same (2.0); emails re costs (.1) | 1901 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 8/22/2016 | MR | 0.40 | Review HSBC comments on settlement exhibits (.4) | 1902 |
| 1211.001 | 8/23/2016 | EC | 0.30 | Review Defendants' proposed changes to exhibits and exchange email with co-counsel re: next steps to finalize settlement and motion papers; | 1888 |
| 1211.001 | 8/23/2016 | EC | 0.40 | Review and revise Rubin declaration and research factual assertions therein for preliminary approval brief; | 1889 |
| 1211.001 | 8/23/2016 | MR | 0.90 | Review revised declaration; emails re additional changes; review and comment on responses to HSBC's proposed edits; prepare for renewed mediation ▮▮▮▮▮▮▮▮; emails re same (.6) (.3) | 1903 |
| 1211.001 | 8/23/2016 | PCP | 0.80 | Draft exhibits to settlement agreement; | 1927 |
| 1211.001 | 8/23/2016 | PCP | 0.40 | Research re: ▮▮▮▮▮▮▮▮▮▮▮▮; | 1928 |
| 1211.001 | 8/23/2016 | PCP | 0.40 | Draft Rubin declaration in support of preliminary approval; | 1929 |
| 1211.001 | 8/24/2016 | MR | 1.10 | Prepare for and conduct mediation ▮▮▮▮▮▮▮▮▮▮▮▮▮; emails re same (.2) (.4); review draft brief, edits to declaration, emails re same (.3) (.2) | 1904 |
| 1211.001 | 8/24/2016 | EC | 0.10 | Telephone conference with E.Arleo re: obtaining plaintiff signatures on settlement agreement; | 1906 |
| 1211.001 | 8/24/2016 | EC | 0.10 | Exchange email with M.Rubin in advance of call with Judge Infante ▮▮▮▮▮▮▮▮ | 1907 |
| 1211.001 | 8/24/2016 | EC | 2.00 | Revise brief iso preliminary approval and strategy conferences with C.Pitts re: same and exchange email with co-counsel re: same; | 1908 |
| 1211.001 | 8/24/2016 | EC | 0.40 | Strategy conference with C.Pitts re: finalizing brief and all documents for filing; exchange email with co-counsel re: same and obtaining signatures on settlement papers; | 1909 |
| 1211.001 | 8/24/2016 | EC | 1.80 | Revise brief in support of preliminary approval of settlement and supporting documents; | 1910 |
| 1211.001 | 8/24/2016 | PCP | 0.30 | Telephone conference with Judge Infante re: settlement agreement; | 1930 |
| 1211.001 | 8/24/2016 | PCP | 4.00 | Draft settlement agreement and exhibits; | 1931 |
| 1211.001 | 8/24/2016 | PCP | 0.70 | Strategy conference re: motion for preliminary approval; | 1932 |
| 1211.001 | 8/24/2016 | PCP | 0.10 | Draft motion for preliminary settlement approval; | 1933 |
| 1211.001 | 8/24/2016 | PCP | 0.20 | Telephone conference with Arjun Rao; | 1934 |
| 1211.001 | 8/25/2016 | MR | 2.70 | Edit notice of motion, motion, supporting brief, declaration; research and emails re same (.9) (1.8) | 1905 |
| 1211.001 | 8/25/2016 | EC | 0.20 | Revise opposing counsel's revision of final approval order to correct release language; | 1911 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 8/25/2016 | EC | 0.20 | Review and revise dates for preliminary approval order; exchange email with C.Pitts re: same; | 1912 |
| 1211.001 | 8/25/2016 | EC | 0.90 | Final revisions to motion, brief, and Rubin declaration for preliminary approval of settlement; | 1913 |
| 1211.001 | 8/25/2016 | P/L - JOS | 3.30 | Paralegal: Perform cite check; | 1914 |
| 1211.001 | 8/25/2016 | L/C - LB | 0.30 | Law Clerk: Legal research and cite check re: settlement; | 1915 |
| 1211.001 | 8/25/2016 | MR | 0.50 | Final review of preliminary settlement approval drafts; e-mails re: same (.5) | 1916 |
| 1211.001 | 8/25/2016 | PCP | 4.40 | Draft motion for preliminary settlement approval; | 1935 |
| 1211.001 | 8/25/2016 | PCP | 1.00 | Draft settlement agreement and exhibits; | 1936 |
| 1211.001 | 8/26/2016 | MR | 0.40 | Review, edit emails re settlement documents, final drafts (.4) | 1917 |
