MICHAEL RUBIN (SBN 80618)
EVE CERVANTEZ (SBN 164709)
P. CASEY PITTS (SBN 262463)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: mrubin@altber.com
         ecervantez@altber.com
         cpitts@altber.com

ABBAS KAZEROUNIAN (SBN 249203)
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

[Additional counsel appear on signature page]
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL MEDEIROS, et al.,<br>　　　　Plaintiffs,<br>　v.<br>HSBC CARD SERVICES INC., et al.,<br>　　　　Defendants. | Case No. 2:15-cv-09093 JVS (AFMx)<br><br>Case No. 12-CV-00885-JVS-RNB<br><br>Relates to: *Medeiros*, *Fanning*, and *Lindgren*<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL**<br><br>Date:　　Oct. 16, 2017<br>Time:　　1:30 p.m.<br>Place:　　Santa Ana, 10C<br>Judge:　　Hon. James V. Selna |
| TERRY FANNING, et al.,<br>　　　　Plaintiffs<br>　v.<br>HSBC CARD SERVICES INC., et al.,<br>　　　　Defendants. | |
| STEFAN O. LINDGREN,<br>　　　　Plaintiff,<br>　vs.<br>HSBC CARD & RETAIL SERVICES, INC., et al.,<br>　　　　Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 16, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable James V. Selna, United States District Judge for the Central District of California, located in Department 10C of the United States District Court, Central District of California, 411 West Fourth Street, Santa Ana, California, Plaintiffs Terry Fanning, Tatiana Jabbar, Stefan Lindgren, Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie (collectively "Plaintiffs") will and do hereby move the Court for final approval of the proposed class action Settlement Agreement in *Fanning et al. v. HSBC Card Services Inc. et al.* (No. 12-cv-00885 JVS (RNBx)), *Lindgren v. HSBC Card Services Inc. et al.* (No. 14-cv-05615 JVS (RNBx)), and *Medeiros et al. v. HSBC Card Services Inc. et al.* (No. 2:15-cv-09093-JVS-AFMx).

This motion for final settlement approval is made on the ground that the Settlement Agreement is fair, reasonable, and adequate. The $13 million monetary recovery provided by the Settlement Agreement is significant, particularly when balanced against the substantial risks posed by continued litigation of the claims asserted in these Actions, and the Settlement Agreement's plan of allocation properly compensates Class Members on the basis of harms suffered. The Settlement Agreement is the result of arms'-length bargaining between parties represented by knowledgeable counsel, and there is no evidence of collusion or any other conflict of interest. The response of the more than 1.7 million Class Members to the proposed Settlement Agreement has been overwhelmingly positive, with only one Class Member objecting (on grounds entirely lacking in merit), and only seven Class Members opting out.

The motion is based on this Notice, the Memorandum of Law in support thereof, the Declarations of Eric Robin, Eric Schachter, and Eve Cervantez, all other papers and pleadings on file in the Actions herein, and such further evidence and

argument as the Court may choose to entertain at the hearing of this motion.

Dated:  September 18, 2017

Respectfully submitted,

By:  /s/ Eve H. Cervantez
      Eve H. Cervantez

MICHAEL RUBIN
EVE CERVANTEZ
P. CASEY PITTS
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
(415) 362-8064 (fax)
mrubin@altber.com
ecervantez@altber.com
cpitts@altber.com

ELIZABETH J. ARLEO
Arleo Law Firm, PLC
16870 West Bernardo Drive, Ste 400
San Diego, CA 92127
(858) 674-6912
(760) 789-8081 (fax)
elizabeth@arleolaw.com

AZRA Z. MEHDI
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA  94105
(415) 293-8039
(415) 293 8001 (fax)
azram@themehdifirm.com

STEPHEN C. MAXWELL (admitted phv)
BAILEY & GALYEN
1300 Summit Avenue, Ste. 650
Fort Worth, Texas 76102
(817) 417-9660
(817) 719-9484 (fax)
smaxwell@maxlawyers.com
rturner@galyen.com

*Attorneys for Plaintiffs Terry J. Fanning, Tatiana Jabbar, and Stefan O. Lindgren*

By:  /s/ David J. McGlothlin
      David J. McGlothlin

2
NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL
CASE NOS. 2:15-cv-09093-JVS (AFMx), 12-CV-00885-JVS-RNB

JOSHUA B. SWIGART
DAVID J. MCGLOTHLIN
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
josh@westcoastlitigation.com
david@westcoastlitigation.com

ABBAS KAZEROUNIAN
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: ak@kazlg.com

TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
324 South Beverly Blvd., Suite 725
Beverly Hills, CA 90211
Telephone: (877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiffs Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie*

## ATTESTATION

In accordance with Local Rule 5-4.3.4, I hereby attest that concurrence in and authorization of the filing of this NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL has been obtained from David J. McGlothlin, counsel for plaintiffs Gail Medeiros, Tracy T. Bomberger, Peter Morrissey, and Julie Pulatie. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: September 18, 2017            By: /s/ Eve H. Cervantez
                                          Eve H. Cervantez