| 1211.001 | 8/26/2016 | PCP | 4.50 | Draft and file motion for preliminary approval; | 1937 |
| 1211.001 | 8/26/2016 | EC | 0.30 | Review last proposed changes to motion and declaration from HSBC; exchange emails and strategy conference with C.Pitts re: same; | 1938 |
| 1211.001 | 10/13/2016 | MR | 0.50 | Prepare for preliminary approval hearing; | 1939 |
| 1211.001 | 10/14/2016 | MR | 1.20 | Emails with defense counsel; prepare for preliminary approval hearing; review tentative ruling; emails re same; | 1940 |
| 1211.001 | 10/14/2016 | PCP | 0.70 | Research re: preliminary approval hearing; | 1947 |
| 1211.001 | 10/16/2016 | MR | 0.80 | Prepare for oral argument (.8) | 1941 |
| 1211.001 | 10/17/2016 | MR | 9.30 | Travel to and from Santa Ana; prepare for and conduct hearing re: preliminary approval; e-mails to co-counsel re: same; conference with Medeiros counsel, defense counsel re: next steps (9.3) | 1942 |
| 1211.001 | 10/19/2016 | MR | 0.40 | Review preliminary approval orders; emails re same; | 1943 |
| 1211.001 | 10/21/2016 | PCP | 0.20 | Research re: preparation for class list; | 1948 |
| 1211.001 | 10/24/2016 | PCP | 0.30 | Draft memorandum to AB Data re: preparation of class list; | 1949 |
| 1211.001 | 10/25/2016 | MR | 0.20 | Emails re AB Data; | 1944 |
| 1211.001 | 10/25/2016 | EC | 0.20 | Exchange email with claims administrator re: process; | 1988 |
| 1211.001 | 10/26/2016 | PCP | 0.20 | Draft email memorandum to AB Data re: class list; | 1950 |
| 1211.001 | 10/26/2016 | PCP | 0.10 | Research re: settlement implementation; | 1951 |
| 1211.001 | 10/27/2016 | PCP | 0.30 | Telephone call with AB Data; | 1952 |
| 1211.001 | 10/27/2016 | PCP | 0.10 | Email opposing counsel re: preparation of class list; | 1953 |
| 1211.001 | 10/27/2016 | EC | 0.30 | Telephone call with AB Data and C.Pitts re: creating class list; | 1989 |
| 1211.001 | 10/28/2016 | PCP | 0.70 | Research re: implementation of settlement agreement; | 1954 |
| 1211.001 | 10/31/2016 | PCP | 0.20 | Strategy conference re: preparation of class list; | 1955 |
| 1211.001 | 11/7/2016 | MR | 0.30 | E-mails with Casey Pitts, claims administrator (.3) | 1961 |
| 1211.001 | 11/7/2016 | PCP | 0.30 | Research re: class list and class notice; | 1973 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 11/8/2016 | MR | 0.20 | Emails with claims administrator, defense counsel, re form of notice and claim form; | 1962 |
| 1211.001 | 11/11/2016 | P/L - JOS | 0.70 | Paralegal: Compare draft notices for class members with settlement agreement; | 1958 |
| 1211.001 | 11/11/2016 | MR | 0.60 | Emails with claims administrator, defense counsel; review revised version of settlement documents; conference with paralegal re corrected documents; | 1963 |
| 1211.001 | 11/14/2016 | MR | 0.30 | Respond to inquiry from Claims Administrator (.2); e-mail with Eve Cervantez re: same (.1) | 1964 |
| 1211.001 | 11/15/2016 | MR | 0.20 | E-mails with claims administrator, Eve Cervantez re: next steps (.2) | 1965 |
| 1211.001 | 11/16/2016 | P/L - JOS | 1.10 | Paralegal: Download files and send description to attorneys; | 1959 |
| 1211.001 | 11/16/2016 | P/L - JOS | 0.20 | Compare versions of settlement materials; | 1960 |
| 1211.001 | 11/16/2016 | MR | 0.40 | E-mails with claims administrator, Eve Cervantez (.2) (.2) | 1966 |
| 1211.001 | 11/18/2016 | MR | 0.20 | Emails with Claims Administrator re data loading; | 1967 |
| 1211.001 | 11/18/2016 | EC | 0.30 | Review data from AB Data and exchange email re same with AB Data and cocounsel; | 1990 |
| 1211.001 | 11/21/2016 | MR | 0.20 | E-mails re: class list and status (.2) | 1968 |
| 1211.001 | 11/21/2016 | PCP | 0.10 | Telephone call with Elizabeth Arleo re: class list; | 1976 |
| 1211.001 | 11/21/2016 | PCP | 0.90 | Draft class notice; | 1977 |
| 1211.001 | 11/22/2016 | MR | 0.10 | E-mails re: data base and timing (.1) | 1969 |
| 1211.001 | 11/22/2016 | PCP | 0.70 | Prepare class notice and class list; | 1978 |
| 1211.001 | 11/22/2016 | PCP | 0.60 | Research re: class list; | 1979 |
| 1211.001 | 11/23/2016 | MR | 0.20 | Emails re possible data discrepancies; | 1970 |
| 1211.001 | 11/23/2016 | PCP | 0.40 | Telephone call with Elizabeth Arleo re: class list; | 1980 |
| 1211.001 | 11/23/2016 | PCP | 1.40 | Review draft class notice; | 1981 |
| 1211.001 | 11/23/2016 | PCP | 0.60 | Telephone call with AB Data; | 1982 |
| 1211.001 | 11/27/2016 | PCP | 0.50 | Research re: class list; | 1974 |
| 1211.001 | 11/27/2016 | PCP | 0.50 | Telephone call with Elizabeth Arleo re: class list; | 1975 |
| 1211.001 | 11/28/2016 | PCP | 0.70 | Research re: class list; | 1983 |
| 1211.001 | 11/28/2016 | PCP | 0.20 | Prepare class notice; | 1984 |
| 1211.001 | 11/28/2016 | PCP | 0.20 | Telephone call with Arjun re: class list; | 1985 |
| 1211.001 | 11/29/2016 | MR | 0.40 | E-mails re: class list, claims administration issues, costs (.4) | 1971 |
| 1211.001 | 11/29/2016 | PCP | 1.40 | Prepare class notice and class list; | 1986 |
| 1211.001 | 11/30/2016 | PCP | 0.30 | Draft class notice; | 1987 |
| 1211.001 | 12/2/2016 | PCP | 0.10 | Telephone call with AB Data re: class list; | 1995 |
| 1211.001 | 12/2/2016 | PCP | 0.40 | Work with AB Data to prepare class list; | 1996 |
| 1211.001 | 12/2/2016 | PCP | 0.20 | Draft notice of proposed settlement; | 1997 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 12/5/2016 | MR | 0.20 | Emails, conference with Pitts, re problems with class list; | 1991 |
| 1211.001 | 12/5/2016 | PCP | 0.50 | Telephone call with Elizabeth Arleo re: class list; | 1998 |
| 1211.001 | 12/5/2016 | PCP | 0.40 | Work with AB Data to prepare class list; | 1999 |
| 1211.001 | 12/6/2016 | MR | 0.40 | Telephone call with Pitts re auto-dialer log issues; emails re issues with class list | 1992 |
| 1211.001 | 12/6/2016 | PCP | 0.90 | Work with AB Data to prepare class list; | 2000 |
| 1211.001 | 12/7/2016 | PCP | 0.40 | Telephone call with AB Data re: class list; | 2001 |
| 1211.001 | 12/7/2016 | PCP | 0.20 | Work with AB Data to prepare class list; | 2002 |
| 1211.001 | 12/8/2016 | PCP | 0.30 | Work with AB Data to prepare class list; | 2003 |
| 1211.001 | 12/9/2016 | PCP | 0.10 | Email HSBC counsel re: class list; | 2004 |
| 1211.001 | 12/12/2016 | PCP | 0.30 | Work with AB Data to prepare class list; | 2005 |
| 1211.001 | 12/13/2016 | EC | 0.30 | Exchange email with C.Pitts re: ███████████████████████ ████ | 2014 |
| 1211.001 | 12/16/2016 | PCP | 0.40 | Work with AB Data to prepare class list; | 2006 |
| 1211.001 | 12/19/2016 | MR | 0.30 | Emails re data issues and class size; | 1993 |
| 1211.001 | 12/19/2016 | PCP | 0.60 | Work with AB Data to prepare class list; | 2007 |
| 1211.001 | 12/20/2016 | PCP | 0.20 | Telephone call with HSBC counsel re: class list; | 2008 |
| 1211.001 | 12/20/2016 | PCP | 0.20 | Draft email memorandum re: class list issues; | 2009 |
| 1211.001 | 12/21/2016 | PCP | 0.20 | Telephone call with AB Data; | 2010 |
| 1211.001 | 12/22/2016 | MR | 0.20 | Emails re class lists, data; | 1994 |
| 1211.001 | 12/22/2016 | PCP | 1.00 | Work with AB Data to prepare class list; | 2012 |
| 1211.001 | 12/23/2016 | PCP | 1.20 | Work with AB Data to prepare class list; | 2011 |
| 1211.001 | 12/28/2016 | PCP | 0.50 | Work with AB Data to prepare class list; | 2013 |
| 1211.001 | 1/4/2017 | PCP | 0.40 | Strategy conference re: preparation of class list; | 2016 |
| 1211.001 | 1/4/2017 | PCP | 0.50 | Review proposed class list data; | 2017 |
| 1211.001 | 1/4/2017 | EC | 0.20 | Strategy conference with Casey Pitts re: data issues and moving back case schedule; | 2033 |
| 1211.001 | 1/8/2017 | PCP | 0.40 | Review class list data; | 2018 |
| 1211.001 | 1/9/2017 | PCP | 0.30 | Strategy conference re: class list data; | 2019 |
| 1211.001 | 1/9/2017 | PCP | 0.40 | Telephone call with AB Data; | 2020 |
| 1211.001 | 1/9/2017 | PCP | 0.90 | Research and draft motion to reschedule; | 2021 |
| 1211.001 | 1/9/2017 | EC | 0.20 | Strategy conference with C.Pitts re: data issues and extension of time to send notice; | 2034 |
| 1211.001 | 1/10/2017 | PCP | 1.50 | Draft motion to extend class notice deadline; | 2022 |
| 1211.001 | 1/11/2017 | PCP | 0.30 | Telephone call with AB Data; | 2023 |
| 1211.001 | 1/11/2017 | PCP | 1.20 | Draft motion to extend class notice deadline; | 2024 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 1/11/2017 | EC | 0.20 | Revise Joint Motion for Continuance and strategy conference re: same; | 2035 |
| 1211.001 | 1/13/2017 | PCP | 1.30 | Draft motion to extend class notice deadline; | 2025 |
| 1211.001 | 1/17/2017 | PCP | 0.40 | Prepare class list; | 2026 |
| 1211.001 | 1/18/2017 | MR | 0.20 | Review joint motion and stipulation, order; | 2015 |
| 1211.001 | 1/18/2017 | PCP | 0.10 | Prepare class list data; | 2027 |
| 1211.001 | 1/20/2017 | PCP | 1.00 | Prepare class list data; | 2028 |
| 1211.001 | 1/20/2017 | EC | 0.20 | Draft email to named plaintiffs re: ██████████ | 2036 |
| 1211.001 | 1/24/2017 | PCP | 0.30 | Review class list data; | 2029 |
| 1211.001 | 1/26/2017 | PCP | 1.10 | Draft email memorandum to counsel re: class list data; | 2030 |
| 1211.001 | 1/31/2017 | PCP | 0.30 | Telephone call with opposing counsel re: class member data; | 2031 |
| 1211.001 | 1/31/2017 | PCP | 1.70 | Draft memorandum to counsel re: request for Capital One's assistance; | 2032 |
| 1211.001 | 2/1/2017 | PCP | 0.30 | Draft memorandum re: request for Capital One's assistance; | 2037 |
| 1211.001 | 2/3/2017 | PCP | 0.30 | Telephone call with Capital One; | 2038 |
| 1211.001 | 2/6/2017 | PCP | 0.20 | Prepare class notice materials; | 2039 |
| 1211.001 | 2/13/2017 | PCP | 2.40 | Prepare class notice materials; | 2040 |
| 1211.001 | 2/13/2017 | PCP | 0.10 | Strategy conference re: class notice; | 2041 |
| 1211.001 | 2/14/2017 | PCP | 0.20 | Prepare class notice materials; | 2042 |
| 1211.001 | 2/16/2017 | PCP | 0.20 | Prepare class notice materials; | 2043 |
| 1211.001 | 3/2/2017 | PCP | 0.70 | Review IVR script; | 2062 |
| 1211.001 | 3/7/2017 | PCP | 0.10 | Telephone call with claims administrator; | 2063 |
| 1211.001 | 3/14/2017 | PCP | 0.10 | Telephone call with Arjun re: class list; | 2064 |
| 1211.001 | 3/20/2017 | EC | 0.20 | Telephone conference with H.Eley and A.Rao re: Capital One timeline to correct data; exchange email with Casey Pitts re: same; | 2044 |
| 1211.001 | 3/22/2017 | EC | 0.20 | Strategy conference with Casey Pitts re:  data issues and dates for HSBC notice; | 2050 |
| 1211.001 | 3/22/2017 | EC | 0.20 | Exchange email with A.Rao and H.Eley re: Capital One timeline to provide data; | 2051 |
| 1211.001 | 3/22/2017 | EC | 0.70 | Research settlement agreement and proposed date changes based on need to push off notice deadline for two months ███████████████████ | 2052 |
| 1211.001 | 3/22/2017 | P/L - JOS | 0.60 | Paralegal: Check notice updated date and citations; | 2059 |
| 1211.001 | 3/22/2017 | PCP | 0.20 | Strategy conference re: preparation of class list; | 2065 |
| 1211.001 | 3/22/2017 | PCP | 0.40 | Research re: class list data; | 2066 |
| 1211.001 | 3/23/2017 | EC | 0.30 | Telephone conference with A.Rao re: extension of time to work through data issues; | 2045 |
| 1211.001 | 3/23/2017 | EC | 0.70 | Review settlement agreement and draft memo re: new dates; | 2046 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|---|---|---|---|---|---|
| 1211.001 | 3/23/2017 | EC | 0.20 | Strategy conference with Casey Pitts re: Extension of time and problems with data for notice; | 2047 |
| 1211.001 | 3/23/2017 | EC | 1.50 | Draft stipulation and proposed order to extend time; exchange email with Abbas et al re: continuing dates and update memo re: continuing dates; | 2049 |
| 1211.001 | 3/23/2017 | EC | 0.20 | Draft email to A.Rao attaching and explaining stipulation and proposed order for additional time; | 2053 |
| 1211.001 | 3/23/2017 | MR | 0.20 | Strategy conference and emails re status of data production, continued hearing date (.2) | 2060 |
| 1211.001 | 3/23/2017 | PCP | 0.30 | Strategy conference re: extension of notice deadline; | 2067 |
| 1211.001 | 3/24/2017 | EC | 0.20 | Exchange email with counsel for Capital One and HSBC re: timing and data analysis for class list; | 2054 |
| 1211.001 | 3/24/2017 | MR | 0.10 | Review joint stipulation (.1) | 2061 |
| 1211.001 | 4/3/2017 | PCP | 0.20 | Strategy conference re: class list; | 2073 |
| 1211.001 | 4/3/2017 | PCP | 0.10 | Review phone hotline script; | 2074 |
| 1211.001 | 4/4/2017 | P/L - JOS | 0.60 | Test HSBC hotline and script; | 2070 |
| 1211.001 | 4/11/2017 | EC | 0.20 | Draft email to counsel for Capital One re: follow up on class data; draft email to Terry Fanning re: ███████████ | 2068 |
| 1211.001 | 4/26/2017 | PCP | 0.20 | Research re: class list; | 2075 |
| 1211.001 | 4/27/2017 | PCP | 0.50 | Telephone call with KCC re: Capital One data; | 2076 |
| 1211.001 | 5/8/2017 | PCP | 0.20 | Strategy conference re: class notice; | 2077 |
| 1211.001 | 5/8/2017 | PCP | 0.10 | Email Arjun re: same; | 2078 |
| 1211.001 | 5/8/2017 | EC | 0.20 | Review class definition and exchange email with C.Pitts re: ███████████ ████████ | 2079 |
| 1211.001 | 5/8/2017 | EC | 0.20 | Strategy conference with Casey Pitts re: data and class notice and moving forward on settlement and approval; | 2080 |
| 1211.001 | 5/11/2017 | PCP | 0.30 | Research re: updated class list data; | 2081 |
| 1211.001 | 5/12/2017 | PCP | 0.40 | Telephone call with KCC re: preparation of class list; | 2082 |
| 1211.001 | 5/12/2017 | PCP | 0.80 | Research re: same; | 2083 |
| 1211.001 | 5/13/2017 | PCP | 0.10 | Research re: class list; | 2084 |
| 1211.001 | 5/17/2017 | PCP | 0.20 | Research re: account numbers included in class list; | 2085 |
| 1211.001 | 5/18/2017 | PCP | 0.30 | Strategy conference re: class list; | 2086 |
| 1211.001 | 5/18/2017 | PCP | 0.50 | Research re: class list and notice; | 2087 |
| 1211.001 | 5/18/2017 | EC | 0.20 | Strategy conference with Casey Pitts re: duplicates for class mailing; | 2088 |
| 1211.001 | 5/19/2017 | PCP | 0.40 | Review class notice website; | 2089 |
| 1211.001 | 5/19/2017 | PCP | 0.20 | Review class notice materials; | 2090 |

1211.001 Fee Detail From 04.01.16 Through 05.31.17

| Matter | Date | Attorney | Hours | Description | Ref. No. |
|--------|------|----------|-------|-------------|----------|
| 1211.001 | 5/22/2017 | PCP | 0.20 | Research re: class notice; | 2091 |
| 1211.001 | 5/22/2017 | PCP | 0.10 | Telephone call with KCC re: class notice; | 2092 |
| 1211.001 | 5/22/2017 | MR | 0.40 | Review final version of claims administrator documents for class members (.4) | 2093 |

194.90